UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, *individually and on behalf of others simiarly situated*

        *Plaintiffs*,

-against-

SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK,

        *Defendants*.
------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA**

07 CV 7013

ECF Case

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: Edison Alvarez

Address / Direccion: 30-13 E. 85th Street

East Elmhurst, New York 11370

Phone Number / Numero de Teléfono: _____

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: *[signed] Edison Alvarez*

Date / Fecha: 7-20-07