UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated*

                                   *Plaintiffs,*

        -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                                   *Defendants.*
------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA**

07 CV 7013

**ECF Case**

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | Jesus De Arce Reyes |
| Address / Direccion: | 5 Post Ave., Apt. 51 |
| | New York, New York 10034 |
| Phone Number / Numero de Teléfono: | 646-964-7623 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Jesus De Arce Reyes* |
| Date / Fecha: | 7-20-07 |