AUG-27-2007 15:17 From:                                   To:2122185526         P.1/2
  08/27/2007 13:49 FAX   1212 218 5270     SEYFARTH SHAW LLP                     ☒003/004

PETER A. WALKER, ESQ. (PW-7984)
JACQUELYN G. WHITE, ESQ. (JW-4168)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
individually and on behalf of others similarly
situated,

      Plaintiffs,

   v.

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

      Defendants.

CIVIL ACTION NO.: 07-CV-7013

**STIPULATION AND ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Angelo Pena, Rolando Rojas, Jose Diroche and Franklin Santana (collectively, "Plaintiffs") and counsel for defendants SP Payroll, Inc., Nicholas Parking, Corp., Ivy Parking, Corp., Bienvenido, LLC, Castle Parking Corp., Sage Parking Corp., and Sam Podolak (collectively, "Defendants"), that the time for Defendants to answer, move or otherwise respond to the Complaint is extended to and including September 18, 2007.

NY1 26481333.1 / 99999-000170

08/27/2007 MON 15:25 [TX/RX NO 9272] ☒001

AUG-27-2007 15:17 From:
08/27/2007 13:50 FAX  1212 218 5270    SEYFARTH SHAW LLP    To:2122185526    P.2/2
                                                                              ☒004/004

Dated: New York, New York
August 27, 2007

Respectfully submitted,

MICHAEL FAILLACE & ASSOCIATES, P.C.       SEYFARTH SHAW LLP

By: /s/ Michael Faillace                   By: /s/
Michael A. Faillace (MF-8436)              Peter A. Walker (PW-7984)
110 East 59th Street, 32nd Floor           Jacquelyn G. White (JW-4168)
New York, New York 10022                   620 Eighth Avenue
(212) 317-1200                             New York, New York 10018
                                           (212) 218-5500 / Fax (212) 218-5526
Attorneys for Plaintiffs
                                           Attorneys for Defendant

SO ORDERED:

/s/ Richard J. Holwell
The Honorable Richard J. Holwell
United States District Judge

Dated: New York, New York
August ___, 2007
9/6/07

NY1 26481333.1 / 99999-000170

08/27/2007 MON 15:25 [TX/RX NO 9272] ☒002