# CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2007, I electronically filed the foregoing Defendants' Answer and Affirmative and Other Defenses to Plaintiffs' Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Michael A. Faillace, Esq.
> Michael Faillace & Associates, P.C.
> 110 East 59th Street, 32nd Floor
> New York, New York 10022
>
> *Attorneys for Plaintiffs*

                                        s/ Peter A. Walker
                                            Peter A. Walker (PW-7984)