PETER A. WALKER, ESQ. (PW-7984)
JACQUELYN G. WHITE, ESQ. (JW-4168)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK, <br><br> Defendants. | CIVIL ACTION NO.: 07-CV-7013 (RJH) |

### FEDERAL RULE OF CIVIL PROCEDURE 7.1
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants SP Payroll, Inc., Nicholas Parking, Corp., Ivy Parking, Corp., Bienvenido, LLC, Castle Parking Corp. and Sage Parking Corp. ("Defendant Corporations"), hereby states that each of the Defendant Corporations is a private non-governmental party with no parent corporation and that no publicly held corporation owns more than 10% of any Defendant Corporation's stock.

NY1 26483847.1

Dated: New York, New York
September 18, 2007

                                      Respectfully submitted,

                                      SEYFARTH SHAW LLP

                                      By: s/ Peter Walker
                                            Peter A. Walker (PW-7984)
                                            Jacquelyn G. White (JW-4168)
                                      620 Eighth Avenue
                                      New York, New York 10018
                                      (212) 218-5500

                                      Attorneys for Defendants

NY1 26483847.1