## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Michael A. Faillace, Esq.
>Michael Faillace & Associates, P.C.
>110 East 59th Street, 32nd Floor
>New York, New York 10022
>
>*Attorneys for Plaintiffs*

>s/ Peter A. Walker
>Peter A. Walker (PW-7984)