PETER A. WALKER, ESQ. (PW-7984)
JACQUELYN G. WHITE, ESQ. (JW-4168)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, individually and on behalf of others similarly situated, | : : : : : : | CIVIL ACTION NO.: 07-CV-7013 (RJH) |
| Plaintiffs, | : : | **NOTICE OF APPEARANCE** |
| v. | : : | |
| SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK, | : : : : : | |
| Defendants. | : : | |

     **PLEASE TAKE NOTICE** that Peter A. Walker of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendants SP Payroll, Inc., Nicholas Parking, Corp., Ivy Parking, Corp., Bienvenido, LLC , Castle Parking Corp., Sage Parking Corp., and Sam Podolak in the above-captioned matter.

Dated: New York, New York
September 18, 2007

                                        Respectfully submitted,

                                        SEYFARTH SHAW LLP

                                        By:  s/ Peter A. Walker
                                              Peter A. Walker (PW-7984)
                                              Jacquelyn G. White (JW-4168)
                                        620 Eighth Avenue
                                        New York, New York 10018
                                        (212) 218-5500

                                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Michael A. Faillace, Esq.
> Michael Faillace & Associates, P.C.
> 110 East 59th Street, 32nd Floor
> New York, New York 10022
>
> *Attorneys for Plaintiffs*
>
>   s/ Peter A. Walker
>    Peter A. Walker (PW-7984)

NY1 26483961.1