PETER A. WALKER, ESQ. (PW-7984)
JACQUELYN G. WHITE, ESQ. (JW-4168)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 07-CV-7013 (RJH)<br><br>**JURY DEMAND** |

　　　Defendants SP Payroll, Inc., Nicholas Parking, Corp., Ivy Parking, Corp., Bienvenido, LLC, Castle Parking Corp., Sage Parking Corp., and Sam Podolak, by and through their counsel, Seyfarth Shaw LLP, hereby demand a trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure for all claims in the above-captioned matter.

NY1 26484104.1

Dated: New York, New York
September 19, 2007

Respectfully submitted,

SEYFARTH SHAW LLP

By: s// Peter A. Walker
Peter A. Walker (PW-7984)
Jacquelyn G. White (JW-4168)
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2007, I electronically filed the foregoing Jury Demand with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Michael A. Faillace, Esq.
> Michael Faillace & Associates, P.C.
> 110 East 59th Street, 32nd Floor
> New York, New York 10022
>
> *Attorneys for Plaintiffs*

                                  s// Peter A. Walker
                                  Peter A. Walker (PW-7984)

NY1 26484104.1