UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated*,

                     *Plaintiffs*,

        -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                     *Defendants.*
-------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: **Miguel Alcantara**

Address / Direccion: **2497 Grand Avenue Apt. 2A**

**Bronx, NY 10468**

Phone Number / Numero de Teléfono: **(718) 220 2246 or (646) 453 6998**

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: X *(signed)* Miguel Alcantara

Date / Fecha: 09/28/2007