UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, *individually and on behalf of others simiarly situated*,

      *Plaintiffs*,

   -against-

SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK,

      *Defendants.*
-------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO: Clerk of Court, Southern District of New York
   500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:  Victor Gonzalez

Address / Direccion:  16 2nd Ave., Apt. 7C

       **New York, NY 10003**

Phone Number / Numero de Teléfono: work: 212 874 9664

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

   Other / Otro:  N/A

Signature / Firma:  X *Victor M. González*

Date / Fecha:  10/3/2007