UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
individually and on behalf of other similarly
situated

                    Plaintiffs,

-against-

SP PAYROLL, INC., NICHOLAS PARKING
CORP., IVY PARKING CORP., BIENVENIDO
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK

                    Defendants.

07 Civ. 07013 (RJH)

**<u>ORDER</u>**

**This case has been determined to be:**

\_\_\_\_\_ **Not eligible for mediation because the case is:**

    \_\_\_\_\_ Not a case in which money damages only have been sought.

    \_\_\_\_\_ A social security case.

    \_\_\_\_\_ A tax matter.

    \_\_\_\_\_ A pro se case.

    \_\_\_\_\_ A prisoner's civil right case.

    \_\_\_\_\_ A White Plains case.

    \_\_\_\_\_ Not eligible for mediation as otherwise determined by the Court.

**\_X\_ Eligible for mediation:**

    **\_X\_** All issues are eligible.

    \_\_\_\_\_ Only a specific issue is eligible (describe below):

_____

_____

The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties otherwise agree. The identity of the Mediator is not to be disclosed even to the Court. However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to so administer or evaluate the program and parties, counsel, and Mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence. The Mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relating to the dispute, including actions between persons not parties to the mediation process.

Any timetable set by the Court contained in a scheduling order or otherwise governing the completion of discovery, motion practice, or trial, etc., is to be strictly complied with and is in no way changed by the entry of this case into the Court's mediation program.

SO ORDERED.

Dated: New York, New York
       October 2, 2007

　　　　　　　　　　　　　　　　　　　　　Richard J. Holwell
　　　　　　　　　　　　　　　　　　　　　United States District Judge