UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others similarly
situated,*

                          *Plaintiffs,*

            -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                        *Defendants.*
-------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA**

**07 CV 7013**

**ECF Case**

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la
demanda como uno de los demandantes.)**

Name / Nombre:                  **Miguel Garcia**

Address / Direccion:             **1855 Monroe Avenue Apt. 1F**

                                    **Bronx, NY 10457**

Phone Number / Numero de Teléfono:    **(718) 716 9978, (718) 365 3468**

                                     Michael Faillace & Associates, P.C.

Legal Representative / Abogado:

            Other / Otro:        N/A

Signature / Firma:        X _(signature)_

Date / Fecha:           10/4/2007