**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly*
*situated,*

                            *Plaintiffs,*

               -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                         *Defendants.*
--------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO**
**PARA HACER**
**PARTE DE UNA DEMANDA**

**07 CV 7013**

**ECF Case**

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:                 **Luis Ramon Luna**

Address / Direccion:           **1254 Sherman Ave., Apt. 3f**

                                    **Bronx, NY  10456**

Phone Number / Numero de Teléfono:   **(718) 681 1895**

                                    Michael Faillace & Associates, P.C.
Legal Representative / Abogado:

              Other / Otro:       N/A

Signature / Firma:             *Luis R Luna*

Date / Fecha:               09/24/2007