UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, *individually and on behalf of others simiarly situated*,

                *Plaintiffs*,

    -against-

SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK,

               *Defendants*.
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
          500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: **Miguel Rojas**

Address / Direccion: **629 W. 138 St., Apt. 42**

**New York New York   10031**

Phone Number / Numero de Teléfono: **(809) 578 0609**

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: *[signed] Miguel Rojas*

Date / Fecha: 09/28/2007