# SEYFARTH SHAW LLP
ATTORNEYS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5570

Writer's e-mail
pwalker@seyfarth.com

April 23, 2008

RECEIVED
APR 24 2008
RICHARD J. HOLWELL

**VIA HAND DELIVERY**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Pena, et al. v. SP Payroll et al.</u>, Civil Action No. 07-CV-7013(RJH)

Dear Judge Holwell:

    This firm is counsel to all of the defendants in the above-referenced action. On Friday, April 18, 2008, counsel for the plaintiffs, Michael A. Faillace, Esq., and I attended a conference before Your Honor to discuss a modified scheduling order for the further processing of this action. At the conclusion of the conference, Your Honor requested that I submit a letter to you, with a copy to Mr. Faillace, so that Your Honor could "so order" the following schedule for this case:

- All fact discovery will close on May 16, 2008. Neither party intends to retain an expert and thus there shall be no expert discovery.

- Any motion for summary judgment shall be served and filed no later than June 13, 2008.

- Answering papers to any motion for summary judgment shall be served and filed no later than July 11, 2008.

- Any reply papers to any motion for summary judgment shall be served and filed no later than July 18, 2008.

- The parties' pretrial order, pretrial memorandum of law and motions in limine shall be served and filed no later than October 3, 2008.

- The parties shall served each other and submit their exhibits in black binders to the Court no later than October 3, 2008.

BRUSSELS  WASHINGTON D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

NY1 26511295.1

The Honorable Richard J. Holwell
April 23, 2008
Page 2

- Any response to a motion in limine shall be served and filed no later than October 10, 2008.

- Since the parties have agreed to a bench trial, proposed findings of fact and conclusions of law shall be served and filed no later than October 17, 2008.

- The trial of the action will commence on November 10, 2008.

- *A final pre trial conference shall be held on 10/31/08 at 2:30*

Respectfully submitted,

SEYFARTH SHAW LLP

Peter A. Walker (PW-7984)

PAW:lmd

cc: Michael A. Faillace, Esq. (MF-8436) (By Hand)

SO ORDERED:

Honorable Richard J. Holwell
United States District Judge

Dated: 4/28/08