# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor  
New York, New York 10022

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

May 16, 2008



**VIA FACSIMILE / (212)-805-7948**

Hon. Richard J. Holwell  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Room 1950  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 5/20/08

Re:   Pena et al. v. SP Payroll, Inc., et al.  
      Index No. 1:07-cv-07013-RJH

Dear Judge Holwell:

We write out of an abundance of caution to inform the Court that due to scheduling issues with respect to conducting the depositions of certain Defendant witnesses, we will need to conduct discovery beyond the current deadline for the close of discovery. The end of fact discovery is set for today, May 16, 2008 under the Court's April 30, 2008 Order.

While the parties have agreed amongst themselves that such an extension is necessary, under Rule 1 F of the Court's individual rules, we respectfully request that the Court grant us the courtesy of further extending the discovery schedule.

Plaintiffs still need to conduct depositions of defendant witnesses, and further ascertain if any limited additional discovery is needed as a result of information learned in those depositions. We expect to finish conducting the depositions, absent any other scheduling difficulties, within the next three weeks, as the defendant witnesses are not available before then.

Required Statements Under the Court's Individual Rule 1F

- Today is the date for the close of discovery under the 4/30/08 Scheduling Order.

- There was one previous request for an extension of discovery in this matter, (prompting the 4/30/08 Order).

May 16, 2008
Page 2

- This previous request was granted.

- Our adversary has agreed to the request. Plaintiffs submit that the parties are fully cooperating with each other with respect to finishing discovery, and this is simply a scheduling issue.

We thank the Court for its attention to this matter.

Very truly yours,

Michael Faillace

cc: Peter Arnold Walker (via Facsimile / (212) 218-5526)
Seyfarth Shaw, L.L.P.
620 8th Avenue
New York, NY 10018
(212) 218-5570
Email: pwalker@seyfarth.com

> All pre-trial scheduling dates extended by 30 days. No further extensions absent extraordinary circumstances
>
> SO ORDERED
>
> [signature]
> USDJ
> 5/20/08