MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace, Esq. [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, *individually and on behalf of others similarly situated*,

                    *Plaintiffs*,

      -against-

SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK,

                    *Defendants*.
----------------------------------------------------------X

07 CV 7013

**AFFIDAVIT OF JOHN KAROL, ESQ. IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT UNDER FED. R. CIV. P. 15(a)(2) AND FOR OTHER RELIEF**

**ECF Case**

STATE OF NEW YORK    )
                               ) ss
COUNTY OF NEW YORK  )

      JOHN KAROL, an attorney duly admitted to practice in New York and in this court, affirms on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.      I am an associate at Michael Faillace & Assoc., P.C. and we represent plaintiffs Angelo Pena, Rolando Rojas, Jose Diroche, and Franklin Santana (the "Named Plaintiffs"), as well as eight prospective named plaintiffs Christian Santos, Luis Ramon Luna, Miguel Alcantara, Miguel Garcia, Miguel Rojas, Victor Gonzales, Jose De Arce Reyes, and Edison

2

Alvarez (the "Prospective Named Plaintiffs") (collectively the "Plaintiffs"), in this lawsuit for unpaid wages and overtime, and for other violations under the FLSA and New York Labor Law and associated rules and regulations.

    2.    I submit this affidavit in support of Plaintiffs' Motion pursuant to Fed. R. Civ. P. ("FRCP") 15(a) to amend the Complaint and for other relief.

    3.    A true and correct copy of the [Proposed] First Amended Complaint is attached hereto as "Exhibit A."

.

Dated: New York, New York
       July 12, 2007

                                   _____/s/_____
                                        John A. Karol [JK-9899]