**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly*
*situated*

                                  *Plaintiffs*,

         -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                                  *Defendants*.
-----------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO**
**PARA HACER**
**PARTE DE UNA DEMANDA**

**07 CV 7013**

**ECF Case**

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:                      Jesus De Arce Reyes

Address / Direccion:                5 Post Ave., Apt. 51

                                   New York, New York 10034

Phone Number / Numero de Teléfono:   646-964-7623

Legal Representative / Abogado:       Michael Faillace & Associates, P.C.

           Other / Otro:            N/A

Signature / Firma:                *Jesus De Arce Reyes*

Date / Fecha:                    1-20-07