UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated,*

                                        *Plaintiffs,*

                    -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                                        *Defendants.*
-------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:                      **Miguel Alcantara**

Address / Direccion:                **2497 Grand Avenue Apt. 2A**

                                    **Bronx, NY  10468**

Phone Number / Numero de Teléfono:  **(718) 220 2246 or (646) 453 6998**

                                    Michael Faillace & Associates, P.C.

Legal Representative / Abogado:

              Other / Otro:         N/A

Signature / Firma:                  X _Miguel Alcantara_

Date / Fecha:                       09/28/2007