UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, *individually and on behalf of others simiarly situated*,

                     *Plaintiffs*,

       -against-

SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK,

                     *Defendants.*
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:    **Christian Santos Vargas**

Address / Direccion:    **624 W. 176 St., Basement**

    **New York, NY 10033**

Phone Number / Numero de Teléfono:    **(212) 795 5891**

Legal Representative / Abogado:    Michael Faillace & Associates, P.C.

Other / Otro:    N/A

Signature / Firma:    *[signed]*

Date / Fecha:    10/3/2007