UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated,*

                        *Plaintiffs,*

         -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                        *Defendants.*
------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA**

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: **Miguel Garcia**

Address / Direccion: **1855 Monroe Avenue Apt. 1F**

**Bronx, NY 10457**

Phone Number / Numero de Teléfono: **(718) 716 9978, (718) 365 3468**

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

        Other / Otro: N/A

Signature / Firma: X [signature]

Date / Fecha: 10/4/2007