UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly situated,*

                    *Plaintiffs,*

          -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                    *Defendants.*
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:     Miguel Rojas

Address / Direccion:     629 W. 138 St., Apt. 42

    New York New York   10031

Phone Number / Numero de Teléfono:     (809) 578 0609

Legal Representative / Abogado:     Michael Faillace & Associates, P.C.

Other / Otro:     N/A

Signature / Firma:     *X Miguel Rojas*

Date / Fecha:     09/28/2007