# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5532

Writer's e-mail
jawhite@seyfarth.com

November 30, 2007

**VIA FACSIMILE (212) 317-1620**
**AND U.S. MAIL**

Michael A. Faillace, Esq.
Michael A. Faillace & Associates, P.C.
110 East 59th Street
32nd Floor
New York, NY 10022

Re:   Pena et al v. SP Payroll, Inc. et al, 07-CV-7013 (S.D.N.Y.)

Dear Mr. Faillace:

Per our telephone conversation yesterday, this letter confirms that the depositions of Edison Alvarez, Victor Gonzalez and Christian Santos Vargas will take place on Thursday, December 6, 2007, and the depositions of Miguel Garcia, Luis Ramon Luna and Jesus De Arce Reyes will take place on Friday, December 7, 2007. The depositions will begin at 9:30 a.m. each day at our offices at 620 Eighth Avenue, New York, New York 10018-1405. In addition, you have agreed to produce Plaintiffs' responses to Defendants' Interrogatories and Requests for the Production of Documents by Wednesday, December 5, 2007.

Please contact me by Monday, December 3, 2007, if you require any adjustments to the above-referenced schedule.

Very truly yours,

SEYFARTH SHAW LLP

*Jacquelyn G. White*

Jacquelyn G. White

cc:   Peter A. Walker

NY1 26493020.1

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA



620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

Fax (212) 218-5526

www.seyfarth.com

# Facsimile Transmission

Date:   November 30, 2007

| **RECIPIENT** | **COMPANY** | **PHONE NO.** | **FAX NO.** |
|---|---|---|---|
| **Michael A. Faillace, Esq.** | Michael A. Faillace & Associates, P.C. | | (212) 317-1620 |

**FROM:**   Jacquelyn White
**PHONE:**  212-218-5532
**RE:**     Pena et al. v. SP Payroll, Inc. et al.          **REPLY FAX NO.:** 212-218-5526

| **File No:** | 56538.000001 | **Number of Pages, Including Cover:** | 2 |
|---|---|---|---|

☒ Hard copy to follow              ☐ Hard copy will not follow
☐ Per your request                 ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

Please see attached.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE 212-218-5532 AS SOON AS POSSIBLE.

NY1 26485251.1