Page 10

A. Pena
A. No.
Q. Who is your current supervisor at the garage right now?
A. Mr. Raj.
Q. What hours does Mr. Raj work?
A. He passes by to pick up the reports. Sometimes he passes by in the morning, sometimes he passes by at night.
Q. Does Mr. Raj actually work at the garage, or just pass by the garage to pick up the reports?
A. He doesn't work in the garage. He just picks up the reports.
Q. What hours do you work?
A. Twelve hours a day.
Q. When do you start work?
A. I started working from seven a.m. to seven p.m.
Q. How long have you worked from seven a.m. to seven p.m.?
A. I worked that shift for about two years. Sometimes I had to cover vacation or something like that for another employee. Covering shifts.

Page 11

A. Pena
Q. Isn't it a fact that you are currently working eight hours per day?
A. Now, yes.
Q. When did you start working eight hours a day?
A. This year, 2007.
Q. When in 2007?
A. I don't know exactly.
Q. Besides you, does anyone else work at the garage with you?
A. One other person, yes.
Q. Who is that?
A. I worked with Juan --
MR. FAILLACE: I'm going to object for vagueness. I think there is a need for clarification. He's not understanding the time period you are asking.
MR. WALKER: Right now.
A. Right now, who I work with?
Q. Yes.
A. Sometimes I work with Pedro Brito, Juan Lorenzo, Pedro Breton. There are two other persons, but I don't remember the names.

Page 12

A. Pena
Q. How many of these employees that you just named work during all or part of the shift that you work?
A. I work with them because I started four p.m. until twelve. They are the ones that do the day shifts -- there are other people that relieve also. That relieve us.
Q. You previously testified you were working seven a.m. to seven p.m. You have testified you are working four p.m. to midnight. Which is it?
MR. FAILLACE: Objection. He was confused as to time. Objection because he was confused about time. I already objected. He wasn't clear about the time. When he was saying seven to seven he meant some other --
Q. As you sit here today, what hours are you working at the garage?
A. Right now in 2007, I am working from four p.m. to twelve a.m.
Q. Isn't it a fact that you have worked eight hours a day since March of 2006?
A. I am not sure, no.

Page 13

A. Pena
Q. During 2007 when you have been working from four p.m. to midnight, what other employees would be at the garage during that time?
A. Jose Suazo.
Q. Anyone else?
A. I worked also with Diroche Colon.
Q. Anyone else?
A. Of that garage, I don't remember any other names.
Q. Do all of the employees who work at the garage when you work at the garage park cars?
MR. FAILLACE: Objection. Can you please specify?
MR. WALKER: When he's working.
A. Repeat the question.
Q. During the time that you're working and other employees are working at the garage, do these employees also park cars?
A. Yes, sir.
Q. During any time that you have been working during 2007, what is the most number of employees who have been working at the same time as you?
A. There are six employees. Three at

Page 22

```
           A. Pena
 1    Corp. document signed by Angelo Pena,
 2    marked for identification, as of this
 3    date.)
 4        Q.  Mr. Pena, I'm showing you what has been
 5    marked as Defendants' Exhibit 1 for
 6    identification. I ask if you have ever seen that
 7    document.
 8        A.  This document I saw it. But the only
 9    time I signed it, they didn't tell me what it was.
10        Q.  Did you read the document before you
11    signed it?
12        A.  No.
13        Q.  Is the document written in both English
14    and Spanish?
15        A.  Yes, sir.
16        Q.  Do you understand the Spanish that is
17    written there?
18        A.  Yes, sir.
19        Q.  Are you in the custom of signing
20    documents that you don't read?
21        A.  No, sir.
22        Q.  But you signed this one without reading
23    it?
24        A.  I signed it because the supervisor
```

