PETER A. WALKER, ESQ.
LORI M. MEYERS, ESQ.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
(212) 218-5526

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
| | : | ECF Case |
| ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE, and FRANKLIN SANTANA, individually and on behalf of others similarly situated, | : : : : | CIVIL ACTION NO.: 07-CV-7013 (RJH) |
| | : | **NOTICE OF MOTION FOR PARTIAL** |
| Plaintiffs, | : | **SUMMARY JUDGMENT** |
| | : | |
| v. | : | |
| | : | |
| SP PAYROLL, INC., NICHOLAS PARKING, CORP., IVY PARKING, CORP., BIENVENIDO, LLC, CASTLE PARKING CORP., SAGE PARKING CORP., and SAM PODOLAK, | : : : : | |
| | : | |
| Defendants. | : | |
———————————————————————

PLEASE TAKE NOTICE THAT, upon the accompanying Defendants' Statement of

Undisputed Material Facts Pursuant to Local Civil Rule 56.1; the Defendants' Memorandum of

Law in Support of Their Motion for Partial Summary Judgment; the Affidavit of Peter A.

Walker, dated July 14, 2008, together with Exhibits A through W; and the Affidavit of David

Saperstein, dated July 10, 2008; and upon all of the papers and proceedings herein, Defendants,

SP Payroll, Inc., Nicholas Parking, Corp., Ivy Parking, Corp., Bienvenido, LLC, Castle Parking

Corp., Sage Parking Corp., and Sam Podolak (collectively, "Defendants"), will move this Court

on a date and time to be determined by this Court, before the Honorable Richard J. Holwell,

NY1 26521323.1

United States District Judge, at the United States Courthouse, United States District Court for the

Southern District of New York, 500 Pearl Street, New York, New York 10007, New York, for an

order dismissing Counts One, Three, Four and Five of Plaintiffs' Complaint pursuant to Fed. R.

Civ. P. 56, and for such other and further relief as the Court may deem just and proper.

Pursuant to the Court's direction, Plaintiffs' answering papers to Defendants' motion for

partial summary judgment are to be served no later than August 11, 2008 and Defendants' reply

papers are due to be served no later than August 18, 2008.

Dated: New York, New York
        July 14, 2008

Respectfully submitted,

SEYFARTH SHAW LLP


By  s/ Peter A. Walker
    Peter A. Walker
    Lori M. Meyers
620 Eighth Avenue
New York, New York 10018
Phone:  (212) 218-5500
Fax:  (212) 218-5526

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing Notice of Motion for Partial Summary Judgment; Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1; Defendants' Memorandum of Law in Support of Their Motion for Partial Summary Judgment; the Affidavit of Peter A. Walker, together with Exhibits A through W; and the Affidavit of David Saperstein, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Michael A. Faillace (MF-8436)
> Michael Faillace & Associates, P.C.
> 110 East 59th Street, 32nd Floor
> New York, New York  10022
> (212) 317-1200
>
> Attorney for Plaintiffs

> s/ Peter A. Walker
> Peter A. Walker