**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 24, 2008, I electronically filed the foregoing Defendants'

Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend Complaint, and

the Affidavit of Peter A. Walker, together with Exhibits A through L, with the Clerk of the

District Court using the CM/ECF system, which sent notification of such filing to the following:

> Michael A. Faillace (MF-8436)
> Michael Faillace & Associates, P.C.
> 110 East 59th Street, 32nd Floor
> New York, New York  10022
> (212) 317-1200
>
> Attorney for Plaintiffs

                    s/ Peter A. Walker
                    Peter A. Walker