# EXHIBIT F

1
2

UNITED STATES DISTRICT COURT

3

SOUTHERN DISTRICT OF NEW YORK

4      ----------------------------
5      ANGELO PENA, ROLANDO ROJAS,
       JOSE DIROCHE, and FRANKLIN SANTANA,
6      individually and on behalf of others
       similarly situated,
7
              Plaintiffs,
8
           vs.                    No. 07 CV 7013
9
       SP PAYROLL, INC., NICHOLAS PARKING,
10     CORP., IVY PARKING, CORP., BIENVENIDO,
       LLC, CASTLE PARKING CORP., SAGE PARKING
11     CORP., and SAM PODOLAK,
12            Defendants.
       ----------------------------
13
14
15
16              DEPOSITION OF ANGELO PENA
17                 New York, New York
18              Friday, November 9, 2007
19
20
21
22
23     Reported by:
24     Meredith Stoeckel
25     JOB NO. 14011-A

Page 6

A. Pena

1  my clients are here to listen to you.
2  Can you project, please?
3        THE INTERPRETER: No problem,
4  Mr. Faillace.
5        MR. FAILLACE: They have to hear
6  what you're saying.
7     Q.  Mr. Pena, if you need a break at any
8  time, you should let us know.  This is not a
9  torture test.  The only limitation on that is if I
10 have asked you a question, you should answer that
11 question before we take a break.
12       Do you understand what the interpreter
13 is saying to you?
14    A.  Yes, sir.
15    Q.  Is there any reason as you sit here
16 today that you cannot answer my questions
17 truthfully?
18    A.  No.
19    Q.  Are you taking any medications today
20 that would prevent you from understanding my
21 questions?
22    A.  No, sir.
23    Q.  Are you taking any medications today
24 that would prevent you from answering my questions

Page 7

A. Pena

1  truthfully?
2     A.  No, sir.
3     Q.  Who are you now employed by?
4     A.  I am still working at the company.
5     Q.  When you say "the company," what
6  company do you mean?
7     A.  The name I don't know, but it is for
8  Sam Podolak.
9     Q.  What is your job?
10    A.  At a parking lot parking the cars,
11 taking care of customers.  Sometimes cleaning
12 toilets and maintaining the parking lot cleaning.
13    Q.  And where do you currently perform your
14 duties?
15    A.  I work at 199th Street and Webster.
16    Q.  Is this in the Bronx?
17    A.  That's in the Bronx.
18    Q.  What is the name of that parking
19 garage?
20    A.  On the logo, it says Saget Parking.
21    Q.  Do you mean Sage Parking?
22    A.  Yes.
23    Q.  How long have you worked at this
24 parking garage?

Page 8

A. Pena

1     A.  That one I lasted nine months.
2     Q.  Nine months before today?
3     A.  Yes, sir.
4     Q.  Prior to that nine months, where did
5  you work?
6     A.  That's who I started working for the
7  first time.
8     Q.  Prior to nine months ago, were you
9  employed by the company?
10    A.  No.
11    Q.  Where did you work?
12    A.  That's the first job I had when I came
13 into this country.
14    Q.  Do you remember what month you started
15 at Sage Parking?
16    A.  October 2003.
17    Q.  Have you worked for Sage Parking
18 continuously since October of 2003?
19    A.  I worked till 2006.  Then I left the
20 company for six months and I returned back.
21    Q.  Who did you work for when you left the
22 company?
23    A.  I worked with Imperial Parking.
24    Q.  What month in 2006 did you leave

Page 9

A. Pena

1  working for the company?
2     A.  I don't recall exactly, but it was
3  towards the end of November, December.
4     Q.  November of 2006?
5     A.  Yes.
6     Q.  When did you come back to work for Sage
7  Parking?
8     A.  I'm not sure exactly but January 2007,
9  around there.
10    Q.  You said you left for about six months;
11 is that correct?
12    A.  From six to nine months.
13    Q.  If you left in November of 2006, if you
14 came back in January of 2007, that would not be
15 six to nine months.
16    A.  I told you I'm not sure whether it was
17 six or nine months, but the payroll checks will
18 verify that.
19    Q.  Did you work for the company at any
20 time prior to October 2003?
21    A.  No, sir.
22    Q.  Other than the six to nine months you
23 left the company, did you leave the company on any
24 other occasions?

Page 10

```
 1              A. Pena
 2      A.  No.
 3      Q.  Who is your current supervisor at the
 4  garage right now?
 5      A.  Mr. Raj.
 6      Q.  What hours does Mr. Raj work?
 7      A.  He passes by to pick up the reports.
 8  Sometimes he passes by in the morning, sometimes
 9  he passes by at night.
10      Q.  Does Mr. Raj actually work at the
11  garage, or just pass by the garage to pick up the
12  reports?
13      A.  He doesn't work in the garage.  He just
14  picks up the reports.
15      Q.  What hours do you work?
16      A.  Twelve hours a day.
17      Q.  When do you start work?
18      A.  I started working from seven a.m. to
19  seven p.m.
20      Q.  How long have you worked from seven
21  a.m. to seven p.m.?
22      A.  I worked that shift for about two
23  years.  Sometimes I had to cover vacation or
24  something like that for another employee.
25  Covering shifts.
```

Page 11

```
 1              A. Pena
 2      Q.  Isn't it a fact that you are currently
 3  working eight hours per day?
 4      A.  Now, yes.
 5      Q.  When did you start working eight hours
 6  a day?
 7      A.  This year, 2007.
 8      Q.  When in 2007?
 9      A.  I don't know exactly.
10      Q.  Besides you, does anyone else work at
11  the garage with you?
12      A.  One other person, yes.
13      Q.  Who is that?
14      A.  I worked with Juan --
15          MR. FAILLACE: I'm going to object
16  for vagueness.  I think there is a need
17  for clarification.  He's not
18  understanding the time period you are
19  asking.
20          MR. WALKER: Right now.
21      A.  Right now, who I work with?
22      Q.  Yes.
23      A.  Sometimes I work with Pedro Brito, Juan
24  Lorenzo, Pedro Breton.  There are two other
25  persons, but I don't remember the names.
```

Page 12

```
 1              A. Pena
 2      Q.  How many of these employees that you
 3  just named work during all or part of the shift
 4  that you work?
 5      A.  I work with them because I started four
 6  p.m. until twelve.  They are the ones that do the
 7  day shifts -- there are other people that relieve
 8  also.  That relieve us.
 9      Q.  You previously testified you were
10  working seven a.m. to seven p.m.  You have
11  testified you are working four p.m. to midnight.
12  Which is it?
13          MR. FAILLACE: Objection.  He was
14  confused as to time.  Objection because
15  he was confused about time.  I already
16  objected.  He wasn't clear about the
17  time.  When he was saying seven to seven
18  he meant some other --
19      Q.  As you sit here today, what hours are
20  you working at the garage?
21      A.  Right now in 2007, I am working from
22  four p.m. to twelve a.m.
23      Q.  Isn't it a fact that you have worked
24  eight hours a day since March of 2006?
25      A.  I am not sure, no.
```

Page 13

```
 1              A. Pena
 2      Q.  During 2007 when you have been working
 3  from four p.m. to midnight, what other employees
 4  would be at the garage during that time?
 5      A.  Jose Suazo.
 6      Q.  Anyone else?
 7      A.  I worked also with Diroche Colon.
 8      Q.  Anyone else?
 9      A.  Of that garage, I don't remember any
10  other names.
11      Q.  Do all of the employees who work at the
12  garage when you work at the garage park cars?
13          MR. FAILLACE: Objection.  Can you
14  please specify?
15          MR. WALKER: When he's working.
16      A.  Repeat the question.
17      Q.  During the time that you're working and
18  other employees are working at the garage, do
19  these employees also park cars?
20      A.  Yes, sir.
21      Q.  During any time that you have been
22  working during 2007, what is the most number of
23  employees who have been working at the same time
24  as you?
25      A.  There are six employees.  Three at
```

Page 14

1         A. Pena
2    night. Three in the day.
3         Q.   You testified that during 2007 you have
4    been working four p.m. to midnight, correct?
5         A.   Yes, sir.
6         Q.   At seven p.m. on those nights when you
7    are working, how many other employees are also
8    working with you?
9         A.   One only.
10        Q.   You mentioned three work during the day
11   and three work at night.
12        A.   No. There are three different shifts.
13   Yes, sir.
14        Q.   What times are each of these shifts?
15        A.   There is one from six a.m. to four p.m.
16   That's where I come in from four to twelve. And
17   from twelve to ten a.m. another one comes in.
18        Q.   You mentioned that you left the company
19   for six to nine months to go to Imperial Parking;
20   is that correct?
21        A.   What happened was they sold one garage
22   and then left me there with that company.
23        Q.   That was Imperial Parking?
24        A.   Yes.
25        Q.   When you came back to the company, did

Page 15

1         A. Pena
2    you go to the Sage Parking garage that you work at
3    now?
4         A.   No.
5         Q.   Where did you come back to work?
6         A.   I went to 155th Street and Saint
7    Nicholas for a while. They also sent me to
8    Wooster Parking on Canal Street for about a month
9    or so long.
10        Q.   Do you know the name of the garage at
11   155th Street?
12        A.   I don't know it, but it has the same
13   logo as Sage Park.
14        Q.   And do you know the name of the garage
15   on Canal Street?
16        THE INTERPRETER: I asked him to
17   spell it out, but he doesn't know --
18   Walster -- I get Walster from him.
19        Q.   Then after the Canal Street garage, did
20   you come to the Sage Parking garage that you're
21   currently working at?
22        A.   Yes.
23        Q.   During 2007, what has your hourly rate
24   of pay been?
25        A.   Minimum wage.

