# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor  
New York, New York 10022

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

July 22, 2008

VIA Facsimile / (212) 805-7948  
Hon. Richard J. Holwell  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Room 1950  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/30/08



Re: Pena et al. v. SP Payroll, Inc., et al.  
Index No. 1:07-cv-07013-RJH

Dear Judge Holwell:

We represent the Plaintiffs in the above-referenced matter. We write to respectfully suggest an amendment in the briefing schedule for the Motion for Partial Summary Judgment filed by Defendants on 7/14/2008. Under the Court's scheduling Orders of 4/30/08 and 5/20/08, Plaintiffs' deadline to file responsive papers is 8/11/08.

Plaintiffs filed a Motion to Amend on 7/12/08 after counsel for the parties were unable to agree on a stipulated Amended Complaint. Defendants' Motion for Partial Summary Judgment is based in part upon arguments that will likely be mooted should Plaintiffs' application be granted. Therefore, Plaintiffs respectfully submit that the Court extend the deadline for Plaintiffs to file responsive papers to Defendants' Motion for Partial Summary Judgment until after such time as Plaintiffs' Motion to Amend is decided. Further, Plaintiffs anticipate that Defendants may also wish to alter their Motion for Partial Summary Judgment depending on the outcome of Plaintiff's Motion to Amend.

Therefore, Plaintiffs respectfully submit that it will be far more efficient to decide Plaintiffs' Motion to Amend first, and then allow Defendants the opportunity to submit new summary judgment motion papers should it be necessary, rather than have the parties brief issues that may be mooted.

Very truly yours,

*Application Denied*  
SO ORDERED  
[signature] USDJ 7/29/08

Michael Faillace [MF-8436]

cc: Peter Arnold Walker, Esq. / VIA Facsimile: (212) 218-5526

Certified as a minority-owned business in the State of New York