UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated*,

                *Plaintiffs*,

        -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                *Defendants.*
-----------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: JOSE DIROCHE

Address / Direccion: 905 Eagle Ave. 6H, Bronx, NY 10456

Phone Number / Numero de Teléfono: Michael Faillace & Associates, P.C.

Legal Representative / Abogado: N/A

Other / Otro: Jose Ramon Cabas DiRoche

Signature / Firma: 7-20-07

Date / Fecha: