UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated*,

                            *Plaintiffs*,

          -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                            *Defendants.*
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: ROLANDO ROJAS

Address / Direccion: 223 nagle ave 5F, new york NY 10001

Phone Number / Numero de Teléfono: Michael Faillace & Associates, P.C.

Legal Representative / Abogado: N/A

Other / Otro:

Signature / Firma: *Rolando Rojas*

Date / Fecha: 7-20-07