UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated*
                                        *Plaintiffs*,

        -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                                    *Defendants*.
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:                      Edison Alvarez

Address / Direccion:                30-13 E. 85th Street

                                                  East Elmhurst, New York 11370

Phone Number / Numero de Teléfono:        _____

Legal Representative / Abogado:        Michael Faillace & Associates, P.C.

        Other / Otro:                      N/A

Signature / Firma:                     *Edison Alvarez* (signature)

Date / Fecha:                            7-20-07