**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly*
*situated,*

                                         *Plaintiffs,*

                    -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                                         *Defendants.*
-------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO**
**PARA HACER**
**PARTE DE UNA DEMANDA**

**07 CV 7013**

**ECF Case**

TO:    Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la**
**demanda como uno de los demandantes.)**

Name / Nombre:                    **Miguel Garcia**

Address / Direccion:              **1855 Monroe Avenue Apt. 1F**

                                  **Bronx, NY 10457**

Phone Number / Numero de Teléfono:    **(718) 716 9978, (718) 365 3468**

                                  Michael Faillace & Associates, P.C.

Legal Representative / Abogado:

            Other / Otro:         N/A

Signature / Firma:                X

Date / Fecha:                     10/4/2007