UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated,*

       *Plaintiffs,*

    -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

       *Defendants.*
-------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO: Clerk of Court, Southern District of New York
   500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:  **Luis Ramon Luna**

Address / Direccion:  **1254 Sherman Ave., Apt. 3f**

       **Bronx, NY 10456**

Phone Number / Numero de Teléfono: **(718) 681 1895**

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

   Other / Otro:  N/A

Signature / Firma: *[signature]*

Date / Fecha:  09/24/2007