

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone

(212) 218-5570

Writer's e-mail

pwalker@seyfarth.com

July 3, 2008

**VIA FACSIMILE AND**
**REGULAR MAIL**

Michael A. Faillace, Esq.
Michael A. Faillace & Associates, P.C.
110 East 59th Street
32nd Floor
New York, NY 10022

    Re:    <u>Pena et al v. SP Payroll, Inc. et al,</u> 07-CV-7013 (S.D.N.Y.)

Dear Mr. Faillace:

    We are in receipt of your request that Defendants stipulate to permit you to amend the complaint in accordance with the Proposed First Amended Complaint which you provided to us. If you recall, at the conference before the judge, we agreed to consider stipulating to permit Plaintiffs to remove the collective and class claims based on your representation that your clients did not want to represent anyone other than themselves, and to add the opt-in plaintiffs as named plaintiffs for the federal and state claims. We did not agree to stipulate to allow you to amend the complaint in any other respect.

    Therefore, we will agree to stipulate to permit you to amend your complaint solely to add seven of the nine opt-ins as named plaintiffs and to drop the class and collective claims. However, we will not agree to allow you to include Patricio Gonzalez or Edison Alvarez as named plaintiffs. As you know, Mr. Gonzalez has signed a document, that was produced to you in discovery, which admits that he has been fully paid by Defendants and that Defendants owe him no additional money. Mr. Alvarez is not owed any money by the Defendants and there are documents that were produced to you and which you produced to us that reflect varying additional amounts of cash given to Mr. Alvarez while he was employed by Defendants. In fact, by our calculations, Mr. Alvarez was paid more than $30,000 in cash, in addition to his paychecks, and he actually was overpaid and owes the Company more than $13,000. Accordingly, in light of our intent to file a partial motion for summary judgment, amending the complaint to add these individuals would be futile.

    We also will not agree to permit you to change the allegations from the original complaint, which you have sought to do in the Proposed First Amended Complaint. For example, in addition to adding allegations pertaining to the newly named plaintiffs and removing the class and collective

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

NY1 26520136.1



Michael A. Faillace, Esq.
July 3, 2008
Page 2

claims, the First Amended Complaint varies from the original complaint in paragraphs 8, 9, 10, 11, 38, 39 and 45 of the First Amended Complaint.

Accordingly, if you provide us with a revised Proposed First Amended Complaint which addresses the items identified above, we will agree to stipulate to the amendment. As noted above, we will be serving and filing our partial motion for summary judgment on July 14, 2008.

Very truly yours,

SEYFARTH SHAW LLP

Peter A. Walker

NY1 26520136.1



620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
Fax (212) 218-5526
www.seyfarth.com

# Facsimile Transmission

Date:  July 3, 2008

| **RECIPIENT** | **COMPANY** | **PHONE NO.** | **FAX NO.** |
|---|---|---|---|
| **Michael A. Faillace, Esq.** | Michael A. Faillace & Associates, P.C. | (212) 317-1200 | **(212) 317-1620** |

FROM:  Peter A. Walker
PHONE:  212-218-5570
RE:  Pena et al. v. SP Payroll, Inc. et al.      REPLY FAX NO.: 212-218-5526

| File No: | 56538.000001 | Number of Pages, Including Cover: | 3 |

☒ Hard copy to follow                ☐ Hard copy will not follow
☐ Per your request                   ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

Please see attached.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE 212-218-5532 AS SOON AS POSSIBLE.

NY1 26520164.1