UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated,*

                        *Plaintiffs,*

        -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                        *Defendants.*
-----------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
          500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: ANGELO PENA

Address / Direccion: 349 East 193 Street Apt # 1
Bronx NY 10458

Phone Number / Numero de Teléfono: 646-401-6192
347-852-5932

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: *[signature]*

Date / Fecha: 7-30-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simiarly
situated,*

                  *Plaintiffs,*

       -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                  *Defendants.*
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre: FRANKLIN SANTANA

Address / Direccion: 1860 Billasly Ave. 3A
Bronx, NY 10453

Phone Number / Numero de Teléfono: Michael Faillace & Associates, P.C.

Legal Representative / Abogado: N/A

Other / Otro:

Signature / Firma: *Franklin Santana*

Date / Fecha: 7-20-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
individually and on behalf of others simiarly
situated,

                       Plaintiffs,

          -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                       Defendants.
------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre: JOSE DIROCHE

Address / Direccion: 905 Eagle Ave. 6H, Bronx NY 10456

Phone Number / Numero de Telefono:

Michael Faillace & Associates, P.C.

Legal Representative / Abogado: N/A

Other / Otro: Jose Ramon calos DiRoche

Signature / Firma: 7-20-07

Date / Fecha:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELO PENA, ROLANDO ROJAS, JOSE
DIROCHE, and FRANKLIN SANTANA,
*individually and on behalf of others simularly
situated*,

                  *Plaintiffs*,

     -against-

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE
PARKING CORP., and SAM PODOLAK,

                  *Defendants*.
-------------------------------------------------------------X

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7013

ECF Case

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre: ROLANDO ROJAS

Address / Direccion: [handwritten, illegible] New York NY 10001

Phone Number / Numero de Teléfono: Michael Faillace & Associates, P.C.

Legal Representative / Abogado: N/A

Other / Otro:

Signature / Firma: *Rolando Rojas*

Date / Fecha: 7-20-07