AJ-  000085 100900      0000004592  2

# Earnings Statement

**ADP**

SP.PAYROLL INC.

Period Ending:    05/29/2005
Pay Date:         06/04/2005

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  1
   State:    1
   Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 7.0000 | 40.00 | 280.00 | 2,621.20 |
| Gross Pay |      |       | $280.00 | 2,981.20 |

| Deductions | Statutory | | |
|------------|-----------|------|------|
| | Federal Income Tax | -18.25 | 193.37 |
| | Social Security Tax | -17.36 | 184.83 |
| | Medicare Tax | -4.06 | 43.23 |
| | NY State Income Tax | -5.07 | 56.90 |
| | New York Cit Income Tax | -3.21 | 37.72 |
| | NY SUI/SDI Tax | -0.60 | 6.60 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

2005 Automatic Data Processing, Inc.

TEAR HERE

# Earnings Statement

SP PAYROLL INC.

Period Ending:   05/29/2005
Pay Date:        06/04/2005

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  1
   State:    1
   Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Previous Reg | 7.0000 | 40.00 | 280.00 | 280.00 |
| Regular | | | | 2,521.20 |
| **Gross Pay** | | | **$280.00** | 3,261.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.50 | 198.87 |
| | Social Security Tax | -17.36 | 202.19 |
| | Medicare Tax | -4.06 | 47.29 |
| | New York Cit Income Tax | -0.94 | 38.66 |
| | NY State Income Tax | | 56.90 |
| | NY SUI/SDI Tax | | 6.60 |
| | **Net Pay** | **$252.14** | |

Your federal taxable wages this period are $280.00

*SP PAYROLL INC.*

## Earnings Statement

ADP

Period Ending: 06/05/2005
Pay Date: 06/11/2005

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-8078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 2,901.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 3,541.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 217.12 |
| | Social Security Tax | -17.36 | 219.55 |
| | Medicare Tax | -4.06 | 51.35 |
| | NY State Income Tax | -5.07 | 61.97 |
| | New York City Income Tax | -3.21 | 41.87 |
| | NY SUI/SDI Tax | -0.60 | 7.20 |
| | Net Pay | $211.45 | |

Your federal taxable wages this period are $280.00

AJ-  000065 100000        0000004671  1

*SP PAYROLL INC.*

## Earnings Statement

Period Ending:    06/12/2005
Pay Date:    06/18/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal   1
  State:    1
  Local     1

Social Security Number: XXX-XX-6078

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.0000 | 40.00 | 280.00 | 3,181.20 |
| Previous Reg | | | | 280.00 |
| **Gross Pay** | | | **$280.00** | 3,821.20 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -18.25 | 235.37 |
| | Social Security Tax | -17.36 | 236.91 |
| | Medicare Tax | -4.06 | 55.41 |
| | NY State Income Tax | -5.07 | 67.04 |
| | New York Cit Income Tax | +3.21 | 45.06 |
| | NY SUI/SDI Tax | -0.60 | 7.80 |
| | **Net Pay** | **$231.45** | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

AJ- 000085 100900    0000004708   I

# Earnings Statement

**ADP**

SP PAYROLL, INC.

Period Ending:   06/19/2005
Pay Date:        06/25/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   1
  State:     1
  Local:     1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6978

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 3,461.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 4,101.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 253.62 |
| | Social Security Tax | -17.36 | 254.27 |
| | Medicare Tax | -4.06 | 59.47 |
| | NY State Income Tax | -5.07 | 72.11 |
| | New York Cit Income Tax | -3.21 | 48.29 |
| | NY SUI/SDI Tax | -0.60 | 6.40 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

# Earnings Statement

ADP

*SP PAYROLL INC.*

Period Ending:    06/26/2005
Pay Date:         07/02/2005

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 State: 1
 Local: 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-8078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 3,741.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 4,381.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 271.87 |
| | Social Security Tax | -17.36 | 271.63 |
| | Medicare Tax | -4.06 | 63.53 |
| | NY State Income Tax | -5.07 | 77.18 |
| | New York Cit Income Tax | -3.21 | 51.50 |
| | NY SUI/SDI Tax | -0.60 | 9.00 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

