Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------

ANGELO PENA, ROLANDO ROJAS,
JOSE DIROCHE, and FRANKLIN SANTANA,
individually and on behalf of others
similarly situated,

       Plaintiffs,

  vs.           No. 07 CV 7013

SP PAYROLL, INC., NICHOLAS PARKING,
CORP., IVY PARKING, CORP., BIENVENIDO,
LLC, CASTLE PARKING CORP., SAGE PARKING
CORP., and SAM PODOLAK,
       Defendants.

----------------------------------

DEPOSITION OF ANGELO PENA
New York, New York
Friday, November 9, 2007

Reported by:
Meredith Stoeckel
JOB NO. 14011-A

TSG Reporting - Worldwide   877-702-9580

Page 10

```
            A. Pena
 1
 2      A.  No.
 3      Q.  Who is your current supervisor at the
 4  garage right now?
 5      A.  Mr. Raj.
 6      Q.  What hours does Mr. Raj work?
 7      A.  He passes by to pick up the reports.
 8  Sometimes he passes by in the morning, sometimes
 9  he passes by at night.
10      Q.  Does Mr. Raj actually work at the
11  garage, or just pass by the garage to pick up the
12  reports?
13      A.  He doesn't work in the garage. He just
14  picks up the reports.
15      Q.  What hours do you work?
16      A.  Twelve hours a day.
17      Q.  When do you start work?
18      A.  I started working from seven a.m. to
19  seven p.m.
20      Q.  How long have you worked from seven
21  a.m. to seven p.m.?
22      A.  I worked that shift for about two
23  years. Sometimes I had to cover vacation or
24  something like that for another employee.
25  Covering shifts.
```

Page 11

```
            A. Pena
 1
 2      Q.  Isn't it a fact that you are currently
 3  working eight hours per day?
 4      A.  Now, yes.
 5      Q.  When did you start working eight hours
 6  a day?
 7      A.  This year, 2007.
 8      Q.  When in 2007?
 9      A.  I don't know exactly.
10      Q.  Besides you, does anyone else work at
11  the garage with you?
12      A.  One other person, yes.
13      Q.  Who is that?
14      A.  I worked with Juan --
15          MR. FAILLACE: I'm going to object
16      for vagueness. I think there is a need
17      for clarification. He's not
18      understanding the time period you are
19      asking.
20          MR. WALKER: Right now.
21      A.  Right now, who I work with?
22      Q.  Yes.
23      A.  Sometimes I work with Pedro Brito, Juan
24  Lorenzo, Pedro Breton. There are two other
25  persons, but I don't remember the names.
```

Page 12

```
            A. Pena
 1
 2      Q.  How many of these employees that you
 3  just named work during all or part of the shift
 4  that you work?
 5      A.  I work with them because I started four
 6  p.m. until twelve. They are the ones that do the
 7  day shifts -- there are other people that relieve
 8  also. That relieve us.
 9      Q.  You previously testified you were
10  working seven a.m. to seven p.m. You have
11  testified you are working four p.m. to midnight.
12  Which is it?
13          MR. FAILLACE: Objection. He was
14      confused as to time. Objection because
15      he was confused about time. I already
16      objected. He wasn't clear about the
17      time. When he was saying seven to seven
18      he meant some other --
19      Q.  As you sit here today, what hours are
20  you working at the garage?
21      A.  Right now in 2007, I am working from
22  four p.m. to twelve a.m.
23      Q.  Isn't it a fact that you have worked
24  eight hours a day since March of 2006?
25      A.  I am not sure, no.
```

Page 13

```
            A. Pena
 1
 2      Q.  During 2007 when you have been working
 3  from four p.m. to midnight, what other employees
 4  would be at the garage during that time?
 5      A.  Jose Suazo.
 6      Q.  Anyone else?
 7      A.  I worked also with Diroche Colon.
 8      Q.  Anyone else?
 9      A.  Of that garage, I don't remember any
10  other names.
11      Q.  Do all of the employees who work at the
12  garage when you work at the garage park cars?
13          MR. FAILLACE: Objection. Can you
14      please specify?
15          MR. WALKER: When he's working.
16      A.  Repeat the question.
17      Q.  During the time that you're working and
18  other employees are working at the garage, do
19  these employees also park cars?
20      A.  Yes, sir.
21      Q.  During any time that you have been
22  working during 2007, what is the most number of
23  employees who have been working at the same time
24  as you?
25      A.  There are six employees. Three at
```

TSG Reporting - Worldwide    877-702-9580