| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000064 | 100100 | | 0000004233 | 1 |

SP PAYROLL INC.

# Earnings Statement

ADP

Period Ending: 04/03/2005
Pay Date: 04/09/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

Social Security Number: 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

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 3,296.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 1,638.51 |
| **Gross Pay** | | | **$375.00** | 4,983.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.27 | 291.46 |
| | Social Security Tax | -23.25 | 308.97 |
| | Medicare Tax | -5.44 | 72.26 |
| | NY State Income Tax | -8.34 | 105.61 |
| | New York Cit Income Tax | -5.55 | 70.67 |
| | NY SUI/SDI Tax | -0.60 | 8.40 |
| **Net Pay** | | **$308.55** | |

Your federal taxable wages this period are $375.00



| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|-----|------|-------|-------|--------|-----|
| AJ- | 000064 | 100100 | | 0000004276 | 1 |

SP PAYROLL INC.

**Earnings Statement** 

Period Ending: 04/10/2005
Pay Date: 04/16/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 6.0000 | 40.00 | 240.00 | 3,536.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 1,773.51 |
| Previous Reg | | | | 132.00 |
| Gross Pay | | | $375.00 | 5,490.31 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -23.27 | 334.53 |
| | Social Security Tax | -23.25 | 340.40 |
| | Medicare Tax | -5.44 | 79.61 |
| | NY State Income Tax | -8.34 | 121.36 |
| | New York Cit Income Tax | -5.56 | 80.82 |
| | NY SUI/SDI Tax | -0.60 | 9.00 |
| | Net Pay | | $308.54 |

Your federal taxable wages this period are $375.00

P 01001

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000064 | 100100 | | 0000004319 | 1 |

SP PAYROLL INC.

**Earnings Statement** 

Period Ending: 04/17/2005
Pay Date: 04/23/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 3,776.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 1,908.51 |
| Previous Reg | | | | 132.00 |
| **Gross Pay** | | | **$375.00** | 5,865.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.27 | 357.80 |
| | Social Security Tax | -23.25 | 363.65 |
| | Medicare Tax | -5.44 | 85.05 |
| | NY State Income Tax | -8.34 | 129.70 |
| | New York Cit Income Tax | -5.55 | 86.37 |
| | NY SUI/SDI Tax | -0.60 | 9.60 |
| | **Net Pay** | **$308.55** | |

Your federal taxable wages this period are $375.00



| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000064 | 100100 | | 0000004358 | 1 |

SP PAYROLL INC.

**Earnings Statement**　ADP

Period Ending: 04/24/2005
Pay Date: 04/30/2005

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 State: 2
 Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 4,016.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 2,043.51 |
| Previous Reg | | | | 132.00 |
| **Gross Pay** | | | **$375.00** | 6,240.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.27 | 381.07 |
| | Social Security Tax | -23.25 | 386.90 |
| | Medicare Tax | -5.43 | 90.48 |
| | NY State Income Tax | -8.34 | 138.04 |
| | New York Cit Income Tax | -5.55 | 91.92 |
| | NY SUI/SDI Tax | -0.60 | 10.20 |
| | **Net Pay** | **$308.56** | |

Your federal taxable wages this period are $375.00



©2001 Automatic Data Processing, Inc.

```
CO.   FILE    DEPT.   CLOCK  NUMBER    020
AJ-   000064  100100         0000004398  1

SP PAYROLL INC.
```

**Earnings Statement**  ADP

Period Ending: 05/01/2005
Pay Date: 05/07/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State: 2
    Local: 2

Social Security Number: 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

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026



| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 29.00 | 174.00 | 4,190.80 |
| S | 6.0000 | 16.00 | 96.00 | |
| Overtime | | | | 2,043.51 |
| Previous Reg | | | | 132.00 |
| **Gross Pay** | | | **$270.00** | 6,510.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.60 | 390.67 |
| | Social Security Tax | -16.74 | 403.64 |
| | Medicare Tax | -3.92 | 94.40 |
| | NY State Income Tax | -3.90 | 141.94 |
| | New York Cit Income Tax | -2.57 | 94.49 |
| | NY SUI/SDI Tax | -0.60 | 10.80 |
| **Net Pay** | | **$232.67** | |

Your federal taxable wages this period are $270.00

P 01004

```
CO.    FILE    DEPT.   CLOCK  NUMBER   020
AJ-   000064  100100         0000004442  1

SP PAYROLL INC.
```

# Earnings Statement

Period Ending:  05/08/2005
Pay Date:       05/14/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State:   2
    Local:   2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 33.00 | 198.00 | 4,388.80 |
| Overtime | | | | 2,043.51 |
| Previous Reg | | | | 132.00 |
| **Gross Pay** | | | **$198.00** | 6,708.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2.40 | 393.07 |
| | Social Security Tax | -12.28 | 415.92 |
| | Medicare Tax | -2.87 | 97.27 |
| | NY State Income Tax | -1.02 | 142.96 |
| | New York Cit Income Tax | -1.20 | 95.69 |
| | NY SUI/SDI Tax | -0.60 | 11.40 |
| **Net Pay** | | **$177.63** | |

Your federal taxable wages this period are $198.00



P 01005

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000064 | 100100 | | 0000004481 | 1 |

SP PAYROLL INC.

