| CO FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|
| AJ- | 000081 | 100500 | 0000006249 | 1 |

SP PAYROLL INC.

# Earnings Statement

Period Ending: 02/12/2006
Pay Date: 02/18/2006

Taxable Marital Status: Married
Exemptions/Allowances:
　　Federal: 1
　　State: 1
　　Local: 1

Social Security Number: XXX-XX-4299

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 1,080.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 658.14 |
| **Gross Pay** | | | **$472.50** | 1,738.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.52 | 86.90 |
| | Social Security Tax | -29.29 | 107.76 |
| | Medicare Tax | -6.85 | 25.20 |
| | NY State Income Tax | -14.28 | 48.18 |
| | New York Cit Income Tax | -9.22 | 31.27 |
| | NY SUI/SDI Tax | -0.60 | 2.40 |
| **Net Pay** | | **$386.74** | |

Your federal taxable wages this period are $472.50

©2001 Automatic Data Processing, Inc.

P 00105

```
CO.   FILE    DEPT.   CLOCK  NUMBER    020
AJ-  000081  100500         0000006483  1
```

SP PAYROLL INC.

**Earnings Statement**  ADP

Period Ending: 03/19/2006
Pay Date: 03/25/2006

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 2,430.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 1,670.64 |
| Gross Pay | | | $472.50 | 4,100.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.52 | 214.50 |
| | Social Security Tax | -29.30 | 254.24 |
| | Medicare Tax | -6.85 | 59.46 |
| | NY State Income Tax | -14.28 | 119.58 |
| | New York Cit Income Tax | -9.23 | 77.41 |
| | NY SUI/SDI Tax | -0.60 | 5.40 |
| Net Pay | | $386.72 | |

Your federal taxable wages this period are $472.50

©2001 Automatic Data Processing, Inc.

▼TEAR HERE

P 00106

```
CO FILE       CLOCK NUMBER        020
AJ-  000081  100500     0000006530  1
```

SP PAYROLL INC.

## Earnings Statement

**ADP**

Period Ending: 03/26/2006
Pay Date: 03/31/2006

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

Social Security Number: XXX-XX-4299

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 2,700.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 1,873.14 |
| Gross Pay | | | $472.50 | 4,573.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.52 | 240.02 |
| | Social Security Tax | -29.29 | 283.53 |
| | Medicare Tax | -6.85 | 66.31 |
| | NY State Income Tax | -14.28 | 133.86 |
| | New York Cit Income Tax | -9.22 | 86.63 |
| | NY SUI/SDI Tax | -0.60 | 6.00 |
| Net Pay | | $386.74 | |

Your federal taxable wages this period are $472.50

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

P 00107

```
FILE    DEPT.   CLOCK  NUMBER     020
AJ-   000081  100500         0000006576   1
```

SP PAYROLL INC.

**Earnings Statement** — ADP

Period Ending: 04/02/2006
Pay Date: 04/08/2006

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

Social Security Number: XXX-XX-4299

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 2,970.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 2,075.64 |
| Gross Pay | | | $472.50 | 5,045.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.52 | 265.54 |
| | Social Security Tax | -29.30 | 312.83 |
| | Medicare Tax | -6.85 | 73.16 |
| | NY State Income Tax | -14.28 | 148.14 |
| | New York Cit Income Tax | -9.22 | 95.85 |
| | NY SUI/SDI Tax | -0.60 | 6.60 |
| Net Pay | | $386.73 | |

Your federal taxable wages this period are $472.50

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

P 00108

| FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|
| AJ- 000081 | 100500 | | 0000006624 | 1 |

SP PAYROLL INC.

**Earnings Statement**  ADP

Period Ending: 04/09/2006
Pay Date: 04/15/2006

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 3,240.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 2,278.14 |
| **Gross Pay** | | | **$472.50** | 5,518.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.52 | 291.06 |
| | Social Security Tax | -29.29 | 342.12 |
| | Medicare Tax | -6.85 | 80.01 |
| | NY State Income Tax | -14.28 | 162.42 |
| | New York Cit Income Tax | -9.22 | 105.07 |
| | NY SUI/SDI Tax | -0.60 | 7.20 |
| **Net Pay** | | **$386.74** | |

Your federal taxable wages this period are $472.50

©2001 Automatic Data Processing, Inc.
▼ TEAR HERE

Earnings Statement  ADP

P 00109

```
CO        E     ERCY   CLOCK NUMBER    020
AJ-  000081 100500      0000008685   1
```

SP PAYROLL INC.

