Page 10

```
 1            J. Diroche
 2      Q.  Was your regular workweek six days?
 3      A.  Yes.
 4      Q.  How many hours per day did you work?
 5      A.  Twelve hours. From seven to seven.
 6      Q.  Did there come a time when your hours
 7  were reduced to 48 hours?
 8      A.  Yes.
 9      Q.  When was that?
10      A.  2006.
11      Q.  When in 2006?
12      A.  I don't remember the date.
13      Q.  Do you remember whether it was early in
14  the year of 2006?
15      A.  Yes. Around there.
16      Q.  Could it have been February of 2006?
17      A.  More or less. Around there.
18      Q.  When your hours were reduced to 48
19  hours in February of 2006 how many days per week
20  did you work?
21      A.  Five.
22      Q.  Is that five days per week?
23      A.  Yes.
24      Q.  How many hours per day did you work on
25  each of the five days?
```
TSG Reporting - Worldwide    877-702-9580

Page 11

```
 1            J. Diroche
 2      A.  Four days at ten hours a day. And one
 3  day at eight.
 4      Q.  Were you paid by check?
 5      A.  Yes.
 6      Q.  Were you paid by check for the entire
 7  time that you worked for defendants?
 8      A.  Lunch hour was always missing.
 9      Q.  Were you always paid by check?
10      A.  Yes. Check and cash.
11      Q.  How much were you paid in cash?
12      A.  Fifteen, $20.
13      Q.  Who gave you the cash?
14      A.  The check was inside the envelope.
15  The supervisor would give it to me -- Raj.
16      Q.  In the complaint in paragraph 12 it
17  states that you were paid 20 to $70 a week in
18  cash. Is that correct or incorrect?
19      A.  That's incorrect.
20      Q.  Did anyone tell you why you were
21  receiving this cash?
22      A.  No one told me.
23      Q.  Did you ever ask anyone why you were
24  receiving this cash?
25      A.  I did not ask. I figured it was for
```
TSG Reporting - Worldwide    877-702-9580

Page 12

```
 1            J. Diroche
 2  the extra hours I worked.
 3      Q.  Did there come a time when you stopped
 4  receiving cash?
 5      A.  In 2006 when I was working.
 6      Q.  Did anyone tell you why you stopped
 7  receiving cash?
 8      A.  No.
 9      Q.  Did you ever ask anyone why you stopped
10  receiving cash?
11      A.  No.
12      Q.  Did you stop receiving cash at the same
13  time that your hours were reduced in February of
14  2006?
15      A.  No. Before that.
16      Q.  How long before that?
17      A.  I don't remember.
18      Q.  Isn't it a fact that you stopped
19  receiving the cash because the company started
20  paying for your lunch hour?
21      A.  No.
22      Q.  Did your paycheck have a stub that
23  listed the number of hours that you worked?
24      A.  Yes.
25      Q.  Did your paycheck list what your hourly
```
TSG Reporting - Worldwide    877-702-9580

Page 13

```
 1            J. Diroche
 2  rate of pay was?
 3      A.  They put it on the check, but not
 4  completely.
 5      Q.  I was asking whether it contained your
 6  hourly rate of pay?
 7      A.  Yes.
 8      Q.  And did it list overtime hours on this
 9  stub?
10      A.  Yes.
11      Q.  And do you understand what time and a
12  half is?
13      A.  No.
14      Q.  Do you understand that if you work over
15  40 hours in a week you must be paid time and a
16  half of your hourly rate?
17      A.  If I would have known that I would have
18  told them -- claimed it.
19      Q.  Do you know if you received a higher
20  rate of pay for hours you worked over 40?
21      A.  No.
22      Q.  In your lawsuit against the defendants
23  what hours are you claiming defendants did not pay
24  you?
25      A.  The lunch hour.
```
TSG Reporting - Worldwide    877-702-9580

Page 14

```
 1        J. Diroche
 2     Q.  Any other hours?
 3     A.  They took out two hours a day from my
 4  check. I don't know why. I told Raj about it.
 5  They never paid it. Never paid it.
 6     Q.  During what period of time did they
 7  take two hours out per day?
 8     A.  Till now. Till the beginning of 2006.
 9     Q.  From the beginning of 2006 until now?
10     A.  I worked with them since I came into
11  this country.
12     Q.  I want to know when did they first
13  start taking out two hours per day?
14     A.  I don't remember.
15     Q.  Do you remember what year it first
16  began?
17     A.  I don't know, because I noticed that on
18  my check about a year or so ago.
19     Q.  When you went to work did you punch a
20  time clock?
21     A.  Yes.
22     Q.  What time did you start work?
23     A.  Seven p.m. to seven a.m.
24     Q.  And when you finished work at seven
25  a.m. did you punch out your time card?
```

TSG Reporting - Worldwide        877-702-9580

Page 15

```
 1        J. Diroche
 2     A.  Yes.
 3     Q.  On your check were you paid for all of
 4  the hours from punching in at seven p.m. until you
 5  punched out at seven a.m.?
 6     A.  No. The lunch hour was missing.
 7     Q.  Were there any other hours missing?
 8     A.  What you asked me before about time and
 9  a half, that they were supposed to pay, they
10  didn't pay.
11     Q.  Were there any hours that you were not
12  paid at all for other than the lunch hour?
13     A.  No.
14     Q.  What hours did you work that you were
15  not paid for other than the lunch hour?
16     A.  When I worked seven days and Raj would
17  call me, someone was missing, someone was out, he
18  would call me. I go and cover for him.
19     Q.  Did you punch in when you covered for
20  this person?
21     A.  That's why they didn't pay me because I
22  didn't have the card with me. It was in the place
23  where I worked normally.
24     Q.  How often did you work on a seventh day
25  for someone?
```

