Page 10

```
 1          F. Santana
 2      Q.  Which of those garages have you worked
 3  at the most?
 4      A.  Bienvenido Parking. I am always at
 5  that garage. I hardly ever move from there. Only
 6  when I go to cover someone else on my off day.
 7      Q.  Did you ever work for a garage named
 8  Nicholas Parking?
 9      A.  Nicholas -- which one is that? I also
10  worked at 14th Street. But I don't know the name.
11  I don't remember the name.
12      Q.  When were you initially hired by the
13  defendant?
14      A.  August 10, 2003.
15      Q.  Did you work for any of the defendant
16  garages prior to August 10, 2003?
17      A.  I don't remember. But that's the date
18  that I have most in mind.
19      Q.  By which garage were you initially
20  hired?
21      A.  169 and Jerome Avenue. Next door to
22  the Bienvenido Parking which I work at now. But I
23  don't remember the name. That's where I started.
24      Q.  How did you learn of the position?
25      A.  I was looking for work. I passed by
```
TSG Reporting - Worldwide        877-702-9580

Page 11

```
 1          F. Santana
 2  that garage. There was a sign that said they
 3  needed workers. That's it.
 4      Q.  Did you know anyone that worked at the
 5  garage prior to being hired?
 6      A.  No.
 7      Q.  For how long did you work at that
 8  garage?
 9      A.  More or less one year.
10      Q.  Did you work at any other garages
11  during that one year?
12      A.  Yes, covering. Different parking lots.
13      Q.  What were your hours when you first
14  started at the garage at 169 and Jerome?
15      A.  Seven to seven. Twelve hours.
16      Q.  Seven a.m. to seven p.m., or seven p.m.
17  or seven a.m.?
18      A.  Seven p.m. to seven a.m. Always at
19  night.
20      Q.  How many days a week did you work at
21  that garage?
22      A.  Six days a week.
23      Q.  Did you work 12 hours per day on each
24  of those days of the week?
25      A.  12 hours.
```
TSG Reporting - Worldwide        877-702-9580

Page 12

```
 1          F. Santana
 2      Q.  For how long did you work 12 hours a
 3  day, six days a week? For what period of time?
 4      A.  A long time. The whole time I worked
 5  at that garage, I worked 12 hours. Except when I
 6  worked my day off, they sent me to another parking
 7  garage to cover.
 8      Q.  Was there ever a time when you worked
 9  more than 12 hours a day, six days a week, other
10  than the times that you were covering elsewhere?
11      A.  More than six days a week?
12      Q.  Did you ever regularly work more than
13  six days a week, 12 hours a day, for the defendant
14  garages?
15      A.  Regularly, no. But they always sent me
16  to different garages to cover.
17      Q.  How often were you sent to another
18  garage to cover?
19      A.  Many times.
20      Q.  How many times?
21      A.  Maybe 30 to 40 times, more or less.
22      Q.  Since August 2003?
23      A.  Every year about. Just talking about
24  that one year?
25      Q.  Since August 2003. Since August 2003
```
TSG Reporting - Worldwide        877-702-9580

Page 13

```
 1          F. Santana
 2  to present, how frequently did you work -- how
 3  frequently did you cover other shifts?
 4      A.  Frequently when I was off, the
 5  supervisor would call me and ask if I could cover
 6  for someone else.
 7      Q.  Did you cover more than once a week?
 8      A.  No.
 9      Q.  Did you cover every week?
10      A.  No.
11      Q.  More than once a month?
12      A.  It could be.
13      Q.  Were you paid for the time that you
14  covered other shifts?
15      A.  I always took home the same amount of
16  money whether I worked six days or seven. At the
17  time that I complained and told Raj about it, they
18  gave me a little extra.
19      Q.  When did you complain to Raj?
20      A.  Many times.
21      Q.  When was the last time you complained
22  to him?
23      A.  I don't remember.
24      Q.  Have you complained to him about not
25  being paid for other shifts in the last year?
```
TSG Reporting - Worldwide        877-702-9580

Page 14

```
1            F. Santana
2    A.   In this year, yes. I've worked up to
3  seven days at the garage that I'm working at.
4  When they need someone to park, the guys go to
5  Santo Domingo, or something like that, he has
6  asked me if I want to work seven days. I need the
7  money, so I've done it.
8    Q.   Are you referring to the Bienvenido
9  Garage?
10   A.   Yes.
11   Q.   Are you paid for those hours when you
12 work seven days a week?
13        MR. FAILLACE: Objection. You
14 asked and he responded already.
15   Q.   You can answer the question.
16        MR. FAILLACE: You can answer the
17 question again.
18   A.   Yes. He gives me something once in a
19 while.
20   Q.   Do you currently receive a paycheck
21 from your employer?
22   A.   Of course I do.
23   Q.   Does your paycheck indicate the number
24 of hours that you work?
25   A.   Yes.
```

Page 15

```
1            F. Santana
2    Q.   And does it accurately indicate the
3  number of hours that you work?
4    A.   Yes.
5    Q.   And are you paid for all those hours
6  that are indicated on that paycheck?
7    A.   No. For the hours -- for the amount of
8  hours that I work, they do not pay them all. For
9  example, when I work seven days, he will give me a
10 little something extra.
11   Q.   What do you mean he will give you a
12 little something extra?
13   A.   15, 20, 30, even $40.
14   Q.   In cash or in check?
15   A.   Cash.
16   Q.   What is your current hourly rate of
17 pay?
18   A.   7.15 an hour. Which is the minimum.
19   Q.   And how many hours a week do you work?
20   A.   Now?
21   Q.   Yes.
22   A.   48 hours.
23   Q.   And are you paid $7.15 for each of
24 those 48 hours each week?
25   A.   They pay me 40 hours at 7.15.
```

