Page 22

M. Alcantara

A. No.
Q. When you worked at the garages at 155 or 145, did you work with any other employees on your shift?
A. Sometimes one person worked. Sometimes two. At 145, only two people worked.
Q. What about at 155, how many --
A. I've even worked alone at 145. At 155 two of us worked, and sometimes three.
Q. How often would you work by yourself at 145?
A. I only worked there alone twice.
Q. Have you ever paid another employee to work a shift for you?
A. No.
Q. Has an employee ever paid you for working a shift for them?
A. No. Not even.
Q. In this lawsuit, what is it that you're claiming you were not paid for?
A. First of all, they haven't paid me a lunch hour. One hour for every day that I worked that they used to take away.
Q. Are you claiming that you weren't paid

Page 23

M. Alcantara

for anything else other than your lunch hour?
A. No, they did not pay me. And also according to law, after you work 10 hours they're supposed to pay one hour additional. They didn't pay that either. I always worked 12 hours.
Q. Other than the lunch hour, and the extra hour after working 10 hours, are there any other hours of time that you're claiming you weren't paid for in this case?
A. The extra hours worked after 40 hours a week. I only received 15 to $20 to compensate for that -- cash. Besides the check. The other hours were paid regular.
Q. Were you paid at least minimum wage for the first 40 hours that you worked each week?
A. Minimum wage.
Q. Did there come a time when your work schedule was reduced to 48 hours a week?
A. I don't remember whether it was three or four days that I worked. Up to 48 hours.
Q. Was there ever a time that your regular schedule for each week was decreased to 48 hours per week?
A. That only happened for one or two weeks

Page 24

M. Alcantara

that they reduced my hours. I believe they reduced it because I complained about the hour. It was like a punishment.
Q. When was it that your hours were reduced to 48 hours?
A. That's when I was working. One time I called Pablo before I left. I called him to explain to him that I was -- I was claiming the hours that they owed me. And he told me he was going to speak to Sam about it, but that they were in no condition to pay those extra hours.
Q. In what year did you make this complaint?
A. I always complained about it, but it seems that at the end they punished me and lowered my hours.
Q. Your hours were lowered to 48 hours for only two weeks -- one to two weeks?
MR. FAILLACE: Objection. Already answered.
A. One or two weeks, yes.
Q. Did your hours increase after those two weeks to more than 48 hours a week?
A. Then I started working regular, yes.

Page 25

M. Alcantara

Q. In what year was it that your hours -- that for two weeks you worked 48 hours?
A. 2006. That was like to placate me.
Q. Immediately prior to your employment terminating in October of 2006, were you still working the seven p.m. to seven a.m. shift?
A. Can you repeat the question?
Q. I will rephrase. In October 2006 right before your employment terminated, what was your shift?
A. Seven to seven.
Q. Did you ever leave the work premises during a shift?
A. I never left my job.
Q. Did you ever take a break to eat a meal during your shift?
A. Never took a break. I was always busy.
Q. Did you ever see any of the other employees take a break during the shift?
A. No. We were always taking care of the vehicles. Whether it be giving them in, or bringing them in -- receiving them, or giving them back. Cleaning the bathroom, garage area. It was always busy. The parking lot where we were

Page 30

M. Alcantara

thing. He would tell me he was going to speak to Sam. And nothing. I said to myself, what's going on here? I'm working, working, working. And very little money is being paid. And any time they called me to cover someone, I would go. I could have had a headache or anything and I would go. I never told them no. I always covered wherever they asked me to.

Q. How often would you cover a shift other than your scheduled seven p.m. to seven a.m. shift?

A. There are people that are always out late, or they don't come to work. Irresponsible people. Not everyone is the same. And the one that doesn't stay out of work is the one that always has to go. That's the one that always pays the consequences.

Q. My question is not why did you work an extra shift. My question is, how often did you cover a shift for somebody else?

MR. FAILLACE: He already told you the number of times.

A. That happened occasionally. That wasn't all the time. That was on emergency cases.

Page 31

M. Alcantara

Q. How many times in a year would that happen?

A. I couldn't tell you how many times in one year. I don't know.

Q. Other than working a seventh day, which we have already talked about, or waiting for someone else to arrive at your garage at the end of your shift, were there any other times that you would be working other than your regular seven p.m. to seven a.m. shift?

A. Sometimes if I had to wait for my relief for a couple of hours, Raj would call me and ask me to wait until then.

Q. Did you keep your paycheck stubs?

A. Yes.

RQ    MS. WHITE: Call for the production of paycheck stubs for Mr. Alcantara.

MR. FAILLACE: As soon as we get them done, we'll get them to you.

Q. Did you keep a record of how much cash you received a week?

A. When you say "paychecks," you mean the part of the check?

Q. Yes.

Page 32

M. Alcantara

MS. WHITE: Can you read back my last question?

(Record read.)

A. No.

Q. Did you declare the cash on your income tax form?

A. No.

Q. Did there come a time when you stopped receiving cash and you only received a paycheck?

A. Yes.

Q. When was that?

A. I don't remember exactly. I know it was in 2006, but I don't remember exactly when. I don't remember exactly.

Q. Was it early in 2006?

A. I'm not sure exactly.

Q. Do you recall was it in the first half of the year of 2006?

MR. FAILLACE: Objection. He already said he doesn't remember.

A. Something like that. I don't remember exactly.

Q. Did there come a time when you started being paid for your lunch hour?

Page 33

M. Alcantara

A. Then they started paying the 60 hours completely on the check.

Q. Was that approximately the same time as you stopped receiving cash?

A. Yes.

Q. Did you receive time and a half for the hours that you worked over 40 hours a week when you stopped receiving cash?

A. Yes.

Q. So is it your testimony today that at approximately the time when you stopped receiving cash in 2006 from that point forward you were paid for your lunch hour, and you were paid time and a half for any overtime over 40 hours a week?

A. Lunch hour, no, because we weren't taking lunch.

Q. But you were being paid for all hours that you would work?

A. That's when they started paying us the complete hours.

Q. Did you ever take any business documents from any of the garages?

A. No.

Q. Why did you stop working at the garages