| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|-----|------|-------|-------|--------|-----|
| AJ- | 000051 | 100100 | | 0000007216 | 1 |

SP PAYROLL INC.

**Earnings Statement**  ADP

Period Ending: 07/02/2006
Pay Date: 07/08/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: XXX-XX-6006

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 6.7500 | 40.00 | 270.00 | 7,260.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 4,716.59 |
| Gross Pay | | | $472.50 | 12,516.59 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -37.12 | 885.13 |
| | Social Security Tax | -29.30 | 776.03 |
| | Medicare Tax | -6.85 | 181.49 |
| | NY State Income Tax | -13.71 | 329.07 |
| | New York Cit Income Tax | -8.87 | 213.87 |
| | NY SUI/SDI Tax | -0.60 | 16.20 |
| Net Pay | | $376.05 | |

Your federal taxable wages this period are $472.50

P 00900

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000051 | 100100 | | 0000007308 | 1 |

SP PAYROLL INC.

## Earnings Statement

ADP

Period Ending: 07/16/2006
Pay Date: 07/22/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

Social Security Number: XXX-XX-6006

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 7,800.00 |
| Overtime | 10.1250 | 8.00 | 81.00 | 5,020.34 |
| Gross Pay | | | $351.00 | 13,360.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.90 | 944.19 |
| | Social Security Tax | -21.76 | 828.34 |
| | Medicare Tax | -5.08 | 193.72 |
| | NY State Income Tax | -7.26 | 351.24 |
| | New York Cit Income Tax | -4.81 | 228.30 |
| | NY SUI/SDI Tax | -0.60 | 17.40 |
| Net Pay | | $292.59 | |

Your federal taxable wages this period are $351.00



P 00901

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|-----|------|-------|-------|--------|-----|
| AJ- | 000051 | 100100 | | 0000007352 | 1 |

*SP PAYROLL INC.*

# Earnings Statement

**ADP**

Period Ending:  07/23/2006
Pay Date:  07/29/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: XXX-XX-6006

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 8,070.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 5,222.84 |
| **Gross Pay** | | | **$472.50** | 13,832.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.12 | 981.31 |
| | Social Security Tax | -29.30 | 857.64 |
| | Medicare Tax | -6.86 | 200.58 |
| | NY State Income Tax | -13.71 | 364.95 |
| | New York Cit Income Tax | -8.87 | 237.17 |
| | NY SUI/SDI Tax | -0.60 | 18.00 |
| **Net Pay** | | **$376.04** | |

Your federal taxable wages this period are $472.50




©2001 Automatic Data Processing, Inc.

TEAR HERE

```
CO.   FILE   DEPT.  CLOCK  NUMBER   020
AJ-   000051 100100        0000007395  1
```

*SP PAYROLL INC.*

**Earnings Statement**  

Period Ending:  07/30/2006
Pay Date:       08/05/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State:   2
  Local:   2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: XXX-XX-6006

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 8,340.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 5,425.34 |
| Gross Pay | | | $472.50 | 14,305.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.12 | 1,018.43 |
| | Social Security Tax | -29.29 | 886.93 |
| | Medicare Tax | -6.85 | 207.43 |
| | NY State Income Tax | -13.71 | 378.66 |
| | New York Cit Income Tax | -8.87 | 246.04 |
| | NY SUI/SDI Tax | -0.60 | 18.60 |
| Net Pay | | $376.06 | |

Your federal taxable wages this period are $472.50

P 00903

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000051 | 100100 | | 0000007485 | 1 |

SP PAYROLL INC.

**Earnings Statement** 

Period Ending: 08/13/2006
Pay Date: 08/19/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: XXX-XX-6006

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 8,880.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 5,830.34 |
| Gross Pay | | | $472.50 | 15,250.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.12 | 1,092.67 |
| | Social Security Tax | -29.29 | 945.52 |
| | Medicare Tax | -6.85 | 221.13 |
| | NY State Income Tax | -13.71 | 406.08 |
| | New York Cit Income Tax | -8.87 | 263.78 |
| | NY SUI/SDI Tax | -0.60 | 19.80 |
| Net Pay | | $376.06 | |

Your federal taxable wages this period are $472.50



P 00904

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000051 | 100100 | | 0000007529 | 1 |

**Earnings Statement**  ADP

SP PAYROLL INC.

