Page 43

1               Kissoon
2    A.   I don't know.
3    Q.   Let me ask you to look at what we
4  marked as Plaintiff's Exhibit 7, and when you
5  have had a chance to look at it my question is
6  whether you recognize that particular
7  document.
8         (Handing document to witness.)
9    A.   Yes, I do recognize it.
10   Q.   What is it?
11   A.   Time card.
12   Q.   For?
13   A.   For Angelo Pena.
14   Q.   Up at the top there where it says
15  7/16/07, is that the date?
16   A.   That is the date, 7/16/07.
17   Q.   Is that the date -- first of all
18  do you know whose handwriting that is?
19   A.   It could have been mine.
20   Q.   It might be yours?
21   A.   Yes.
22   Q.   It is?
23   A.   It is.
24   Q.   When you put the date on this time
25  card was it already punched in and out, or was

Kissoon

2  it blank?
3      A.   It was blank.
4      Q.   Now, the 7/16/07, is that --
5      A.   That is the month, the date and
6  the year.
7      Q.   Do you make out a blank time card
8  for each worker at each garage?
9      A.   Yes, I do.
10     Q.   Do you do that on a weekly basis
11 or some other basis?
12     A.   Every two weeks.
13     Q.   Does this time card show when
14 Mr. Pena punched in and out?
15     A.   Yes.
16     Q.   Do you know which garage this is
17 at?
18     A.   No, I don't.
19     Q.   We can't tell by looking at it;
20 right?
21     A.   It might be Sage and Bienvenido.
22     Q.   Two different garages?
23     A.   Yes.
24     Q.   Is there some information on the
25 time card that shows that he was at two

1                           Kissoon
2    different garages?
3         A.    No.
4         Q.    But you remember in July of '07 he
5    was working in two different places?
6         A.    Yes.   Two different garages.
7         Q.    If we look at the times that are
8    punched in and out here, it starts with July
9    30; is that right?
10        A.    Yes, right.
11        Q.    So he punched in 3:50 p.m. and out
12   at 11:50 p.m.?
13        A.    Yes.
14        Q.    Then July 31, 4:05 people to 11:56
15   p.m.  August 1, 3:52 p.m. to 11:51 p.m.; is
16   that right?
17        A.    Yes.
18        Q.    And August 3rd, 4 p.m.?
19        A.    Yes.
20        Q.    That is handwritten?
21        A.    Yes.
22        Q.    Do you know whose handwriting that
23   is?
24        A.    Angelo's handwriting.
25        Q.    Do you know why it is in

1                            Kissoon
2      handwriting rather than stamped?
3           A.     Probably forgot to punch.
4           Q.     So August 3rd, we have 4 to 12:03?
5           A.     Yes.
6           Q.     Then there is another entry for
7      August 3rd?
8           A.     Yes, because he came in at -- on
9      August 3rd, 4:23 p.m. and he left at 12:18
10     a.m.
11          Q.     Let's back up a minute. He starts
12     at 3 p.m. -- I am sorry, August 3rd, 4 p.m.?
13          A.     That should not have been August
14     3, it should have been August 2nd.
15          Q.     August 2nd, 4 p.m. to August 3rd,
16     12:03 a.m., so the date changed because he
17     went past midnight; is that correct?
18          A.     Yes.
19          Q.     Then August 3rd he is pack at 4:23
20     p.m. to --
21          A.     He is late.
22          Q.     He is supposed to start at 4 p.m.?
23          A.     Yes.
24          Q.     He is past midnight, so it is
25     August 4th?

```
                                                      Page 47
1                         Kissoon
2          A.    Yes.
3          Q.    August 6th, 4:08 p.m. to 11:51
4    p.m.?
5          A.    Yes.
6          Q.    August 7th?
7          A.    3:55 p.m. to 11:52 p.m..
8          Q.    Okay, then for August 8th there is
9    only one entry, do you see that?
10         A.    Yes.
11         Q.    It says August 8th, 3:58 p.m., do
12   you see that?
13         A.    He forgot to punch out.
14         Q.    Is there any way to know how long
15   he worked that day?
16         A.    Yes.
17         Q.    How would we find out?
18         A.    How we would find that out, the
19   man who came to relieve him.
20         Q.    You would ask that person or you
21   would look at his time card or something else?
22         A.    Look at his time card.
23         Q.    And you would make an assumption
24   that Mr. Pena left when the other person
25   started?
```

