1                          Kissoon
 2        A.    Yes.
 3        Q.    And maybe some other writing
 4   there?
 5        A.    Sam Podolak.
 6        Q.    Okay. Let's focus on the second
 7   page, there is a date at the top, 5/8/03.
 8        MS. MEYERS:  What is the Bates
 9   number?
10        MR. BERNSTEIN:  It should be --
11   just bear with me a second.
12        MS. MEYERS:  I have it right here.
13        MR. BERNSTEIN:  They are put off
14   on my copy.  3264.
15        MS. MEYERS:  Yes.  That was your
16   second page.
17        MR. BERNSTEIN:  Right, 3264.
18        MS. MEYERS:  Right.
19        Q.    The date up at the top is 5/8/03?
20        A.    Yes.
21        Q.    Is that the date that you wrote
22   this page?
23        A.    Yes.
24        Q.    What type of report is this?
25        A.    This is a man hours probably.

1                       Kissoon
2        Q.    Yes.
3        A.    Employees.
4        Q.    When you wrote this, the writing
5   by Sam, that was put on by Sam, that was
6   afterwards; right?
7        A.    Yes.
8        Q.    Tell me how you went about
9   creating this particular report?
10       A.    Look at the time cards, the man on
11  duty, when they punch in, punch out, calculate
12  the hours.
13       Q.    So you would go through each time
14  card?
15       A.    Yes.
16       Q.    When you did that were you at
17  the -- at each garage or you did that in the
18  office or something else?
19       A.    I did that at the garage.
20       Q.    So if we look at the first garage
21  which is Bienvenido, the first one that is
22  listed?
23       A.    Yes.
24       Q.    And it says the first name there
25  is Sammy, six days, 72 hours?

Page 59

Kissoon

A. Yes.

Q. Is that information that you got from the time card for that person?

A. Yes.

Q. The 72 is 72 hours, that was the time worked according to his time card?

A. Yes.

Q. Then over on the left there is a 40 plus 26, that is Sam's writing?

A. Yes.

Q. When did Sam write that, you gave this report to Sam or he came to the garage or what?

A. I handed in end of the week.

Q. Did he give it back to you after he had put numbers on here?

A. No.

Q. Do you know what Sam did with your report after you gave it to him?

A. No, I don't know.

Q. Do you know what the 40 plus 26 means that Sam wrote here?

A. Yes.

Q. What does it mean?

Page 60

Kissoon

A. 40 hours regular, 26 hours overtime.

Q. So that is a total of 66; is that right?

A. Yes.

Q. Was the 66 hours the amount of hours that this particular person was paid for do you know?

MS. MEYERS: Don't guess.

Q. I don't need you to guess?

A. I can't remember.

Q. Did Sam ever tell you how he arrived at the numbers for the workers when he wrote the numbers on these type of reports, for example with Sammy, how he got from 72 hours worked to a total of 40 plus 26, a total of 66?

A. I cannot remember.

Q. Did anyone else ever tell you how Sam did that?

A. No.

Q. You never spoke with David about it?

A. No.

Page 72

DAVID SAPERSTEIN

Q    Do you know on what basis he does that or what basis you do it when you do it?

A    If an employee worked 12 hours five days a week, I would basically do eight plus four for every 12 hours, and it would, you know -- it would kind of add up to 40 plus or whatever. Forty plus 20.

Q    Let's look at Exhibit 12. (Handing.)

Quickly, are there reports in here from the time when you were handling the payroll?

A    Yes.

Q    Can you give me an example?

A    Let me back up. At this -- let's just go with the first page. 8-25-03 to 9-1-03, I was only handling the check portion of the payroll.

Q    So in that instance, how did you utilize the information from this report?

A    In this particular instance?

Q    Yes.

A    Let's take in Bien, Felix, he got on his check 40 hours regular, 26 hours overtime at whatever the minimum wage rate was.

Page 73

1                    DAVID SAPERSTEIN
2        Q    Is there an example in here of when
3   you were handling both the check and the cash
4   portion?
5        A    Let's go to the last one, since it's
6   probably the last date.
7        Q    The last one?
8        A    Let me see what that date is.  We
9   can't read that date, so let's go to the one
10  before the last one.
11       Q    Okay.
12       A    I believe I was handling both portions
13  at this point.
14       Q    Okay.  And in that instance, how did
15  you utilize the information that you were given?
16       A    In this particular one, Sam figured
17  out the distribution of regular and overtime
18  pays.  Let's take Sammy, for instance.
19       Q    The first one?
20       A    The first one.  Forty hours regular,
21  26 overtime is what his check was.  And I'm
22  guessing that at some point I put cash in his
23  envelope as well.
24       Q    And what method did you use to arrive
25  at the cash amount?

