3-25-04
To
4-4-04 RAJ

35⁰⁰
9602

### BLEN

SAMMY = 6 DAY = 72 (40+26)    SANTANA = 6 NIGHT = 72 (40+26)
PERSIO = 1 DAY = 12 (6+6)     PERSIO = 1 NIGHT = 12 (NONE)
RAJ        (20)               Domingo        (0)

### SAGE

SYASO = 5 DAY = 60 (40+15)    ROJAS = 6 NIGHT = 72 (40+26)
PATRICO = 5 DAY = 60 (40+15)  HANSEN = 5 NIGHT = 60 (40+15)
PERSIO = 2 DAY = 24 (24+9)    PERSIO = 1 NIGHT = 12    NONE
CHRIS = 1 DAY = 12 (NONE)     EDGAR = 1 NIGHT = 12  (8+3)
                              BRENTON
DOMINGO = 1 DAY = 12 (12)     PEDRO = 1 NIGHT = 12  (10+1)

### IVY

EDISON = 6 DAY = 70 (40)      LORENZO = 5 NIGHT = 60 (40+15)
R.PENA = 5 DAY = 60 (40+15)   TEDUIS = 6 NIGHT = 58 (40+12)
A.PENA = 2 DAY = 18 (14+2)    LUNA = 3 NIGHT = 32  (check)
RAJ       (20)                                     (22+7)

### CASTLE
                       (40+15)
ROBERTO = 5 DAY = 60          FELIX = 6 NIGHT = 72 (40+26)
                       (40+9)
3 week ago  PEDRO = 5 DAY = 54   JESUS = 5 NIGHT = 60 (40+15)
owe = 12 hour  RAMON = 4 DAY = 48   LUNA = 2 NIGHT = 24    (18+4)
              (40+4 + 11 other)    BRENTON
                                   PEDRO = 1 NIGHT = 12  (10+1)

### 145 S.T.

BRENTON
PEDRO = 2 NIGHT = 24  (20+2)
EDGAR = 4 DAY = 48    (32+12)

### 155 S.T.

A.PENA = 3 DAY = 36  (26+7)

### 9495 S.T.

WELLINGTON = 1 NIGHT = NONE. Pay him for 60 hours on 155 St.

7

## BIEN.

Sammy = 6 Day = 72 (40+6)   Santana = 6 Night = 72 (40+6)
Persio = 1 Day = 12 (20)     Persio = 1 Night = 12  NONE
Raj        (30.)             Domingo    (10.)

## SAGE

Suazo = 5 Day = 60 (40+15)   Rojas = 6 Night = 72 (40+6)
Patricio = 4 Day = 48 (40+4) Hansel = 4 Night = 48 (40+4)
Persio = 2 Day = 24 (20)     Persio = 1 Night = 12  NONE
Ramon = 1 Day = 12 (10+1)    Edgar = 1 Night = 12 (8+3)
Chris = 1 Day = 12 (NONE)    P. Brenton = 1 Night = 12 (7+4)
Domingo = 1 Day = 12 (10)    Luna = 1 Night = 12 (8+0)
                                                  (7+4)

## CASTLE

Roberto = 6 Day = 72         Jesus = 5 Night = 60 (33+22)(40+8)
Pedro = 5 Day = 54           Lara = 4 Night = 48  (40+4) CAME BACK
Ramon = 3 Day = 36 (30+3)    Luna = 2 Night = 24  (10+7)
                             Q. Brenton = 2 Night = 24 (13+9)(6+6)
                             Felix = 1 Night = 12 + 3 OTHER

## I.V.Y.

Edison = 6 Day = 70 (40)     Lorenzo = 5 Night = 60 (40+15) +10 EXTRA
P. Pena = 5 Day = 60 (40+15) Luna = 3 Night = 32 (20+10) +1
A. Pena = 2 Day = 18 (13+3)  Jesus = 1 Night = 12 (7+4)
Raj        (10)              Jose Ortega = 4 Night = 38  NEW MAN
                                                         (34)

## 145.37

Edgar = 4 Day = 48 (32+12)   9495.37
P. Brenton = 3 Night = 36 (20+13)   Wellington = 1 Night = No

158.37.

