BERN

(6) Sammy 70
(6) Felix 80
(1) Domingo 30
(1) Amparo check

RAJ 10
70-RAJ

(120)

Playrous

Sage

(6) Suaro 103
(5) Patricio 39
(2) Ramon check
(6) Dirube 40
(4) Amparo check
(3) Cicilia 216
(1) ROJAS check
(8) Joaquin check
7+ RAJ 30
+80 m ROSAS
+66 JOAQUIN

(568)

IVY   over 2 hours last week

(58) Edison 403
(5) Pichardo 30
42 (18) Joaquin (+ nieta) 27
(61) Lorenzo 67
(9) Luna 306
(23) ROJAS check

RAJ 30
- 70 RAJ
- 60 Joaquin

(733)

Castle   (6)
1) Roberto 113
1) Pedro 54
3) Ramon check
(6) Norberto 132
(6) Richard 40
2) ROJAS check

RAJ 30

(359)

7+ RAJ
- 80 m ROSAS

Scrazo $600
- 100 5/9
500

Juan Pichardo 328
- 30
298

Pedro $600



EXHIBIT
PLAINTIFFS
9
DEF003263

5-8-05

BIEN 130750

40+26
SAMKIY = 6 DAY = 72.          40+20
DOMINGO = 1 DAY = 12.          FELIX = 6 NIGHT = 72.
                              R PERSIO = 1 NIGHT = 12 (8+4)
                                 RAJ 20

SAGE     205+88

40+26
SUASZO = 6 DAY = 72.          40+26
PATRICIO = 5 DAY = 60.        DIROCHE = 6 NIGHT = 72 (32+16)
RAMON = 2 DAY = 24            R. PERSIO = 4 NIGHT = 48.
J. MIAZMOL = 1 DAY = 8        A. CICILIA = 3 NIGHT = 36  (36) (8)
                              ROJAS = 1 NIGHT = 12  (0)

CASTLE   207 + 106

40+26
ROBERTO = 6 DAY = 72.         40+20
40+15                         NOLBERTO = 6 NIGHT = 72.
PEDRO = 5 DAY = 60.           40+86 RICHADO = 6 NIGHT = 72.
RAMON = 3 DAY = 32.           ROJAS = 2 NIGHT = 24
(27++)                        (24+10)

I.V.Y.    156 +58
EDISON = 6 DAY = 58. NO AY     40+104
PICHADOA = 5 DAY = 60. 40+20 NO   LORENZO = 5 NIGHT = 61
J. MAZMOL = 2 DAY = 18.        R. LUNA = 5 NIGHT = 53 NO
   40+10                       M. ROJAS = 2 NIGH (16+7) 23
                               J. MAZMOL = 2 NIGHT = 24

RAJ 20

DEF003764

Payroll 3/8/03

BIEN

(6) Sammy       70
(6) Felix       80
(1) Domingo     30        (320)
(1) Amparo    check
       RAJ   60


+80 Amparo


CASTLE

(6) Roberto    113
(5) Pedro       54
(3) Ramon       22       (601)
(6) Nolberto   132
(6) Richard     40
(1) ROJAS     check
(1) Amparo    check

   RAJ   120

+80 m ROJAS
+80 Amparo
+200 Ramon
-240 Joaquin


Sage

(6) Suazo     103
(5) Patricio   39
(3) Ramon      22       (214)
(6) Oracle     40
(4) Amparo     10
(1) L Ramirez  No Pay
                over $275
(3) m ROJAS    40

   RAJ        120

      -160 m. ROJAS

IVY   +160 Ramon

(60) Pichardo    30
(92) Edison     431

73 Lorenzo      74
   Joaquin      52       (980)
(1) M ROJAS   check
(80) L Luna    283
   RAJ         150
      +240   Joaquin
      +80  m ROJAS
      -200   Ramon
      -160   Ramon


Patricio $163        Pichardo   358
   -39 week               -30
   -104 vac              378
   -104 vac
   84 to Patricio


DEF003265



$117 + 46$

Bogis         $(40 + 20)$

SAMMY = 6 DAY = 72.          FELIX = 6 NIGHTS = 72.
$(40 + 20)$
$(77)$  DOMINGO = 1 DAY = 12.          P. AMPARO = 1 NIGHT = (12.)

RAJ QR0 15

SAGE. 280 + 119          $(40 + 26)$
$(40 + 76)$
EXTRA = X 20   SURS 20 = 6 DAY = 72          J. DIROCHE = 6 NIGHT = 72.
$(40 + 15)$
PATRICO = 5 DAY = 60.          M. ROJAS = 3 NIGHT = 36  $(40 + 76)$
$(0)$  RAMON = 2 DAY = 24          P. AMPARO = 4 NIGHT = (48)
$40 + 15$          Luish = 1 NIGHT = 12.

CASTLE.   $(200 + 87)$
$(40 + 44)$          $(40 + 20)$
$40 + 76$          MOLBERTO = 6 NIGHT = 72
ROBERTO = 6 DAY = 72.          $(40 + 40)$
$40 + 15$          Richard = 6 NIGHT = 72.
PEDRO = 5 DAY = 60.          $(40 + 20)$  M. ROJAS = 1 NIGHT = 12.
RAMON = 3 DAY = 32          P. AMPARO = 8 NIGHT = (12.)

Ivy.   $(175 + 64)$
$(40 + 100)$          $40 + 33$
$(0)$  J. PICHARDO = 5 DAY = 60.          LORENZO = 6 NIGHT = 72.
EDISON = 6 DAY = 58.          Z. LUNA = 5 NIGHT = 50
M. JOAQUIN = 2 DAY = 18.          M. ROJAS = 1 NIGHT = 12
M. JOAQUIN = 2 NIGHT = 22
$(40)$

RAJ 25

Sage   Amparo, ROJAS   Ramon   OFF Ivy
Castle                      Callano
Ivy    Joaquin            On Castle

DFF003266



BIEN  (14¼ +44)                                     4/11/03

SAMMY = 6 DAY = 72.  (40+46)
DOMINGO = 1 DAY = 12  (22)              PELIX = 6 NIGHT = 72  (40+20)
                                        RAMON = 1 NIGHT = 12.  (1)
        (ADD RAJ 44 pr 40) → birth date

                    CASTLE.  (160 +84)

