Payrolls 1/00/02

BIEN
(6) Jorge        50
3) Fernando    28
1) Domingo    10
(2) Albert      56        234

RAJ      $50
Gerald    20

Fernando -75
Albert +95
Enrique

Patricio $40
-70
70

Fernando $414
-100 12/16
314
-04
Jacob   26  286

Nothing

Jorge $108
-50
58

Sage
(6) Suares  susan  138
(5) Patricio         70
(1) Patricio Sen   50
(1) Aquino  15
(6) Luis  62+40 = 102
(9) Albert check  63
(1) Fernando check
(7) Juan Abreu          84
Gerald   20              400
RAJ  100
Juan Abreu -138
Albert  -95
Fernando  +75

Enrique +95

CASTLE
(6) Roberto  100
(1) Pedro    54
1) Edison   56
(2) Brito    44        539
(6) Nolberto 78
6) Enrique  58
1) Juan Lorenzo  29
RAJ      100 100
Gerald    20

Ivy
(5) Edison     205
(4) Aquino     22
(3) Brito      52      705
(3) Juan Lorenzo  29
(5) Jacob   check
(4) Junior  check
(2) Juan Santiago Abreu 19
Abreu
Gerald   40
RAJ   200
Juan Abrey +138

DEF003301



Payrolls 9/13/0

BIEN (3)
8) Jorge  check
9) Fernando  check      207
10) Domingo  check
11) Aquino 10
1) Albert 75
   Gerald 20
   RAJ 75
   -60 Domingo
   +81 Aquino

Suazo 75
   -75 9/13
   00

Patricio 240
   -100
   140

Sage (67)
(6) Suazo 83
(6) Patricio 135
(1) Patricio Son 50
(6) Luis R 82
(3) Felix 210
(1) Domingo 20
(0) RAJ 120
(4) Albert +50 Domingo 8
(1) Juan
   -75 Juan Abreu
   -82 Aquino

Castle (4)
9) Roberto 100
) Pedro 56
  Andres Brito 44
) Edison 56     562
) Felix 70
6) Nolberto 70
6) Enrique 58
   RAJ 120

Ivy (7)
(4) Aquino 7
(3) 52
5 Edison 239
) Juan 24
(4) Junior check     708
   RAJ 175
   Gerald 80
(5) Jacob Tejada check
   +75 Juan Abreu
(5) Lorenzo Lorenzo 56

Fernando 408
   +6
   414
   M=6
   T4=6
   w=4

Joe
Jorge 118

Fernando C. Eto
Jacob Tejada 226

DEF003202

Payrolls 12/6/02

BIEN

(3)Sammy 96/60 + 212   vacation

2)Fernando 92

3)Albert 83

Domingo    check

(1) Jorge    105

(185)

RAS    50
    -40 Domingo
    -250 Edison  +357 Fernando  ] -517
    -384 Felix
    -206 Sammy

Castle

Roberto    100
Pedro      54
Brito      150
Edison     56
Nolberto   78 + 42 beans -120
Enrique    58        909
(1)Felix 23)
RAS    100
Sammy  20


+128 Felix
+100 Sam


Sage  (1)Aquino    90
(5)  Suaro  76
(6) Patricio 40
     Jorge 70
(6)  Luis R. 62
(4) Felix 47
(4) Albert check
(1) Domingo    8
     RAS    100
     Sammy  20
    +40 Domingo  +100 Sam
    +256 Felix
    - 357 Fernando

(682)

Ivy    214
(5) Edison
(3) Brito 225
(4)(5) Aquino 320
(5)(6) Juan
(4) Junior 288
(5) Jacob
     RAS    200
    +100 Sammy

         Edison


Suazo 150      Patricio 280      Fernando 500      Sam 150
      75             -40              -92            +100
      ___           ____             ____           ____
      75            240              408            250

Payrolls    11/29/02

**BIEN**

Edison 216 - 168 (107 50) [Edsin]

(3) Sammy 90

Domingo 20

Fernando 146 (279)

(1) Albert 63 (447)

RAJ 90

Cardosa 50

+ 340 Custode

- 70 Domingo

- 150 Felix

- 348 Sammy


**Castle**

Roberto 135

Pedro 85

Sammy 20

Ellison 84

Nolberto 112 (1037)

Enrique 92

Felix ~~80~~ check

RAJ 180

+150 ~~80~~ Feln.