Page 23

```
           A. Pena
 1    passed it to me. At that moment, I was parking
 2    cars. I signed it right away and gave it back to
 3    him. I had no time to read it.
 4        Q.  Is it a fact that another employee read
 5    this document to you in Spanish?
 6        A.  No, sir. The only one that gave it to
 7    me was the supervisor. He took it back right
 8    away.
 9        Q.  Do you know who Chris Chavez is?
10        A.  No.
11        Q.  Do you know any employee named Chris?
12        A.  I don't know. I used to go to work and
13    I didn't ask too many questions about people's
14    names.
15        Q.  Did any employee ever read to you that
16    document in Spanish?
17            MR. FAILLACE: Objection.
18        Already answered.
19        Q.  You can answer it.
20        A.  No, sir.
21        Q.  Did anyone at the company ever tell you
22    you were entitled to a one-hour lunch break?
23        A.  Never.
24        Q.  During the time in 2007 that you have
```

Page 24

```
           A. Pena
 1    been employed by the company, have you taken any
 2    sick days?
 3        A.  No, sir.
 4        Q.  During any shift that you've worked at
 5    the garage, have you -- during 2007, have you ever
 6    left the garage?
 7        A.  No, sir.
 8        Q.  During your shift, you have never left
 9    the garage to buy food?
10        A.  No, sir.
11        Q.  Do you bring any lunch to the garage
12    with you?
13        A.  No, sir.
14        Q.  Your testimony is you do not eat at the
15    garage?
16        A.  No, sir. I have no time.
17        Q.  Do any of the employees you work with
18    take lunch?
19        A.  No.
20        Q.  Is it your testimony that during
21    2007 -- during the time that you've worked at the
22    Sage Parking Garage that you have never taken a
23    break?
24        A.  After 2007 we still don't take breaks.
```

Page 25

```
           A. Pena
 1    no.
 2        Q.  Let me make sure you understand the
 3    question. During 2007 during the hours that you
 4    have worked at the Sage Parking Garage, have you
 5    ever taken a break?
 6        A.  No, sir.
 7        Q.  So it is your testimony that every
 8    minute that you have been at the garage during
 9    2007, you have been working?
10            MR. FAILLACE: Objection. The
11        interpreter forgot to add 2007.
12        A.  Yes, sir.
13        Q.  When you started work for the company
14    in October of 2003, which garage did you work at?
15        A.  199th and Webster.
16        Q.  How long did you work at that garage?
17        A.  I told you before, nine months.
18        Q.  After you worked at 199 Webster, where
19    at the company did you work?
20        A.  155th and Saint Nicholas.
21        Q.  How long did you work at that garage?
22        A.  I'm not sure because they would --
23    shifting. I worked a couple months at 155 and
24    different places. 169 -- I worked at just about
```

TSG Reporting - Worldwide    877-702-9580

Page 30

A. Pena

Q. You testified that you were paid more for overtime hours; is that correct?
A. Yes, sir.
Q. I'm trying to find out how much more you were paid for your overtime hours than your regular hours. Are you paid more per hour for your overtime hours than your regular hours?
A. Of course.
Q. How much more are you paid for your overtime hours per hour than your regular hours?
A. I don't know exactly.
Q. Is it more than $9 per hour?
A. No.
Q. As you sit here today, you do not know the amount that you are paid for overtime hours?
     MR. FAILLACE: Objection. You're not giving him a time frame.
     MR. WALKER: 2007.
     MR. FAILLACE: Make it clear to him.
A. 2007, they paid 6.75.
Q. Do you know how much more they paid per hour for overtime hours in 2007?
A. Like nine -- nine something. I don't

TSG Reporting - Worldwide   877-702-9580

Page 31

A. Pena

know. Nine something. Now in 2007.
Q. Do you know how much you were paid for overtime hours in 2006?
A. I don't know. I started about 5.15. And then they raised it according to what the state said.
Q. During the entire time that you have been employed by the company, have you received more for overtime hours than for regular hours?
A. No.
Q. During what period of time did you not receive more for overtime hours?
A. In all of them.
Q. Other than 2007?
A. I'm still working -- I'm working six days a week, eight hours a day, 48 hours. And they still put 40 hours at one rate and eight hours at another rate. They pay me more regular time than overtime.
Q. So on your paycheck, there is 40 hours at one rate; is that correct?
A. Can you specify a little more the question? Can you break it down?
Q. Is it a fact that you're paid one rate,