Page 16

1         A. Pena
2         Q.   What is that?
3         A.   Whatever the salary is in 2007 -- 6.75,
4    6.15.
5         Q.   How often do you get paid?
6         A.   Every week.
7         Q.   Do you get paid by check?
8         A.   Yes.
9         Q.   What day of the week do you receive
10   your check?
11        A.   Friday.
12        Q.   Is the check for the week before, or is
13   it for that week?
14        A.   I don't understand the question.
15        Q.   On the day that you receive your
16   paycheck, who gives you the paycheck?
17        A.   The man that goes to get the reports,
18   he leaves it right there in the office.
19        Q.   You testified you are now working eight
20   hours per day during 2007; is that correct?
21        A.   Yes, sir.
22        Q.   How many days per week do you work?
23        A.   Right now?
24        Q.   Yes.
25        A.   Six days.

Page 17

1         A. Pena
2         Q.   Do you work eight hours per day on each
3    of the six days?
4         A.   Now?
5         Q.   Yes.
6         A.   Yes, sir.
7         Q.   How long during 2007 have you worked
8    six days per week?
9         A.   Till now.
10        Q.   When did you first start working six
11   days per week?
12        A.   When I started working in 2003.
13        Q.   Have you ever worked five days per
14   week?
15        A.   Five. Even up to seven days per week.
16        Q.   For what period of time did you work
17   five days per week?
18        A.   I don't remember.
19        Q.   Have you ever worked five days per week
20   during 2007?
21        A.   Yes.
22        Q.   When, during 2007, did you work five
23   days per week?
24        A.   I'm not sure because when the
25   supervisor needs me to work additional time, he

Page 26

```
1              A. Pena
2  the majority of all their garages.
3     Q.  At the time that you left the company,
4  which garage were you working at?
5        MR. FAILLACE: Objection. He did
6     not say he left the company. The company
7     left him.
8     A.  That's what I'm trying to say. They
9  left me. With the other company from -- at a
10 garage that they sold. At 144th. I don't
11 remember the name too well. It was a building
12 that had their own parking. I worked there alone.
13    Q.  You were there for six to nine months?
14    A.  I worked there the whole year until
15 they sold it.
16       MR. FAILLACE: He doesn't
17    understand your question.
18    Q.  You worked at Imperial for six to nine
19 months?
20    A.  Yes, sir.
21    Q.  Is it a fact that you were given the
22 choice to stay with the company or go with
23 Imperial?
24    A.  No, sir.
25    Q.  Do you understand what overtime means?
```
TSG Reporting - Worldwide      877-702-9580

Page 27

```
1              A. Pena
2     A.  Yes, sir.
3     Q.  What does overtime mean?
4     A.  It is hours that I work or one works
5  according to state laws over 40. Regular hours
6  are eight hours. I worked 12, 13 or 14 sometimes.
7     Q.  During 2007, you testified that you did
8  not work 12 hours; is that correct?
9     A.  Yes, sir.
10    Q.  So you worked eight hours per day
11 during 2007; isn't that correct?
12    A.  Yes, sir.
13    Q.  During the period of time during 2007
14 that you were working eight hours per day, how
15 many hours did you work during a week?
16    A.  In 2007?
17    Q.  2007.
18    A.  Eight hours a day, I worked six days a
19 week. So that's 46 -- 48 -- 48.
20    Q.  Do you have an understanding of how
21 much you are supposed to be paid for the overtime
22 hours over 40 hours?
23    A.  No.
24    Q.  Have you ever heard the term "time and
25 a half"?
```
TSG Reporting - Worldwide      877-702-9580

Page 28

```
1              A. Pena
2     A.  No, they haven't told me that.
3     Q.  When you receive your paycheck, does
4  your paycheck list the number of hours that you
5  work?
6     A.  Yes, sir.
7     Q.  Does it list your rate of pay?
8     A.  Yes, sir.
9     Q.  Have you ever seen the word "overtime"
10 on your check?
11    A.  I have seen it, but I don't know what
12 it means.
13    Q.  Do you know if you're paid more for the
14 overtime hours that you work?
15    A.  Can you repeat the question?
16    Q.  Sure. You previously testified that
17 you receive the minimum wage as your hourly rate.
18    A.  Yes, sir.
19    Q.  Do you know if you receive more than
20 the minimum wage for your overtime hours?
21    A.  Yes, sir.
22    Q.  How much do you receive for your
23 overtime hours?
24    A.  Depends on how many I work.
25    Q.  Let's say you work eight overtime
```
TSG Reporting - Worldwide      877-702-9580

Page 29

```
1              A. Pena
2  hours.
3        MR. FAILLACE: Objection.
4     Q.  How much would you be paid?
5        MR. FAILLACE: Objection. You're
6     asking him to do mathematical
7     calculations. He's no mathematician.
8     Q.  Do you know how much you get paid for
9  eight overtime hours?
10    A.  No, I don't know.
11    Q.  Do you know if your hourly rate of pay
12 is greater than the minimum wage for overtime
13 hours?
14       MR. FAILLACE: Objection. He
15    already answered.
16       MR. WALKER: I want to make sure.
17    It's not clear to me.
18    Q.  Do you know if your hourly rate of pay
19 is greater for overtime hours than for your
20 regular hours?
21    A.  I don't understand the question.
22    Q.  You testified that you're paid the
23 minimum rate, the minimum wage, for your regular
24 hours.
25    A.  Yes, sir.
```
TSG Reporting - Worldwide      877-702-9580

Page 30

```
 1            A. Pena
 2      Q.   You testified that you were paid more
 3  for overtime hours; is that correct?
 4      A.   Yes, sir.
 5      Q.   I'm trying to find out how much more
 6  you were paid for your overtime hours than your
 7  regular hours.  Are you paid more per hour for
 8  your overtime hours than your regular hours?
 9      A.   Of course.
10      Q.   How much more are you paid for your
11  overtime hours per hour than your regular hours?
12      A.   I don't know exactly.
13      Q.   Is it more than $9 per hour?
14      A.   No.
15      Q.   As you sit here today, you do not know
16  the amount that you are paid for overtime hours?
17          MR. FAILLACE:  Objection.  You're
18  not giving him a time frame.
19          MR. WALKER:  2007.
20          MR. FAILLACE:  Make it clear to
21  him.
22      A.   2007, they paid 6.75.
23      Q.   Do you know how much more they paid per
24  hour for overtime hours in 2007?
25      A.   Like nine -- nine something.  I don't
```

Page 31

```
 1            A. Pena
 2  know.  Nine something.  Now in 2007.
 3      Q.   Do you know how much you were paid for
 4  overtime hours in 2006?
 5      A.   I don't know.  I started about 5.15.
 6  And then they raised it according to what the
 7  state said.
 8      Q.   During the entire time that you have
 9  been employed by the company, have you received
10  more for overtime hours than for regular hours?
11      A.   No.
12      Q.   During what period of time did you not
13  receive more for overtime hours?
14      A.   In all of them.
15      Q.   Other than 2007?
16      A.   I'm still working -- I'm working six
17  days a week, eight hours a day, 48 hours.  And
18  they still put 40 hours at one rate and eight
19  hours at another rate.  They pay me more regular
20  time than overtime.
21      Q.   So on your paycheck, there is 40 hours
22  at one rate; is that correct?
23      A.   Can you specify a little more the
24  question?  Can you break it down?
25      Q.   Is it a fact that you're paid one rate,
```

Page 32

```
 1            A. Pena
 2  the minimum wage, for your regular hours?
 3      A.   Yes, sir.
 4      Q.   And you're paid a higher rate for your
 5  overtime hours after 40 hours a week?
 6      A.   That's the overtime hours?
 7      Q.   Yes.
 8      A.   Yes.  They pay more for the overtime.
 9      Q.   And that has occurred all throughout
10  2007; is that correct?
11      A.   Yes, sir.
12      Q.   Prior to 2007, was there always a
13  higher rate for hours over 40?
14      A.   Yes, sir.
15      Q.   Since October of 2003, have you always
16  been paid by check by the company?
17      A.   The first 15 days, no.  But then after
18  that, yes, by check.
19      Q.   Have you ever received any cash
20  payments from anyone at the company?
21      A.   The first -- like I told you, the first
22  15 days they gave me cash.
23      Q.   So that was back in October 2003, they
24  gave you cash?
25      A.   Yes, sir.
```

Page 33

```
 1            A. Pena
 2      Q.   Since those first 15 days, have you
 3  received any cash from the company?
 4      A.   No.
 5      Q.   How much cash did you receive during
 6  the first 15 days?
 7      A.   The first five or six days that I
 8  worked, they paid me about $260.
 9      Q.   What about after that?
10      A.   After that, they paid me by check.
11      Q.   Did you declare that cash on your
12  income tax?
13      A.   No, sir.  I didn't know I had to.
14      Q.   So after the first 15 days, you have
15  only been paid by check and you have not received
16  any cash; is that correct?
17      A.   A couple of times, I received 10 or $20
18  that they gave me.
19      Q.   A couple of times?
20      A.   A couple of times.
21      Q.   Does that mean two times?
22      A.   It was 2003.  2006.  It was around 2006
23  that they gave me cash.
24      Q.   In 2006?
25      A.   Yes.
```

# EXHIBIT G

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4          ------------------------------