◀ TEAR HERE

ADP-  000085 100950    0000004706   1

# Earnings Statement

**SP PAYROLL INC.**

Period Ending:    07/03/2005
Pay Date:    07/09/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    1
  State:    1
  Local    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 4,021.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 4,661.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 260.12 |
| | Social Security Tax | -17.36 | 286.99 |
| | Medicare Tax | -4.06 | 67.59 |
| | NY State Income Tax | -5.07 | 82.25 |
| | New York City Income Tax | -3.21 | 54.71 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

TEAR HERE

# Earnings Statement

**ADP**

SP PAYROLL INC.

Period Ending: 07/10/2005
Pay Date: 07/16/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-8078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 4,301.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 4,941.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 308.37 |
| | Social Security Tax | -17.36 | 306.35 |
| | Medicare Tax | -4.06 | 71.65 |
| | NY State Income Tax | -5.07 | 87.32 |
| | New York Cit Income Tax | -3.21 | 57.92 |
| | NY SUI/SDI Tax | -0.60 | 10.20 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2004 Automatic Data Processing, Inc.

▼ TEAR HERE

# Earnings Statement

SP PAYROLL INC.

| | |
|---|---|
| Period Ending: | 07/17/2005 |
| Pay Date: | 07/23/2005 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.0000 | 40.00 | 200.00 | 4,581.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 5,221.20 |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -18.25 | 326.62 |
| Social Security Tax | -17.36 | 323.71 |
| Medicare Tax | -4.06 | 75.71 |
| NY State Income Tax | -5.07 | 92.39 |
| New York Cit Income Tax | -3.21 | 61.13 |
| NY SUI/SDI Tax | -0.60 | 10.80 |
| Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

ALI- 000AIBS 100900    0000004920  1

**Earnings Statement**

ADP

SP PAYROLL INC.

Period Ending:     07/24/2005
Pay Date:          07/30/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 4,861.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 5,501.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.25 | 344.87 |
| | Social Security Tax | -17.36 | 341.07 |
| | Medicare Tax | -4.06 | 79.77 |
| | NY State Income Tax | -5.07 | 97.46 |
| | New York Cit Income Tax | -3.21 | 64.34 |
| | NY SUI/SDI Tax | -0.60 | 11.40 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ: 000065 100900    0000004963  1

## Earnings Statement

SP PAYROLL INC.

Period Ending:   07/31/2005
Pay Date:        08/06/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 5,141.20 |
| Previous Reg | | | | 280.00 |
| **Gross Pay** | | | **$280.00** | 5,781.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 363.12 |
| | Social Security Tax | -17.36 | 358.43 |
| | Medicare Tax | -4.06 | 83.83 |
| | NY State Income Tax | -5.07 | 102.53 |
| | New York Cit Income Tax | -3.21 | 67.55 |
| | NY SUI/SDI Tax | -0.60 | 12.00 |
| | **Net Pay** | **$231.45** | |

Your federal taxable wages this period are $280.00

©2001 Authentic Data Processors, Inc.

AJ - 000065 100000    0000005005  1

# Earnings Statement

ADP

SP PAYROLL INC.

Period Ending:    08/07/2005
Pay Date:    08/13/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6075

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 5,421.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 6,061.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 381.37 |
| | Social Security Tax | -17.36 | 375.76 |
| | Medicare Tax | -4.06 | 87.89 |
| | NY State Income Tax | -5.07 | 107.60 |
| | New York Cit Income Tax | -3.21 | 70.76 |
| | NY SUI/SDI Tax | -0.60 | 12.60 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2005 Automatic Data Processing, Inc.

▼ TEAR HERE

AJ - 000085 100900    0000005048  1

# Earnings Statement

**ADP**

SP PAYROLL INC.