# Earnings Statement



Period Ending: 05/15/2005
Pay Date: 05/21/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 4,628.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 2,178.51 |
| Previous Reg | | | | 132.00 |
| Gross Pay | | | $375.00 | 7,083.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.27 | 416.34 |
| | Social Security Tax | -23.25 | 439.17 |
| | Medicare Tax | -5.44 | 102.71 |
| | NY State Income Tax | -8.34 | 151.30 |
| | New York Cit Income Tax | -5.55 | 101.24 |
| | NY SUI/SDI Tax | -0.60 | 12.00 |
| Net Pay | | $308.55 | |

Your federal taxable wages this period are $375.00

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000064 | 100100 | | 0000004523 | 1 |

**Earnings Statement**  ADP

SP PAYROLL INC.

Period Ending: 05/22/2005
Pay Date: 05/28/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: XXX-XX-2410

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 4,868.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 2,313.51 |
| Previous Reg | | | | 132.00 |
| Gross Pay | | | $375.00 | 7,458.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.27 | 439.61 |
| | Social Security Tax | -23.25 | 462.42 |
| | Medicare Tax | -5.44 | 108.15 |
| | NY State Income Tax | -8.34 | 159.64 |
| | New York Cit Income Tax | -5.55 | 106.79 |
| | NY SUI/SDI Tax | -0.60 | 12.60 |
| Net Pay | | $308.55 | |

Your federal taxable wages this period are $375.00

P 01007

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|-----|------|-------|-------|--------|-----|
| AJ- | 000064 | 100100 | | 0000004565 | 1 |

SP PAYROLL INC.

# Earnings Statement



Period Ending: 05/29/2005
Pay Date: 06/04/2005

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   State: 2
   Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: XXX-XX-2410

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 6.0000 | 40.00 | 240.00 | 5,108.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 2,448.51 |
| Previous Reg | | | | 132.00 |
| Gross Pay | | | $375.00 | 7,833.31 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -23.27 | 462.88 |
| | Social Security Tax | -23.25 | 485.67 |
| | Medicare Tax | -5.43 | 113.58 |
| | NY State Income Tax | -8.34 | 167.98 |
| | New York Cit Income Tax | -5.55 | 112.34 |
| | NY SUI/SDI Tax | -0.60 | 13.20 |
| Net Pay | | $308.56 | |

Your federal taxable wages this period are $375.00

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000064 | 100100 | | 0000004605 | 1 |

SP PAYROLL INC.

**Earnings Statement**   ADP

Period Ending: 06/05/2005
Pay Date: 06/11/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State: 2
    Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: XXX-XX-2410

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 5,348.80 |
| Overtime | 9.0000 | 4.00 | 36.00 | 2,484.51 |
| Previous Reg | | | | 132.00 |
| Gross Pay | | | $276.00 | 8,109.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.20 | 473.08 |
| | Social Security Tax | -17.11 | 502.78 |
| | Medicare Tax | -4.00 | 117.58 |
| | NY State Income Tax | -4.14 | 172.12 |
| | New York Cit Income Tax | -2.69 | 115.03 |
| | NY SUI/SDI Tax | -0.60 | 13.80 |
| Net Pay | | $237.26 | |

Your federal taxable wages this period are $276.00

©2001 Automatic Data Processing, Inc.
©1991 ADP, Inc.
TEAR HERE

```
CO.   FILE    DEPT.   CLOCK  NUMBER    020
AJ-   000064  100100          0000004646  1

SP PAYROLL INC.
```

# Earnings Statement

Period Ending:  06/12/2005
Pay Date:       06/18/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State:   2
  Local:   2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: XXX-XX-2410

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.0000 | 40.00 | 240.00 | 5,588.80 |
| Overtime | 9.0000 | 15.00 | 135.00 | 2,619.51 |
| Previous Reg | | | | 132.00 |
| **Gross Pay** | | | **$375.00** | 8,484.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.27 | 496.35 |
| | Social Security Tax | -23.25 | 526.03 |
| | Medicare Tax | -5.44 | 123.02 |
| | NY State Income Tax | -8.34 | 180.46 |
| | New York Cit Income Tax | -5.56 | 120.59 |
| | NY SUI/SDI Tax | -0.60 | 14.40 |
| **Net Pay** | | | **$308.54** |

Your federal taxable wages this period are $375.00

©2001 Automatic Data Processing, Inc.

TEAR HERE

P 01010