# Earnings Statement

ADP

Period Ending:  02/04/2007
Pay Date:       02/10/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:   0
  Local:   0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 1,700.00 |
| Overtime | 10.7250 | 18.00 | 193.05 | 1,147.50 |
| Gross Pay | | | $479.05 | 2,847.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.03 | 246.38 |
| | Social Security Tax | -29.71 | 176.55 |
| | Medicare Tax | -6.95 | 41.29 |
| | NY State Income Tax | -16.37 | 91.54 |
| | New York Cit Income Tax | -10.53 | 59.00 |
| | NY SUI/SDI Tax | -0.60 | 3.60 |
| | Other | | |
| | Garnishment | -40.00 | |
| Net Pay | | $317.86 | |

Your federal taxable wages this period are $479.05

©2001 Automatic Data Processing, Inc.

TEAR HERE

Earnings Statement

P 00146

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000190 | 100100 | | 0000008714 | 1 |

SP PAYROLL INC.

# Earnings Statement  ADP

Period Ending: 02/11/2007
Pay Date: 02/17/2007

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 State: 1
 Local: 1

MARCO ANTONIO MARTE
6 WOOSTERST
NEW YORK, NY 10013

Social Security Number: XXX-XX-1394

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 36.00 | 257.40 | 1,372.80 |
| Overtime | | | | 257.40 |
| **Gross Pay** | | | **$257.40** | 1,630.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -14.11 | 121.64 |
| | Social Security Tax | -15.96 | 101.07 |
| | Medicare Tax | -3.73 | 23.64 |
| | NY State Income Tax | -4.16 | 36.57 |
| | New York Cit Income Tax | -2.70 | 23.75 |
| | NY SUI/SDI Tax | -0.60 | 3.00 |
| **Net Pay** | | **$216.14** | |

Your federal taxable wages this period are $257.40

©2001 Automatic Data Processing, Inc.
▼ TEAR HERE
© 1931 ADP, Inc.

CO.   FILE   DEPT.   CLOCK   NUMBER
AJ-   …

P 00147

| | CO̶̶̶̶̶̶L̶E̶ ̶O̶R̶G̶ | CLOCK NUMBER | 020 | **Earnings Statement** | | ADP |
|---|---|---|---|---|---|---|
| AJ- | 000081 | 100500 | 0000008732  1 | | | |

SP PAYROLL INC.

Period Ending: 02/11/2007
Pay Date: 02/17/2007

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 State: 0
 Local: 0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 1,986.00 |
| Overtime | 10.7250 | 18.00 | 193.05 | 1,340.55 |
| **Gross Pay** | | | **$479.05** | 3,326.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.03 | 303.41 |
| | Social Security Tax | -29.70 | 206.25 |
| | Medicare Tax | -6.94 | 48.23 |
| | NY State Income Tax | -16.37 | 107.91 |
| | New York Cit Income Tax | -10.53 | 69.53 |
| | NY SUI/SDI Tax | -0.60 | 4.20 |
| | Other | | |
| | Garnishment | -40.00 | |
| | **Net Pay** | **$317.88** | |

Your federal taxable wages this period are $479.05

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

P 00148

| CO. | FILE | DEPT. | CLOCK NUMBER | 020 |
|---|---|---|---|---|
| AJ- | 000081 | 100500 | 0000008782 | 1 |

SP PAYROLL INC.

**Earnings Statement** ADP

Period Ending: 02/18/2007
Pay Date: 02/24/2007

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State: 0
   Local: 0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 2,272.00 |
| Overtime | 10.7250 | 18.00 | 193.05 | 1,533.60 |
| Gross Pay | | | $479.05 | 3,805.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.03 | 360.44 |
| | Social Security Tax | -29.70 | 235.95 |
| | Medicare Tax | -6.95 | 55.18 |
| | NY State Income Tax | -16.37 | 124.28 |
| | New York Cit Income Tax | -10.53 | 80.06 |
| | NY SUI/SDI Tax | -0.60 | 4.80 |
| | Other | | |
| | Garnishment | -40.00 | |
| | Net Pay | $317.87 | |

Your federal taxable wages this period are $479.05

©2001 Automatic Data Processing, Inc.

TEAR HERE
© 1991 ADP, Inc.

P 00149

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| AJ- | 000081 | 100500 | | 0000008829 | 020 1 |

SP PAYROLL INC.