TSG Reporting - Worldwide        877-702-9580

Page 16

```
 1        J. Diroche
 2     A.  It wasn't too frequently. It was when
 3  someone was out and he needed to cover.
 4     Q.  In all of the time that you worked for
 5  the defendants how often did you cover for someone
 6  on a seventh day?
 7     A.  I don't remember.
 8     Q.  Was your regular day off a Sunday?
 9     A.  No.
10     Q.  The number of times that you covered
11  for another employee was it less than 10?
12     A.  More or less.
13     Q.  Does that mean that about 10 is the
14  right number of times?
15     A.  Yes.
16     Q.  Did you ever ask anyone why you were
17  not being paid when you covered for someone?
18     A.  Raj I did.
19     Q.  What did Raj say?
20     A.  That he is paying me.
21     Q.  Did he say anything else?
22     A.  Yes. To call Sam.
23     Q.  Did you call Sam?
24     A.  No, I don't usually call him.
25     Q.  Did Raj tell you that the hours you
```

TSG Reporting - Worldwide        877-702-9580

Page 17

```
 1        J. Diroche
 2  worked when covering for someone were included in
 3  your check?
 4     A.  Yes.
 5     Q.  Are you claiming that you were not paid
 6  for any of the hours you worked when you were
 7  covering for someone else?
 8     A.  Sometimes they paid.
 9     Q.  Sometimes they paid for all of the
10  hours when you worked for someone else?
11     A.  Not all, not all.
12     Q.  On each of the days on which you
13  covered for someone else did they pay some of your
14  hours?
15     A.  Excuse me?
16     Q.  Is there any day that you worked for
17  someone else that you did not receive any pay at
18  all?
19     A.  No.
20     Q.  So on all of the days that you worked
21  for someone else you received pay for some of your
22  hours?
23     A.  Yes.
24     Q.  And on each of these days how many
25  hours were you not paid for?
```

TSG Reporting - Worldwide        877-702-9580

Page 26

J. Diroche

Q. Is it your testimony that during the entire time that you worked for defendants that you never took breaks whatsoever?
A. No. My shift was the one that you worked the most in. I couldn't.
Q. Is it your testimony that you never left the garage during your shift to perform any personal errands?
A. No. How would I do that? It's my job. How am I going to abandon my job? It's two floors. One upstairs, one downstairs. There are a lot of cars in there. When there's one upstairs, there's one downstairs receiving. Couldn't do it.
Q. How many cars entered and left the garage during a typical hour during your shift?
A. In one hour maybe 15, 20. Between the monthlies and the dailies.
Q. How many employees were on duty working during your shift?
A. Two.
Q. Two including you or two plus you?
A. One plus myself.
Q. Just prior to your resignation what was

TSG Reporting - Worldwide    877-702-9580

Page 27

J. Diroche

the name of the employee that you worked with?
A. My co-worker?
Q. Yes.
A. There were several. Now they got three shifts. Before it was only two shifts.
Q. I want to know what was the name of the individual who was working during your shift?
A. Pedro Breton, Edison.
Q. Alvarez?
A. I don't know his last name. To me he's Breton, because Breton is his father. Bienvenido worked with me also. Edwardo Colon.
   The ones that worked on my shift only or ones that relieved me also?
Q. Just your shift.
A. Right now Pedro Breton, Bienvenido, Edison, Edwardo Colon. I don't remember the others.
Q. Did you ever work with Samuel Gerraro?
A. At the beginning when I started working at the parking garage.
Q. When was the last time you spoke to Mr. Gerraro?
A. I don't remember.

TSG Reporting - Worldwide    877-702-9580

Page 28

J. Diroche

Q. Have you spoken to him in the last year?
A. We talked when I used to work there. We used to work together. But since I left I haven't spoken to him.
Q. Have you spoken to him in the last year?
A. Yes.
Q. Was that by telephone or in person?
A. In person. We worked together. It was only a wall that divided us. We worked together.
Q. And was there any discussion about any lawsuit against defendants?
A. No.
Q. Did Mr. Gerraro mention any lawsuit against defendants?
A. No.
Q. Did you mention any lawsuit that you were going to bring against defendants?
A. No. I don't talk about that with no one.
Q. Do you know a Percio Ramon-Amparo?
A. Yes. We worked together for a little while.

TSG Reporting - Worldwide    877-702-9580

Page 29

J. Diroche

Q. Have you spoken to him in the last year?
A. No. Since he's left the garage, no.
Q. Have you ever had any discussions with Mr. Ramon-Amparo regarding lawsuits against the defendant?
A. No.
Q. Do you know Roberto Rojas?
A. I worked with him at 199 and Webster.
Q. Have you spoken to Mr. Rojas in the last year?
A. No.
Q. Have you had any discussions with Mr. Rojas regarding any lawsuits against defendant?
A. No. I haven't seen that man in about two years. Ever since they -- they sent us to different places. He went somewhere. And I haven't seen him since.
Q. Do you know who Nestor Cedeno is?
A. Yes, we worked together.
Q. When was the last time you spoke to Mr. Cedeno?
A. I don't remember. Ever since he left

TSG Reporting - Worldwide    877-702-9580