Page 16

```
1            F. Santana
2    Q.   Are you paid for the other eight hours?
3    A.   Yes.
4    Q.   How much are you paid for the other
5  eight hours?
6    A.   10-something.
7    Q.   So you're paid time and a half for each
8  of your hours above 40 hours a week?
9    A.   Yes. Less the seventh day, when I work
10 seven days. That's what they pay me for six days
11 that I work.
12   Q.   So are you paid for all the hours that
13 you work on those six days?
14   A.   After the 10 hours that I'm supposed to
15 get one hour, they don't pay that either. Never
16 pay that.
17   Q.   But for those hours you are paid?
18   A.   That hour is supposed to be given to me
19 by law, yes.
20   Q.   Is your current shift 10:30 p.m. to
21 6:30 a.m.?
22   A.   6:30 a.m., yes.
23   Q.   Six days a week?
24   A.   Six days a week, yes.
25   Q.   How often do you work a seventh day in
```

Page 17

```
1            F. Santana
2  a week?
3    A.   Many times.
4    Q.   How many times did you work seven days
5  in a week this month?
6    A.   This month that we are in now?
7    Q.   Yes.
8    A.   This month, I have not worked seven
9  days.
10   Q.   Did you work seven days in any week in
11 October 2007?
12   A.   I worked seven days, yes. About two
13 weeks -- for about two weeks. I don't remember
14 when it was in October. Maybe it was one or two
15 months ago.
16   Q.   How many times in the last year do you
17 think you have worked seven days in a week?
18   A.   I don't remember right now.
19   Q.   Was it more than five?
20   A.   Seven days, of course. I covered for
21 him for two weeks. If I wanted to work seven
22 days, they told me to work seven days.
23   Q.   How many times did you work seven days
24 in the last year approximately?
25   A.   Two weeks. In this year?
```

TSG Reporting - Worldwide    877-702-9580

### Page 18

1  F. Santana
2  Q. Yes.
3  A. Two weeks. Because in this year I
4  haven't been sent to cover anyone else. Well,
5  yes, once they sent me to 94th Street to cover.
6  Q. So three times you have worked a
7  seven-day week in the past year?
8  A. I went to cover at 94th Street three
9  times.
10  Q. In 2006, how many times did you work a
11  seven-day week?
12  A. Many times. I don't remember the
13  amount of times.
14  Q. More than three times?
15  A. Yes.
16  Q. Were those hours indicated on your
17  paycheck?
18  A. No.
19  Q. Were you paid for those hours?
20  A. He would give me a little something
21  whenever I asked him about it. And sometimes I've
22  worked the seven days, and he never -- I told him
23  about it. He never paid me that seventh day.
24  Q. Who is he?
25  A. Raj, the supervisor.

TSG Reporting - Worldwide    877-702-9580

### Page 19

1  F. Santana
2  Q. Did you punch your time card when you
3  worked the seventh day?
4  A. No. Because the time card was at the
5  garage where I was assigned to. I would never
6  take it with me.
7  Q. Did you write your time down in any
8  sort of time sheet when you worked that seventh
9  day?
10  A. No, never.
11  Q. Did you tell anyone the number of hours
12  that you worked on that seventh day?
13  A. Raj the supervisor.
14  Q. When did you tell Raj the number of
15  hours that you worked on that seventh day?
16  A. When I worked it.
17  Q. Who was your supervisor when you first
18  started work in August 2003?
19  A. Raj.
20  Q. Have you had any other supervisor since
21  you started working in August 2003?
22  A. No.
23  Q. Do you currently have any other jobs?
24  A. No.
25  Q. Have you ever had any other job while

TSG Reporting - Worldwide    877-702-9580

### Page 20

1  F. Santana
2  you worked for the defendant garages?
3  A. I had a temporary job for two months.
4  That's it.
5  Q. When did you have a temporary job?
6  A. January to March of this year.
7  Q. Where did you work?
8  A. Here in Manhattan. CVS. Building
9  maintenance.
10  Q. What were your hours at CVS?
11  A. Eight a.m. to five p.m.
12  Q. How many days a week did you work eight
13  a.m. to five p.m.?
14  A. Five days. Sometimes Saturday and
15  Sunday also.
16  Q. What was your hourly wage at CVS?
17  A. 15.60 an hour.
18  Q. Did you ever work more than 40 hours in
19  a week at CVS?
20  A. Of course.
21  Q. I'm sorry. Did you say your hourly
22  rate was 15.60?
23  A. Yes. That's what I was earning at CVS.
24  Q. How many other parking attendants work
25  with you on your 10:30 p.m. to 6:30 a.m. shift at

TSG Reporting - Worldwide    877-702-9580

### Page 21

1  F. Santana
2  Bienvenido?
3  A. I work alone that shift. I am alone.
4  Q. Do you always punch a time card at the
5  beginning of your shift?
6  A. Of course I do.
7  Q. Do you punch a time card at the end of
8  your shift?
9  A. Except the times when the time cards
10  have finished at the garage. He has taken all the
11  time cards. And this has lasted sometimes two or
12  three days before he replaces it with new time
13  cards.
14  Q. Do you write your time down when the
15  time cards are not available?
16  A. I won't punch the clock because there's
17  no cards.
18  Q. How often are there no time cards to
19  punch?
20  A. It has happened many times. I couldn't
21  tell you how many times. Been many times.
22  Q. When was the last time it happened?
23  A. I don't remember right now, but it has
24  happened many times.
25  Q. Has it happened in the last month?

TSG Reporting - Worldwide    877-702-9580