Period Ending: 08/20/2006
Pay Date: 08/26/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: XXX-XX-6006

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 9,150.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 6,032.84 |
| Gross Pay | | | $472.50 | 15,722.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.12 | 1,129.79 |
| | Social Security Tax | -29.30 | 974.82 |
| | Medicare Tax | -6.85 | 227.98 |
| | NY State Income Tax | -13.71 | 419.79 |
| | New York Cit Income Tax | -8.87 | 272.65 |
| | NY SUI/SDI Tax | -0.60 | 20.40 |
| Net Pay | | $376.05 | |

Your federal taxable wages this period are $472.50




P 00905

```
CO.   FILE    DEPT.   CLOCK   NUMBER   020
AJ-   000051  100100          0000007616  1

SP PAYROLL INC.
```

# Earnings Statement

**ADP**

Period Ending: 09/03/2006
Pay Date: 09/09/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

Social Security Number: XXX-XX-6006

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 9,690.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 6,397.34 |
| Gross Pay | | | $472.50 | 16,627.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.12 | 1,197.96 |
| | Social Security Tax | -29.30 | 1,030.90 |
| | Medicare Tax | -6.85 | 241.10 |
| | NY State Income Tax | -13.71 | 444.83 |
| | New York Cit Income Tax | -8.87 | 288.89 |
| | NY SUI/SDI Tax | -0.60 | 21.60 |
| | Net Pay | $376.05 | |

Your federal taxable wages this period are $472.50



©2001 Automatic Data Processing, Inc.

TEAR HERE

P 00906

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000051 | 100200 | | 0000007671 | 1 |

*SP PAYROLL INC.*

# Earnings Statement 

Period Ending: 09/10/2006
Pay Date: 09/16/2006

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 2
　State: 2
　Local: 2

Social Security Number: XXX-XX-6006

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 9,960.00 |
| Overtime | 10.1250 | 20.00 | 202.50 | 6,599.84 |
| Gross Pay | | | $472.50 | 17,099.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.12 | 1,235.08 |
| | Social Security Tax | -29.29 | 1,060.19 |
| | Medicare Tax | -6.85 | 247.95 |
| | NY State Income Tax | -13.71 | 458.54 |
| | New York Cit Income Tax | -8.87 | 297.76 |
| | NY SUI/SDI Tax | -0.60 | 22.20 |
| Net Pay | | $376.06 | |

Your federal taxable wages this period are $472.50



©2001 Automatic Data Processing, Inc.

<mark>Case 1:07-cv-07013-RJH    Document 47-35    Filed 08/14/2008    Page 9 of 10</mark>

```
CO.    FILE    DEPT.    CLOCK  NUMBER     020
AJ-    000051  100200          0000007766  1
```

*SP PAYROLL INC.*

## Earnings Statement

Period Ending:  09/24/2006
Pay Date:       09/30/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State:   2
  Local:   2

Social Security Number: XXX-XX-6006

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 10,500.00 |
| Overtime | 10.1250 | 8.00 | 81.00 | 6,883.34 |
| **Gross Pay** | | | **$351.00** | 17,923.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.90 | 1,291.10 |
| | Social Security Tax | -21.76 | 1,111.25 |
| | Medicare Tax | -5.09 | 259.89 |
| | NY State Income Tax | -7.26 | 479.51 |
| | New York Cit Income Tax | -4.81 | 311.44 |
| | NY SUI/SDI Tax | -0.60 | 23.40 |
| | **Net Pay** | | **$292.58** |

Your federal taxable wages this period are $351.00




P 00908

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| AJ- | 000051 | 100200 | 0000007816 | 1 | |

SP PAYROLL INC.

**Earnings Statement**  ADP

Period Ending: 10/01/2006
Pay Date: 10/07/2006

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: XXX-XX-6006

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 10,770.00 |
| Overtime | 10.1250 | 8.00 | 81.00 | 6,964.34 |
| Gross Pay | | | $351.00 | 18,274.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.90 | 1,310.00 |
| | Social Security Tax | -21.76 | 1,133.01 |
| | Medicare Tax | -5.09 | 264.98 |
| | NY State Income Tax | -7.26 | 486.77 |
| | New York Cit Income Tax | -4.81 | 316.25 |
| | NY SUI/SDI Tax | -0.60 | 24.00 |
| | Net Pay | $292.58 | |

Your federal taxable wages this period are $351.00

P 00909