1                             Kissoon
2        A.    Yes.
3              MS. MEYERS:  Objection.
4        Q.    Were you there when Mr. Pena
5   forgot to punch out?
6        A.    No, I wasn't.
7        Q.    Let's see, August 17th, August
8   18th is 4:03 p.m. to 12:07 a.m. on the 19th?
9        A.    Yes.
10       Q.    Then August 20th, 11:52 p.m. to --
11  what happened according to this on August 20?
12       A.    He didn't punch in.
13       Q.    The 11:52 p.m. is a punch out
14  time?
15       A.    Yes.
16       Q.    Did you need to know when he
17  punched in on August 20th?
18       A.    He forgot the punch in, but he
19  relieved the other day, the next person.
20       Q.    Do you know who the other person
21  was that he took over for?
22       A.    Samuel.
23       Q.    You are not sure?
24       A.    Samuel, yes.
25       Q.    Did you need to find out how many

Page 49

1            Kissoon
2  hours Mr. Pena worked on August 20th?
3        A.    I could know by looking at the
4  other time card.
5        Q.    You could know?
6        A.    Yes.
7        Q.    Is that something that you did, do
8  you remember doing that?
9        A.    I can't remember.
10       Q.    Let's put that aside for the
11 moment.
12       A.    Yes.
13       Q.    Well, before I finish with that.
14 I think you said the time cards are always
15 kept at the garages; is that correct?
16       A.    Yes.
17       Q.    They are never moved to the office
18 on Second Avenue?
19       A.    No.
20       Q.    How are the time cards stored, are
21 they in a file box?
22       A.    In a box.
23       Q.    How if at all are they organized?
24       A.    Mostly organized.
25       Q.    Sorry?


EXHIBIT
PLAINTIFF'S
M
6/11/08

No. 7-16-07  Week Ending

Name ANGELO PERRA

| Day | | | Times |
|---|---|---|---|
| MON. | AM | IN | JUL 30 PM 3:50 |
| | | OUT | JUL 30 PM 11:50 |
| | PM | IN | JUL 31 PM 4:05 |
| | | OUT | JUL 31 PM 11:56 |
| TUE. | AM | IN | AUG 1 PM 3:52 |
| | | OUT | AUG 1 PM 11:51 |
| | PM | IN | DID NOT PUNCH OUT |
| | | OUT | AUG 3 AM 12:03 |
| WED. | AM | IN | AUG 3 PM 4:23 |
| | | OUT | AUG 4 AM 12:18 |
| | PM | IN | |
| | | OUT | |
| THU. | AM | IN | AUG 5 PM 4:08 |
| | | OUT | AUG 5 PM 11:51 |
| | PM | IN | AUG 7 PM 3:55 |
| | | OUT | AUG 7 PM 11:52 |
| FRI. | AM | IN | AUG 8 PM 3:58 |
| | | OUT | AUG 16 PM 4:02 |
| | PM | IN | AUG 16 PM 11:43 |
| | | OUT | AUG 17 PM 4:05 |
| SAT. | AM | IN | AUG 17 PM 11:52 |
| | | OUT | AUG 18 PM 4:03 |
| | PM | IN | AUG 19 AM 12:07 |
| | | OUT | |
| SUN. | AM | IN | AUG 20 PM 11:52 |
| | | OUT | AUG 21 PM 4:08 |
| | PM | IN | AUG 22 AM 12:17 |
| | | OUT | AUG 24 PM 3:48 |

SIGNATURE _____
9791  acroprint