8-25-03
TO
9-1-03.
RAJ O.F

202-5354

BRUN                           (40+26)
Sammy = 5 DAY = 60.      (33+27)    FELIX = 6 NIGHTS 72.
RADHAMES = 1 DAY = 12. (10+1)   SANTANA = 1 NIGHT = 12 (8+3)
DOMINGO = 1 DAY = 12. (21)      RAJ      20

                    SAGE
SUASZO = 6 DAY = 72. (40+26)    ROJAS = 6 NIGHT = 72. (40+26)
PARLEE = 3 DAY = 36. (33)       SANTANA = 4 NIGHT = 48. 32+12
BRITO = 3 DAY = 30. (27)        PERSICO = 4 NIGHT = 48.   BAGE TO WORK
RAMON = 1 DAY = 12 (8+3)                              (32+12)
SAMMY = 1 DAY = 12 (8+4)

(40+15+8other)(Took Day)   CASTLE                (40+26)
ROBERTO = 5 DAY = 60.      NORBERTO = 6 NIGHT = 72.
PEDRO = 5 DAY = 60. (40+15) WELLINGTON = 6 NIGHT = 72. (40+26)
RAMON = 4 DAY = 48. 32+12   FRANKLIN = 2 NIGHT = 24.  16+6

                    IVY
EDISON = 5 DAY = 56. 40     LORENZO = 5 NIGHT = 61. (40+16)
RICHARDO = 5 DAY = 58. (40+13) LUNA = 5 NIGHT = 53 (40+8)
RADHAMES = 2 DAY = 24. (20+2) FRANKLIN = 3 NIGHT = 36. 24+9
RAJ 20                      PERSICO = 1 NIGHT = 12 (8+3)

              155 STREET.
RADHAMES = 1 DAY = 12. (10+1)
BRITO = 1 DAY = 8. (7)

              145 STREET.
BRITO = 1 DAY = 10.    FRANKISCO REVERAL 1 DAY = 48.

PLAINTIFF'S EXHIBIT 12 6/17/08

9-15-03.
to
9-21-03. OK.

SAMMY = 6 DAY = 72 (40+26)   FELIX = 5 NIGHT = 60   1 SICK DAY 40+15 + 11 other
RADHAMES = 1 DAY = 12 (10+1)  SANTANA = 2 NIGHTS = 24 (16+8)
DOMINGO (10)                  RAJ        (20)

SAGE.

SUAZO = 5 DAY = 60 (40+15)    ROJAS = 6 NIGHT = 72 (40+26)
BRITO = 3 DAY = 30 (26+1)     SANTANA = 3 NIGHT = 36 (24+9)
PATRICIO = 4 DAY = 48 (40+4)  PERICO = 3 NIGHT = 36 (24+9)
RAMON = 1 DAY = 12 (9+2)      WELLINGTON = 1 NIGHT = 12 (7+4)
DOMINGO = 1 DAY = 12 (11)     MARIO = 1 NIGHT = 12 (9+2)

CASTLE -

ROBERTO = 5 DAY = 60 (40+15)  NOLBERTO = 5 NIGHT = 60 (40+5)
PEDRO = 5 DAY = 57 (40+12)    WELLINGTON = 5 NIGHT = 60 (33+22)
RAMON = 3 DAY = 36 (24+9)     PERICO = 2 NIGHT = 24 (16+6)
BRITO = 1 DAY = 10 (8+1)      LUNA = 2 NIGHT = 24 (8+4)

change to 25.40 per hour    I.v.Y.

EDISON = 5 DAY = 58 (40)      LORENZO = 5 NIGHT = 60 (40+15)
PICHARDO = 5 DAY = 56½ (40+11½)  FRANKLIN = 1 NIGHT = 12 (11)
RADHAMES = 2 DAY = 24 (20+2)  LUNA = 3 NIGHT = 36 (24+?)
RAJ            (20)           MARIO = 4 NIGHT = 44 (31+9)
                              RAMON = 1 NIGHT = 9½ (7+1½)

1ST STREET.

BRITO = 1 DAY = 8. (6+1)
RADHAMES = 1 DAY = 12.
              (10+1)

9-22-03
TO
9-28-03
Day of

**BIEN**
(34+21) (20+18 + ...)                    (40+26)
Sammy = 5 Day = 60        Felix = 6 Night = 72
Patricio = 1 Day = 12 (10+1)  Santana = 1 Night = 12 (8+3)
Radhames = 1 Day = 12 (8+3)  Domingo       (10)
                              Raj           (20)

**SAGE**
                (70+15)                         (40+26)
EXTRA #20  Suarez = 5 Day = 60    Rojas = 6 Night = 72
  *    Patricio = 3 Day = 36 (30+3)  Santana = 4 Night = 48 (32+12)
       Brito = 3 Day = 30 (26+1)    Persico = 2 Night = 24 (16)
       Domingo = 1 Day = 12 (11)    Wellington = 1 Night = 12 (7+4)
       Chris (son) = 1 Day = 12 (none) * Thode Luigi = 1 Night = 12 (11)
                                     NEW MAN

**CASTLE**
            (40+15)              (33+22)              (39+26)
Roberto = 5 Day = 60    Wellington = 5 Night = 60
Pedro = 4 Day = 48 (40+4)  Norberto = 4 Night = 48 (40+4)
Ramon = 4 Day = 48 (34+10) Persico = 3 Night = 36      (24)
Brito = 1 Day = 10 (8+1)   Luna = 2 Night = 24          (17)

**I.V.Y**
            (25)                      (40+21)
Edison = 3 Day = 28    Lorenzo = 5 Nights = 60
Picharro = 5 Day = 60 (40+15) Luna = 4 Night = 48 (23+7)
Radhames = 3 Day = 36 (23+13) Ramon = 1 Night = 10 (6+3)
Sammy = 1 Day = 12    * Thode Luigi = 3 Night = 36 (29)
Raj    20      (6+5)    Mario = 1 Night = 12   Raj

155 STREET.

Brito = 1 Day = 8 (6+1)
Radhames = 1 Day = 12 (10+1) (9+2)