Wellington = 3 Night = 36 (36)

FROM : y                FAX NO. : 12122893801        Oct. 07 2003 07:28AM P1

9-29-03.
TO
10-5-03.   RAJ-O.K.

### BREA
                                (40+26)
SAMMY = 6 DAY = 72          PERSICO = 6 NIGHT = 72   (40+26)
RAMON = 1 DAY = 12  (8+3)   SANTANA = 1 NIGHT = 12   (7+4)
DOMINGO = 10  (9)           RAJ (20)

### SAGE
                (40+15)                              (40+26)
SUASZO = 5 DAY = 60         ROJAS = 6 NIGHT = 72
PATRICO = 4 DAY = 48  (40+4) SANTANA = 5 NIGHT = 60  (33+22)
BRITO = 3 DAY = 36  (24+3)  LUNA = 1 NIGHT = 12     (7+4)
            NONE
CHRIST = 1 DAY = 12         THODE = 1 NIGHT = 12    (9+2)
DOMINGO = 1 DAY = 12  (11)                           (11)

### CASTLE
            (40+15)                                  (40+26)
ROBERTO = 5 DAY = 60        FELIX = 6 NIGHT = 72
PEDRO = 5 DAY = 56  (40+11) WELLINGTON = 5 NIGHT = 60 (40+15)
NOLBERTO = 2 DAY = 24 (18+4) LUNA = 3 NIGHT = 36    (19+14)
RAMON = 2 DAY = 24  (16+6)

### I.V.Y.
                  (40)                               (40+15)
EDISON = 5 DAY = 58         LORENZO = 5 NIGHT = 60
          (40+4 + 80 Her)   NOLBERTO = 3 NIGHT = 30  (27+5)
BRITO = 2 DAY = 20  (16+2)  THODE = 4 NIGHT = 42    (31+9)
RAMON = 1 DAY  (8+3)        LUNA = 2 NIGHT = 24     (14+8)

### 155 STREET
RAMON 1 DAY = 12  (8+3)

### 145 STREET
PATRICO = 1 DAY = 12  (8+3)

NONE

Sammy = 6 day = 72 (40+26)    Persico = 6 night = 72 (40+26)
Ramon = 1 day = 12 (8+3)    Santana = 1 night = 12 (7+4)
Raj (20)    Domingo (10)

Suaszo = 5 day = 60 (40+15)    Rojas = 6 night = 72 (40+26)
Patrico = 4 day = 48 (40+4)    Santana = 5 night = 60 (33+22)
Brito = 3 day = 30 (27)    Luna = 1 night = 12 (8+3)
Domingo = 1 day = 12 (11)    Thode = 1 night = 12 (9+2)
Chris = 1 day = 12 (None)

Edison = 5 day = 58 (40)    Lorenzo = 5 night = 60 (40+15)
Pichardo = 5 day = 56 (40+14)    Thode = 4 night = 42 (31+7)
Ramon = 1 day = 12 (8+3)    Nolberto = 3 night = 30 (20+7)
Brito = 1 day = 10 (9)    Luna = 1 night = 12 (8+3)
Raj (20)    Came back _____ (None)

Roberto = 5 day = 60 (40+15)    Felix = 6 night = 72 (40+26)
Pedro = 4 day = 38 (34)    Wellington = 5 night = 60 (40+15)
Ramon = 2 day = 24 (16+6)    Luna = 3 night = 36 (30+11)
Nolberto = 2 day = 24 (19+3)    (24+9)
                                (None) Pay From 155 St

Ramon = 1 day = 12 (8+3)

Wellington = 1 night   9 pm to 6 am  (None)

FROM :y                    FAX NO. :12122893801              Oct. 20 2003 01:47PM P1

10-13-03.
TO
10-19-03.
RAJ-O.R

BEN
Sammy = 6 Day = 72  (40+06)   Pedrico = 5 Night = 60  (40) (Elias)
Ramon = 1 Day = 12  (8+3)     Santana = 2 Night = 24  (16+6)
RAJ  (32) (40000)             Domingo  (10)