ROBERTO = 6 DAY = 72  (40+46) ✓
PEDRO = 6 DAY = 72.  (40+12) - 3 HOURS,    HOLBERTO = 6 NIGHT = 72  (40+20) ✓
CHRIS = 2 DAY = 20 (0) (0)                  RICHARD = 6 NIGHT = 72  (40+20) ✓
                                           ROLANDO = 1 NIGHT = 12.
                                           RAMON = 1 NIGHT = 12.  (0) (0)

                    SAGE.  (200+100)

SUASZO = 6 DAY = 72  (40+46)
CHRIS = 3 DAY = 36.  (36) (40H)            LUIS = R = 6 NIGHT = 72  40+6 ✓
PATRICO = 3 DAY = 36.  (36) 40+10 ✓        DIROCHE = 6 NIGHT = 72. 40+6 ✓
SON PATRICO = 1 DAY = 12.  (0)             RAMON = 2 NIGHT = 24  (24)  (08/00)

                    I.v.y  (154 +80)

J. AQUINO = 6 DAY = 68  (40+28) ✓
EDISON = (3 DAY = 34) ✓                    LORENZO = 6 NIGHT = 72  (40+32)
PATRICO = 2 DAY = 24 (0)                   L. RAMON = 5 NIGHT = 44  $5.15 per hours
                                           ROLANO = 2 NIGHT = 20.  No
        (Chris Wooster)                    RAMON = 1 NIGHT = 12.
                                           calca
                                                    (40+20) ✓

CHRIS OWE YOU. FOR. $ 10. HOUR.
                                    Calderon

DEF003267

Payrolls

BIEN

(6) Sammy 70
(6) Felix 70        (70)
(1) Domingo 30
(1) Ramon check

RAJ 60

+0 80 Ramon ~~280~~
-240 RAJ

Sage
(6) Suaro ~~80~~ 103
(3) Patricio check
(2) Chris B ~~288 278~~
(1) Patricios Son 57    (788)
(6) Luis R 75
(6) Oiroche 55
(2) Ramon Check

RaJ 120

164 Ramon ~~240~~ ) - 60 Patricio
+80 RAJ

CASTLE ~~880~~

(6) Roberto - 113
(5+9hrs) Pedro - 104
~~800~~ Chris b - 48
pay VA

(6) Norberto 132
(6) Richard 40    (865)
(1) Roldan 78
(1) Ramon check
RAJ   JUAN 70
+80 RAJ 120
+80 Ramon ~~880~~

IVY

(68) Aguino 63
(34) Edison 78
(20) Patricio 68
(72) Lorenzo 73
(44) L. Ramon 237    (479)
(20) Roldan 130
(1) Ramon ~~cristle~~ 10
Chris Uresto 80

-320⁰ Ramon
+ 60 Patricio

Ramirez $825      Patricio $116      L. Custode $250
-50              -48
775              68

BIRN (7)

Sammy    70
Domingo   30
Felix  HORA  80

Ramon check   (80)

RAJ 60

(Ramon + 80)
RaJ  -240

Payrolls  4/18/03    SAGE (5)

1 seek Any
(6) Suaro  +70  103
(3) Patricio  28
(1) Patricio Son  +20  114
(3) Miguel Rojas  198   +10  558
(6) Ramirez  82
(6) Broche  57
(2) Ramon  8

RAJ  120      -150 Patricio
-80 Ramiro
+80 RAJ

Castle  (6)
+40
(6) Roberto  +20/153
(8) Pedro  57
(1) ROJAS 66
(6) Nolberto 132    (574)
(2) Ramon check
(6) Richard  40

RAJ 120

-80 Ramon
+80 RAJ

Ramos

IVY (5)

6 (70) Aquino  64
3 (32) Edison  72
2 (20) Patricio check    (753)
1 (10) Richardo check
(5)(61) Lorenzo  67
(5)(44) Luna  237
(3) 33 Richardo  83
(1) 12  Ramon  check

+150 Patricio  +80 Ramon

$500 Pichardo
-83
417

Ramirez 375
-50 +118

Patricio $68
-28
40

BIEN    148+46                    (40+70)

SAMMY= 6 DAY= 72 (40+26)    FELIX = 6 NIGHT = 72.

DOMINGO= 1 DAY= 12 (21)    RAMON= 1 NIGHT = 12.

AAJ          (40)

I.V.Y    108+54              (40+54)

J. AQUINO = 6 DAYS = 70 (40+30)    LORENZO = 5 NIGHT= 61

EDISON = 3 DAY= 32. (32)    L. RAMON = 5 NIGHT= 44 (0)

PATRICIO = 2 DAY= 20 (0)    J. PICHAZOO = 3 NIGHT (33) (108)

J. PICHAZOO= 1 DAY= (0)    RAMON = 1 NIGHT = 12 (0)

SAGE    180 +104              (40+6)

TAA = 20  SUASZO = 6 DAY= 72 (40+46)    CUIS = 6 NIGHT= 72. (40+46)

PATRICO = 3 DAY= 36. (40+13)    J. DROCHE= 6 NIGHT= 72.

SON=  PATRICO = 1 DAY= 12 (0)    RAMON = 2 NIGHT = 24  20+0

M.SUA  ROJAB= 3 DAY= 36 (40+90)

CASTLE.    180 +100              (40+120)

RA = 40  ROBERTO= 6 DAY= 72 (40+26)    NALBERTO= 6 NIGHT=72

PEDRO= 5 DAY= 60. 40(15)    RICHARO= 6 NIGHT=72 (40+32)

ROJAB= 1 DAY= 12.  (0)    RAMON = 2 NIGHT= 24  (20+13)



Payroll 4/25/03

BIEN (3) (3)

(6) Sammy 70
(6) Felix 80
(1) Domingo 30   (80)
(1)R Amparo check

RAJ 60

-$240 RAJ
+80 Amparo

CASTLE (6)
5) Roberto 1 sick day 113
4) Pedro 1 sick day 54
2) Ramon 22
(3) Joaquin check
(6) Norberto 13½   (80)
(6)
(1) Richard 75   531
(1) M Rojas check

RAJ 120
-80 Joaquin
+80 RAJ
+80 M ROJAS
-65 Ramon

Patricio 40+162
          -39
         163

Ramirez R325
          -50
         275

Sage (6)
(6) Suaso tto 103
(5) Patricio 39
(1) Chris (son) 57
(1) Ramon check
(5) Ramirez 74   (448)
(6) Diroche 55
(7) M ROJAS check
(1) P. Amparo check