+174 Sam

---

Sage

(4) Suaro 77

(4) Patricio 72

(7) Patricio Son 100

(2) Sammy 20

(6) Luis R. 82

(4) Felix 70 (745)

(4) Albert ~~80~~ 70

(1) Jorge 70

RAJ 180

(1) Domingo ~~70~~ check

- 340 Custode

+70 Domingo

Cardosa 150

+174 Sammy Sam

---

Loan $150 Suaro 11/27/02

---

Patricio $352

$\dfrac{-70}{280}$

$500 Fernando Custode

[Albert ~~$42~~ ~~$110~~/07 = 0.0]

Loan to Suaro $150

11/27/02

Payrolls 11/22/02

### BIEN

5) Edison 216

(2) Sammy 32

½ Domingo check

(3) Fernando 127        (-120)

1½ Felix 18

RAJ 90

-333 Felix
-270 Sammy

### Sage

(6) Jose Suazo 112

(4) Patricio 70

2 Sammy 38

(2) Albert check        (1011)

(crossed out)

(7) Luis R. 100+48= 148

(1) Domingo 55

(4½) Felix 52

RAJ 180

Jorge 70

~~$88 Felix~~

+135 Sammy

+149 Felix

### Castle        RAISE TO 6450

4) Roberto 135

5) Pedro 85

2) Sammy 32        (1059)

1 Edison 84

6) Nolberto 112

Enrique 92+20=112

1) Felix check

RAJ 180

+ 84 Felix
+138 Sammy
+100 Felix

Sammy ~~68~~ 50

~~out 45 w/out~~        Albert 22

- 50 Car
_____
00

Patricio 424

- 72
_____
352

Payrolls 11/15/02

BIGN

(5) Edison 225
(2) Sammy 95
   Domingo check
   Felix check          (82)
2) Fernando 156
   RAT    90


- 80 Felix
- 334 Sammy
- 70 Domingo


Castle
4) Roberto  125
5) Pedro    85
2) Sammy check
(1) Edson $70
(6) Nolberto 112   (981)
(4) Enrique 98
2) Felix 70
   RAT 180

+167 Sammy
+80 Felix


Sage

(6) Suaro    118
(4) Patricio  72
(2) Sammy check
(1) Jorge    70
(1) Domingo  76    (825)
(6) Luis     82
(4) Fernando (-93)
(5) Albert   83
(1) Felix    70
   RAT      180
   Robert Sereet
   Sammy    167


Patricio 496      christian Roo
        - 72
       ____
        424

Payrolls 11/16/02

BIEN

(4) Edison 150

(3) Sammy 20

(HAS) Domingo (check)

(2) Felix check            -75

(5) Fernando 75
RAS        90
  -225 Felix
  -135 Sammy
  -50 Domingo

CASTLE

6) Roberto 125

5) Pedro 85

2) Sammy check

4) ~~Edison~~

(5) Nolberto [rick day] 112    995

(6) Enrique 92

(3) Felix check

(1) Edison 61
  +225 Felix

RAS 160
  +135 Sammy

SAGE

(6) Suazo 118

(4) Patricio 70

(1) Patricio Son 50     902

(1) Fernando 48

(1) Sammy 75

(1) Felix   70

Albet (6) Luis R ~~uazo~~ 117

(1) Domingo check

5 ~~Eduardo~~ LUISC 202  +50 Domingo
  RAS 180

Patricio 568    Suazo 60
    -72           -60
  _____    _____
   ~~500~~        00
   496

Cristian $200

Payroll 3 11/1/02



BIEN

(5) Edison 225
2+1 Sammy 50
20+3 Domingo 20
Felix check
H Christian    ($75)
RAS 90
Fernando 75
Cardosa 25

-230 Edison
Felix check
-160 Filer
- Sammy 270


Castle
(6) Roberto 125
(5) Pedro 85
(2) Sammy 60
8HRS (Edison) 75
(6) Nolberto 112 +60 = 175
(6) Enrique 92    (1060)
(2) Felix 70
RAS 180
(1) Cristian 65
+135 Sammy