TSG Reporting - Worldwide   877-702-9580

Page 32

A. Pena

the minimum wage, for your regular hours?
A. Yes, sir.
Q. And you're paid a higher rate for your overtime hours after 40 hours a week?
A. That's the overtime hours?
Q. Yes.
A. Yes. They pay more for the overtime.
Q. And that has occurred all throughout 2007; is that correct?
A. Yes, sir.
Q. Prior to 2007, was there always a higher rate for hours over 40?
A. Yes, sir.
Q. Since October of 2003, have you always been paid by check by the company?
A. The first 15 days, no. But then after that, yes, by check.
Q. Have you ever received any cash payments from anyone at the company?
A. The first -- like I told you, the first 15 days they gave me cash.
Q. So that was back in October 2003, they gave you cash?
A. Yes, sir.

TSG Reporting - Worldwide   877-702-9580

Page 33

A. Pena

Q. Since those first 15 days, have you received any cash from the company?
A. No.
Q. How much cash did you receive during the first 15 days?
A. The first five or six days that I worked, they paid me about $260.
Q. What about after that?
A. After that, they paid me by check.
Q. Did you declare that cash on your income tax?
A. No, sir. I didn't know I had to.
Q. So after the first 15 days, you have only been paid by check and you have not received any cash; is that correct?
A. A couple of times, I received 10 or $20 that they gave me.
Q. A couple of times?
A. A couple of times.
Q. Does that mean two times?
A. It was 2003, 2006. It was around 2006 that they gave me cash.
Q. In 2006?
A. Yes.

TSG Reporting - Worldwide

Page 34

A. Pena
Q. How many times in 2006 did they give you cash?
A. I don't remember because those are hours that I worked, and the supervisor didn't put it down in the shift. I would ask him about it. And he found out hours are missing, so I would get it in cash.
Q. How many times during 2006 did that happen?
A. I don't remember exactly.
Q. Was it once?
A. No. It was more than once.
Q. It was more than twice?
A. Yes.
Q. Was it more than five times?
A. Like from nine to ten times, around nine to ten times.
Q. So your testimony is that you did not receive cash during 2004; is that correct?
A. Yes, sir.
Q. You did not receive any cash during 2005; is that correct?
A. Yes, sir.
Q. You did not receive cash during 2007;

Page 35

A. Pena
is that correct?
A. No, sir.
Q. You have received cash during 2007?
A. No, sir.
Q. So your testimony is that you have not received cash in 2007?
A. Yes, sir.
Q. And you did receive cash during 2006 nine or ten times?
A. Yes, sir.
Q. How much cash did you receive on each of those nine or ten occasions?
MR. FAILLACE: Objection. He already answered.
Q. You can answer.
A. Between 10 and $20 depending on the amount of hours that they didn't pay me. Sometimes I worked 12, 13 hours, and they just forgot to put it on the check.
Q. After they paid you the cash, had you been paid for all of your hours?
A. No, sir.
Q. What hours were you not paid for?
A. An hour every day. The one that they

Page 36

A. Pena
say was a lunch break.
Q. Other than the lunch break that you were not paid for, were there any other hours that you were not paid for?
A. The ones I told you before. The one or two hours that weren't put down.
Q. I understand. But your testimony is that you got paid for the hours that were not put down?
A. That's the 10 or $20 I told you.
Q. So you were paid for those hours; isn't that a fact?
A. Yes, sir. Yes, those hours, yes.
Q. So the only hours that you claim you were not paid for is the lunch break hour?
A. Yes, sir.
Q. Do you punch a time clock?
A. Yes, sir.
Q. Have you ever let anyone else punch your time card?
A. No, sir. Can't be done. There was no one else. The other one is the one that relieves you.
Q. By the way, which individual person

Page 37

A. Pena
paid you the 10 to $20 per cash?
A. I'm not sure exactly because the supervisor would give me an envelope. I don't know what was in the envelope or who put it in there.
Q. Did the supervisor give you the cash because you complained that you were not paid for a certain time?
A. Yes, sir.
Q. When you finish work, do you punch your time card out?
A. Of course. If not, they wouldn't pay me.
Q. Have you ever worked at the garage during 2007 after you punched your time clock out, time card?
A. Yes, sir.
Q. This is during 2007?
A. No, no. Not 2007.
Q. So during 2007, you have never performed any work after you punched your time card out?
A. No, sir.
Q. In 2006, did you ever perform any work