5    ANGELO PENA, ROLANDO ROJAS,
     JOSE DIROCHE, and FRANKLIN SANTANA,
6    individually and on behalf of others
     similarly situated
7
              Plaintiffs,
8
          vs.                  No. 07 CV 7013
9
     SP PAYROLL, INC., NICHOLAS PARKING, CORP.,
10   IVY PARKING, CORP., BIENVENIDO, LLC,
     CASTLE PARKING CORP., SAGE PARKING CORP.,
11   and SAM PODOLAK,
12            Defendants.
          ------------------------------

13

14

15                    DEPOSITION OF ROLANDO ROJAS

16                      New York, New York

17                    Friday, November 9, 2007

18

19

20

21

22

23   Reported by:
24   Meredith Stoeckel
25   JOB NO. 14011-B

Page 10

R. Rojas

2  A.  Yes. May 2003 until May 2006.
3  Q.  Did you work at any other garage for
4  the company from May of 2003 until May of 2006?
5  A.  They would send me sometimes to cover a
6  day off of another employee at 145 and Saint
7  Nicholas Avenue. Just to cover a day off of
8  somebody or something like that.
9  Q.  From May of 2003 until May of 2006, did
10  you ever visit the Dominican Republic?
11  A.  In May 2005, I went on vacation for one
12  month.
13  Q.  Between May of 2003 and May of 2006,
14  did you go on any other vacations other than the
15  one in May of 2005?
16  A.  After 2005, no.
17  Q.  Prior to 2005, did you go on any
18  vacations while you were employed by the company?
19  A.  No, sir.
20  Q.  During the vacation that you took in
21  May of 2005, did you receive any pay for time not
22  worked by the company?
23  A.  No, sir.
24  Q.  During your employment with the
25  company, did you ever take any sick days?

Page 11

R. Rojas

2  A.  No, sir.
3  Q.  Did you ever receive any sick pay?
4  A.  No, sir.
5  Q.  At the time that you began employment
6  with the company in May of 2003, what were your
7  hours of work?
8  A.  Seven p.m. to seven a.m.
9  Q.  Did you punch a time clock?
10  A.  Yes, punched the clock.
11  Q.  Did you punch the time clock when you
12  started work?
13  A.  Yes, sir.
14  Q.  Did you punch the time clock when you
15  ended work?
16  A.  Yes, sir.
17  Q.  Did you ever have anyone else punch
18  your time card?
19  A.  No, sir.
20  Q.  Were you paid for all of the hours that
21  were recorded on your time card?
22  A.  They pay me the minimum. And overtime
23  was paid but not completely.
24  Q.  In what respect was the overtime not
25  paid?

Page 12

R. Rojas

2  A.  I worked 12 hours. They paid the 40
3  hours at the minimum. And the others they did not
4  pay completely.
5  Q.  I want to understand, Mr. Rojas. The
6  company paid you for the first 40 hours at the
7  minimum wage; is that correct?
8  A.  Yes, sir.
9  Q.  And you were paid for all 40 of those
10  hours; is that correct?
11  A.  Forty hours they paid at the minimum.
12  Q.  And for hours after 40 hours in a work
13  week, what were you paid?
14  A.  They pay a little something at time and
15  a half, but they wouldn't pay completely.
16  Q.  When you say they would pay a little
17  something at time and a half, how many hours would
18  they pay time and a half?
19  A.  It could have been 10 or 15, depending.
20  More or less.
21  Q.  Did you receive any pay for hours that
22  were not paid at time and a half after 40?
23  A.  Can you rephrase that?
24  Q.  For the hours that you worked after 40
25  that you did not receive time and a half, were you

Page 13

R. Rojas

2  paid any pay at all?
3  A.  No, sir.
4  Q.  Did you ever ask anyone at the company
5  why they were not paying you?
6  A.  I would go to the supervisor and ask
7  him to pay us for the five hours of lunch. And he
8  would simply say get out of here.
9  Q.  Are you saying that you were not
10  paid -- that the only hours you were not paid for
11  were the five hours of lunch?
12  A.  The lunch hour, the five-hours lunch,
13  and the hour that was supposed to be paid by law
14  after one works 10 hours.
15  Q.  Other than the five hours of lunch and
16  the one hour pay for working over 10 hours, are
17  you claiming that you were not paid for any other
18  time?
19  A.  I am alleging they didn't pay the five
20  hours lunch and the hour after the 10 hours. What
21  are you saying? Repeat it to me, please.
22  Q.  Other than the five hours of lunch, and
23  the one hour pay after 10 hours, are you saying
24  that you were paid for all other hours?
25  A.  They would pay me, but not completely.

Page 14

R. Rojas

1
2    Q.   I am trying to understand what hours
3    they did not pay for.  So far I understand your
4    testimony is you were not paid for five hours of
5    lunch per week.  And I understand that you say you
6    were not paid for the one hour for working after
7    10.  Is there anything else besides those that you
8    were not paid for?
9    A.   No, sir.
10   Q.   Are you paid by a paycheck from a
11   company?
12   A.   Check.  Yes, sir.
13   Q.   Have you been paid by a paycheck since
14   2003 when you started work?
15   A.   Yes, sir.
16   Q.   Does the stub attached to the paycheck
17   have certain information about the hours you
18   worked?
19   A.   Yes, sir.
20   Q.   And did it have information about your
21   hourly rate of pay?
22   A.   Yes, the minimum.  That's what they
23   pay.
24   Q.   Did it have information on there about
25   the hours you were paid at an overtime rate?

Page 15

R. Rojas

1
2    A.   Yes.
3    Q.   Did you also receive any payments in
4    cash from the company?
5    A.   No, sir.
6    Q.   Did you ever read the complaint in this
7    case?
8    A.   No, sir.
9    Q.   The complaint in the action in
10   paragraph 11 states the following.  It says,
11   quote, In addition to his weekly wages paid by
12   check, plaintiff Rojas was given approximately $20
13   to $70 a week in cash.
14       THE INTERPRETER:  Would you repeat
15       it again.  He didn't understand.
16   Q.   I'm going to read to you a sentence
17   that's in the complaint.
18   A.   Yes, sir.
19   Q.   Then I'm going to ask you whether that
20   is correct or incorrect.  "In addition to his
21   weekly wages paid by check, plaintiff Rojas was
22   given approximately $20 to $70 a week in cash."
23   A.   No.  15 to $20 a week in cash.
24   Q.   When I asked you before, you said you
25   didn't receive any cash?

Page 16

R. Rojas

1
2    A.   Well, you didn't refer to -- I thought
3    you meant if the cash was together with the check.
4    Q.   Who gave you the cash?
5    A.   The supervisor could take the envelope
6    and leave it in the office.  And then we would
7    receive our check.  The envelope.
8    Q.   How often did you receive cash?
9    A.   Weekly.
10   Q.   Did anyone tell you what this cash was
11   for?
12   A.   No, sir.
13   Q.   Did you ever ask anyone what this cash
14   was for?
15   A.   Never.
16   Q.   Did anyone ever tell you this was pay
17   for your lunch hour?
18   A.   No, sir.
19   Q.   Did there ever come a time when the
20   company began to pay you for your lunch hour?
21   A.   No, sir.
22   Q.   Did you report the cash you received
23   from the company on your tax returns?
24   A.   No, sir.
25   Q.   When you worked at the garage, was your

Page 17

R. Rojas

1
2    job to park cars?
3    A.   Receive them, check them in, park them.
4    Turn them -- give them back to the people.
5    Cleaning.  Everything.
6    Q.   Did you ever receive tips from
7    customers?
8    A.   Sometimes they gave something.
9    Something.
10   Q.   Did you ever give those tips to your
11   supervisor?
12   A.   No, sir.
13   Q.   Did you ever tell your supervisor how
14   much you received in tips?
15   A.   No, sir.
16   Q.   Did your supervisor ever ask you to
17   give him those tips?
18   A.   No, sir.
19   Q.   Did you ever share any tips you
20   received with any other employees at the garage?
21   A.   Yes, sir.
22   Q.   Who do you remember giving tips to?
23   A.   I worked with Miguel Alcantara, a man
24   by the name of Jose.  I forget the other names.
25   Q.   Approximately how much did you receive

Page 22

```
 1              R. Rojas
 2      Q.   So it's your testimony that for the
 3  entire period of time that you were working at the
 4  garage, you never took even one minute of break
 5  from working?
 6      A.   Out of the parking garage -- I never
 7  went out, no.
 8      Q.   Did you ever take a break in the
 9  parking garage?
10      A.   No. I was working.
11      Q.   You were working every minute while you
12  were on shift at the parking garage?
13      A.   Yes, sir.
14      Q.   From the period of May 2003 until
15  January of 2007, were you employed by any other
16  company other than working at the garage?
17      A.   No, sir.
18      Q.   Did you receive any income from any
19  source other than from working at the garage?
20      A.   No, sir.
21      Q.   Were you ever paid for any time by the
22  company for periods of time when you were not
23  working?
24          MR. FAILLACE: Objection. Already
25      asked. Go ahead.
    TSG Reporting - Worldwide      877-702-9580
```

Page 23

```
 1              R. Rojas
 2          THE INTERPRETER: Can you repeat
 3      that?
 4      Q.   Did you ever receive any pay for the
 5  company for hours that you did not actually work?
 6      A.   No, sir.
 7          (Recess taken from 1:26 p.m. to
 8      1:34 p.m.)
 9      Q.   Did there come a time when you stopped
10  working 12 hours per day?
11      A.   I stopped working 12 hours a day when I
12  was at 199 and Webster. I was working 10 hours
13  then. Ten and eight, but more ten.
14      Q.   When did you stop working 12 hours per
15  day?
16      A.   Twelve hours a day -- when I started in
17  October 2006 until 2007.
18      Q.   When you worked eight hours per day,
19  what time did you start and what time did you end
20  work?
21      A.   I worked from four p.m. until twelve
22  midnight.
23      Q.   During the time that you worked ten
24  hours per day, what time did you start and
25  what time did you end work?
    TSG Reporting - Worldwide      877-702-9580
```