Period Ending:    08/14/2005
Pay Date:    08/20/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 5,701.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 6,341.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 399.62 |
| | Social Security Tax | -17.36 | 393.15 |
| | Medicare Tax | -4.06 | 91.95 |
| | NY State Income Tax | -5.07 | 112.67 |
| | New York Cit Income Tax | -3.21 | 73.97 |
| | NY SUI/SDI Tax | -0.60 | 13.20 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

AJ- 000095 100900    0050005092  1

## Earnings Statement

SP PAYROLL INC.

Period Ending:    08/21/2005
Pay Date:         08/27/2005

ADP

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal  1
 State    1
 Local    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6678

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 5,981.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 6,621.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 417.87 |
| | Social Security Tax | -17.36 | 410.51 |
| | Medicare Tax | -4.06 | 96.01 |
| | NY State Income Tax | -5.07 | 117.74 |
| | New York Cit Income Tax | -3.21 | 77.18 |
| | NY SUI/SDI Tax | -0.60 | 13.90 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2002 Automatic Data Processing, Inc.

AJ -   000085  100000       0000005134   1

SP PAYROLL INC.

**Earnings Statement**

ADP

Period Ending:    08/28/2005
Pay Date:         09/03/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   1
    State:     1
    Local:     1

Social Security Number: XXX-XX-6078

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.0000 | 40.00 | 280.00 | 6,261.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 6,901.20 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -18.25 | 436.12 |
| | Social Security Tax | -17.36 | 427.87 |
| | Medicare Tax | -4.06 | 100.07 |
| | NY State Income Tax | -5.07 | 122.81 |
| | New York Cit Income Tax | -3.21 | 80.39 |
| | NY SUI/SDI Tax | -0.60 | 14.40 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2000 Automatic Data Processing, Inc.

◀ TEAR HERE

# Earnings Statement

**ADP**

SP PAYROLL INC.

Period Ending: 09/04/2005
Pay Date: 09/10/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6076

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 6,541.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 7,181.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 454.37 |
| | Social Security Tax | -17.36 | 445.23 |
| | Medicare Tax | -4.06 | 104.13 |
| | NY State Income Tax | -5.07 | 127.88 |
| | New York Cit Income Tax | -3.21 | 83.60 |
| | NY SUI/SDI Tax | -0.60 | 15.00 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

AJ-  000065 100900       0200005220  1

**Earnings Statement**

ADP

*SP PAYROLL INC.*

Period Ending:   09/11/2005
Pay Date:        09/17/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 6,521.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 7,461.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 472.62 |
| | Social Security Tax | -17.36 | 462.59 |
| | Medicare Tax | -4.06 | 108.19 |
| | NY State Income Tax | -5.07 | 132.95 |
| | New York Cit Income Tax | -3.21 | 86.81 |
| | NY SUI/SDI Tax | -0.60 | 15.60 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ- 000085 100900    0000005265  1    **Earnings Statement**    ADP

SP PAYROLL INC.

| Period Ending: | 09/16/2005 |
| Pay Date: | 09/24/2005 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   1
  State:     1
  Local:     1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 7,101.20 |
| Previous Reg | | | | 280.00 |
| **Gross Pay** | | | **$280.00** | 7,741.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 490.87 |
| | Social Security Tax | -17.36 | 479.95 |
| | Medicare Tax | -4.06 | 112.25 |
| | NY State Income Tax | -5.07 | 138.02 |
| | New York Cit Income Tax | -3.21 | 90.02 |
| | NY SUI/SDI Tax | -0.60 | 16.20 |
| | **Net Pay** | **$231.45** | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

AJ- 000085 100900    0000005309  1

SP PAYROLL INC.