## Earnings Statement

Period Ending: 02/25/2007
Pay Date: 03/03/2007

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 State: 0
 Local: 0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 2,558.00 |
| Overtime | 10.7250 | 20.00 | 214.50 | 1,748.10 |
| Gross Pay | | | $500.50 | 4,306.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.26 | 420.70 |
| | Social Security Tax | -31.03 | 266.98 |
| | Medicare Tax | -7.26 | 62.44 |
| | NY State Income Tax | -17.64 | 141.92 |
| | New York Cit Income Tax | -11.33 | 91.39 |
| | NY SUI/SDI Tax | -0.60 | 5.40 |
| Other | | | |
| | Garnishment | -40.00 | |
| Net Pay | | $332.38 | |

Your federal taxable wages this period are $500.50

©2001 Automatic Data Processing, Inc.
©1994 ADP, Inc.
▼ TEAR HERE ▼

P 00150

AJ- 000081 100500      0000008874  1

SP PAYROLL INC.

# Earnings Statement

Period Ending: 03/04/2007
Pay Date: 03/10/2007

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 State: 0
 Local: 0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 2,844.00 |
| Overtime | 10.7250 | 18.00 | 193.05 | 1,941.15 |
| Gross Pay | | | $479.05 | 4,785.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.03 | 477.73 |
| | Social Security Tax | -29.70 | 296.68 |
| | Medicare Tax | -6.94 | 69.38 |
| | NY State Income Tax | -16.37 | 158.29 |
| | New York Cit Income Tax | -10.53 | 101.92 |
| | NY SUI/SDI Tax | -0.60 | 6.00 |
| Other | | | |
| | Garnishment | -40.00 | |
| Net Pay | | $317.88 | |

Your federal taxable wages this period are $479.05

©2001 Automatic Data Processing, Inc.

TEAR HERE

©1991 ADP, Inc.

P 00151

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000081 | 100500 | | 0000008921 | 1 |

SP PAYROLL INC.

**Earnings Statement** ADP

Period Ending: 03/11/2007
Pay Date: 03/17/2007

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State: 0
   Local: 0

Social Security Number: XXX-XX-4299

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 3,130.00 |
| Overtime | 10.7250 | 18.00 | 193.05 | 2,134.20 |
| **Gross Pay** | | | **$479.05** | 5,264.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.03 | 534.76 |
| | Social Security Tax | -29.70 | 326.38 |
| | Medicare Tax | -6.95 | 76.33 |
| | NY State Income Tax | -16.37 | 174.66 |
| | New York Cit Income Tax | -10.53 | 112.45 |
| | NY SUI/SDI Tax | -0.60 | 6.60 |
| | Other | | |
| | Garnishment | -40.00 | |
| | **Net Pay** | **$317.87** | |

Your federal taxable wages this period are $479.05

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

**Earnings Statement** ADP

P 00152

```
CO.          FILE  DEPT.  CLOCK  NUMBER
AJ-   000081 100500        0000008966  1
```

SP PAYROLL INC.

**Earnings Statement**  ADP

Period Ending:  03/18/2007
Pay Date:       03/24/2007

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State:   0
   Local:   0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 3,416.00 |
| Overtime | 10.7250 | 20.00 | 214.50 | 2,348.70 |
| Gross Pay | | | $500.50 | 5,764.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.25 | 595.01 |
| | Social Security Tax | -31.03 | 357.41 |
| | Medicare Tax | -7.26 | 83.59 |
| | NY State Income Tax | -17.64 | 192.30 |
| | New York Cit Income Tax | -11.33 | 123.78 |
| | NY SUI/SDI Tax | -0.60 | 7.20 |
| Other | | | |
| | Garnishment | -40.00 | |
| Net Pay | | $332.39 | |

Your federal taxable wages this period are $500.50

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

P 00153

```
CO.    FILE    DEPT.    CLOCK  NUMBER    020
AJ-   000081  100500         0000009012  1
```

**SP PAYROLL INC.**

**Earnings Statement** 

Period Ending:  03/25/2007
Pay Date:       03/31/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:   0
  Local:   0

JOSE DIROCHE
905 EGULL AVE
6
BRONX, NY 10456

Social Security Number: XXX-XX-4299

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.1500 | 40.00 | 286.00 | 3,702.00 |
| Overtime | 10.7250 | 20.00 | 214.50 | 2,563.20 |
| **Gross Pay** | | | **$500.50** | 6,265.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.25 | 655.26 |
| | Social Security Tax | -31.03 | 388.44 |
| | Medicare Tax | -7.26 | 90.85 |
| | NY State Income Tax | -17.64 | 209.94 |
| | New York Cit Income Tax | -11.33 | 135.11 |
| | NY SUI/SDI Tax | -0.60 | 7.80 |
| | Other | | |
| | Garnishment | -40.00 | |
| | **Net Pay** | **$332.39** | |

Your federal taxable wages this period are $500.50

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

P 00154