SAG.
Suazo = 5 Day = 60  (40+15)   Rojas = 5 Night = 60  (40+15)
Patrico = 4 Day = 48  (40+4)  Diroche = 5 Night = 60  (40+15)
Brito = 3 Day = 30  (25+2)    Santana = 3 Night = 36  (24+4)
Domingo = 1 Day = 12  (11)    Lara = 1 Night = 12  (8+3)
Chris = 1 Day = 12  (None)

CASTLE.
Roberto = 5 Day = 60  (40+15)   Wellington = 6 Night = 72  (40+06)
Pedro = 5 Day = 56  (40+11)     Felix = 6 Night = 72  (40+06)
Ramon = 4 Day = 48  (32+2)      Lara = 2 Night = 24  (16+6)

I.V.y.
Edison = 5 Day = 58  (40)       Lorenzo = 5 Night = 60  (40+15)
Pichardo = 5 Day = 56  (40+11)  Thode = 4 Night = 42  (38)
Norberto = 1 Day = 12 → Norberto = 3 Night = 30.  (40)
Brito = 1 Day = 9  (7+1)        Lara = 2 Night = 24  (16+6)
RAJ         8

155 STREET.
Brito = 1 Day = 10.  (8+1)

10-20-01 TO 10-26-01 RAJ OK

**BAR**
Sammy = 5 Day = 60 (40+15)    Jessica = 5 Night = 60 (40+15)
J. Aquino = 2 Day = 24 (32)    Santana = 2 Night = 24 (16+6)
RAJ                    20       Domingo          (10)

**COOPER**
Roberto = 5 Day = 60 (40+15)   Wellington = 6 Night = 72 (40+26)
Pedro = 4 Day = 48 (40+4)      Felix = 6 Night = 72 (40+26)
Ramon = 4 Day = 48 (40+4)      Lara = 2 Night = 24 (16+6)
Pena = 1 Day = 12 (10+1)       Pena = 3 Night = 15 (20+3)

**ISLEY**
Edison = 5 Day = 58 (40)       Lorenzo = 5 Night = 60 (40+15)
Pichardo = 5 Day = 56 (40+11)  Tirode = 3 Night = 32 (32)
Nolberto = 1 Day = 12          Nolberto = 3 Night = 36 (40)
Brito = 1 Day = 10 (8+1)       Lara = 2 Night = 24 (16+6)
RAJ    (20)                    Garcia = 1 Night = 10

**SAGER**
Suazo = 5 Day = 60 (40+15)     Rojas = 4 Night = 48 (28+6)(40+8)
Patricio = 4 Day = 48 (40+4)   Diroche = 5 Night = 60 (40+15)
Brito = 3 Day = 30 (26+1)(40+dif)  Santana = 3 Night = 36 (24+9)
Chris = 1 Day = 12 NONE        Lara = 1 Night = 12 (8+3)
Domingo = 1 Day = 12 (11)      Pena = 1 Night = 12 (10+1)

**YES STREET**
Brito = 1 Day = 8 (6+1)        M. Rojas = 1 Night = 12 (6+5)

11-10-03
TO
11-17-03.
ROS. O.K

### BIEN

(40+26)     (40)
SAMMY = 6 DAY = 72.    PERSIO = 6 NIGHT = 72. (40)
EDISON = 1 DAY = 12.   SANTANA = 1 NIGHT = 12.
RAJ (20)                               (7+4)

### SAGE

(40+15)                                (33+20)
SUAZO = 5 DAY = 60.    ROJAS = 5 NIGHT = 60.
                                       (33+20)
PATRICO = 4 DAY = 48 (40+4) DIROCHE = 5 NIGHT = 60.
BRITO = 3 DAY = 30. (26+1) SANTANA = 4 NIGHT = 48.
R. PENA = 1 DAY = 12. (9+2)                    (27+17)
DOMINGO = 1 DAY = 8.