RAJ 120

+80 RAJ
-160 M ROJAS
+80 Amparo

IVY (5)
(58) Edison 225
(55) Pichardo 59   (983)
(0) Ramon check
(79) Lorezo 74
(46) R.Luna 252   (88)
15 (12) M.ROJAS check
(20) P. Amparo 28
(18) Joaquin check

RAJ 150
+80 Joaquin
+80 RAJ
+80 M ROJAS
+65 Ramon
-80 Amparo
-80 "

Richardo 847
          59
         358



4-25-03

(40+76)   BLEN   (147+4/6)      40+20

SAMMY = 6 DAY = 72      FELIX = 6 NIGHT = 72

DOMINGO = 1 DAY = 12    R. PERSICO = 1 NIGHT = 12 (0)  NEW MAN

10/1/17   RAF 40 (2)  (87)   CASTLE.      (231 +9.6)

40+76                                          (40+40)
1 DOCTOR → ROBERTO = 5 DAY = 60        NOLBERTO = 6 NIGHT = 72  (40+40)
                        40+15                                  (40+40)
1 SICK → PEDRO = 4 DAY = 48            RICHARD = 6 NIGHT = 72.
         RAMON = 2 DAY = 24  (39)(31+18) RAMON = 1 NIGHT = 12 (0)

NEW → JOQUIN = 3 DAY = 32            M. ROJAS = 1 NIGHT = 12) (0)
MAN    ODALIS       (87) (40+2)

        (40+76)        SAGE   (209 +40)   (40+15)  (48+8)
EXTRA = 20  SUASZO = 6 DAY = 72.       LUIS = 5 NIGHT = 60 ← 1 SIC
         QATAICO = 5 DAY = 60          DIROCHE = 6 NIGHT = 72.  (40+16)
                    40+15   SON
         CHRIS = 1 DAY = 12  (0)(9+4)  M. ROJAS = 2 NIGHT = 74) 40+1
         RAMON = 1 DAY = 12 (0)        R. PERSICO = 1 NIGHT = 12 (0)

                I.V.V.  (160+10)          (40+35)
         EDISON = 6 DAY = 58 (40)       LORENZO = 6 NIGHT = 73
         PICHARDO = 5 DAY = 60 (40+15)  R. LUNA = 5 NIGHT = 46 (0)
         RAMON = 1 DAY = 10 (0)         M. ROJAS = 1 NIGHT = 12 (0)
                                        R. PERSICO = 2 NIGHT = 20 (40+8)
                                        JOQUIN = 1 NIGHT = 12 (0)
                                        ODALIS.   (0)

                LATMAN
            21 + 11 + 4 + 10 = 55
                                11
                                44

Payrolls 41/4/03



BIEN ③

(6) Sammy    70
(6) Felix    70
(1) Domingo    check    (275)
(1) Ramon    check
    RAS    60
    +75 Ramon

Castle ⑤

(6) Roberto +49 (120) 13
(5) Pedro    54
(1) Chris C.    64    (563)
(6) Norberto    132
(4) Juan P.    28
        check
(3) Richard    12
    Ramon
(1) RAJ    120

Sage ⑤

6 Suaro +840    123
46 118 Patricio    104
1) Chris C.    64
(1) Patricio Son    57    (568)
(6) Luis R    67
(6) Niroche    25
(0) Ramon    213
    RAJ    126

    -75 Ramon
    +70 Ramon

Ivy ⑤

(5) Edison    225
(5+1) Aquino    263
7)(6) J. Lorenzo    74    (705)
(10) Richard Diaz    check
(20) Chris C.    160
(10) Ramon    check
20 Ramon #2    103
    RAJ    158
    -70 Ramon 0

Ramirez 6475        Patricio 8220    L.Custode 8250
    -50 414            -104
    428            116



(40+26)   BIEN  6HV        (40+26)

SAMMY = 6 DAY = 72.        FELIX = 6 NIGHT = 72.
DOMINGO = 1 DAY = 12  (28)   RAMON = 1 NIGHT = 12.
                           (40+26)

3.28 - 3-30
FRI - SUN          (40+26)      SAGE. 6H/X   (40+26) - 1 Exemption
EXTRA = 40.  SUASZO = 6 DAY = 72.    LUIS 2. = 6 NIGHT = 72.
(40)  PATRICO = 5 DAY = 60.40   (40+26)  1 Exemption
(0)   CHRIS Woody = 1 DAY = 10.    J. DIROCHE = 6 NIGHT = 72.
                                   RAMON = 2 NIGHT = 24
SON  PATRICO = 1 DAY = 12.     (186+88)              (26+

       Ramon #2 = (20) - 1HV   I.V.Y.   6UQ
(40)   EDISON = 5 DAY = 58.        LORENZO = 6 NIGHT = 73.    (40+33)
(40+26) J. AQUINO = 5 DAY = 56.    RICHARD = 3 NIGHT = 26 (17
(0)    CHRIS = 2 DAY = 20.         RAMON = 2 NIGHT = 3/0 (14+6
                                   J. AQUINO = 1 NIGHT = 10.
         (151 + 74)                J. PICHARDO = 1 NIGHT = 1/0 2,6

1-30 - 7-31
SUN - MON        (40+26)      CASTLE. 6HV        (40+20)
EXTRA = 40.  ROBERTO = 6 DAY = 72.    NOLBERTO = 6 NIGHT = 72.
(40+5)  PEDRO = 5 DAY = 60.    (40+8)  J. PICHARDO = 4 NIGHT = 48.
(0)    CHRIS = 1 DAY = 10        RICHARD = 3 NIGHT = 36.
         (183 + 27)                (23+13)

PATRICO = TOTAL = 60.        DON'T  PAY.
          - 14   MISS LAST. FRIDAY = 12.
          46.        2 H.A. ON. I.V.Y = 2
                                  14



Payrolls  3/28/03

BIEN

(7) Sammy 105
(6) Felix 70
   Extra Hours
(1) Domingo 10

   RAJ  60

- 75 Fernande

Ramirez 6/50
  - 75 3/08
    75
  +400

(170)

Sage

(6) Suano 103
(5) Patricio 70
(1) Ramon 20
(1) Chris   check
(6) Ramirez 117
(5) Diroche 325
(1) Fernando  Check
(1) Ramon   check
(1) Felix 70