Sage

(6) Suazo 118
(4) Patricio 72
(2) Luis Cuba 154
   Sammy 60
(1) Patricios Son 50
(5) Domingo 30
(5) Fernando Custode 48    (270)
(3) Luis Ramirez 133    (1125)
   RAS 180
John Briones 70
Cardosa 75
+230 Edison
+160 Felix    ) 525
+135 Sammy

Patricio 646    Suazo 120
    -72           -60
   568            60

Cristian $300

BEER 10 17 OFF    Payroll S    10/25/02    Sage
4 Edison  250
4 Felix check

1) Domingo 40
2) Sammy 31    (-37)
3) Cristian 67

RAJ 90

-85 Felix
-270 Sammy    } -510
-155 Cristian

(5) Suazo 120 110 + 11 vacation pay
(4) Patricio 72
(1) Edison 50
(1) Patricios Son 42
(2) Sammy 32
(6) Fernando # 141
    177    (1,138)
(6) Luis 45
(2) Cristian
RAJ 180

+135 Sammy
+164 Christian +278
+39 Edison

Castle
6 Roberto 125
5 Pedro 85
3 Sammy 30    (990)
(6) Nolberto 110
(5) Enrique 90
(2) Felix 70
(1) Cristian 23
RAJ 180

+85 Felix
+ Sammy    } +371
+135 Sammy
+ 51 Cristian

Patricio 712
    -72
    640

Edison 100
    -100
    00

Suazo 200
    -100
    100

Cristian
    300
    -100  10/25
    200

Payrolls 10/18/06

BIEN

S Edison 30+ last week 274
9 Felix    check
2 Cristian ~~10~~ 45
Domingo check    (166)
2 Sammy 35
  RAJ    100
  - ~~270~~ ~~260~~ Sammy
  - 40 Domingo  } -288
  - 208 Cristian
    +270 Edison

Castle

6 Roberto 125
5 Pedro 85
2 Sammy 30
6 Nolberto 112    (955)
7 Enrique 92
8 Felix 70
  RAJ 175
1 ~~per~~ Cristian ~~20~~
1 Edison 56
  +135 Sammy    (+187)
  +52 Cristian

Sage

6 Suazo 118
4 Patricio 72
2 Sammy 30
5 Luis (week day) 177
1 Patricio Son 42    (1,087)
6 Fernando ##+ 110
1 Domingo 20
3 Cristian 67
  RAJ 175
  ~~+239~~ Sammy  +135 Sammy
  -230 Edison  +40 Domingo  } +74
    +156 Cristian

Patricio 7~~8~~4          Cristian 400
       -72                 -100 10/18
       ─────               ─────
       72                  300

Edison 200          Suazo 200
     -100                 00
     ─────              ─────
     100                 200

Payrolls    Oct 4, 2002

BIEN

Edison      18h
8Felix      check
2Cristian   check
1Sammy      check
            vo+
Domingo     20
RAJ         100

    -360 Sammy
    -100 Cristian
    +300 Felix

(140)

Sage
6  Suazo   118
4  Patricio  72
3  Sammy   check+60
3  Cristian   137
6  Fernando  183
   Luis       177

RAJ  175

    Felix   -300
    Sammy   +200
    Cristian  +100

(C?)

Castle
Roberto  125
Pedro     85
2Sammy    35
1Edison  56
6Nolberto  112
6Enrique   92
1Felix    70
RaJ  175

    +160 Sammy

(910)

Pedro  55      Patricio
       -55        85¢
     _____        -7¢
       00       _____
                 784

Edison $300   Cristian 500
       -100         -100
      _____        _____
       200          400

DEF002211

Payrolls OCT 9, 2002

BIEN

1) Edison 100 162
4) Felix check
3) Cristian 48
Domingo check
1) Sammy 48      (174)
Cardoza 20
Raj      80
   Felix 330
   Cristian 4005
   Sammy -2665
      -200 Cristian

Castle
6 Roberto 125
5 Pedro 85
3) Sammy check 45
6 Nolbert 118
6 Enrique 92
2 Felix check      1154
RAJ 180
Edison 56
   +133 Sammy
   +70 Felix
      +50 Cristian