Page 38

```
            A. Pena
 1  after you punched your time card out?
 2     A.  No.
 3     Q.  During 2005, did you perform any work
 4  after you punched your time card out?
 5     A.  I'm not sure if it was during 2004 or
 6  2005. I went -- I worked my 12 hours at one
 7  parking garage, and then I had to go to another
 8  garage for another 12 hours to replace someone
 9  that didn't show up. I worked a full day straight
10  that time.
11     Q.  So your testimony is you worked 12
12  hours at one garage, and then you went to a second
13  garage to work another 12 hours; is that correct?
14     A.  Yes, sir.
15     Q.  How long did it take you to get from
16  the first garage to the second garage?
17     A.  The supervisor himself took me. It was
18  about maybe five to ten minutes.
19     Q.  Did you punch in at the second garage?
20     A.  I don't remember if I did. I didn't
21  have my card with me, because I had the card at
22  the other garage. When he took me, I didn't have
23  the card with me.
24     Q.  When you left the first garage, did you
```

TSG Reporting - Worldwide    877-702-9580

Page 39

```
            A. Pena
 1  punch out?
 2     A.  Yes. That's where I had it.
 3     Q.  Were you paid for the time you worked
 4  at the second garage?
 5     A.  They paid me but not all.
 6     Q.  How many hours did they not pay you
 7  for?
 8     A.  The overtime.
 9     Q.  Is it your testimony that you were paid
10  regular pay for all of the hours you worked at the
11  second garage?
12     A.  Yes, sir.
13     Q.  So what you were not paid was time and
14  a half for the hours at that second garage; is
15  that correct?
16     A.  No, sir.
17     Q.  What were you not paid for?
18     A.  The extra hours. They only paid me
19  like it was a regular day.
20     Q.  But you were paid your regular minimum
21  wage rate for all of those hours you worked at the
22  second garage?
23         MR. FAILLACE: Objection. He has
24     answered it twice.
```

TSG Reporting - Worldwide    877-702-9580

Page 40

```
            A. Pena
 1     MR. WALKER: It's unclear to me.
 2     Q.  Is that correct?
 3     A.  Yes, sir.
 4     Q.  How often did that happen that you
 5  would go from one garage to the other garage?
 6     A.  I did that maybe two or three times.
 7     Q.  Other than those two or three times,
 8  were you paid for all of the hours that you worked
 9  by the company?
10         MR. FAILLACE: Objection. He has
11     already answered that question.
12         MR. WALKER: No, he hasn't.
13         MR. FAILLACE: Yes, he has. He
14     told you what hours he was paid.
15     Q.  You can answer the question.
16     A.  No, sir.
17     Q.  Other than the two or three times when
18  you went to work in the second garage, were there
19  any other hours that you were not paid for? Other
20  than the cash payments?
21     A.  Yes, sir. The lunch hour.
22     Q.  Other than the lunch hour and other
23  than the two or three times that you worked at the
24  second garage, were you paid for all of the hours
```

TSG Reporting - Worldwide    877-702-9580

Page 41

```
            A. Pena
 1  that you worked by the company?
 2     A.  The City also states that after 10
 3  hours of work, the company has to pay you one hour
 4  more and they didn't pay that.
 5     Q.  Other than that and the lunch and the
 6  two or three times, were there any other hours you
 7  were not paid for?
 8     A.  If I would be able to say my sick days.
 9     Q.  What do you mean your sick days?
10     A.  Days that I have had to go to the
11  doctor or one has to go to the doctor, or
12  something like that, or get sick or something.
13         (Recess taken from 10:32 a.m. to
14     10:48 a.m.)
15     Q.  Mr. Pena, when we took our break, the
16  last question you answered is that you had said
17  you had not been paid for sick days; is that
18  correct?
19     A.  I answered that because you asked me
20  what days I wasn't paid for. I don't know if
21  that's what -- I don't know if that's in the
22  politics.
23     Q.  During 2007, how many sick days have
24  you taken?
```