Page 24

```
 1              R. Rojas
 2      A.   I started at ten and come out at eight.
 3      Q.   Ten a.m.?
 4      A.   Yes, sir. Until eight p.m.
 5      Q.   When you worked ten a.m. to eight p.m.,
 6  did you punch your time card in at ten a.m. when
 7  you started?
 8      A.   Yes, sir.
 9      Q.   Did you punch out at eight p.m. when
10  you ended work?
11      A.   Yes, sir.
12      Q.   When you worked four p.m. to midnight,
13  did you punch in at four p.m.?
14      A.   Yes, sir.
15      Q.   When you ended work at midnight, did
16  you punch out then?
17      A.   Yes, sir.
18      Q.   During this period of time beginning in
19  October of 2006, were you paid time and a half for
20  hours over 40?
21      A.   If I worked it, yes, sir. Yes.
22      Q.   For the period prior to October 2006,
23  were you paid time and a half for the hours you
24  worked over 40?
25      A.   They paid, yes, sir.
    TSG Reporting - Worldwide      877-702-9580
```

Page 25

```
 1              R. Rojas
 2      Q.   When you first started work with the
 3  company in October of 2003, who was your first
 4  supervisor?
 5      A.   Raj.
 6      Q.   During the time you were employed by
 7  the company, did you have any supervisor other
 8  than Raj?
 9      A.   No, sir.
10      Q.   Did Raj actually work at the garage
11  parking cars and doing the other work that you
12  did?
13      A.   No, sir.
14      Q.   How often did Raj come to the garage
15  when you were working there?
16      A.   He would go daily in the morning hours.
17      Q.   How long did he stay at the garage?
18      A.   He wouldn't last too long there. An
19  hour, half hour.
20      Q.   Do you know if Raj ever saw you take a
21  break and leave the premises of the garage?
22      A.   No, sir.
23      Q.   Did you ever pay any other employee to
24  work your shift while you were not there?
25      A.   No, sir.
    TSG Reporting - Worldwide      877-702-9580
```

**EXHIBIT H**

Page 1

1
2

UNITED STATES DISTRICT COURT

3

SOUTHERN DISTRICT OF NEW YORK

4    ----------------------------
5    ANGELO PENA, ROLANDO ROJAS, JOSE DIRECHO,
     and FRANKLIN SANTANA, individually and
6    as behalf of others similarly situated,
7
          Plaintiffs,
8
          vs.                    No. 07 CV 7013
9
     SP PAYROLL, INC., NICHOLAS PARKING CORP.,
10   IVY PARKING CORP., BIENVENIDO, LLC,
     CASTLE PARKING CORP., SAGE PARKING CORP.,
11   and SAM PODOLAK,
12        Defendants.
     ----------------------------
13
14
15
16        DEPOSITION OF JOSE RAMON COLON DIROCHE
17             New York, New York
18            Monday, November 12, 2007
19
20
21
22
23   Reported by:
24   Meredith Stoeckel
25   JOB NO. 14012-A

Page 6

J. Diroche

1
2    A.  Yes.
3        Q.  Do you understand that you are to give
4    truthful answers to my questions?
5    A.  Yes.
6        Q.  Is there any reason today that you
7    could not give truthful answers to my questions?
8    A.  No.
9        Q.  Are you taking any medication that
10   would interfere with your ability to understand my
11   questions?
12   A.  No.
13       Q.  Are you taking any medication that
14   would interfere with your ability to give truthful
15   answers?
16   A.  No.
17       Q.  Who are you employed by now?
18   A.  I'm a taxi driver right now.
19       Q.  Was there a time when you worked for
20   the defendants as a parking attendant?
21   A.  Yes.
22       Q.  When was the last date on which you
23   worked as a parking attendant for the defendants?
24   A.  I don't remember exactly, but it has
25   been a month and three weeks.  Around there.

TSG Reporting - Worldwide    877-702-9580

Page 7

J. Diroche

1
2        Q.  Did you resign from your employment or
3    were you terminated?
4    A.  I resigned.
5        Q.  What was the reason that you resigned?
6    A.  To start cabbing.  I wasn't happy with
7    what was going on.
8        Q.  What were you not happy about?
9    A.  I was earning little.
10       Q.  Did you tell anyone that the reason you
11   quit your job was because you were not getting
12   enough hours?
13   A.  I let Raj know that I was leaving the
14   job because of that, yes.  They took away
15   some hours.
16       Q.  Just prior to when you quit your job
17   how many hours per week were you working?
18   A.  Fifty-eight.
19       Q.  When did you first start work with the
20   defendants?
21   A.  I don't remember the date, but it was
22   at the beginning of 2001.
23       Q.  When you first began working for
24   defendants in 2001 what garage did you work at?
25   A.  I started at 199 and Webster.  And from

TSG Reporting - Worldwide    877-702-9580

Page 8

J. Diroche

1
2    there I went to Jerome.  169 and Jerome.
3        Q.  How long did you work at 199 and
4    Webster?
5    A.  I worked there for about four days.
6    Then they put me on -- then they put me to work at
7    169 and Jerome.
8        Q.  How long did you work at 169 Jerome?
9    A.  I have worked there the whole time.
10       Q.  Did you work at any other garages
11   besides 199 Webster or 169 Jerome?
12   A.  Yes.
13       Q.  What other garages did you work at?
14   A.  187 and Valentine, and Bienvenido which
15   is next to 169 at 1277.  And 155 and Saint
16   Nicholas.
17       Q.  Where did you work most of the time?
18   A.  The most part of the time -- 169 and
19   Jerome.
20       Q.  When you first started work in 2001 who
21   was your supervisor?
22   A.  At that time the supervisor was
23   Cardozo.
24       Q.  Is Cardozo still employed by
25   defendants?

TSG Reporting - Worldwide    877-702-9580

Page 9

J. Diroche

1
2    A.  No.
3        Q.  When did he leave working for
4    defendants?
5    A.  Around the time when I started working
6    with them.  He didn't last too long after that.
7        Q.  Who was your supervisor after Cardozo?
8    A.  A man named Pablo.
9        Q.  How long was Pablo your supervisor?
10   A.  Couple of months.
11       Q.  Who was your supervisor after Pablo?
12   A.  Raj.
13       Q.  Was Raj your supervisor the entire time
14   after Pablo?
15   A.  He has been the one always.  Raj and
16   another Pablo that works for Sam.
17       Q.  When you first started working for
18   defendants in 2001 how many hours per week did you
19   work?
20   A.  I have always worked six days, 60
21   hours.  Sometimes they would take away days.
22   Sometimes they would give my days more.  It
23   depends.  But normally it was six or seven days we
24   worked.  In case somebody was missing, they needed
25   someone.

TSG Reporting - Worldwide    877-702-9580

1          J. Diroche
2     Q.   Was your regular workweek six days?
3     A.   Yes.
4     Q.   How many hours per day did you work?
5     A.   Twelve hours. From seven to seven.
6     Q.   Did there come a time when your hours
7  were reduced to 48 hours?
8     A.   Yes.
9     Q.   When was that?
10    A.   2006.
11    Q.   When in 2006?
12    A.   I don't remember the date.
13    Q.   Do you remember whether it was early in
14 the year of 2006?
15    A.   Yes. Around there.
16    Q.   Could it have been February of 2006?
17    A.   More or less. Around there.
18    Q.   When your hours were reduced to 48
19 hours in February of 2006 how many days per week
20 did you work?
21    A.   Five.
22    Q.   Is that five days per week?
23    A.   Yes.
24    Q.   How many hours per day did you work on
25 each of the five days?

1          J. Diroche
2     A.   Four days at ten hours a day. And one
3  day at eight.
4     Q.   Were you paid by check?
5     A.   Yes.
6     Q.   Were you paid by check for the entire
7  time that you worked for defendants?
8     A.   Lunch hour was always missing.
9     Q.   Were you always paid by check?
10    A.   Yes. Check and cash.
11    Q.   How much were you paid in cash?
12    A.   Fifteen, $20.
13    Q.   Who gave you the cash?
14    A.   The check was inside the envelope.
15 The supervisor would give it to me -- Raj.
16    Q.   In the complaint in paragraph 12 it
17 states that you were paid 20 to $70 a week in
18 cash. Is that correct or incorrect?
19    A.   That's incorrect.
20    Q.   Did anyone tell you why you were
21 receiving this cash?
22    A.   No one told me.
23    Q.   Did you ever ask anyone why you were
24 receiving this cash?
25    A.   I did not ask. I figured it was for

1          J. Diroche
2  the extra hours I worked.
3     Q.   Did there come a time when you stopped
4  receiving cash?
5     A.   In 2006 when I was working.
6     Q.   Did anyone tell you why you stopped
7  receiving cash?
8     A.   No.
9     Q.   Did you ever ask anyone why you stopped
10 receiving cash?
11    A.   No.
12    Q.   Did you stop receiving cash at the same
13 time that your hours were reduced in February of
14 2006?
15    A.   No. Before that.
16    Q.   How long before that?
17    A.   I don't remember.
18    Q.   Isn't it a fact that you stopped
19 receiving the cash because the company started
20 paying for your lunch hour?
21    A.   No.
22    Q.   Did your paycheck have a stub that
23 listed the number of hours that you worked?
24    A.   Yes.
25    Q.   Did your paycheck list what your hourly

1          J. Diroche
2  rate of pay was?
3     A.   They put it on the check, but not
4  completely.
5     Q.   I was asking whether it contained your
6  hourly rate of pay?
7     A.   Yes.
8     Q.   And did it list overtime hours on this
9  stub?
10    A.   Yes.
11    Q.   And do you understand what time and a
12 half is?
13    A.   No.
14    Q.   Do you understand that if you work over
15 40 hours in a week you must be paid time and a
16 half of your hourly rate?
17    A.   If I would have known that I would have
18 told them -- claimed it.
19    Q.   Do you know if you received a higher
20 rate of pay for hours you worked over 40?
21    A.   No.
22    Q.   In your lawsuit against the defendants
23 what hours are you claiming defendants did not pay
24 you?
25    A.   The lunch hour.