## Earnings Statement

ADP

Period Ending:    09/25/2005
Pay Date:         10/01/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6076

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.0000 | 40.00 | 280.00 | 7,381.20 |
| Previous Reg | | | | 280.00 |
| **Gross Pay** | | | **$280.00** | 8,021.20 |

| Deductions | Statutory | | |
|------------|-----------|--------|--------|
| | Federal Income Tax | -19.25 | 509.12 |
| | Social Security Tax | -17.36 | 497.31 |
| | Medicare Tax | -4.06 | 116.31 |
| | NY State Income Tax | -5.07 | 143.09 |
| | New York Cit Income Tax | -3.21 | 93.23 |
| | NY SUI/SDI Tax | -0.60 | 16.90 |
| | **Net Pay** | **$231.45** | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

AJ-   000065 100500        0000006360   1

# Earnings Statement

SP PAYROLL INC.

| | |
|---|---|
| Period Ending: | 10/02/2005 |
| Pay Date: | 10/08/2005 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   1
   State:      1
   Local:      1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 7,661.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 8,301.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 527.37 |
| | Social Security Tax | -17.36 | 514.67 |
| | Medicare Tax | -4.06 | 120.37 |
| | NY State Income Tax | -5.07 | 148.16 |
| | New York City Income Tax | -3.21 | 96.44 |
| | NY SUI/SDI Tax | -0.60 | 17.40 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ - 000085 100900    0000005412  1

# Earnings Statement

ADP

SP PAYROLL INC.

Period Ending:    10/09/2005
Pay Date:    10/15/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:  1
  Local:  1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 7,941.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 8,581.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 545.62 |
| | Social Security Tax | -17.36 | 532.03 |
| | Medicare Tax | -4.06 | 124.43 |
| | NY State Income Tax | -5.07 | 153.23 |
| | New York Cit Income Tax | -3.21 | 99.65 |
| | NY SUI/SDI Tax | -0.60 | 18.00 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ- 000085 100900          0000005460  1

**Earnings Statement**

SP PAYROLL INC.

Period Ending:      10/16/2005
Pay Date:           10/22/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 32.00 | 224.00 | 8,165.20 |
| Holiday | 7.0000 | 8.00 | 56.00 | |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 8,861.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 563.87 |
| | Social Security Tax | -17.36 | 549.39 |
| | Medicare Tax | -4.06 | 128.49 |
| | NY State Income Tax | -5.07 | 158.30 |
| | New York Cit Income Tax | -3.21 | 102.86 |
| | NY SUI/SDI Tax | -0.60 | 18.60 |
| | Net Pay | | $231.45 |

Your federal taxable wages this period are $280.00

AJ- 000085 100300     0000005506  1

**Earnings Statement**

ADP

SP PAYROLL, INC.

Period Ending:     10/23/2005
Pay Date:          10/29/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | your to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 8,445.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 9,141.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -19.25 | 582.12 |
| | Social Security Tax | -17.36 | 566.75 |
| | Medicare Tax | -4.06 | 132.55 |
| | NY State Income Tax | -5.07 | 163.37 |
| | New York Cit Income Tax | -3.21 | 106.07 |
| | NY SUI/SDI Tax | -0.60 | 19.20 |
| | Net Pay | | $231.45 |

Your federal taxable wages this period are $280.00

**Earnings Statement**

ADP

AU-  000065 100900    0000005556  1

SP PAYROLL INC.

| | |
|---|---|
| Period Ending: | 10/30/2005 |
| Pay Date: | 11/05/2005 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:  1
  Local:  1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-8078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 8,725.20 |
| Previous Reg | | | | 280.00 |
| **Gross Pay** | | | **$280.00** | **9,421.20** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 600.37 |
| | Social Security Tax | -17.36 | 584.11 |
| | Medicare Tax | -4.06 | 136.61 |
| | NY State Income Tax | -5.07 | 168.44 |
| | New York Cit Income Tax | -3.21 | 109.28 |
| | NY SUI/SDI Tax | -0.60 | 19.80 |
| | **Net Pay** | **$231.45** | |

Your federal taxable wages this period are $280.00

AJ-   000085 100900        0000005605  1

# Earnings Statement

ADP

SP PAYROLL INC.