### CASTLE

                       (40+15)
EXTRA X 20 ROBERTO = 5 DAY = 60.  FELIX = 6 NIGHT = 72. (40+26)
                       (40+4)
PEDRO = 4 DAY = 48.    WELLINGTON = 5 NIGHT = 60. (40+20)
RAMON = 4 DAY = 48 (33+17) ROJAS = 1 NIGHT = 12. (7+4)
                       LUNA = 1 NIGHT = 12. (8+3)
                       G. GARCIA = 1 NIGHT = 12. (9+2)

### I.V.Y.

         (40)                          (40+26)
EDISON = 5 DAY = 58.   LORENZO = 6 NIGHT = 72.
                                       (32+14)
PICHARDO = 5 DAY = 56. (40+11) LUNA = 5 NIGHT = 52.
BRITO = 1 DAY = 10. (8+1)  DIROCHE = 1 NIGHT = 12. (7+4)
RAMON = 1 DAY = 9. (7+2)   R. PENA = 1 NIGHT = 10. (8+1)
NORBERTO = 1 DAY = 3.  SANTANA = 1 NIGHT = 12.
       (3+16 other)            RAJ  20      (6+3)

155 S.T.
       (6+1)
BRITO = 1 DAY = 8. (6+1)

94.95 S.T.
                               (NONE)
RAMON = 1 DAY = 7 NONE   WELLINGTON = 1 NIGHT = 9.

11-17-03
TO
11-23-03
RAJ O.R.

### BEN
SAMMY = 6 DAY = 72 (40+26)   PERSIO = 6 NIGHT = 72 (40)
EDISON = 1 DAY = 12 (8)   SANTANA = 1 NIGHT = 12 (8+3)
RAJ (40)   DOMINGO (10)

### SAGE
SUAZO = 5 DAY = 60 (40+15)   ROJAS = 5 NIGHT = 60 (33+22)
PATRICIO = 5 DAY = 60 (40+8)   DIROCHE = 4 NIGHT = 48 (26+18)
BRITO = 2 DAY = 20 (16+2)   SANTANA = 4 NIGHT = 48 (32+2)
R. PENA = 1 DAY = 12 (11)   NEW DUVERGE (TEUDIS) = 1 NIGHT = 12 (11)
DOMINGO = 1 DAY = 12 (12)

### I.V.Y.
EDISON = 5 DAY = 58 (32)(40)(40)   LORENZO = 5 NIGHT = 60 (40+15)
PICHARDO = 5 DAY = 56 (40+11)   LUNA = 4 NIGHT = 42 (25+13)
NOLBERTO = 1 DAY = 12 NONE   NOLBERTO = 3 NIGHT = 30 (38)
BRITO = 1 DAY = 10 (9+1)   DIROCHE = 2 NIGHT = 24 (14+8)
/ Nolberto  23 other 1/2 check

### CASTLE
EXTRA-$20 ROBERTO = 5 DAY = 60 (40+15)   FELIX = 6 NIGHT = 72 (40+26)
PEDRO = 4 DAY = 48 (40+4)   WELLINGTON = 5 NIGHT = 60 (40+20)
RAMON = 4 DAY = 48 (40+11)   LUNA = 2 NIGHT = 24 (15+7)
ROJAS = 1 NIGHT = 12 (7+4)

155 S.T.
BRITO = 2 DAY = 20 (16+2)
9495 S.T.
RAMON = 1 DAY = 7 NONE   WELLINGTON = 1 NIGHT NONE

### BIEN.

SAMMY = 6 DAY = 72 (40+26)    PERSIO = 5 NIGHT = 60.    (40+26) 40

R. PENA = 1 DAY = 12  (10+1)   SANTANA = 2 NIGHT = 24 (16+6)

RAJ                    (40)    Domingo                    (10)

### SAGE.

EXTRA = $20.  SUABZO = 6 DAY = 72 (40+26)   ROJAS = 6 NIGHT = 72 (40+26)

PATRICIO = 4 DAY = 48 (33+11) (40+4)   DIROCHE = 5 NIGHT = 60. (33+22)

CHRIS = 1 DAY = 12. Nothing   SANTANA = 3 NIGHT = 36. (24+9)

DOMINGO = 1 DAY = 12.  Domingo (12)

NEW MAN   JOSE COLON = 1 DAY = 12  Nothing

### I.V.Y

(40)                             (40+15)

EDISON = 6 DAY = 68           LORENZO = 5 NIGHT = 60.