   RAJ  120        +100 Ramon
   -80 Christian   +75 Fernando
   -134 Christian  +60 Ramon

(846)

Castle

(6) Roberto 113
(5) Pedro 54
(2) Ramon check
(1) Chris check
(1) Nolberto 132
(1) Richardo 30
(3) Richard 130
(1) Diroche check

   RAJ 120

-100 Ramon
+80 Christian
600 Ramon

(559)

Patricio $290
  - 70 3/08
   $220

IVY

(8) Edison 225
(16) Aquino 58
(20) Chris   check
(71) Lorenzo 72
(43) Fernando 4
(27) Richard 7

   RAJ  150

   +134 Christian
   - 60 Ramon

(590)

Custode 250      Ramirez $150      Patricio $290

Ramon - 109 Castle
       + 76 Sage

(40+32)    DIEN

(6) SAMMY = 6 DAY = 72 (46)       (6) FELIX = 6 NIGHT = 72 (6)
(1) DOMINGO = 1 DAY = 12.         (1) SAMMY = 1 NIGHT (12.
(28)

                                  (Dex) Fernando
        160+60                    (963) 963
                SAGE.
(40+62) SUARZO = 6 DAY = 72.      (60+6) LUIS R = 6 NIGHT = 72.
(40+6) PATRIO = 5 DAY = 60.       (40+0) DITROCHE = 5 NIGHT = 60.
(12) RAMON = 1 DAY = 12           (0) ZERANDO = 1 NIGHT = 12.
(18) CHRIS = 1 DAY = 12           → RAMON = 1 NIGHT = 17.
(40+4)                            (0) FELIX = 1 NIGHT = 12.

        Ramon = 33+9

                BASTLE   201+94
(40+26) ROBERTO = 6 DAY = 72.     (40+0) NOLBERTO = 6 NIGHT = 72.
(40+6) PEDRO = 5 DAY = 60.        (40+0) J. PICHARDO = 5 NIGHT = 60.
(40+60) FALCON = 2 DAY = 28       (8+4) J. DIROCHE = 1 NIGHT = 12.
(0) CHRIS = 1 DAY = 12.           (0) RICHARD = 2 NIGHT = 24

        178+68      I.Y.Y.        (Ramon = 10)
(40) EDISON = 5 DAY = 58.         (40+31) LORENZO = 6 NIGHT = 71.
(40+1) J. AQUINO = 5 DAY = 56.    FERNANDO = 5 NIGHT = 63.
(a) CHRIS = 2 DAY = 20.           (40+8) RICHARD = 3 NIGHT = 24

DEF003776



BIEN (3/

(6) Samms 70
(6) Felix 70
(1) Domingo check
(1) L. Custode -1
    RAJ 60

    -75 F.Custode

(54)

3/21/05    (5) Saye (5) (6)Ramon check
(Isaak Day) (5)Sueno 170
(Isaak Pay) (5) Patricio 110
        (3) Chris check
1sny (5) L. Ramirez 10
Nothing (5) L. Custode 90
        (1) F Custode -1
        (3) Pichardo 8
            RAJ 120

Luis Ramirez 150
        -00
        6000
        150

(67)

+75 F.Custode
+75 Ramon

Castle (6)
(6) Roberto 113
(5) Pedro 54
(3) Ramon check 21
(6) Nolberto 112
(6) Dvoche 40
(2) Pichardo check +87
    RAJ 260

(540)

-75 Ramon
+150 Pichardo

Luis Custode $300
        -50
        250

Patricio $400
        -100 3/01
        290

Sueno $100
        -100 3/01
        00

Ivy (5)
(57) Edison 218
(5) Aquino 58
(2 16) Ramon -3
    Lorenzo 67
    F Custode 1
    Richard 66

    RAJ 150

(407)

-150 Pichardo

SAMMY = 6 DAY = 72 (40+26)        FELIX = 6 NIGHT = 72    (40+20)
DOMINGO = 1 DAY = 12 (J8)         L. CUSTODE = 1 NIGHT = 12 (8+4)

CASTLE   6HV   190+98

Roberto = 6 DAY = 72 (40+28)      NOLBERTO = 6 NIGHT = 72    (40+20)
PEDRO = 5 DAY = 60 (40+15)        J. OIROCHE = 6 NIGHT = 72  (40+26)
(MM) RAMON = 3 DAY = 32 (20+11)   J. PICHARDO = 2 NIGHT = 24
     30+16+ inst  30+11                                      (16+8)

I.V.y.   6UQ    (218 +70)

(40)    EDISON = 6 DAY = 58        LORENZO = 5 Night = 6+   (40+21)
(40+16) J. AQUINO = 5 DAY = 56.    MM RICHAÑO = 5 DAY = 44  (40+4)
        RAMON = 2 DAY = 16 (10+6)  PEZANDO = 4 NIGHT = 47
                                                   ₩ 32+15

SAGE   6HX   (210 +73)

         SUNSZO = 5 DAY = 60. (40+15)   LUIS R = 6 NIGHT = 72.   (40+26)
  w      PATRICIO = 4 DAY = 48 (40+4)   J. PICHARDO = 3 NIGHT = 36.  (24+4)
  w →    CHRIS = 3 DAY = 36. (36H)      L. CUSTODE = 4 NIGHT = 48.   (32+16)
         RAMON = 1 DAY = 12 (on Castle) FERANDO = 1 NIGHT = 12.
                                           (J3)      (M0)  8+4
                                                            B. Cu



Payrolls 3/14/03

BIEN (7)

(6) Sammy 70   RING TO 9420

Felix 70

Domingo check   (62)

2 Luis C. 12

RAJ 60

-75 F. Custode

-75 Felix

Sage (6)

-106 Suaro 126 103

(SF) Patricio 89 23

Richard 130 124

-$50 1 DAY OFF L. Ramirez 82   (699)

L. Custode 19

J. Pichardo 3

Ramon check

RAJ 120 1) Felix check

Suaro 206
-106
100

+75 Ramon   +75 Felix

+75 F Custode

Ramirez $200
- 50 3/14 Ivy (5)
150 3 HOURS OFF Edison 5T HOURS 208 218

Aquino 58

(20) Ramon check   (260)