Sage    1 week vac.
(6) Suazo 118 +11
(4) Patricio 72
(7) Sammy 50
(6) Luis 118      (8.11)
   Fernando 60
(5) Cristian 97
   Cardosa 20
   Raj 140
Patricios Son 42    Felix 400
   Felix -87      +133 Su
   +200 Sammy
   +150 Cristian

Pedro 110      Cristian
   -55       40    50
   55      -40    -50

Edison
400
-100 10/7
300
Patricio
928
- 72
856

Payrolls 9/27/02

BIEN

Wammy 95

4 Felix 320

3 Cristian 52

Domingo -40
        Edson 89 90 37
1 Edison 89
        Suazo 84
Suazo 900

RAJ 180

Francisco 20
_____
Edison - 330
Cristian -160

(148)

Sage

6 Suazo 34

4 Patricio 72

Edison 120

1 Domingo 75

6 Luis 128

5 Fernando 127

3 Cristian 52

RAJ 180

Francisco 50
_____
Felix -400

Edison +165

Cristian +160

(703)

castle

Roberto 125

pedro 85

3 Edison 120

Nolberto 112

4 Enrique 92

Felix 160 _ _ _ _ _
Edison +165
RAJ 200

(1,059)

Pedro
195
- 85
110

Patricio $1,000
-72
_____
928

F #1
80    100
-40   -50
_____  _____
40    50

Edison 555
-155
_____
400

Braza 400

Pedro Raise To 340  5 Days
Patricio Raise To 260  4 Days

DEF003313

Payroll5    1/20/08

BIEN
D#6
Sammy  95

4 Oscar/Felix  check

Domingo  check

Sueo  80                457
3 Fernado #1  check

RAJ    90
Gerald  50
Edison  check

-130-8 Edson
  - 40 Domingo
Felix
  - 88 Fernando #1

Castle

Roberto  125

Pedro  130

Patricio  ND
Edison  check  #40 1week vacation  84

Enrique  95          (1072)
Nolberto          112
  1pay Fern #7  70
Oscar/Felix  70
  1day
RAJ    180
Gerald  75 +66=141
+65 Edson

Sage

Suazo  38

Patricio #1  90
Patricio #2  47

Domingo  check 40
    Jorge Concha  210
7days Luis              242
8days Fernando #1  140
5days Fernando #2  127    849

Gerald  75
RAJ    180
Edison  check

+65 Edson  check
-100 Felix

Pedro 300      F #1
  -105         120      150
  ───          -40      -50
  195          ───      ───
                80      100

Sammy 50
  -50
  ───
   00

Edison  owes  $55

Payrolls 9/13/02

BIEN

Sammy 95-50 = 45
Fernando #1 (out imgt) 135-40 = 95

smingo check
       Suazo 80
Edison 80          (225)

Felix check
    oswaldo 65
RAJ    100 80
erald 50

-380 Edson -240 Edsor
+90 Felix
   -40 Domingo

Castle

Roberto 105
Pedro 65
Edison 55
Nolberto 110
Enrique 85          (1093)
Felix check
RAJ    100 185
Gerald 100
Gerald 66
+100 Edson
+180 Felix

Sage

Suazo 38
Patricio 187
Edison Patricio #2   20
      check
(7+obd) Luis 319
Jorge 140          (1123)
Felix check
   oswaldo 92
Domingo check
   Fernando #2 157
   Domingo +40
   Edson         (3000)
   Felix -270

RAJ    200 185
Gerald 100

Fernando #1 160    200
        -40       -50
        120       150

Sammy $100    Pedro 365
      -50          -65
       50         300

Payroll 5  9/6/0?