TSG Reporting - Worldwide    877-702-9580

Page 42

```
                A. Pena
 1
 2    A.  None.
 3    Q.  Have you ever taken a sick day?
 4    A.  Never. I only suggested that because I
 5  have heard about that in other companies. That's
 6  why. It doesn't matter.
 7    Q.  Isn't it a fact that you have been paid
 8  for sick days when you did not work?
 9    A.  Never. I have never had a sick day.
10    Q.  Have you ever left your job to go to a
11  doctor?
12    A.  No, sir.
13    Q.  Have you ever taken any vacation days
14  during the time you have been employed by the
15  company?
16    A.  Day off that they give me.
17    Q.  Anything else?
18    A.  2004 when I was in Santo Domingo for
19  about a month.
20    Q.  When in 2004 were you in Santo Domingo?
21    A.  I don't remember exactly, but I think
22  it was during the summer.
23    Q.  Since October of 2003, have you visited
24  Santo Domingo at any other time other than the
25  trip in 2004?
```
TSG Reporting - Worldwide    877-702-9580

Page 43

```
                A. Pena
 1
 2    A.  No, sir.
 3    Q.  Since October 2003, have you traveled
 4  outside the United States?
 5    A.  No, sir.
 6    Q.  Have you taken any time off from your
 7  job to visit any place in the United States
 8  outside of New York City?
 9    A.  No, sir.
10    Q.  Isn't it a fact since February of 2006
11  you have been paid for your lunch hour?
12         MR. FAILLACE: Objection. He
13      already answered.
14         MR. WALKER: No, he didn't. I
15      never asked that question.
16         MR. FAILLACE: You asked it
17      earlier, but go ahead. You can answer it
18      again.
19    A.  Can you repeat the question?
20    Q.  Isn't it a fact since February of 2006
21  the company has paid you for your lunch hour?
22    A.  No, sir.
23    Q.  Isn't it a fact that prior to February
24  of 2006 you received cash to pay for your lunch
25  hour?
```
TSG Reporting - Worldwide    877-702-9580

Page 44

```
                A. Pena
 1
 2    A.  No, sir.
 3    Q.  During 2007, you testified you received
 4  your check on Friday; is that correct?
 5    A.  Yes, sir.
 6    Q.  At what time of day do you receive your
 7  check?
 8    A.  Whatever hour the supervisor leaves it.
 9    Q.  Isn't it a fact it would be after four
10  p.m.?
11    A.  I couldn't tell you. It's at the
12  office. I just go and look for it. I never see
13  him when he leaves.
14    Q.  I understand. Isn't it a fact you
15  don't arrive at the garage until four p.m. to
16  start work?
17    A.  I work there -- I arrive there at four
18  o'clock on the dot.
19    Q.  So you get your check after you arrive
20  at four p.m.; isn't that correct?
21    A.  I find it there, yes.
22    Q.  Do you cash your check on the same day
23  that you receive it?
24    A.  No, sir.
25    Q.  Where do you cash your check?
```
TSG Reporting - Worldwide    877-702-9580

Page 45

```
                A. Pena
 1
 2    A.  Sometimes the cashier, but I always
 3  deposit it in my bank account.
 4    Q.  Where is your bank?
 5    A.  Now I have my account at Washington
 6  Mutual.
 7    Q.  Is the Washington Mutual branch that
 8  you have your account in near the garage where you
 9  work?
10    A.  No, sir. There is no bank around
11  there.
12    Q.  Are there any restaurants near the
13  garage where you work?
14    A.  No, sir.
15    Q.  Are there any delicatessens or bodegas
16  near where you work?
17    A.  Bodega.
18    Q.  Have you ever left your job to buy
19  anything at this bodega?
20    A.  No, sir.
21    Q.  Do you receive tips in connection with
22  your employment?
23    A.  Yes, sir.
24    Q.  Have you ever given these tips to any
25  supervisor of yours at the company?
```
TSG Reporting - Worldwide    877-702-9580