Page 18

```
 1          J. Diroche
 2     A.   I worked 12 hours. They would pay me
 3   six.
 4     Q.   Okay. During your regular workweek
 5   however they paid you for all of your hours other
 6   than your lunch hour; is that correct?
 7     A.   Yes.
 8     Q.   Have you totaled up the number of hours
 9   that you believe that you have not been paid for
10   by the defendants?
11     A.   No.
12     Q.   Just before you resigned your
13   employment what was your hourly rate of pay?
14     A.   3.16. Per hour 7.15.
15     Q.   On your paycheck was any rate of pay
16   listed in excess of $10 per hour? An hourly rate.
17     A.   From 2006 on.
18     Q.   When you say 2006 do you mean February
19   2006?
20     A.   Yes.
21     Q.   Between the time you started work for
22   defendants in 2001, and the time that you resigned
23   your employment, did you have any leave of
24   absence?
25     A.   Yes.
```
TSG Reporting - Worldwide     877-702-9580

Page 19

```
 1          J. Diroche
 2     Q.   When was that?
 3     A.   June to July. One month.
 4     Q.   What year?
 5     A.   Now. Before.
 6     Q.   2007?
 7     A.   Yes, 2007.
 8     Q.   Where were you during this leave of
 9   absence?
10     A.   Dominican Republic. Santo Domingo.
11     Q.   You are not claiming are you that the
12   defendants owe you any money for when you were in
13   Santo Domingo?
14     A.   No.
15     Q.   You didn't perform any work for the
16   defendants while you were in Santo Domingo did
17   you?
18     A.   No.
19     Q.   Other than this leave of absence was
20   there any period of time from 2001 until your
21   resignation that you were not working for
22   defendants?
23     A.   Yes.
24     Q.   When was that?
25     A.   I always go to Santo Domingo during the
```
TSG Reporting - Worldwide     877-702-9580

Page 20

```
 1          J. Diroche
 2   year. Once a year. Or two-times a year.
 3     Q.   Do you have a passport from the
 4   Dominican Republic?
 5     A.   Yes.
 6     Q.   Do you have a passport from the United
 7   States?
 8     A.   No.
 9   RQ     MR. WALKER: We request production of
10     his Dominican Republic passport.
11          MR. FAILLACE: Take it under
12     advisement.
13          MR. WALKER: The reason we are
14     requesting production is we have a right
15     to confirm based upon the entry and exit
16     stamps the times when he was out of the
17     country.
18     Q.   In 2001 after you began working for
19   defendants did you go to the Dominican Republic?
20     A.   Yes.
21     Q.   Do you recall when in 2001 that was?
22     A.   No.
23     Q.   Do you know how long you stayed in the
24   Dominican Republic?
25     A.   I don't remember.
```
TSG Reporting - Worldwide     877-702-9580

Page 21

```
 1          J. Diroche
 2     Q.   When you go to the Dominican Republic
 3   is there generally a length of time that you stay
 4   there?
 5     A.   Because my family lives there.
 6     Q.   I understand. How long do you
 7   generally stay in the Dominican Republic?
 8     A.   Lately staying a month, but before
 9   I used to go for two months, three months.
10     Q.   In 2001 do you believe that you were in
11   the Dominican Republic for two to three months?
12     A.   I don't know. You can confirm it on
13   the passport. With the stamps.
14     Q.   How long is a passport for the
15   Dominican Republic valid for?
16     A.   Maybe eight, eight, four.
17     Q.   Since 2001 have you had to renew your
18   passport for the Dominican Republic?
19     A.   Yes.
20     Q.   When did you renew it?
21     A.   I think it was 2004, 2005. Around
22   there.
23     Q.   Do you still have the old passport?
24     A.   I think it was stapled onto the other
25   one. I don't know if it is still there.
```
TSG Reporting - Worldwide     877-702-9580

Page 34

1          J. Diroche
2  time for which you did not work?
3      A.   No.
4      Q.   Did you ever receive holiday pay?
5      A.   No, never.
6      Q.   Have you discussed your lawsuit with
7  anyone besides your lawyer?
8      A.   No.
9      Q.   Have you had any discussions with the
10  other plaintiffs concerning this lawsuit?
11      A.   No.
12          MR. WALKER:  No further questions.
13  EXAMINATION BY
14  MR. FAILLACE:
15          MR. FAILLACE:  Let the record show
16  -- I'm going to ask him some questions
17  without taking any breaks.
18      Q.   When you earlier said that they had
19  lowered your hours, earlier you said this was in
20  2006; is that correct?
21      A.   Yes.
22      Q.   Did you mean this year 2006 or last
23  year 2006?
24      A.   Now. 2007.
25      Q.   So your hours were only lowered in

Page 35

1          J. Diroche
2  February 2007; is that correct?
3      A.   Yes.
4      Q.   Not in 2006 as Mr. Walker lead you to
5  say?
6          MR. WALKER:  Objection.
7      A.   No, it is now in 2007.
8      Q.   Why did you say 2006?
9      A.   I got confused with the question.
10      Q.   Did you work more than 10 hours a day?
11          MR. WALKER:  Objection.
12      A.   Yes.
13      Q.   And did you receive a payment of
14  minimum wage for every day you worked more than 10
15  hours a day?
16      A.   They paid me minimum wage.  Yes, that's
17  what they paid.
18      Q.   Did they give you an additional daily
19  pay, one hour of daily pay, an additional hour of
20  daily pay, because you worked more than 10 hours a
21  day?  One additional pay?
22      A.   Never.
23      Q.   When they had you sign this document,
24  that Mr. Walker presented to you, was that around
25  the time that they lowered your hours?

Page 36

1          J. Diroche
2      A.   I said I didn't remember, but it was
3  just before that.
4      Q.   So from 2001 all the way through 2006
5  you never were told not to work your lunch break?
6      A.   No. Never.  To me that never even
7  existed.
8      Q.   Did you ever complain to anybody about
9  the fact that they weren't paying you for the
10  lunch break?
11      A.   Amongst ourselves, our co-workers.
12      Q.   Do you know if any of your co-workers
13  complained to someone?
14      A.   With regards to the lunch hour?
15      Q.   Yes.
16      A.   Yes, they complained.
17          MR. WALKER:  Objection.
18      A.   They were taking out a lunch hour and
19  we weren't taking it.  We had no time to take a
20  lunch hour.  We were working.
21      Q.   Did you ever complain to your manager
22  about the fact that he made you work a seventh day
23  and not pay you for it?
24          MR. WALKER:  Objection.
25      A.   Yes, I complained to Raj.

Page 37

1          J. Diroche
2      Q.   What did Raj say?
3      A.   Same thing he always said.  In the
4  matter of speaking that he always used.  If you
5  don't want to work you can leave.  When I
6  complained about the hour he said he was going to
7  pay but never did.
8      Q.   Just to clarify.  You worked 12 hours a
9  day, six days a week, from 2001 all the way
10  through the end of 2006?
11          MR. WALKER:  Objection.
12      A.   Can you repeat the question?
13          (Continued on next page to include
14  jurat.)
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT I

Page 1

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF NEW YORK

3
----------------------------
4
ANGELO PENA, ROLANDO ROJAS, JOSE DIRECHO,
and FRANKLIN SANTANA, individually and
5
as behalf of others similarly situated,

6

Plaintiffs,

7

vs.                    No. 07 CV 7013

8

SP PAYROLL, INC., NICHOLAS PARKING CORP.,
9
IVY PARKING CORP., BIENVENIDO, LLC,
CASTLE PARKING CORP., SAGE PARKING CORP.,
10
and SAM PODOLAK,

11

Defendants.
12
----------------------------
13

14

15

16

17
DEPOSITION OF FRANKLIN SANTANA
18
New York, New York
19
Monday, November 12, 2007
20

21

22

23
Reported by:
24
Meredith Stoeckel
25
JOB NO. 14012-B

Page 14

1      **F. Santana**
2      A.   In this year, yes. I've worked up to
3    seven days at the garage that I'm working at.
4    When they need someone to park, the guys go to
5    Santo Domingo, or something like that, he has
6    asked me if I want to work seven days. I need the
7    money, so I've done it.
8      **Q.   Are you referring to the Bienvenido**
9    **Garage?**
10     A.   Yes.
11     **Q.   Are you paid for those hours when you**
12   **work seven days a week?**
13          MR. FAILLACE: Objection. You
14   asked and he responded already.
15     **Q.   You can answer the question.**
16          MR. FAILLACE: You can answer the
17   question again.
18     A.   Yes. He gives me something once in a
19   while.
20     **Q.   Do you currently receive a paycheck**
21   **from your employer?**
22     A.   Of course I do.
23     **Q.   Does your paycheck indicate the number**
24   **of hours that you work?**
25     A.   Yes.