Period Ending:     11/06/2005
Pay Date:          11/12/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal   1
    State     1
    Local     1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 9,005.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 9,701.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 618.62 |
| | Social Security Tax | -17.36 | 601.47 |
| | Medicare Tax | -4.06 | 140.67 |
| | NY State Income Tax | -5.07 | 173.51 |
| | New York Cit Income Tax | -3.21 | 112.49 |
| | NY SUI/SDI Tax | -0.60 | 20.40 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ - 800085 100900          0000005657  1

## Earnings Statement

ADP

*SP PAYROLL INC.*

Period Ending:    11/13/2005
Pay Date:         11/19/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 9,285.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 9,981.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.25 | 636.87 |
| | Social Security Tax | -17.36 | 618.63 |
| | Medicare Tax | -4.06 | 144.73 |
| | NY State Income Tax | -5.07 | 178.58 |
| | New York Cit Income Tax | -3.21 | 115.70 |
| | NY SUI/SDI Tax | -0.60 | 21.00 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2005 Automatic Data Processing, Inc.

AJ-   000085 100500        0000005706  I

**Earnings Statement**                                 ADP

SP PAYROLL INC.

Period Ending:     11/20/2005
Pay Date:          11/26/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   1
    State:     1
    Local:     1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 9,565.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 10,261.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 655.12 |
| | Social Security Tax | -17.36 | 636.19 |
| | Medicare Tax | -4.06 | 148.79 |
| | NY State Income Tax | -5.07 | 183.65 |
| | New York Cit Income Tax | -3.21 | 118.91 |
| | NY SUI/SDI Tax | -0.60 | 21.60 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

©2000 Automatic Data Processing, Inc.

AJ- 000085 100900 0000005754 1

**Earnings Statement**

ADP

*SP PAYROLL INC.*

Period Ending: 11/27/2005
Pay Date: 12/03/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal 1
  State 1
  Local 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 9,845.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 10,541.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 673.37 |
| | Social Security Tax | -17.36 | 653.55 |
| | Medicare Tax | -4.06 | 152.85 |
| | NY State Income Tax | -5.07 | 188.72 |
| | New York Cit Income Tax | -3.21 | 122.12 |
| | NY SUI/SDI Tax | -0.60 | 22.20 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ-  000085 100900        0000005802   1

**Earnings Statement**

*SP PAYROLL INC.*

Period Ending:  12/04/2005
Pay Date:       12/10/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 10,125.20 |
| Previous Reg | | | | 280.00 |
| Gross Pay | | | $280.00 | 10,821.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 691.62 |
| | Social Security Tax | -17.36 | 670.91 |
| | Medicare Tax | -4.06 | 156.91 |
| | NY State Income Tax | -5.07 | 193.79 |
| | New York Cit Income Tax | -3.21 | 125.33 |
| | NY SUI/SDI Tax | -0.60 | 22.80 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

P 00373

AJ-  000065 100000      0000005551  1

# Earnings Statement

ADP

SP PAYROLL INC.

Period Ending:    12/11/2005
Pay Date:         12/17/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 10,405.20 |
| Previous Reg | | | | 280.00 |
| | | Gross Pay | $280.00 | 11,101.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.25 | 709.87 |
| | Social Security Tax | -17.36 | 688.27 |
| | Medicare Tax | -4.06 | 160.97 |
| | NY State Income Tax | -5.07 | 198.86 |
| | New York Cit Income Tax | -3.21 | 128.54 |
| | NY SUI/SDI Tax | -0.60 | 23.40 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

AJ-   000085 100900        0000025898   1

# Earnings Statement

**ADP**

SP PAYROLL INC.

| | |
|---|---|
| Period Ending: | 12/18/2005 |
| Pay Date: | 12/24/2005 |

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal:   1
 State:   1
 Local:   1

Social Security Number: XXX-XX-6078

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 10,685.20 |
| Previous Reg | | | | 280.00 |
| | Gross Pay | | $280.00 | 11,381.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 728.12 |
| | Social Security Tax | -17.36 | 705.63 |
| | Medicare Tax | -4.06 | 165.03 |
| | NY State Income Tax | -5.07 | 203.93 |
| | New York Cit Income Tax | -3.21 | 131.75 |
| | NY SUI/SDI Tax | -0.60 | 24.00 |
| | Net Pay | $231.45 | |