NORBERTO = 4 DAY = 48 (40+4)  TELOIS DUVERGE = 6 NIGHT = 60 (40+15)

R. PENA = 1 DAY = 12 (10+1)   LUNA = 3 NIGHT = 34  24+7

PATRICIO = 1 DAY = 11 (BAD)   BAD

                              (7+3)

### CASTLE.

                (40+15)                        (40+26)

ROBERTO = 5 DAY = 60          FELIX = 6 NIGHT = 72

PEDRO = 4 DAY = 48 (40+4)    WELLINGTON = 5 NIGHT = 60  (60)

RAMON = 4 DAY = 48 (40+4)    LUNA = 2 NIGHT = 24  16+6

NEWMAN  EDGAR = 1 DAY = 12. (11)  DIROCHE = 1 NIGHT = 12  (7+4)

LAUREANO.

                      9495.

WELLINGTON = 1 NIGHT = (Nothing)

12-8-05
TO
12-14-03
RAJ-O.E.

**BIEN.**

SAMMY = 6 DAYS 72 (40+26)   PERSIO - 5 NIGHT = 60 (40+15)
R. PENA = 1 DAY = 12 (10+1)   SANTANA = 2 NIGHT = 24 (16+6)
· RAJ           (30)      DOMINGO          (10)

**SAGE**

SUASZO = 4 DAY = 48 (40+4)   ROJAS = 6 NIGHT = 72 (40+26)
PATRICO = 5 DAY = 60 (40+15)  DIROCHE = 5 NIGHT = 60 (33+22)
CHRIS = 3 DAY = 36 Nothing   SANTANA = 3 NIGHT = 36 (24+9)
EDGAR
LAUREANO = 1 DAY = 12   (11)
DOMINGO = 1 DAY = 12   (12)

**I.Y.Y.**

EDISON = 7 DAYS 82 (40)   LORENZO = 5 NIGHT = 60 (40+15)
NOCBERTO = 3 DAY = 36 (33)  TEUDIS
                            DUVERGE = 6 NIGHT = 58 (40+16)
R. PENA = 1 DAY = 12 (10+1)  LUNA = 2 NIGHT 24 60
RAJ                  (10)

**CASTLE -**

ROBERTO = 5 DAY = 60 (40+15)  FELIX = 6 NIGHT = 72 (40+26)
PEDRO = 4 DAY = 48 (40+4)    WELLINGTON = 5 NIGHT = 60 (60)
RAMON = 5 DAY = 60 (40+15)   LUNA = 2 NIGHT = 24 (20+4)
                              DIROCHE = 1 NIGHT = 12 (7+4)

94 95. S.T.

12/15-02.
TO
12-21-03.

(40+26) BIEN
SAMMY = 6 DAY = 72      PERSIO = 5 NIGHT = 60 (40)
R. PENA = 1 DAY = 12 (9+2)  SANTANA = 2 NIGHT = 24 (16+6)
RAJ   (30)

(40+74) SAGE
SUASZO = 4 DAY = 48     ROJAS = 6 NIGHT = 72 (40+26)
                 (40+26)
PATRICIO = 6 DAY = 72   DIROCHE = 5 NIGHT = 60 (40+10)
CHRIS = 3 DAY = 36 (NONE)  SANTANA = 3 NIGHT = 36 (24+9)
DOMINGO = 1 DAY = 12 (2)

(40)    I.V.y.
2nd check  EDISON = 6 DAY = 68    LORENZO = 5 NIGHT = 60 (40+10)
Plus 40 other NOLBERTO = 4 DAY = 48  40+14  TEUDIS = 6 NIGHT = 58 (40+10)
R. PENA = 2 DAY = 24 (18+4)  LUNA = 3 NIGHT = 34 (19+12)
RAJ   (10)