J. Lorenzo 67

F. Custode 80 21

Pichardo 14

Diroche 7

RAJ 150

-200 Ramon
-$75 Ramon

Castle (5)

Roberto 113

Pedro 54

Ramon 11

1 Day OFF Nolberto 112   (709)

Enrique 92

Diroche 7

RAJ 120

+200 Ramon

DEF003779

BIEN        (139,851)

SAMMY = 6 DAY = 72.          FELIX = 5 NIGHT = 60.
DOMINGO = 1 DAY = 12.        L. CUSTODE = 2 NIGHT = 24

SAGE        171 /100

SUASZO = 6 DAY = 72.         LUIS R. = 6 NIGHT = 72
PATRICO = 5 DAY = 57         J. PICHARDO = 3 NIGHT = 36.
RAMON = 1 DAY = 12.          L. CUSTODE = 4 NIGHT = 48
                            FERANDO = 1 NIGHT = 12  (108)
(Richard  12 Day)           (Richard     12 nys)

CASTLE.       190 /100

ROBERTO = 6 DAY = 72.        NOLBERTO = 5 NIGHT = 60.
PEDRO = 5 DAY = 60.          LARA = 6 NIGHT = 72.
RAMON = 3 DAY = 32           J. DIROCHE = 2 NIGHT = 24
                            FELIX = 1 NIGHT = 12.

IVY.        228 /78

55  EDISON = 5 DAY = 55      LORENZO = 5 NIGHT = 61
    J. AQUINO = 5 DAY = 56   FERANDO = 4 NIGHT = 44 (2071)
    RAMON = 2 DAY = 20       J. DIROCHE = 3 NIGHT = 24 (2074)
                            J. PICHARDO = 2 NIGHT = 23.
                                          184.5

Payrolls 3/3/03

(6) Samms    60   (3)
(6) Felix    70
(1). Domingo check        Suaro $300
(1) Luis C. check              -100 3/7
                                    300
   RAT 50

   -75 Fernando        (105)


          Sage    (5)
(6) Suaro (180) 123
(5) Patricio -3Homy 40
(1) Ramon   check
(6) Luis R   80        (549)
(3) Pichardo  10
(4) L Custode  23
(1) F Custode check 4
        RAT  120

        +75 F. Custode
        +75 Ramon


Castle   (8)
(5)Roberto  113
(5) Pedro  54
(3)(4)Ramon check
(6) Nuberto 112    (723)
(6) Enrique  92
(2) Diroche  7
        RAT  120


       Ivy
(5) Edison  225
(5) Aquino  70
(7) Ramon check
(5) Lorenzo  67    (544)
(4) Fernando  5
(2) Pichardo 10
(3) Diroche  7
   RAT  160


+KD Ramon
+225 R amon


       -75 Ramon
       -1080 225 Ramon



105 103    BIEN    (6HY) 51 +103

(40+16) SAMMY = 6 DAY = 72    (40+20) FELIA = 6 NIGHT = 72
(28) DOMINGO = 1 DAY = 12    (8H) C. CUSTODE = 1 NIGHT = 12.
F13 REMANN

CASTLE . (6HV)  260 f(87)

(40+6) ROBERTO = 6 DAY = 72    (40+32) NOLBERTO = 6 NIGHT = 72
(1 sick day) (40+8) PEDRO = 4 DAY = 48    (40+32) LARA = 6 NIGHT = 72
f(44) RAMON = 3 DAY = 32    (20+4) J. DIROCHE = 2 NIGHT = 24

SAGE. (6HX)  176 +92

(40+16) SUASZO = 6 DAY = 72.    (40+32) LUIS = 6 NIGHT = 72.
left 1 Hours early on 3/1/03 (40+17) PATRICIO = 5 DAY = 57.    (24+8) J. PINCHORDO = 3 NIGHT = 36.
(IVY) RAMON = 1 DAY = 12    (4+8) FERANDO = 1 NIGHT = 12.
(K) CARLOS = 1 DAY = 12    (32+16) L. CUSTODE = 4 NIGHT = 48.

I.V.Y.  (6UR)  217 +79

(40) (2) EDISON = 5 DAY = 60    (40+21) LORENZO = 5 NIGHT = 61.
(40+14) (12) AQUINO = 5 DAY = 54    (31+10) FERANDO = 4 NIGHT = 41
(40+4) RAMON = 2 DAY = 20.    (40+20+?) J. DIROCHE = 3 NIGHT = 24
CARLOS = 1 DAY = 10.    (16+6) J. PINCHORDO = 2 NIGHT = 22

3·1·03
TO
3·7·03     RAMON - SAT = SAGE = 12  14
SUN = CASTLE = 8 . ) 20
MON = CASTLE = 12 .     (40+24)
TUE = I.V.Y = 10 : ) 32
OFF - WED. I.V.Y = 10
OFF - THUR = SAGE = .
FRI = CASTLE = 12.
TOTAL     = 64

JOSE DIROCHE
905 EQULL AVE
APT 6# BRONX NY
Rico 10456
Tel. 1347-613-7486



CASTLE                                    2/19/03

① ROBERTO = 6 DAY = 72        ① NOLBERTO = 6 NIGHT = 72.
② PEDLO = 5 DAY = 54          ② LARA = 6 NIGHT = 72
③ BRITO = 4 DAY = 27          ③ J. DORCHE = 2 NIGHT = 24
④ EDISON = OUT
⑤ CARLOS = 1 DAY = 12  ← FRI

BIEN

① SANNY = 6 DAY = 72.         ① JESUS = 6 NIGHT = 72.
② DOMINGO = 1 DAY = 12        ② L. CUSTODE = 1 NIGHT = 12.

SAGE

① SUASSO = 6 DAY = 72.        ① LUIS = 6 NIGHT = 72.
② PATRICO = 3 DAY = 24        ② LUIS CUSTODE = 4 NIGHT = 48
③ CHRIST = 1 DAY = 12.        ③ J. PINCHON = 3 NIGHT = 36
⑥ CARLOS = 2 DAY = 24         ④ FERNANDO = 1 NIGHT = 12.
25mg

I.W.W.
⑤ ① JOSE AQUINO = 5 DAY = 60+5=65      ① LORENZO = 5 NIGHT = 61
④ ② BRITO = 4 = 4 DAY = 44            ② J. DIROCHE = 3 NIGHT = 24
♡ ⑥ PATRICO = 1 DAY = 10              ③ J. PICHARE = 2 NIGHT = 22
                                       ④ FERANDO = 4 NIGHT = 43.