**BIEN**

Sammy  $95-50 = 45$  -DH

ernando  $75-40 > 35$

Domingo check

~~$75$~~  $75$

Felix check ~~$90$~~

RAJ  $180$

ierald  $50$

$+330$ Edison  $\rightarrow 250$ Edison
~~$+80$~~  $+80$
$-40$ Domingo

**Castle**

Roberto  $125$

Pedro  $65$

Edison

Nolberto  $117+30 = 147$

Enrique  $85$

Felix  check     $1,111$

RAJ  $100$

Gerald  $100$
Gerald  $66$
~~$+105$ Edison~~

$+180$  Felix

Patricio  $63$

$+105$ Robert

**Sage**

Suazo  $43$

Patricio  $57+5 = 60$

Edison  check

$(7+ )$ Luis  $242+50 = 292$
$+120$
out 1 hour Jorge Night  $131$
$+1$ HOUR
Felix  check

Domingo check  $210$

Jorge  Pay

Domingo  $+40$

Edison  $135$    $175$

Felix  $-260$
Felix  $-260$       $-95$

RAJ  $180$

ferald  $100$

Fernando  $110$

$9/6/0?$
$+200$

Sammy  $150$          Fernando  $200$
_____           _____
$-50$                  $-40$
_____           _____
$100$                  $160$

Pedro  $430$
_____
$-65$
_____
$365$

DEF002216

Payroll 5 8/30/02

BIEN

Sammy 95-50 = 45  (+3)
Fernando 135-40 = 95  (+3)

smingo check

Edison 84
  suazo 75
... Felix check

RAJ 180
Gerald 50

      -240 Edson
      +90 Felix
      -40 Domingo

(239)

Castle

Roberto 125
Pedro 65
Edison 46
Nolberto 110
Enrique 85
Felix check
Patricio 63
RAJ 160
Gerald 100

    +160 Edson
    +180 Felix

(1068)

Sage

Suazo 43
Patricio 62+5luun = 67
Edison 00
(7+200) Luis 242
(+1 Hour) Jorge 240 315
Felix check

(987)

Domingo check
Jorge #2  210
  Domyo +40    -150
  Edison +80
Felix -270

RAJ 160
Gerald 100

Sammy 8200
      -50
   _____
   8150

Fernando
  240
  -40 8/30
  _____
  200

Pedro
495
-65 8/30
_____
430



BIEN

Sammy (-50#2) 45
Fernando (-40#2) 85
Domingo check
~~Bebe~~ ~~Felix~~ Felix check      (104)
Edison 84
RAJ 186
ferald 50
      - 150 Edison
      +95 Felix

Castle

Roberto 125
pedro check
Edison 55
Nolberto 112
Enrique 85      (98?)
Felix check
RAJ 160
ferald 100

      +165 Edison
      ~~4000~~ Felix
      +180

Sage

Suazo 118
Patricio 62
Edison 54
~~Luis~~
(Luis 70#5) 165
Farley ~~000~~ 65
Felix check      (934)
RAJ 160
ferald 100
~~Jesus~~ Jorge 315
      +165 Edison
      ~~000~~ ~~000~~
      ~~000~~ ~~000~~
      ~~000000~~
      -270 Felix

Sammy 250
      -50 #2
      200 8/13

Fernando
280
-40 8/13
240

pedro 560
-65 8/13
495

Pag/011

BIEN

Sammy 95-50(+) = 45
Fernando 206-40 = 166
Domingo check
~~Felix~~ check
Edison 84
RAJ 100
ferald 50
   -150 Edison
   +75 Felix

(190)

Castle
(Roberto 50mys) 88
pedro 65
Edison 55
(Wolberto raise) 150
Enrique 86
Felix check
RAJ 150
ferald 100