TSG Reporting - Worldwide      877-702-9580

Page 15

1      **F. Santana**
2      **Q.   And does it accurately indicate the**
3    **number of hours that you work?**
4      A.   Yes.
5      **Q.   And are you paid for all those hours**
6    **that are indicated on that paycheck?**
7      A.   No. For the hours -- for the amount of
8    hours that I work, they do not pay them all. For
9    example, when I work seven days, he will give me a
10   little something extra.
11     **Q.   What do you mean he will give you a**
12   **little something extra?**
13     A.   15, 20, 30, even $40.
14     **Q.   In cash or in check?**
15     A.   Cash.
16     **Q.   What is your current hourly rate of**
17   **pay?**
18     A.   7.15 an hour. Which is the minimum.
19     **Q.   And how many hours a week do you work?**
20     A.   Now?
21     **Q.   Yes.**
22     A.   48 hours.
23     **Q.   And are you paid $7.15 for each of**
24   **those 48 hours each week?**
25     A.   They pay me 40 hours at 7.15.

TSG Reporting - Worldwide      877-702-9580

Page 16

1      **F. Santana**
2      **Q.   Are you paid for the other eight hours?**
3      A.   Yes.
4      **Q.   How much are you paid for the other**
5    **eight hours?**
6      A.   10-something.
7      **Q.   So you're paid time and a half for each**
8    **of your hours above 40 hours a week?**
9      A.   Yes. Less the seventh day, when I work
10   seven days. That's what they pay me for six days
11   that I work.
12     **Q.   So are you paid for all the hours that**
13   **you work on those six days?**
14     A.   After the 10 hours that I'm supposed to
15   get one hour, they don't pay that either. Never
16   pay that.
17     **Q.   But for those hours you are paid?**
18     A.   That hour is supposed to be given to me
19   by law, yes.
20     **Q.   Is your current shift 10:30 p.m. to**
21   **6:30 a.m.?**
22     A.   6:30 a.m., yes.
23     **Q.   Six days a week?**
24     A.   Six days a week, yes.
25     **Q.   How often do you work a seventh day in**

TSG Reporting - Worldwide      877-702-9580

Page 17

1      **F. Santana**
2    **a week?**
3      A.   Many times.
4      **Q.   How many times did you work seven days**
5    **in a week this month?**
6      A.   This month that we are in now?
7      **Q.   Yes.**
8      A.   This month, I have not worked seven
9    days.
10     **Q.   Did you work seven days in any week in**
11   **October 2007?**
12     A.   I worked seven days, yes. About two
13   weeks -- for about two weeks. I don't remember
14   when it was in October. Maybe it was one or two
15   months ago.
16     **Q.   How many times in the last year do you**
17   **think you have worked seven days in a week?**
18     A.   I don't remember right now.
19     **Q.   Was it more than five?**
20     A.   Seven days, of course. I covered for
21   him for two weeks. If I wanted to work seven
22   days, they told me to work seven days.
23     **Q.   How many times did you work seven days**
24   **in the last year approximately?**
25     A.   Two weeks. In this year?

TSG Reporting - Worldwide      877-702-9580

Page 30

F. Santana
1
2   Q.  The second paragraph is in Spanish.  Do
3 you understand that paragraph?
4   A.  I understand; yes.
5   Q.  Did there come a time when your hours
6 were reduced to 48 hours a week?
7       MR. FAILLACE: Objection.
8   A.  48, yes.
9   Q.  When were your hours reduced to 48
10 hours a week?
11  A.  Now in 2007.
12  Q.  In what month of 2007?
13  A.  February.  More or less.
14  Q.  Mr. Santana, you were present earlier
15 today for Mr. Direcho's deposition testimony;
16 isn't that correct?
17  A.  Yes.
18  Q.  And you heard Mr. Direcho testify that
19 his hours were reduced to 48 hours per week in
20 February 2007; isn't that correct?
21  A.  Yes, I did.  But I don't need to say it
22 because he said it.
23  Q.  Did you sign the document before you,
24 that has been marked as Exhibit 1, before or after
25 February 2007?

Page 31

F. Santana
1
2   A.  2007, I don't remember.  I think it was
3 before.
4   Q.  Did you ever take a meal break during
5 your regular shift?
6   A.  To lunch, no, never.
7   Q.  Lunch, dinner, or any other meal during
8 your shift?
9   A.  No, no.  Not at all.
10  Q.  Did you ever eat any meal while you
11 were working on your shift?
12  A.  No.
13  Q.  Why not?
14  A.  I had no time.  I worked alone in the
15 parking garage.
16  Q.  During your shift of 10:30 p.m. to 6:30
17 a.m., approximately how many cars enter or leave
18 the garage?
19  A.  Many.  I don't know how many.  The
20 ticket customers were many.  The monthlies were
21 many.  It's around 90 some odd cars which are
22 monthlies alone.
23  Q.  Approximately how many cars would enter
24 or leave per hour?
25  A.  Cars are always coming in and out.

Page 32

F. Santana
1
2 Always coming in and out.  Customers don't have
3 any specific hours.
4   Q.  Is there ever a time when you are
5 working when there aren't cars coming in or out of
6 the garage?
7   A.  If there are any moments -- I'm always
8 doing something in the garage.  I'm always busy.
9 Whether it be organizing the parking garage,
10 monthlies coming in all the time.  Even if there
11 aren't too many cars entering for tickets, daily
12 tickets, the monthlies are always coming in and
13 out.  And the times that I have for a little
14 while, a break, I would go out and clean the
15 parking garage.  I have to maintain it clean.  If
16 not the supervisor would let me know about it, and
17 I don't like anyone to tell me anything about my
18 job.
19  Q.  Do you ever take any breaks during your
20 shift?
21  A.  A break without working?
22  Q.  Yes.
23  A.  No.  There is always continuous work to
24 be done.
25  Q.  Do you ever make personal telephone

Page 33

F. Santana
1
2 calls during your shift?
3   A.  Yes, I have called.
4   Q.  So during the times that you're making
5 a personal telephone call, you're not working,
6 correct?
7   A.  I called my wife in Santo Domingo once.
8 When my daughter was sick in Santo Domingo.  She
9 had to be operated on.
10  Q.  How many times have you made personal
11 calls during your shift?
12  A.  Not many.
13  Q.  Approximately how many a week?
14  A.  In one shift?
15  Q.  In one shift.
16  A.  Sometimes none.  The majority of the
17 times none.
18  Q.  Approximately how many times in a week
19 would you make personal telephone calls?
20  A.  The customers are always calling up the
21 parking lot.  Always telling me to get the car
22 ready for a certain hour.  Or get it together for
23 the front.  Everything by hour.
24  Q.  How many times in a week do you call
25 your wife during your shift?

# EXHIBIT J

Page 1

1

2

UNITED STATES DISTRICT COURT

3

SOUTHERN DISTRICT OF NEW YORK

4        ----------------------------
5    ANGELO PENA, ROLANDO ROJAS, JOSE DIRECHO,
     and FRANKLIN SANTANA, individually and
6    on behalf of others similarly situated,

7

        Plaintiffs,

8

        vs.                No. 07 CV 7013

9

     SP PAYROLL, INC., NICHOLAS PARKING CORP.,
10   IVY PARKING, CORP., BIENVENIDO LLC,
     CASTLE PARKING CORP., SAGE PARKING CORP.,
11   & SAM PODOLAK,
12        Defendants.
     ----------------------------

13

14

15

16           DEPOSITION OF MIGUEL ALCANTARA
17                New York, New York
18            Tuesday, November 13, 2007
19

20

21

22

23   Reported by:
24   Meredith Stoeckel
25   JOB NO. 14013

## Page 22

```
                  M. Alcantara
 1
 2      A.   No.
 3      Q.   When you worked at the garages at 155
 4   or 145, did you work with any other employees on
 5   your shift?
 6      A.   Sometimes one person worked.
 7   Sometimes two.  At 145, only two people worked.
 8      Q.   What about at 155, how many --
 9      A.   I've even worked alone at 145.  At 155
10   two of us worked, and sometimes three.
11      Q.   How often would you work by yourself at
12   145?
13      A.   I only worked there alone twice.
14      Q.   Have you ever paid another employee to
15   work a shift for you?
16      A.   No.
17      Q.   Has an employee ever paid you for
18   working a shift for them?
19      A.   No.  Not even.
20      Q.   In this lawsuit, what is it that you're
21   claiming you were not paid for?
22      A.   First of all, they haven't paid me a
23   lunch hour.  One hour for every day that I worked
24   that they used to take away.
25      Q.   Are you claiming that you weren't paid
     TSG Reporting - Worldwide    877-702-9580
```

## Page 23

```
                  M. Alcantara
 1
 2   for anything else other than your lunch hour?
 3      A.   No, they did not pay me.  And also
 4   according to law, after you work 10 hours they're
 5   supposed to pay one hour additional.  They didn't
 6   pay that either.  I always worked 12 hours.
 7      Q.   Other than the lunch hour, and the
 8   extra hour after working 10 hours, are there any
 9   other hours of time that you're claiming you
10   weren't paid for in this case?
11      A.   The extra hours worked after 40 hours a
12   week.  I only received 15 to $20 to compensate for
13   that -- cash.  Besides the check.  The other hours
14   were paid regular.
15      Q.   Were you paid at least minimum wage for
16   the first 40 hours that you worked each week?
17      A.   Minimum wage.
18      Q.   Did there come a time when your work
19   schedule was reduced to 48 hours a week?
20      A.   I don't remember whether it was three
21   or four days that I worked.  Up to 48 hours.
22      Q.   Was there ever a time that your regular
23   schedule for each week was decreased to 48 hours
24   per week?
25      A.   That only happened for one or two weeks
     TSG Reporting - Worldwide    877-702-9580
```