Your federal taxable wages this period are $280.00

CO. FILE DEPT. CLOCK NUMBER
AJ - 000085 100900     0000005942 1

*SP PAYROLL INC.*

## Earnings Statement

ADP

Period Ending:     12/25/2005
Pay Date:          12/31/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    State:   1
    Local:   1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 10,965.20 |
| Previous Reg | | | | 280.00 |
| **Gross Pay** | | | **$280.00** | 11,661.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.25 | 746.37 |
| | Social Security Tax | -17.36 | 722.99 |
| | Medicare Tax | -4.06 | 169.09 |
| | NY State Income Tax | -5.07 | 209.00 |
| | New York Cit Income Tax | -3.21 | 134.96 |
| | NY SUI/SDI Tax | -0.60 | 24.60 |
| | **Net Pay** | | **$231.45** |

Your federal taxable wages this period are $280.00

©2002 Automatic Data Processing, Inc.

TEAR HERE

AJ- 000085 100900    0000005985 1

## Earnings Statement

ADP

SP PAYROLL INC.

Period Ending:    01/01/2006
Pay Date:    01/07/2006

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   State: 1
   Local: 1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-8078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 280.00 |
| | Gross Pay | | $280.00 | 280.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.76 | 17.76 |
| | Social Security Tax | -17.36 | 17.36 |
| | Medicare Tax | -4.06 | 4.06 |
| | NY State Income Tax | -5.07 | 5.07 |
| | New York Cit Income Tax | -3.21 | 3.21 |
| | NY SUI/SDI Tax | -0.60 | 0.60 |
| | Net Pay | $231.94 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

P 00377

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000089  100900             0000006028  1

# Earnings Statement

**ADP**

*SP PAYROLL INC.*

Period Ending:    01/08/2006
Pay Date:         01/14/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.0000 | 40.00 | 280.00 | 560.00 |
| Gross Pay | | | $280.00 | 560.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -17.76 | 35.52 |
| | Social Security Tax | -17.36 | 34.72 |
| | Medicare Tax | -4.06 | 8.12 |
| | NY State Income Tax | -5.07 | 10.14 |
| | New York Cit Income Tax | -3.21 | 6.42 |
| | NY SUI/SDI Tax | -0.60 | 1.20 |
| | Net Pay | $231.94 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

AJ-   000085 100100        0000006044  1

SP PAYROLL INC.

# Earnings Statement

**ADP**

Period Ending:     01/15/2006
Pay Date:          01/21/2006

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   1
   State:     1
   Local:     1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6078

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.0000 | 40.00 | 280.00 | 840.00 |
| Gross Pay | | | $280.00 | 840.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.76 | 53.28 |
| | Social Security Tax | -17.36 | 52.08 |
| | Medicare Tax | -4.06 | 12.18 |
| | NY State Income Tax | -5.07 | 15.21 |
| | New York City Income Tax | -3.21 | 9.63 |
| | NY SUI/SDI Tax | -0.60 | 1.80 |
| | Net Pay | $231.94 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.

TEAR HERE

CO.    FILE    DEPT.   CLOCK  NUMBER    920
AJ-   000085 100100        0000006088  1

# Earnings Statement

ADP

SP PAYROLL INC.

Period Ending:        01/22/2006
Pay Date:             01/28/2006

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   1
   State:    1
   Local:    1

EDISON ALVAREZ
30-13 85TH ST
EAST ELMHURST, NY 11370

Social Security Number: XXX-XX-6079

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 7.0000 | 40.00 | 280.00 | 1,120.00 |
| Gross Pay | | | $280.00 | 1,120.00 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -17.76 | 71.04 |
| | Social Security Tax | -17.36 | 69.44 |
| | Medicare Tax | -4.06 | 16.24 |
| | NY State Income Tax | -5.07 | 20.28 |
| | New York Cit Income Tax | -3.21 | 12.84 |
| | NY SUI/SDI Tax | -0.60 | 2.40 |
| | Net Pay | $231.94 | |

Your federal taxable wages this period are $280.00

©2001 Automatic Data Processing, Inc.