(40+15) CASTLE
ROBERTO = 5 DAY = 60     FELIX = 6 NIGHT = 72 (40+30)
RAMON = 5 DAY = 60 (40+15)  WELLINGTON = 5 NIGHT = 60 (60)
PEDRO = 4 DAY = 48 (40+4)   LUNA = 3 NIGHT = 36 (21+12)

9495.
WELLINGTON = 1 NIGHT = NONE

12-22-03 TO
12-28-03. RAJ-OK

### BIEN

SAMMY = 6 day = 72 (40+26)    PERSIO = 3 NIGHT = 36. (36) (2¹)
R. PENA = 1 day = 12. (9+3)    SANTANA = 4 NIGHT = 48. (27+17)
RAJ (30)                       Domingo (10)

### SAGE

(40+24½)
EXTRA RZO SUASO = 6 day = 70½    ROJAS = 6 NIGHT = 73½ (40+27.5)
PATRICIO = 4 day = 48 (40+4)     DUARCHE = 6 NIGHT 76. (40+30)
R PENA = 1 day = 12 (9+3)        SANTANA = 2 NIGHT = 24 (13+9)
CHAIS = 1 day = 12. NONE
DOMINGO = 1 day = 12. (12)

### Ivy

EDISON = 7 day = 76. (40)         LORENZO = 5 NIGHT = 62 (40+17)
                                  TEVOIS
NOLBERTO = 2 day = 24 (22)        DUVERGE = 6 NIGHT = 58. (40+17)
R. PENA = 2 day = 24 (18+4)       LUNA = 3 NIGHT = 38. (20+ 14.5)
RAJ (10)

### CASTLE

(40+37)
EXTRA RZO ROBERTO = 7 day = 84    FELIX = 6 NIGHT = 72. (40+26)
PEDRO = 4 day = 48 (40+4)         WELLINGTON = 5 NIGHT = 60. (40+20)
OTHER
3 SICK DAYS RAMON = 2 day = 23    LUNA = 3 NIGHT = 36. (20+13.5)
            21 + 24 other 3 sick days

### 9495.

WELLINGTON = 1 NIGHT =

*1-5-04*
*1' 10"*
*1' 11" of Rojas*

## BIEN

| | |
|---|---|
| PERSIO = 5 DAY = 60 (33+22) | HANSEN = 4 NIGHT = 48 (40+ |
| A. PENA = 1 DAY = 12 (8+3) | NESTOR = 2 NIGHT = 24 (16+6 |
| DOMINGO = 1 DAY = 12 (12) | FELIX = 1 NIGHT = 12 (11) |

## SAGE

He gets $70 net per 12 hours

| | |
|---|---|
| SUASO = 5 DAY = 60 (40+15) | M. ROJAS = 6 NIGHT = 72 (40+26) |
| PATRICO = 5 DAY = 60 (40+15) | DIROCHE = 6 NIGHT = 72 (40+26) |
| A. PENA = 2 DAY = 24 (16+6) | LUNA = 2 NIGHT = 24 (17+5) |
| RAMON = 1 DAY = 12 (8+3) | |
| PERSIO = 1 DAY = 12 (7+4) | |

## CASTLE

| | |
|---|---|
| ROBERTO = 5 DAY = 60 (40+15) | LARA = 6 NIGHT = 72 (40+26) |
| PEDRO = 5 DAY = 54 (40+9) | JESUS = 5 NIGHT = 60 (40+10) |
| RAMON = 4 DAY = 48 (32+12) | NESTOR = 3 NIGHT = 36 (24+9) |

## JURY

| | |
|---|---|
| +8 OTHER EDISON = 5 DAY = 58 (40+8 other) | LORENZO = 5 NIGHT = 60 (40+1 |
| R. PENA = 5 DAY = 60 (40+15) | J. ORTEGA = 6 NIGHT = 62 (40+ |
| A. PENA = 2 DAY = 24 (16+6) | LUNA = 3 NIGHT = 34 (23+8) |

## 155 S-7

| | |
|---|---|
| WELLINGTON = 3 NIGHT = 36 (40+6) | |

## 9495 S-7

| | |
|---|---|
| WELLINGTON = 2 NIGHT = 24 | NONE |

## WOOSTER

| | |
|---|---|
| WELLINGTON = 1 NIGHT = 12 | NONE |
| TOMMY = 1 DAY = 7 | |

12-27-04
TO
1-2-05
PAY
OT.