I.V.y        2/03     209+77        (40H6)

1. EDISON = 5 DAY = 60        1. JUAN LORENZY = 5. N = 60.
2. JOSE AQUIN = 5 DAY = 54.   2. FERANDO = 3 N = 32 (27H)
3. SAMMY = 2 DAY = 20 (14+6)  3. JUNIOR = 3 N. = 24 -10 (14)
                              4. JUAN CARLOS = 2 N = 22 MEMO

CASTLE.  (40H0)                         40+20
1. ROBERTO = 6. DAY = 72 (40)H0    1. NOLBERTO = 6. N = 72.
2. PEDRO = 6. DAY = 72 (40)H0      2. LARK = 6 N = 72.  (40H0)
3. SAMMY = 1 DAY = 12 (H4)         3. JUAN CARLOS = 2 N = 24
4. EDISON = 1 DAY = 8.                            16+8

BIEN.      (133+45)                      40+20
1. BRITO = 6. DAY = 72.            1. FELIX = 6. N = 72.
2. SAMMY = 1 DAY = 12.            2. LUIS CUSTODE = 1 N = 12 (20+10)

                                  fernando 19+J

SAGE.  (40+26)                           (40+26)
1. PATRICIO = 7 DAY = 84           1. LUIS = 6. N = 72.  (20+10)
2. SUASZO = 4 DAY = 48 NO PAY      2. LUIS CUSTOE = 4 N = 48.
3. SAMMY = 1 DAY = 12 (2b+10)      3. FERANDO = 2 N = 24 M RE
4. CHRISTOPHER 1 DAY = 12. NO      4. JUAN CARLOS = 2 N = 24
5. DOMINGO = 1 DAY = 12. NO                       16+8

JUNIOR QUIT  I  NEED  SOMEONE
TO WORK. OVERNIGHT, FOR I.V.y



WEEK
PAYROLL                    2-20-03.

## I. V. Y.

① EDISON = 5 DAY = 60          ① LORENZO = 5 N = 60 ✓
② JOSE AQUINO = 4 DAY = 44     ② J. PICHARDO = 2 N = 22 ✓
③ BRITO = 3 DAY = 30           ③ FEZANDO = 4 N = 41 ✓
                              ④ JOSE DEROCHE = 3 N = 24 ✓

## SAGE.

① SUAZO = 6 DAY = 72           ① LUIS R 6. N = 72 ✓
② PATRICIO = 5 DAY = 60        ② J. PICHARDO = 3 N = 36 ✓
③ JOSE AQUINO = 1 DAY = 12     ③ FERANDO = 1 N = 12 ✓
④ CHRIS = 1 DAY = 12           ④ L. CUSTODE = 4 N = 48 ✓

## BIEN.

① SAMMY = 6. DAY = 72 ✓        ① FELIX = 6. N = 72 ✓
③ DOMINGO = 1 DAY = 12 ✓       ④ L. CUSTODE = 1 N = 12 ✓

## CASTLE.

① ROBERTO = 6. DAY = 72 ✓      ④ NOLBERTO = 6. N = 72
② PEDRO = 5 DAY = 60 ✓         ⑧ LARA = 6. N = 72.
③ BRITO = 3 DAY = 24 ✓         ③ JOSE DEROCHE = 2 N = 24
④ EDISON = 1 DAY = 8

Payroll 2/28/09

(6) Sammy    60

(6) Felix    70

(1) Domingo    check

(1) Luis C.    check

RAJ    50

- 75 Fernando

400 suaro
-100
300

(105)

SUGR

Suaro    ᴴᴼ    138

(5) Patricio    33

Aguino    16

(17) Ramon    65

Luis R    82

Pichardo    check 10

L. Custode    13

Fernando C.    check

RAJ    120

Carlusa    140

+75 Fernando

+30 Ramon    (+105)

(777)

CASTLE

(6) Roberto    113

(5) Pedro    54

(1) Ramon (8)    43

(8) Brito    15

(6) [V]olberto    112 +60 = 172

(6) Enrique    92

3) Diroche    3

RAJ    120

+20 Ramon

(632)

IVY

Aguino    27

Edison    239

Brito    15

(20) Ramon    check

Diroche    3

Juan Pichardo (check) 10

Fernando    check

Juan Lorenzo    67

RAJ    160

- 50 Ramon

(471)

(40+16) BIEN    DO 135  2/28/03

√ SAMMY = 6 DAY = 72    ·· FELIX = 6 NIGHT = 72  (40+30)

√ DOMINGO = 1 DAY = (12 HO)    √ C. CUSTODE = 1 NIGHT = 12 (●)

28

9+4

CASTLE (197+90)

ROBERTO : 6 DAY = 72 (46)    NOLBERTO = 6 NIGHT = 72 (60)  (40+20)

PEDRO = 5 DAY = 60 (55)    LARA = 6 NIGHT = 72 (60)  (40+10)

BRITO = 2 DAY = 24 (●)(17+5)    J. DIBOCHE = 2 NIGHT = 24

RAMON = 1 DAY = 8    (20+4)

SAGE (185+91)

√ SUARZO = 6 DAY = 72  40+20    √ LUIS = 6 NIGHT = 72 (40+20)

√ PATRICO = 5 DAY = 60 (40+15)    √ J. PICHARDO = 3 NIGHT = 36 (25+11)

√ J. AQUINO = 1 DAY = 12 (8+3)    √ L. CUSTODE = 4 NIGHT = 48 (32+16)

RAMON = 1 DAY = 12 (11) NO DIED    FERANDO = 1 NIGHT = 12. UN BIEN (9+3)

I.V.Y. (290 +62)

EDISON = 5 DAY = 60 (40)    LORENZO = 5 NIGHT = 61 (40+21)

J. AQUINO = 4 DAY = 44 (31+13)    FERANDO = 4 NIGHT = 41 (31+10)

BRITO = 3 DAY = 36 (27+7)    J. PICHARDO = 2 NIGHT = 22 (15+7)

3 MEN →  RAMON = 4 DAY = 20 (40)    J. DIBOCHE = 3 NIGHT = 24 (20+4)

OEE003780

BIEN

1) Sammy    60
1) Domingo   check
6) Felix     70
1) Luis C.  check    (105)