   +165 Edison
   ~~~~ Felix
   +150

(979)

---

Sage

Suazo 118
Patricio 62
Edison 54
(Pablo m au it 8/10/04)
Luis 242-24 = 218
Farley 130
Felix check
RAJ 150
ferald 150
Jesus Jorge 189

   +165 Edison
   Felix -150 Felix
   -75 Felix

(1011)

Sammy 300
   -50 8/16
   ———
   250

Fernando 320
   -40
   ——— 8/16
   280

Luis 84
   -24 8/16
   ———
   60

pedro 625
   -65 8/16
   ———
   560

DEE00?210

BIEN

Sammy 107
Fernando 206
Domingo check
Pablo M 73      (290)
Edison 84
RAJ 100
ferald check 50
  - 130 Edison

Castle

Roberto 144
pedro 65
Edison 55
Nolberto 94      (1,065)
Enrique 92
Felix check
RAJ 150
ferald check 100

  +165 Edison
  +200 Felix

Sage

Suazo 131
Patricio 64
Edison 54
(24) Pablo M 141
(24) Luis 167
Farley 130
Felix check
RAJ 150
ferald check 150
Destino 50      (950)

  +165 Edison
  -200 Felix

Ramirez 48
  -24  8/9
        24

Mayorga 48
  -24  8/9
        24

Janel Shank
376-3532
  x9

Pedro 690
  - 65
  8625

Payroll

BIEN

Sammy          95

Fernando  206 +25 = 231

Domingo check

Pablo M   75        (305)

Edison   84

RAJ    100

ferald   50

    - 130 Edison

Castle

Roberto  132

pedro  out 1 week No Pay

Edison  55   100 +60 = 160

Aldberto

Enrique  92 +60 = 152

Felix  check      (1,323)

RAJ    150

ferald  100

  Chris   209

+165  Edison

+200  Felix

    +165 Edison
    +200 Felix

Sage

Suazo   150

Patricio  187

Edison   54

Pablo M 1 week   -139        puns = 164
                              +25

Luis    167        +25 = 192

Farley   130

Felix   check

RAJ    150        (1,192)

ferald   150

Jeseus   60

    +165 Edison
    -200 Felix

Edison  100        Suazo   100
        -100              -100 (A/C)
        00                 00

pedro  90 +600
        00
        690

DEE003221

Pag/bll

BIEN

Sammy 95
( 1 week vacation
Fernando 206 )

Domingo check

Pablo m 75          278
                   (280)
Edison 84

RAJ 100

Gerald 50

— 130 Edison

-Castle

Roberto 130
Pedro 65
Edison 55
              100
Nolberto ( 1week vacation )    (1,059)
203 Enrique 90
Felix check

RAJ 150

Gerald 100

+165 Edison
+800 Felix

Sage

Suazo 118 +33
Patricio 64
Edison 54
Pablo m 214        (balls)
Luis 167
Farley 130         (1,043)
Felix check
RAJ 150
Gerald 100
Jesus 50

+165 Edison
—200 Felix

Edison $200          Pedro 155
  -100                 - 65
  ─────                ─────
  100                   90

Suaro 200           Mayor 99
 -100                 00
 ─────
  100

Ramirez 100
   -100
   ─────
    00

DEF00???

BIEN

Sammy [1 Day OFF 7/17/08] 95

Fernando 206

Domingo check

Pablo M 75    [642]

Edison 84

RAJ 100

Gerald 50

— 130 Edison

Patricio 62

Castle

Roberto 130

Pedro +1 week vacation 65 + [130 vacation pay]

Edison 55

Nolberto 100

Enrique 90

Felix check [smrg lait week] 65    [1,124]

RAJ 150

Gerald 100

+165 Edison
+200 Felix


Sage

Suazo 118

Patricio 62

Edison 54

Pablo M. 139

Luis 167    [885]

Farley 130

Felix check

RAJ 100

Gerald 100

+165 Edison
-200 Felix


Ramirez $200
     −100
     ─────
     100

Mayorga 100
     −100
     ─────
     00

Suazo 200
   +100 AC
     −100
     ─────
     200

Edison $300
     −$100
     ─────
     $200

Pedros 220
     − 65
     ─────
     155

BIEN.

Sammy 95
Fernando 147
Domingo Check
Pablo M 73    (219)
Edison 84
RAJ 100
Gerald 50
   - 150 Edison

Castle
Roberto 132
Pedro 67
Edison 55
Nolberto 100    (1,061)
Enrique (my off) 92
Felix check
RAJ 150
Gerald 100

+165 Edison
+000 Felix

Sage
Suazo 118
Patricio 64
Edison 54