## Page 24

```
                  M. Alcantara
 1
 2   that they reduced my hours.  I believe they
 3   reduced it because I complained about the hour.
 4   It was like a punishment.
 5      Q.   When was it that your hours were
 6   reduced to 48 hours?
 7      A.   That's when I was working.  One time I
 8   called Pablo before I left.  I called him to
 9   explain to him that I was -- I was claiming the
10   hours that they owed me.  And he told me he was
11   going to speak to Sam about it, but that they were
12   in no condition to pay those extra hours.
13      Q.   In what year did you make this
14   complaint?
15      A.   I always complained about it, but it
16   seems that at the end they punished me and lowered
17   my hours.
18      Q.   Your hours were lowered to 48 hours for
19   only two weeks -- one to two weeks?
20           MR. FAILLACE:  Objection.  Already
21   answered.
22      A.   One or two weeks, yes.
23      Q.   Did your hours increase after those two
24   weeks to more than 48 hours a week?
25      A.   Then I started working regular, yes.
     TSG Reporting - Worldwide    877-702-9580
```

## Page 25

```
                  M. Alcantara
 1
 2      Q.   In what year was it that your hours --
 3   that for two weeks you worked 48 hours?
 4      A.   2006.  That was like to placate me.
 5      Q.   Immediately prior to your employment
 6   terminating in October of 2006, were you still
 7   working the seven p.m. to seven a.m. shift?
 8      A.   Can you repeat the question?
 9      Q.   I will rephrase.  In October 2006 right
10   before your employment terminated, what was your
11   shift?
12      A.   Seven to seven.
13      Q.   Did you ever leave the work premises
14   during a shift?
15      A.   I never left my job.
16      Q.   Did you ever take a break to eat a meal
17   during your shift?
18      A.   Never took a break.  I was always busy.
19      Q.   Did you ever see any of the other
20   employees take a break during the shift?
21      A.   No.  We were always taking care of the
22   vehicles.  Whether it be giving them in, or
23   bringing them in -- receiving them, or giving them
24   back.  Cleaning the bathroom, garage area.  It was
25   always busy.  The parking lot where we were
     TSG Reporting - Worldwide    877-702-9580
```

Page 30

```
1            M. Alcantara
2    thing. He would tell me he was going to speak to
3    Sam. And nothing. I said to myself, what's going
4    on here? I'm working, working, working. And very
5    little money is being paid. And any time they
6    called me to cover someone, I would go. I could
7    have had a headache or anything and I would go. I
8    never told them no. I always covered wherever
9    they asked me to.
10       Q.   How often would you cover a shift other
11   than your scheduled seven p.m. to seven a.m.
12   shift?
13       A.   There are people that are always out
14   late, or they don't come to work. Irresponsible
15   people. Not everyone is the same. And the one
16   that doesn't stay out of work is the one that
17   always has to go. That's the one that always pays
18   the consequences.
19       Q.   My question is not why did you work an
20   extra shift. My question is, how often did you
21   cover a shift for somebody else?
22       MR. FAILLACE: He already told you
23       the number of times.
24       A.   That happened occasionally. That
25   wasn't all the time. That was on emergency cases.
```
TSG Reporting - Worldwide    877-702-9580

Page 31

```
1            M. Alcantara
2        Q.   How many times in a year would that
3    happen?
4        A.   I couldn't tell you how many times in
5    one year. I don't know.
6        Q.   Other than working a seventh day, which
7    we have already talked about, or waiting for
8    someone else to arrive at your garage at the end
9    of your shift, were there any other times that you
10   would be working other than your regular seven
11   p.m. to seven a.m. shift?
12       A.   Sometimes if I had to wait for my
13   relief for a couple of hours, Raj would call me
14   and ask me to wait until then.
15       Q.   Did you keep your paycheck stubs?
16       A.   Yes.
17 RQ      MS. WHITE: Call for the production
18       of paycheck stubs for Mr. Alcantara.
19       MR. FAILLACE: As soon as we get
20       them done, we'll get them to you.
21       Q.   Did you keep a record of how much cash
22   you received a week?
23       A.   When you say "paychecks," you mean the
24   part of the check?
25       Q.   Yes.
```
TSG Reporting - Worldwide    877-702-9580

Page 32

```
1            M. Alcantara
2        MS. WHITE: Can you read back my
3    last question?
4        (Record read.)
5        A.   No.
6        Q.   Did you declare the cash on your income
7    tax form?
8        A.   No.
9        Q.   Did there come a time when you stopped
10   receiving cash and you only received a paycheck?
11       A.   Yes.
12       Q.   When was that?
13       A.   I don't remember exactly. I know it
14   was in 2006, but I don't remember exactly when.
15   I don't remember exactly.
16       Q.   Was it early in 2006?
17       A.   I'm not sure exactly.
18       Q.   Do you recall was it in the first half
19   of the year of 2006?
20       MR. FAILLACE: Objection. He
21       already said he doesn't remember.
22       A.   Something like that. I don't remember
23   exactly.
24       Q.   Did there come a time when you started
25   being paid for your lunch hour?
```
TSG Reporting - Worldwide    877-702-9580

Page 33

```
1            M. Alcantara
2        A.   Then they started paying the 60 hours
3    completely on the check.
4        Q.   Was that approximately the same time as
5    you stopped receiving cash?
6        A.   Yes.
7        Q.   Did you receive time and a half for the
8    hours that you worked over 40 hours a week when
9    you stopped receiving cash?
10       A.   Yes.
11       Q.   So is it your testimony today that at
12   approximately the time when you stopped receiving
13   cash in 2006 from that point forward you were paid
14   for your lunch hour, and you were paid time and a
15   half for any overtime over 40 hours a week?
16       A.   Lunch hour, no, because we weren't
17   taking lunch.
18       Q.   But you were being paid for all hours
19   that you would work?
20       A.   That's when they started paying us the
21   complete hours.
22       Q.   Did you ever take any business
23   documents from any of the garages?
24       A.   No.
25       Q.   Why did you stop working at the garages
```
TSG Reporting - Worldwide    877-702-9580

# EXHIBIT K

Page 1

1

2

UNITED STATES DISTRICT COURT

3 SOUTHERN DISTRICT OF NEW YORK

------------------------------

4

ANGELO PENA, ROLANDO ROJAS, JOSE DIROCHE,

5 and FRANKLIN SANTANA, individually and on

behalf of others similarly situated,

6

Plaintiffs,

7

vs.    No. 07 CV 7013

8

SP PAYROLL, INC., NICHOLAS PARKING, CORP.,

9 IVY PARKING CORP., BIENVENIDO, LLC,

CASTLE PARKING CORP., SAGE PARKING CORP.,

10 and SAM PODOLAK,

11   Defendants.

------------------------------

12

13

14

15

16    DEPOSITION OF LUIS LUNA

17     New York, New York

    Friday, December 7, 2007

18

19

20

21

22

23 Reported by:

24 Meredith Stoeckel

25 JOB NO. 14367

Page 50

1          L. Luna
2   that is in front of you?
3      A.   Yes.
4      Q.   Do you agree that the bottom has been
5   Bates stamped P00417 and that the last page is
6   Bates stamped P00457?
7      A.   Yes.
8      Q.   And what is the exhibit that has been
9   marked Luna Exhibit 2?
10     A.   That is a copy of a check.
11     Q.   So these documents here that have been
12  Bates stamped P00417 through P00457 are copies of
13  your pay stubs; is that correct?
14     A.   Yes.
15     Q.   Mr. Luna, if you'll turn to the page
16  that's marked at the bottom P00452. At the top of
17  the page, do you agree it says "period ending
18  October 3, 2004" at the very top, correct?
19     A.   Yes.
20     Q.   Under that, the pay date is "October 9,
21  2004," correct?
22     A.   Yes.
23     Q.   And this is a check for 40 hours of pay
24  at gross pay of $206; is that correct?
25     A.   Yes.

TSG Reporting - Worldwide       877-702-9580

Page 51

1          L. Luna
2      Q.   If you turn to the following page that
3   has been marked as P00453. Do you see at the top
4   the period ending and the pay date is the same as
5   the previous page?
6      A.   Yes.
7      Q.   Okay. So am I correct that for the pay
8   date October 9, 2004 you received two checks, each
9   check for a gross pay of $206?
10     A.   Yes.
11     Q.   Does this refresh your recollection
12  that at least one of these checks was for vacation
13  pay?
14     A.   I'm not sure. I see that I received
15  two checks.
16     Q.   Do you know why you received two
17  checks?
18     A.   Vacations. They give you first one
19  week and then they give you the other week.
20     Q.   So this is for two weeks of vacation
21  pay?
22     A.   No. This is for two years.
23     Q.   But the amount of the check is for
24  vacation pay -- for one week salary?
25     A.   Yes. One week vacation, yes.

TSG Reporting - Worldwide       877-702-9580

Page 52

1          L. Luna
2      Q.   Have you ever been paid for time that
3   you didn't work other than these two weeks of
4   vacation pay?
5      A.   No. If I wouldn't work, they wouldn't
6   pay me.
7      Q.   Did you ever receive holiday pay?
8      A.   No.
9      Q.   Did you ever receive sick pay?
10     A.   No.
11     Q.   Did you ever receive a loan from the
12  company in the amount of $320?
13     A.   No.
14     Q.   Did you ever receive a loan from the
15  company in any amount?
16        MR. FAILLACE: I'm sorry. The
17  interpreter said a payment from the
18  company.
19        Is that what you said, a payment?
20        MS. WHITE: A loan.
21     A.   No. Loan, no.
22     Q.   Did you ever borrow money from the
23  company?
24        MR. FAILLACE: Objection. He
25  answered.