BIEN.

Sammy = 7 day = 84        Santana = 6 night = 72
         (40+37)           Pensio = 1 night = 12   (7+4)
RAJ (20)                                           (40+26)

CASTLE.

Roberto = 6 day = 72 (40+26)   Lara = 6 night = 72 (40+26)
Pedro = 5 day = 60 (40+15)     Nestor = 6 night = 72 (40+26)
A. Peña = 2 day = 24 (20+4)    Johnny = 2 night = 24 (4+8)

SAGE.

SICK                Suaso = 5 day = 60 (40+15)   F. Amparo = 5 night = 60 (40+15)
1 OTHER = 8.        Patricio = 5 day = 60 (40+15 +8 other)   H. Oleron = 6 night = 68 (40+22)
                    Pensio = 2 day = 24  (33+22)             Pensio = 3 night = 36.  NONE
                    A. Peña = 1 day = 12  (10+1)
                    Domingo = 1 day = 12  (12)

I.V.Y.

                    Lorenzo = 3 day = 36 (40+26)   Lorenzo = 3 night = 36   NONE
1 OTHER = 8.        Edison = 3½ day = 42 (40)      M. Rojas = 7 night = 84   (40+3)
                    R. Peña = 4 day = 48  (22+22)  Johnny = 4 night = 48
                    A. Peña = 1 day = 12  (10+1)                             (26+18)
NEW MAN             Danny = 2½ day = 30  (28)
                    RAJ       (20)

                                          145 S.T.
                                   320.
                           (12+10)                              (20+13)
              R. Peña = 2 day = 24  (8+69)     Leeroy = 3 night = 36.
              Edison = 1 day = 7  NONE

                                   145 S.T.
                                                    (20+13)
                                       Leeroy = 3 night = 36.

                                   155 S.T.
              R. Peña = 1 day = 12   (6+5)

### BIEN

SAMMY = 6 DAY = 72  40+26   PERSIO = 6 NIGHT = 72  (40)
R. PENA = 1 DAY = 12  (9+3)   SANTANA = 1 NIGHT = 12
RAJ  40 30                    Domingo  10  (8+0)(7+)

### SAGE

SUASO = 6 DAY = 72  (40+26)   ROJAS = 6 NIGHT = 72  (40+26)
PATRICIO = 4 DAY = 48  (40+4)   DIROCHE = 6 NIGHT = 72  (40+26)
CHRIS = 3 DAY = 36   NONE   SANTANA = 2 NIGHT = 24  (13)
DOMINGO = 1 DAY = 12  (12)

### IVY

EDISON = 4 DAY = 44  (40)   LORENZO = 5 NIGHT = 60  (40+15)
R. PENA = 4 DAY = 48  (31+13)   TEUDIS = 6 NIGHT = 58  (40+?)
1 WEEK VACATION → NORBERTO = 2 DAY = 24  (22 + 40 other)   LUNA = 3 NIGHT = 38
PENA CARLOS = 2 DAY = 24  (20+?)                      (25+11)

### CASTLE

ROBERTO = 5 DAY = 60  (40+15)   WELLINGTON = 5 NIGHT = 60  (40+15)
PEDRO = 3 DAY = 36  (33)   FELIX = 2 NIGHT = 24  (22)
RAMON = 5 DAY = 60  (40+15)   LUNA = 2 NIGHT = 24  (15+?)
EDGAR LAURENO = 1 DAY = 12  (11)   SANTANA = 3 NIGHT = 36  (20+?)
RAJ  (10)                PENA CARLOS = 2 NIGHT = 24  (20+?)