   RAJ      50

-75 Fernando

500 Suero
-100  2/41
 400
  1

Sage

(6) Suero  (+0) 123
(8) Patricio (+sick day) -26
(0) Aquino  OFF
(1) Christoper 57
(6) Luis R.  82    (492)
(4) Luis C.  13
(1) Fernando  check
 3  Juan Pichardo -3

   RAJ  120
   Carlos  126
   Fernando +75
   Aquino -75

astle

1) Roberto (+70) 113
5) Pedro  3 Hours  54
2) Brito   check  check
6) Nolberto 118
5) Enrique  92   (479)
5) Diroche  check
(1) Juan Carlos 63
   RAJ   120
   Edison  00

-75 Brito

Ivy

(0) Edison    00
4½ (15) Aquino  81
3 (30) Brito    30
5 (60) Lorenzo  67 -16=41   (533)
4 (41) Fernando  15
3 (24) Diroche  check
(2)(22) Pichardo  3

   RAJ   160
(1) Patricio 10 HRS 53

+75 Brito
+75 Aquino

DEF001790

Payrolls 2/14/03

BIEN

Brito 77
)Felix 70
) Sammy 4
| Luis Custode
Domingo check (96)

AJ 50
-75 Domingo
-140 Luis Custode
+410 Brito
-150 Sammy
-150 Custode

CASTLE
| Roberto 93
6) Pedro 93
(1) Sammy 4
Edson 56 (775)
Enrique 92
Nilberto 112
2) Juan 130
(AJ) 80
+75 Sammy

Sage
(3) Suazo 31
(7) Patricio 71
(11) Christopher 50
((1) Domingo check
(6) Luis Ramirez 80
(4) Luis Custode 2
Jose Ramos
RAJ 140
(1) (8) Jose Diroche (Cortes) 65
+75 Domingo
+140 Luis Custode
((1) Sammy 4
+75 Sammy
-8
(2) Fernando
4) Juan Pichardo (love 2nd pd) 130
+150 Custode

Ivy
(5) Edison 239
(54) Aquino 57
(5)+1 Lorenzo 873
Diaco
RAJ 160
5
(20) 2 Sammy
(10#5(1) Juan Diroche (Cortes) 55
2 (21) Juan Carlos 114
-410 Brito
(30)(7) Fernando check
(3)(1) Junior check

(987)

(293)

Payrolls 2/7/05

BFEN

5) Brito check
6) Felix        70
(1) Domingo  check
(1) Aquino    16
] Albert check        (386)
   RMS    50

$140 Brito
+     Brito
170
   -65 Aquino

SAGE

Suazo        00
(7) Patricio     140
(1) Fernando C   check
(6) Luis Ramirez  82        (774)
(7) Chris Stopher  350
(4) Albert Custode  13
(3) Sammy          4

        +65 Aquino
   RMS       140

Castle

Roberto   145
Pedro     93
] Belkin  56        (595)
Enrique   84
   (+50 BONUS)
Nolberto  112
] Loreno  17
Chris     70

~140 Britos

RMS 120

Ivy

(5) Edison        239
(3) Juan Lorenzo   14
(2)(23) Sammy   check        (565)
(1)(10) Brito     85
(4)(45) Fernando  check
(4) 32  Junior (owes 10 HOURS) check
(1)(10) Juan      60

        Brito
                -175 Britos
(4)(44) Aquino    42
Suazo  $500  (2) Chris 140
        RMS    160

2/7/03

## CASTLE 192+94

40+20
① Roberto. 6. day = 67          ① Nolberto = 6. Night = 72
   40+20
② Pedro = 6 day. = 67          ② Cara = 6 Night = 72
                                   40+20
③ Chris - 1 day = 9            ③ Juan Lorenzo = 2 Night = 24
                                   16+8
④ Edison = 1 day = 8          (Britos 2  16+6)

## I.V.Y  (208+57 74)

        40                                         (32+4?)
✓① Edison . 5 day. = 60       ① Feranzo = 4 Night = 48
② Jose Aquino. 4 day = 32+12  ② Junior = 5 Night = 40+2
                                                    (16+8+4)
③ Chris = 2 day. = 18          ③ Sammy = 2 Night = 24+4
④ Brito = 1 day = 10.          ④ Juan. Lorenzo = 3 Night = 36
                                (Br. 10  24+9    24+6    +24
                                                          60.

        108+40  BIEN.                    (40+20)
① Brito = 5 day. = 66          ① Felix = 6 Night. = 72
② Domingo  1 day = 12          ② Luis Custode = 1 Night = 12
                                                            8+4
③ Jose Aquino = 1 day = 12
              8+3

## SAGE  (160+65)

        40+20                              40+26.
① Patrico = 7 day = 84         ① Luis = 6. Night = 72
                                                   24+12
② Son = 7 day. = 84            ② Sammy = 3 Night. = 36
   Suano = 40                  ③ Feranoo = 1 Night = 8+4
                               ④ Luis Custode = 4 Night
                               (Aquido 8+3)       32+16.

HOURS

DIET
Jose 6 days
Domingo 22
Felix 6
Cupide 1 day
146 + 24
(168)

Saye
Suaro
Adrian 60
Ava
Wilman

Fern 12
(W) Ru
(3) Summy
Y cuos Ana

Cupide
Brito 22  (18+4)
Lorez 24  (16+8)

975 Walton AV
Apt. 2AS
Bronx N.Y. Aquino
10452
Jose R Aquino

I.V.4
Edison 5    40
Huyn 4     32 + 86  15
Brito 3     20 + 10
Fernando -45   12
Joe Thomas 44 -
Cuo 3x12 = 36  24 + 12
Sunny 23

DEF003294

Payrolls  1/31/05

BIEN
_____

(0) Jorge ~~400~~ 400

(1) Domingo   28

(6) Felix   70

(1) Albert  check

~~&~~ RAJ    50

(123)

(-200 Sammy)
-225 Fernando


Sage
_____

(1 Day off) Suazo (170)  157

(1 Day off) Patricio        70

        Aquino          9

        Patriclos Son  50

(3)  Sammy    ~~24~~ 24

(6) Luis R  117      (987)

(4) Albert     28

        RAJ  120
        Fernand 6
(+200 Sammy)
+66 Fernando
+140 Cardosa


Castle
_____

(6) Roberto  125

(5) Pedro    85

(1) Edison   56

(2) Britos   37     (629)