(Pablo M (my off) 141
Luis 167
Farley 130    (887 +25)
Felix check
RAJ 150
Gerald 100 +25 overnight
Jesus 50

+165 Edison
-200 Felix

$300 Pablo murg'zq      Luis $300
   -100                    - 100
   ───                     ───
   100                     200

Suazo $300              Edison $00
   - 100                   -100
   ───                     ───
   200                     300

pedro
285
-65
───
220

BIEN

Sammy 95
Fernando 90 = 115
Domingo check
Pablo M 73      (187)
Edison 84
RAJ 100
Gerald 50
  - 150 Edison

Castle
Roberto 130
Pedro 65
Edison 90     (1,179)
Volberto 100 bonus 60 = 160
Enrique bonus 66 90 = 152
Felix check
RAJ 150
Gerald 100

  +165 Edison
  +200 Felix

Sage
Suazo 118
Patricio 62
Edison 54
Pablo M 141 = 166
Luis 167
Farley 130     (962)
Felix check
RAJ 150
Gerald 100
Jesus 50

  +165 Edison
  -200 Felix

Pedro   350
       - 65
       -----
        285

Jose Suazo
400 + 100 AC
     - 100
     -----
     $400

Edison  $500
        - 100
        -----
         400

BIEN

Sammy    95
Fernando  90
Domingo  check
Pablo m   73    (160)
Edison    84

RAJ   100
Gerald  50
  ->30 Edison


Castle

Roberto  132
Pedro    65
Edison 96  55
Nolberto 100
Enrique  92    (1300)


Felix  check
RAJ   150
Gerald  100

  +400 Enrique
  + 145 Edison


Sage

Suazo    118
Patricio  62
Edison 97 54
Pablo M  141    (730)
Luis     167

Farley   130
Felix  check

RAJ      150
Gerald      100

  +165 Edison
  - Enrique


Edison   600
  - 100 6/28
   500

Luis    24
  -24 6/28
   00


Patricio  24
  - 24 6/28
    00


Pedro   415
  - 65 6/28
   350

Pablo M  24
  - 24 6/28
   00

BIEN

Sammy 95

Fernando 206

Domingo check

Edison 84 (103)

Pablo m. 73

David check

  −330 Edison

  +225 Fernando (−355)

  −250 David

Sage

Suazo (24) 118

Patricio 62-24 = 38 (959)

Edison (Day OFF) 96

Pablo (24) M 141-24 = 117

Luis R. 167-24 = 143

RAJ 200

Felix 60

Furley 122

Ferald 125

Fernando

Enrique

Edison

−225 Fernando

Castle

Roberto 132

Pedro 65

Edison (Day OFF) 97

Volberto 100

Enrique 96 (1,036)

Felix 60

Ferald 125

AJ 200

Enrique (+385)

+165 Edison

Luis $48
  −$24 6/21/00

Patricio $48
  −$24 1/21/00

Pablo M $48
  −$24 6/21/00

Suazo 400
  −100 6/21/00
  00
  400

Edison 700
  −$100 6/21/00
  $600

Pedro 480
  −65 6/21/00
  415

BIEN
Sammy    95
Fernando   207
Domingo check   (129)
Edison    84
Pablo m   73
RAJ    —
(-330 Edison)


9STLE
Roberto   132
Pedro     65
Edison    97
Volberto  100
Enrique   92   (1051)
Felix  Check
RAJ   150
GER    50
  + 165 Edison
  +200 Lara

Sage
Suazo    184
Patricio  62
Edson     97
Omar     120
Pablo M.  141
Luis R.   244    1136
Felix    123
RAJ     150
GER      50
(+165 Edison)  (51)
(-200 Lara)


Pedro    545        Edison 800
        -65 6/4         -100
       ———            ———
        480            700

Suano   500
        -100
       ———
        400

DEE002220

Payrolls 6/7/02

BFCN

Sammy 95

Fernando 390 (705)

Domingo check

Edison 84 (222)

Pablo M 73

RAJ 75

Pablo C 100

-300 Pablo
-330 Edison

Castle

Roberto 132
Pedro 65
Edison 56
Nolberto 99 (70)
Enrique 9L (50) (1358)
Felix 124
RAJ 100
Pablo C. 125 (445)

+150 Pablo
+400 Lara
105 Edison (+440)
-225 Patricio

SAGE

Suazo 118
Patricio 62
Edison 56
Omar 7
(Key) (to) Pablo M. 317 (705)
Luis 167 (405)  (1278)
Felix 186
RAJ 75
Pablo C. 125 (445)

+150 Pablo (650)
-400 Lara (90)
+115 Edison
+225 Patricio

Pablo $300
-300 6/6/02 Bonus
_____
00

Suazo 600
- 100
_____
500

pedro 610
- 65
_____
545

Edison 900
- 100
_____
800