TSG Reporting - Worldwide       877-702-9580

Page 53

1          L. Luna
2      A.   No.
3      Q.   How often did you get paid by the
4   defendants?
5      A.   Weekly.
6      Q.   Did you always receive a paycheck for
7   each pay period?
8      A.   Yes.
9      Q.   Did your paycheck indicate the number
10  of hours that you worked?
11     A.   Yes.
12     Q.   Did it list your hourly rate of pay?
13     A.   Yes.
14     Q.   Did you receive at least minimum wage
15  for the first 40 hours that you worked in any pay
16  period?
17     A.   I think that the minimum wage was 5.15
18  that they pay me.
19     Q.   Do you understand what overtime is?
20     A.   Yes. When you work more.
21     Q.   Do you understand that overtime is when
22  you work more than 40 hours in a week?
23     A.   Yes.
24     Q.   Did your paycheck also list overtime
25  hours?

TSG Reporting - Worldwide       877-702-9580

Page 54

L. Luna

1
2     A.   No.
3     Q.   Your paycheck never listed overtime
4  hours?
5     A.   No, no.
6     Q.   If you look at the very first page of
7  Exhibit 2 that's in front of you right here, see
8  where it says "regular"?  "Forty hours at 5.15."
9  Do you see that?
10    A.   Yes.
11    Q.   And do you see under that it says
12 overtime?
13    A.   But they didn't give us that on the
14 check.  They would give it to us cash.
15         MR. FAILLACE:  He didn't say that.
16         THE INTERPRETER:  No?
17         MR. FAILLACE:  No.
18    Q.   Could you repeat what you just said for
19 the interpreter?
20    A.   That money was not given to us on the
21 check.  The overtime, no.
22    Q.   So right here where it says overtime --
23 six hours.  Do you see that on here?  And it says
24 that at a rate of $7.25 per hour.  Do you see
25 that?

TSG Reporting – Worldwide       877-702-9580

---

Page 55

L. Luna

1
2     A.   Yes.
3     Q.   And you see across it says "for this
4  period, $46.35," correct?  And that's in addition
5  to $206 of regular pay.  Do you see that?
6     A.   Yes.
7     Q.   For a total gross pay of 252.35.
8     A.   Yes.  But they would give that to us in
9  cash.
10    Q.   Okay.  Do you see where it says "net
11 pay" on here, "$218.79"?  Please look at Exhibit
12 2.  Would you receive in that check the entire
13 amount of net pay?
14    A.   I don't remember.  But if it says so, I
15 am sure that -- but I don't remember.
16    Q.   Let me rephrase my question.  These
17 paychecks that you have in front of you, the pay
18 stubs, reflect that you were paid by check for at
19 least some overtime hours; isn't that correct?
20    A.   Yes.  They would give it to me on a
21 check.
22    Q.   Okay.  That's my question.  Thank you.
23 Do you understand what the term "time
24 and a half" means?
25    A.   No.

TSG Reporting – Worldwide       877-702-9580

---

Page 56

L. Luna

1
2     Q.   Do you understand that the overtime
3  rate of pay was one and a half times your regular
4  rate of pay?
5     A.   The overtime, yes.  Yes, that's time
6  and a half.
7     Q.   Did you receive time and a half for
8  your overtime hours?
9          MR. FAILLACE:  He was asking.  He
10 was asking.
11    Q.   He was asking?  What were you asking?
12 I'm sorry.
13    A.   No, I'm telling you that time and a
14 half -- that's the hour for overtime.
15    Q.   Right.  Do you agree that you were paid
16 time and a half for the overtime hours that you
17 worked?
18    A.   Yeah, the overtime.
19    Q.   You testified that you received cash in
20 addition to your check, correct?
21    A.   When you work more.
22    Q.   Why did you receive -- explain to me
23 why you received cash in addition to your check.
24    A.   Because it goes over the 40 hours of
25 the five days of work.

TSG Reporting – Worldwide       877-702-9580

---

Page 57

L. Luna

1
2     Q.   So let me -- I'm trying to understand
3  your testimony.  Is your testimony that you
4  received cash to compensate you for hours that you
5  worked in addition to the hours that were
6  compensated in your paycheck?
7     A.   Yes.  Because that was when you went
8  over the time.  When you work seven days -- if you
9  work more than seven days -- five days -- for
10 instance, if you work seven days, they would give
11 you 40 to $45 for that.
12    Q.   Who gave you the cash?
13    A.   Raj.
14    Q.   Isn't it true that some of the cash
15 that you received was to compensate you for a
16 lunch hour or a meal break during your shift?
17    A.   No, we never got breaks.  There were no
18 breaks.
19    Q.   Did you keep a record of the amount of
20 cash that you received?
21    A.   The check.  No, no.  Now that you're
22 mentioning cash -- no, no.  There was no receipt,
23 nothing.
24    Q.   Did you make any note of the amount of
25 cash that you received?

TSG Reporting – Worldwide       877-702-9580

Page 62

```
1          L. Luna
2    understand very well what's going on.
3    And you're putting words in his mouth to
4    suit your own record. But go ahead. Do
5    it. It's not going to make any
6    difference. Do it.
7          MS. WHITE: Are you finished,
8    Mr. Faillace?
9          MR. FAILLACE: I am finished. But
10   let the record show you're taking
11   advantage of my client's lack of
12   education and lack of knowledge. Go
13   ahead.
14         MS. WHITE: Are you now finished,
15   Mr. Faillace?
16         MR. FAILLACE: Yes.
17         MS. WHITE: I'd like to state on
18   the record --
19         MR. FAILLACE: Please repeat what
20   I said in Spanish to my client.
21   Q.   When I ask you, Mr. Luna, is it your
22   testimony, if you disagree with what I'm saying,
23   you understand that you should tell me; isn't that
24   correct? In other words, if I mischaracterize
25   your testimony, it is your obligation to let me
```

TSG Reporting - Worldwide    877-702-9580

Page 63

```
1          L. Luna
2    know, correct?
3    A.   Yes.
4    Q.   Okay. I'm just trying to understand.
5    I'm not trying to mischaracterize your testimony.
6    I'm trying to understand your testimony.
7          With respect to the hours that you
8    worked over 40 hours in a week, is it correct that
9    you were paid overtime for those hours?
10   A.   Yes, they paid the overtime.
11   Q.   So is it your claim that what you
12   weren't paid for is your lunch hour?
13         MR. FAILLACE: Objection. He
14   already told you he didn't get paid for
15   lunch, and for six or seven additional --
16   when he worked a six or seven additional
17   day. You're trying to twist his claim.
18   He said it clearly. Let the record show
19   that you're twisting his claim again.
20         MS. WHITE: Mr. Faillace --
21         MR. FAILLACE: No, he said, Lunch
22   hour, and when I worked an extra day, I
23   wasn't paid. He said it. Now, you're
24   trying to twist it and say, No, you only
25   said lunch.
```

TSG Reporting - Worldwide    877-702-9580

Page 64

```
1          L. Luna
2          MS. WHITE: Mr. Faillace, I'm
3    trying to get my response on the record.
4    Please tell me when you're done.
5          MR. FAILLACE: No. You're trying
6    to get what you want on the record. Go
7    ahead.
8          MS. WHITE: Please tell me when
9    you're done.
10         MR. FAILLACE: Keep going.
11         MS. WHITE: Are you done?
12         MR. FAILLACE: But let the record
13   show you're twisting his testimony again.
14   Go ahead.
15         MS. WHITE: Are you done?
16         MR. FAILLACE: Go ahead.
17         MS. WHITE: Let the record show --
18   I'm responding now. Mr. Faillace, under
19   the federal rules of evidence, you are
20   permitted to object. You are not
21   permitted to lead the witness. If you
22   have an objection --
23         MR. FAILLACE: I'm not leading the
24   witness because the interpreter is not
25   saying a word. Let the record show that
```

TSG Reporting - Worldwide    877-702-9580

Page 65

```
1          L. Luna
2    the interpreter is not saying a word of
3    what I'm saying. So how can I lead my
4    witness who doesn't speak a word of
5    English? Excuse me. Let the record show
6    you're trying to again make statements
7    that are totally false. My client hasn't
8    heard a word of what I said in Spanish.
9          MS. WHITE: Are you directing the
10   interpreter not to repeat your objection?
11         MR. FAILLACE: No, I'm not. But
12   she didn't say a word of what I was
13   saying. Did she?
14         MS. WHITE: Would you like her to?
15         MR. FAILLACE: I mean, she can say
16   it.
17         MS. WHITE: Would you like her to?
18   I'm asking if you want your objection
19   interpreted to your witness?
20         MR. FAILLACE: I have asked her to
21   do it, but she didn't say it on that
22   occasion.
23         MS. WHITE: Mr. Faillace, we both
24   can't talk at the same time because the
25   court reporter can't get it down.
```

TSG Reporting - Worldwide    877-702-9580

# EXHIBIT L

# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor
New York, New York 10022

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

—————

Faillace@employmentcompliance.com

July 12, 2008

**VIA FIRST CLASS MAIL**

Peter Arnold Walker
Seyfarth Shaw LLP
620 8th Avenue
New York, NY 10018

> Re:    Pena et al. v. SP Payroll, Inc., et al.
>        Index No. 1:07-cv-07013-RJH

Dear Mr. Walker:

Enclosed are motion papers for Plaintiffs' Motion to Amend and for Other Relief.

I note that Defendants' anticipated Motion for Summary Judgment is scheduled for submission on July 14, 2008. If you think you will need more time to file in light of these motion papers, please call me or Michael so we can discuss how to jointly apply for an enlargement of the schedule.

Very truly yours,

John A. Karol

Enclosures.