(6) Nolberto 112

(6) Enrique  92

(2) Lorenzo  17


RAJ    120


Ivy
_____

(5) Edison 239

(4 40) Aquino 6

(3)  Britos 70

(3)  Jaan  14      (662)

(5) (VVVRS) Junior  check

(2 10) Sammy   check

(4 45) Fernaddo  48

        RAJ      160
        Fernando 225
        Fernando - 66

Payrolls 1/24/03

BIEN
Jorge    212
(6) Felix   70
Domingo 28
(1) Albert check  (50)
RAJ  60

- 80 Fernando
- 240 Sammy

Sage
Suazo  +70  y Hours OFF   137
(4/6) Patricio (his to Son)  104
Patricios Son  50
(1) Aquino    16
(9) Luis R.   117      (803)
Albert     13
(1) Fernando check
Luis Abreu 78
RAJ   105
(18 HRS) Sammy 103

+80 Fernando

Castle
Roberto 125
5) Pedro  85
Brito  26      (618)
Edison  56
(6) Nolberto [he still pays $400] 112
(5) Enrique 92
2) Lorenzo 17
RAJ  105

IVY
(-1 HOUR) Edison  232
Aquino 42
Brito  27
8) Lorenzo 14
(4) Fernando 3
18 HRS (2) Junior  108   (897)
RAJ  180
(12 HRS) Abreu check
4 HRS Sammy check
+240 Sammy  51

Payrolls 1/17/03 (5)



**BIEN** (4)-Seumas x mas

(2) Jorge 85
(6) Felix check
(4) Domingo 20          (105)
(1) Albert check
    Gerald 20
    RHS 60
(-80 Fernando)

Fernando 79
    11
    68

**Sage**

(6) Suazo +20  150  138
305 (5) Patricio  20 Hours (11)  28
(1) Patricias son 50
(1) Aquino  14
(4) Luis  2 Days OFF  190      718
(4) Albert      13
(2) Fernando chen
(3) Abreu      10
    Felix      70
(1) Gerald  20
    RAJ 105
    (90000)
    + 80 Fernando

**Castle**  (5)

(6) Roberto 100
(5) Pedro 54
(2) Aritos 22
(1) Edison +400  56  77      ($49)
(6) Nolberto  In section  92
(5) Enrique  10AP off
3 Lorenzo   check
Gerald  20
RAJ 105

**IVY**

(5) Edison  214+25 = 229
(4) Aquino 42
(3) Britos 14       (522)
(5) Jacob check
(2) Lorenzo    1
(4) Fernando  11
(3) Abreu  5
    Gerald  40
    RAJ 180

DEF003297

PAYROLLS    1/10/03

BIEN (3)

(6) Jorge 85
(6) Felix 70
(1) Domingo 20          (181)
(1) Albert 6
    Gerald 20
    RAJ 50
    -70 Fernando

Fernando 6196
        -117
        ─────
        79

Castle (5)

(6) Roberto 100
(5) Pedro 54
(2) Brito 34          (581)
(1) Edson 56
    Nolberto 77
    Enrique 57
    Lorenzo 8
    RAJ 00/00 116
    Gerald 70
    +15 Britos

Sase (6)

(6) Suazo (100) 103
(5) Patricio 110 (100)
(1) Patricios son 50
(1) Aquino (70) 13
(6) Ramirez 154          (668)
(3) Juan Abreu check
    Gerald 20
(1) Fernando 7
    ~~Suan Abreu~~ 31
(4) Albert
    RAJ 1100          +70
                      Fernando

Ivy (5)

(5) Edison (100) 212
(4) Aquino 13
(3) Brito 1
(3) Lorenzo check          (441)
(5) Jacob check
(4) Fernando 10
    Gerald 40
    RAJ 180
(2) Juan Abreu check
    -15 Britos

DEF003298



Play rolls   1/3/03.   1/3/03

BIEN

Jorge  50 (3)

Fernando  check   [19]

1) Domingo  10

2) Albert  6

RAJ   50

Gerald  00

1 Felix   (+75 Albert)

1) +75 Felix
   -75 Fernand

Jorge 68
   8
   00

Fernando 0058
   -60
   196 balance

SAGE   [7]

(6) Suaro  +40   82 =122

(4) Patricio  72

(1) Patricios Son  50

(1) Aquino  15

(1) Luis  46

(3) Felix  160   check = 60  +70 =130

(3) Albert  20

(2) Juan Abreu  50

Gerald  20

RAJ  100

Juan  -25   -75 Albert   +75 Fernando   -75 Felix

(2) Fernando  60

IVY   (6)

(4) Edison  96

(4) Aquino  21

(3) Brito  52

(3) Lorenzo  29

(5) Jacob  check

(3) Junior  check

Gerald  20

RAJ  200

Juan Abreu +  -75 Junior

+225

(3) Juan

325

568

CASTLE  (4)

(6) Roberto  100  +20 = 120

(4) Pedro  57

(2) Britos  44

(1) Edison  56

(6) Nolberto  (+60) +77 = 137

(6) Enrique  58   1 Day OFF

(2) Lorenzo  7

Gerald  20

RAJ   100

+75 Junior

674

Payrolls 10/04/02

**BIEN**

6) Jorge 50
5) Fernando 28
7) Domingo check
8) Albert 144
RAJ 50        (494)
Gerald 20
Cardosa. 50

+80 Fernando
- RAJ 50
Gerald 20

**SAGE**

6) Suero 103
8) Patricio 137
1) Patricio son 50
(1) Domingo 70
6) Luis 92
(4) Albert check      (512)
1) Fernando check
3) Juan Mora check
Cardosa 150
Gerald 20
RAJ 100

-80 Aquino
-80 Fernando
-50 Abreu

Jorge $58
- 50
8

Patricio $70
- 70
00

Fernando $286
- 28
258

**CASTLE**

Roberto 100
4) Pedro 17
1) Edison 56
3) Brito 92
6) Norberto 112
6) Enrique 92    (647)
2) Juan 18
Gerald 20
RAJ 100
+ 35 Brito

**IVY**

5) Edison 205
5) Aquino 36
2) Brito check
3) Lorenzo 29
5) Jacob check
4) Junior check    (701)
2) Juan Abreu 96
Gerald 40
- 35 Brito
+80 Aquino
+50 Abreu
RAJ 200