302-5354

BREAL                                    (40+26)

Sammy: 5 Days = 60.        Felix = 6 Night = 72.
Requiran = 1 Day = 12.      Santano 1 Night = 12  (84.3)
Dominga = 1 Day = 12.       RAI        26

SAGE

Suarez: 6 Days = 72         Ropas 6 Night = 72
Patricio = 3 Day = 36       Santana 4 Night = 48
Brito = 3 Days = 30         Persio = 4 Night = 48
Ramon = 1 Day = 12 (84.3)   (24+12)
Sammy = 1 Day = 12

CASTLE

Roberto = 5 Day = 60        Norberto = 6 Night = 72.
Pedro = 5 Day = 60.         Wellington = 6 Night = 72.
Ramon = 4 Day = 48.         Franklin = 2 Night = 24

                            (40+16)
Edison = 5 Day = 56         Lorenzo = 5 Night = 61
Richard = 5 Day = 5 B       Lima = 5 Night = 53 (40+8)
Roman = 2 Day = 24          Franklin = 3 Night = 36
RAI  20                     Persio = 1 Night = 12 (84.3)

155 Street

Richard = 1 Day = 12
Brito = 1 Day = 8

145 Street

Berta = 1 Day = 60

PLAINTIFF'S
EXHIBIT
12
6/17/08

9.15.08.
9 2¹, 03.
9 2¹/₇ oz pk

SAMMY: 6 oz = 72. (90+26)  FELIX = 2 NIGHTS 60  ISO Dely  40+15 + 11 other
Raquamel: 1 oz = (10+1)  SANTANA = 2 NIGHTS 24 (16+8)
Domingo (10)  RAS  (20)

SAGE:
SUBETO = 5 DAY = 60 (40+15)  ZAPA = 6 NIGHT = 72 (90+26)
BERTO = 3 DAY = 30 (18H) (26H)  SANTANA = 3 NIGHT = 36 (24+9)
PATRICIO = 4 DAY = 48 (40+4)  PERALES = 3 NIGHT = 36 (24+9)
RAMON = 1 DAY = 12 (9+2)  WELLINGTON = 1 NIGHT = 12 (7+4)
DOMINGO = 1 DAY = 12 (11)  MICHITA = 1 NIGHT = 12 (9+2)
NEGLINGTON

CASTLE:
ROBERTO = 5 DAY = 60 (40+1?)  NOLBERTO = 5 NIGHT = 60 (40+1?)
PEDRO = 5 DAY = 55 (40+1?)  WELLINGTON = 5 NIGHT = 60 (33+2?)
RAMON = 3 DAY = 26 (24+9)  ZOTES = 2 NIGHT = 24 (16+6)
BERTO = 1 DAY = 10 (8+1)  LUNA = 2 NIGHT = 24 (18+8) (18+4)

INEY:
change to 45 to 56 too
EDISEL = 5 DAY = 5R (40)  LORENZO = 5 NIGHT = 60 (40+13?)
PICASSO = 5 DAY = 56½ (40+11½)  ZANKLO = 1 NIGHT = 12 (11)
RAYMOND = 2 DAY = 24 (20+3)  LUNA = 3 NIGHT = 3? (24+8?)
RAS (20)  MARIO = 4 NIGHT = 44 (31+9)
RAMON = 1 NIGHT = 9? (7+1½)

(S.J.-STREET.
BERTO = 1 DAY = 8 (6+1)
RAMAMES = 1 DAY = 12 (10+1)
(10+1)

4-27-08
4-28-08
7:30

(34 F7) (90+18 + ) BIEN         (70+74)
SMOKYS 3 DAY= 60     FELIX = 6 NIGHT 72
PATRICIA 1 DAY= (10+1)   SANTANA = 1 NIGHT 12 (8+3)
RAQUEL 1 DAY= 12      Domingo   (10)
                8+3   RAS    (20)

                (70+0) SAGE.                (40+26)
SMOKY  SUSANA = 5 DAY= 60    ROSAS= 6 NIGHT 72
PATRICIA = 3 DAY= 36 (30+3)  SANTANA = 4 NIGHT = 48 (32+12)
PATRICIO 3 DAY= 20 (26+1)  PATRICIA = 2 NIGHT 24 (16)
                           8+8+7+4)
REMIGIO 1 DAY= 12 (11)  WELLINGTON = 1 NIGHT 12
CHBIO 1 DAY= 12 (500V) (INE)  THOPE = 1 NIGHT 12 (11)
                            NEW MAN

                (40+8) CASTLE       (83 NP)   B9 12,
ROBERTO 3 DAY= 60   WELLINGTON 5 NIGHT 60
PEPPE = 4 DAY +8 (40+4)  NACHITO = 4 NIGHT 48 (40+4)
RAMON = 4 DAY +8 (34+10)  PATRICIO = 3 NIGHT 36 (24)
BENITO = 1 DAY= 10 (8+1)  LUNA = 2 NIGHT 7+ (177)

                I.V.Y.
             (25)              (40+8)
EDUARDO= 3 DAYS 28    LORENZO = 5 NIGHT 66
RICHARDO= 5 DAY 50 (40+8)  LUNA = 4 NIGHT 48
PARRALES = 3 DAY 5 (23+8)  RAMON = 1 NIGHT 10 (6+3)
SADDY = 1 DAY= 12   THOPE (LISI = 3 NIGHT 36 = 8,
RAS   20   (6+5)   MARIA = 1 NIGHT, LUNA RAIN
                1.5.5. STREET
BRUNO 1 DAY= 8 (6+1)
RAFAEL 1 DAY= 12 (8+4) (9+2)

$3\frac{25}{4}$ by
4/4/07 night

$3\frac{5?}{9600}$

### BUSH

SAMMY = 6 day = 72  (40+20)    SANTANA = 6 NIGHTS 72  (40+20)
DENNIS = 1 day = 12  (6+6)    DENNIS = 1 NIGHT = 12  (6+6)
RAJ    (70)    Domingo    (0)

### SAGE

SYABA = 5 DAY = 60  (40+15)    ROQUE = 6 NIGHTS 72  (40+24)
PATRICIA = 5 DAY = 60  (40+15)    HANSEN = 5 NIGHT = 60  (40+15)
PERSIO = 2 DAY = 24  (24+9)    DENNIS = 1 NIGHT = 12    NONE
CHEN = 1 DAY = 12  (??)    EDGAR = 1 NIGHT = 12    (8+3)
DOMINGO = 1 DAY = 2  (??)    PEDRO = 1 NIGHT = 12    (10+1)

### TAYLOR

EDISON = 6 DAY = 70  (40)    LORENZO = 5 NIGHT 60  (40+15)
R.PENA = 5 DAY = 60  (40+15)    TEDDIS = 6 NIGHTS 58  (40+12)
A.PENA = 2 DAY = 18  (14+2)    LUNA = 3 NIGHTS 32    (22+7)
MAS  (20)

### CASTLE

ROBERTO = 5 DAY = 60    FELIX = 6 NIGHT = 72  (40+24)
PEDRO = 5 DAY = 54  (40+14)    JESUS = 5 NIGHT = 60  (40+15)
RAMON = 4 DAY = 48  (40+4 +11 MORE)    LUNA = 2 NIGHTS = 24    (18+4)
BRENNAN    PEDRO = 1 NIGHT = 12  (10+1)

### BRENNAN

PEDRO = 2 NIGHTS 24  (20+2)
EDGAR = 4 DAYS 48  (32+12)

A.PENA = 3 DAY 36  (21+7)

WELLINGTON = 1 NIGHT = NONE Pay him for 60 hours on 1st St

BIEN.

SAMMY = 6 DAY = 72 (40%)   SANTANA = 6 NIGHT = 72 (40%)

PERIO = 1 DAY = 12 (20)   PERIO = 1 NIGHT = 12. (NONE)

RAJ   (30)   Domingo  (20)

SAGE

SUNDO = 5 DAY = 60. (40%)   ROJAS = 6 NIGHT = 72. (40%)

PATRON = 4 DAY = 48 (40+4)   HANSENS 4 NIGHT = 48 (40+4)

PERRIO = 2 DAY = 24 (20)   PERRIO = 1 NIGHT = 12   NONE

ZAMANN = 1 DAY = 12 (10+1)   EDGAR = 1 NIGHT = 12   (13+3)

CHRIS = 1 DAY = 12 (NONE)   Q. BRENTON = 1 NIGHT = 12 (7+4)

DOMINGO = 1 DAY = 12 (10)   LUNA = 1 NIGHT = 12 (8%)

(7+4)

CASTLE

ROBERTO = 6 DAY = 72   JESUS = 5 NIGHTS = 60 (39+7) (40+10)

PEDRO = 5 DAY = 54   CARA = 4 NIGHT = 48. (40+4) came back

ZAMANN = 3 DAY = 36 (30+3)   LUNA = 2 NIGHT = 24 (5+7)

Q. BRENTON = 2 NIGHT = 24 (13+9) (10+10)

FELIX = 1 NIGHT = 12 + 3 OTHER

I.V.Y.

EDISON = 6 DAY = 70 (40)   LORENZO = 5 NIGHT = 60 (40+10) + 10 Extra

Z. PENA = 5 DAY = 60 (40+15)   LUNA = 3 NIGHT = 32 (20+12) (5+7)

A. PENA = 2 DAY = 18 (13+3)   JESUS = 1 NIGHT = 12 (7+4)

RAJ (10)   JOSE ORTEGA = 4 NIGHT = 38, NEW man (34)

1st. 3.7

EDGAR = 4 DAY = 48. (32+12)   9495. 3.7

P. BRENTON = 3 NIGHT = 36 (20+13) (20+13)   WELLINGTON = 1 NIGHT = 12

1 SS. AT.

WELLINGTON = 3 NIGHT = 36 (36)
(22+1)

9.24.03    Raf. o.k.
10.5.03

**Bieer**    (40+36)

(40+36)
Sammy = 6 day = 72    Peasico = 6 night = 72
Ramon = 1 day = 12 (8+7)    Santana = 1 night = 12 (7+5)
Domingo = 10 (9)    Raf (+0)

**Sage**    (40+40)

(40+12)
Suazzo = 5 day = 60    Rafae = 6 night = 72
(40+4)
Patrico = 4 day = 48    Santana = 5 night = 60 (37+23)
(24+3)
Brito = 3 day = 36    Luna = 2 night = 72 (7+4)
Christ = 1 day = 12    Thode = 1 night = 12 (4+8)
Domingo = 1 day = 12 (1)

**Castle**    (40+04)

(40+12)
Roberto = 5 day = 60    Felix = 6 night = 72
(40+7)    (40+5)
Pedro = 5 day = 56    Wellington = 5 night = 60
(8+9)    (9+14)
Nolberto = 2 day    Luna = 3 night = 36
(16+6)
Ramon = 2 day

**I.V.Y.**    (40+7)

(40)
Edison = 5 day = 58    Lorenzo = 5 night = 60
(40+4)
Richard    Nolberto = 3 night = 30
(16+7)    (5+7)
Brito = 2 day    Thode = 4 night = 42
(8+7)    (40+18)    (4+8)
Ramon = 1 day    Luna = 2 night

**155 Street**    9435 st
Wellington
Ramon 1 day = 12 (8+3)
None
**145 Street**
Patrico = 1 day = 12 (8+3)

Saramy = 6 days = 72 (40/26)    Peresco = 6 night = 72 (401/31)
Ramon = 1 day = 12 (8+3)    Santana = 6 night = 72 (7+9)
    RAS (7+2)    Domingo (10)

Suasco = 5 day = 60 (20/26)    Reyes = 6 Night = 72 (30/26)
Patricio = 4 day = 48 (40/4)    Santana = 8 Night = 60 (7+80+8)
Brito = 3 day = 30 (27)    Luna = 1 Night = 12 (8+3)
Domingo = 1 day = 12 (11)    Thode = 1 Night = 12 (9+2)
Chris = 1 day = 12 (None)

Edison = 5 day = 58 (40)    Lorenzo = 5 Night = 60 (40/21)
Pichardo = 5 day = 56 (40+4)    Thode = 4 Night = 42 (31+7)
Ramon = 1 day = 17 (8+2)    Norberto = 3 Night = 30 (20+7)
Brito = 1 day = 10 (9)    Luna = 1 Night = 12 (8+3)
RAS (20)    (None)

Roberto = 5 day = 60 (40/15)    Felix = 6 Night = 72 (40/26)
Brito = 4 = 38 (31)    Wellington = 5 Night = 60 (40/8)
Ramon = 2 day = 24 (16+8)    Luna = 3 Night = 36 (16+20)
Norberto = 2 day = 24 (18+3)    (24+4)
    (None) Pay From 155 58

Ramon = 1 day = 12 (8+3)

Wellington = 1 Night   Pay To Lam. (None)



10-13-07.
'40
10-19-08.
Raf-01

BRON

SAMMY = 6 DAY= 72.    PERSICO = 5 NIGHT= 60  (40)
RAMON = 1 DAY=12 (8+3)  SANTANA= 2 NIGHT= 29 (16+16)
RAS  (32)  Dominga  (16)

SAGE.

SUASZA= 5 DAY= 60 (40+15)  ROJAS= 5 NIGHT= 60 (40+15)
PATRICO =4. DAY= 48 (40+11)  DIROCHE= 5 NIGHT= 60 (401-15)
BRITO = 3.DAY= 30 (24+12)  SANTANA= 3 NIGHT= 36 (24+9)
DOMINGO=1 DAY=12 (11)  LARA = 1 NIGHT=12 (8+3)
CHRIS = 1 DAY=12  Adam.

CASTLE

ROBERTO = 5 DAY= 60 (40+15)  WELLINGTON= 6 NIGHT= 72 (40+16)
PEDRO = 5 DAY= 56 (40+11)  FELIX = 6 NIGHT= 72  40+16
RAMON = 4. DAY= 48 (32+16)  LARA= 2 NIGHT= 24 (16.16)

F.Y.Y.

EDISON= 5 DAY= 56 (40)  LORENZO = 5 NIGHT= 60 (40+15)
PICHARDO= 5 DAY= 56 (40+11)  TRODE= 4 NIGHT= 42  (38)
NOLBERTO = 1 DAY=12 → NOLBERTO = 3 NIGHT= 30 (40)
BRITO = 1 DAY= 9 (7+1)  LARA = 2 NIGHT= 24 (16.16)
RAS  8

1 ST STREET

BRITO = 1 DAY= 10 (8+1)



10:30 To
10:26:00
PAY ot

### BILL

SAMMY = 5 DAY = 60 (40+20)    PERRICO = 5 NIGHT = 60 (40)
J ARQUIN = 2 DAY = 24 (20)    SANTANA = 2 NIGHT = 24 (16+16)
RAJ          20          Domingo          (20)

### CREW

Roberto = 5 DAY = 60 (40+15)    WELLINGTON = 6 NIGHT = 72 (40+16)
PEDRO = 4 DAY = 48 (40+4)    FELIX = 6 NIGHT = 72 (40+16)
Ramon = 4 DAY = 48 (40+4)    LARA = 2 NIGHT = 24 (16+16)
PENA = 1 DAY = 12 (10+4)    _____ = 5 (20+3)

EDISON = 5 DAY = 58 (40)    LORENZO = 5 NIGHT = 60 (40+5)
PISMERDO = 5 DAY = 56 (40+11)    THOSE = 3 NIGHT 32 (20)
NOLBERTO = 1 DAY = 12 (7)    NOLBERTO = 3 NIGHT = 36 (40)
BRITA = 1 DAY = 10 (8+1)    LARA = 3 NIGHT = 24 (16+16)
RAJ     (20)          _____ = 20

SUASZO = 5 DAY = 60 (40+15)    _____ (20+5) _____
PACIFICO = 4 DAY = 48 (40+4)    DAROCHE = 5 NIGHT = 60 (40+15)
BRITO = 3 DAY = 30 (24+11)    SANTANA = 3 NIGHT = 36 (24+14)
CHRES = 1 DAY = 12 NONE    LARA = 1 NIGHT 12 (8+3)
DOMINGO = 1 DAY = 12 (11)    PENA = 1 NIGHT = 12 (40+)

BRITO = 1 DAY = 8 (6+11)    M _____ = 12 (6+5)

_____ = 21 (6+5)
_____

11-10-08
11-1-08
11-19-08
     (745) 2t-

(40478)        BIEN                    (40)
|Sammy= 6 Days 72    Pernea = 6 night = 72  (40)
Edison = 1 Day= 12.    Santana= 1 night = 12  (886)
x#T   (20)                              (744)

                 (40+15)  SAGE .
Suarez= 5 Days= 60     Rojas= 5 night = 60  (3) +24
Patricio= 4 Day= 48 (40+4)  Diroche = 5 night = 60  (17+22)
Brito= 3 Day= 30 (26+4)   Santana= 4 night = 48 (32+16)
R. Pena= 1 Day= 12. (9+3)              ↓54 (27+17)
Dorville= 1 Day= 8

                 CASTLE .
Extray 20 Roberto= 5 Day= 60 (40+7)  Felix= 6 night= 72 . (40+26)
   Pedro= 4 Day= 48 (40+4)  Wellington= 5 night= 60 . (40+20)(40+20)
   Ramono 4 Day= 48 (33+6+)  Rojas= 1 night= 17. (7+4)
                    Luna= 1 night= 12 . (8+5)
                    G Garcia= 1 night= 12 . (9+3)

                 Javier .
P. Dison = 5 Day (40) 58 .    Lorenzo= 6 night= 72 (40+26)
Pichazoo= 5 Day= 56 (40+11)   Luna= 5 night= 52 (48+4)
Brito= 1 Day= 10 (8+1)    Diroche= 1 night= 12 . (7+4)
Ramon= 1 Day= 9. (7+2)    R. Pena= 1 night= 10. (8+1)
Udirberto= 1 Day= 3 .     Santana= 1 night= 12 (9+3)
        (3+6 . 4cr)    ₹₹₹₹ RHS  20  (6+3)
                 155 ST.

        (7+1)
Brito= 1 Day= 8. (7+1)
                 9495. ST.
                              (none)
Ramon= 1 Day= 7  NONE    Wellington= 1 night= 9.

11-7-02
7-22-02
11-20-02

BLEN
SAMMY = 6 Days 72 (40+6) DERLIA = 6 Nights 72 (40)
EDISON = 1 Days = (5) SANTANA = 1 NIGHT = 12 (8+3)
RAY   (40)         Domingo   (10)

SAGE
SHASTO = 5 Day = 60 (40+6) Rojas = 5 Nights = 60 (37+12)
DASILVA = 5 Day = 60 (40+6) DiROCHE = 4 Nights = 48 (24+18)
BRITO = 2 Days = 20 (6+4) SANTANA = 4 Night = 48 (21+2)
R DROMA = 1 Day = 12 (11) TOLDIS
                          NEW DIVERGE = 1 Night = 12 (11)
Domingos = 1 Day = 12 (12)

I.V.Y
EDISON = 5 Day = 58 (37) (48) (40) LORENZA = 5 Nights 60 (40+15)
PICHARDO = 5 Day = 58 (40+11) LUNA = 4 Night = 47 (35+12)
NOLBERTO = 1 Day = 12  ANNE NOLBERTO = 3 Nights 30 (38)
BRITO = 1 Day = 10 (4+1) DiROCHE = 2 Night = 24 (14+8)
Nolberto    23 other's

CASTLE
EXTRA-4.70 ROBERTO = 5 Day 60 (40+15) FELIX = 6 Night = 72 (40+6)
PEDRO = 4 Day = 48 (40+4) WELLINGTON = 5 Night 60 (40+20)
RAMON = 4 Day = 48 (40+11) LUNA = 2 Night = 24 (15+7)
                          Pegaso 1 Night = 12 (7+4)

LSS 5.7
BRITO = 2 DAY = 20 (16) (16) (2)
            94 95 5.7

Ramon - 1 Day = 7 NONE   WELLINGTON = 1 NIGHT = NONE

BIEN:                          (40+40)
                                                        40
SAMMY = 6 DAY = 72 (40+26) PERSIO = 5 NIGHT = 60
R. DENA = 1 DAY = 12 (40 10+1) SANTANA = 2 NIGHT = 24 (16+6)
RAT          (40)      Domingo          (12)

SAGE:

EXTRA:$20.  SUAR20 = (40+26) 6 DAY = 72 (40+26) ROJAS = 6 NIGHT = 72 (40+26)
PATRICIA (33+1) 4 DAY = 48 (40+26) DIROCHE = 5 NIGHT = 60 (33+22)
CHRIS = 1 DAY = 12. Nothing SANTANA = 3 NIGHT = 36 (24+9)
DOMINGO = 1 DAY = 12  Domingo (12)

NEW MAN   JOEL CALCON 1 DAY = 12. Nothing

      (40)      IVY:
                                                (40+15)
EDISON = 6 DAY = 68        LORENZO = 5 NIGHT = 60
NOLBERTO = 4 DAY = 48 (40+4) TEUDIS
                           DUVERGE = 6 NIGHT = 60 (40+15)
R. PENA = 1 DAY = 12 (10+1)  LUNA = 3 NIGHT = 34 (24+7)
PATRICIA = 1 DAY = 11 (30)   (40)
                      (7+3)

         (7+3) CASTLE:
ROBERTO = 5 DAY = 60          FELIX = 6 NIGHT = 72 (40+26)
PERZO = 4 DAY = 48 (40+4) WELLINGTON = 5 NIGHT = 60 (60)
RAMON = 4 DAY = 48 (40+4) LUNA = 2 NIGHT = 24 (16+6)
NEWMAN  EDGAR = 1 DAY = 12 (41) DIROCHE = 1 NIGHT = 12 (7+4)
CANDELARIO

          9495.
WELLINGTON = 1 NIGHT = (Nothing)

BIEN.

SAMMY = 6 DAYS = 72 (10+06)    PERSIA = 5 NIGHT 60.    (40+15)

2 PENASE DAYS = 12 (10+1)    SANTANA = 2 NIGHT = 24 (16+6)

'RAY    (30)    DOMINOD    (10)

SAGE

SILASIO = 4 DAY = 48 (40+4)    ROQUE = 6 NIGHT = 72    (40+26)

PATINO = 5 DAYS 60 (40+15)    DIRKINE = 5 NIGHT = 60 (33+22)

CHRS = 3 DAY = 36 Nothing    SANTANA = 3 NIGHT = 36 (24+9)

EDGAR
LAUREANO = 1 DAY = 12    (11)

DURUNTA = 1 DAY = 12    (12)

I.V.y.

EDISON = 7 DAY 82. (40)    LORENZO = 5 NIGHT = 60    (40+15)

NORBERTO = 3 DAY 36    (33)    TENOIS
DURETICK = 6 NIGHT = 55    (40+7)

R. PENA = 1 DAY = 12 (10+1)    LUNA = 2 NIGHT = 24 60

RAY    (10)

CASTLE -

ROBERTO = 5 DAY = 60 (40+15)    FELIA = 6 NIGHT = 72 (10+06)

PENNA = 4 DAY = 48 (40+8)    WELLINGTON = 5 NIGHT = 60 (60,

RAMON = 5 DAY = 60 (40+15)    LUNA = 2 NIGHT = 24 (20+4)

DIROCHE = 1 NIGHT = 12    (1+4)

9495. S.T.

12-15=88
12-21/08:

(forma) BIEN

Sammy = 6 Day = 72     Pessia = 5 Night = 60    (40)
R. Pena = 1 Day = 12 (4 + 9)    Santana = 2 Night = 24 (6 + 6)
RAO    (30)

SAGE    (40 + 9)

Sunsza = 4 Day = 48    Rojas = 6 Night = 72    (40 + 36)
Patricio = 6 Day = 72  (40 + 26)    DiRoche = 5 Night = 60 (40 + 15)
Chris = 3 Day = 36 (AND)    Santana = 3 Night = 36 (34 + 9)
Domingo = 1 Day = 12 (P)

TINY:

(40)    Lorenzo = 5 Night = 60 (40 + 11)
Edison = 6 Day = 68    (40 + 4)
Nolberto = 4 Day = 48    Tendis = 6 Night = 58 (40 + 11)
R. Pena = 2 Day = 24 (18 + 4)    Luna = 3 Night = 34 (18 + 12)
RAO    (10)

CASTLE

(40 + 15)    Felix = 6 Night = 72    (40 + 20)
Roberto = 5 Day = 60    (60)
Ramon = 5 Day = 60 (40 + 15)    Wellington = 5 Night = 60
Pedro = 4 Day = 48 (40 + 4)    Luna = 3 Night = 36 (21 + 12)

9495:

Wellington = 1 Night = NONE

## BIEN

Sammy = 6 days = 72  (40/30)   PERSIO = 3 Nights = 36  (30)/(2'
2 PENA = 1 DAYS = 12  (8+3)   SANTANA = 4 Night = 48  (47+17)
RAY  (30)                      Domingo  (10)

## SALE

(40+24+4½)
EXTRA = 2 SUNSO = 6 DAYS = 72½    ROTOS = 6 Nights = 72 ½  (40+27.5)
PATRIA = 4 DAYS = 48  (40+4)   DIAMOND = 6 Nights 76  (40+30)
R. PENA = 1 DAYS = 12  (9+3)   SANTANA = 2 Nights = 24  (13 + 9)
CHAS = 1 DAY = 12   NONE
DOMINGO = 1 DAYS = 12  (12)

## IVORY

(40)
EDISON = 7 DAYS = 76  (40)   LORENZO = 5 Nights = 62  (40+17)
JEVON
NOREEN = 7 DAYS = 24  (23)   DUVERGE = 6 Nights = 58  (40+18)
R. PENA = 2 DAYS = 24  (18+4)   LUNA = 3 Nights = 38  (40+14.5)
RAY (10)

## CABRI

(40+37)
ROBERTO = 7 DAYS = 84    FELIX = 6 Nights = 77  (40+30)
PEDRO = 4 DAYS = 48  (40+4)   WELLINGTON = 5 Nights = 60  (40+30)
OTHER
SICK DAY PASSPORT = 2 DAYS = 23   LUNA = 3 Nights = 36  (20+13.5)
21  +  24

## 9 & 95

WELLINGTON  1 NIGHT =

## BLEIN

PEASIO = 5 DAY = 60 (33 t??)    HANSON = 4  NIGHT = 48 .(40+

A. PENA = 1 DAY = 12  (8+3)     NESTOR = 2  NIGHT = 24 (16+6

DOMINGE = 1 DAY = 12  (12)      FEBER = 1 NIGHT = 12  (12)

He gets $70 net per whours

## SAGE.

SUARO = 5 DAY = 60 (40+15)     M. ROJAS = 6 NIGHT = 72 (40+2?

PATRICO = 5 DAY = 60 (40+15)   DEROCHE = 6 NIGHT = 72 (40+26

A. PENA = 2 DAY = 24 (16+6)    LUNA = 2 NIGHT = 24 (17+5

RAMONE 1 DAY = 12  (8+3)

PEASIO = = 1 DAY = 12  (7+4)

## CASTLE.

ROBERTO = 5 DAY = 60 (40+15)   LARA = 6 NIGHT = 72  (40+26)

PEDRO = 5 DAY = 54. (40+9)     JESURE 5 NIGHT = 100. (90+10)

RAMONE 4 DAY = 48 (32+12)      NESTOR = 3 NIGHT = 36 (34+9)

## JUICY.

8. OTHER EDISON = 5 DAY = 58 (40+8 other)   LORENZO = 5 NIGHT = 60 (40+1?

R. PENA = 5 DAY = 60 (40+15)   J ORTEGA = 6 NIGHT = 62 (40+

A. PENA = 2 DAY = 24. (16+6)   LUNA = 3 NIGHT = 34. (23+8.

155. $-?

WELLINGTON = 3 NIGHT = 36  (40+26)

94.25. $-?

WELLINGTON = 2 NIGHT = 24    NONE

WHASTER.

WELLINGTON = 1 NIGHT = 12    NONE

JONNY = 1 DAY = -7





## BEANS

SAMMY: 6 DAYS = 72  (40+26)    PERNA: 6 NIGHT = 72.
2. PENA / DAYS 12 (9+3)    SANTANA: 1 NIGHT = 12.
RAT  30    Domingo 10    (12+24)(7)

## SAGE:

(40+96) SUASO: 6 DAY = 72    ROPAS: 6 NIGHT = 72 (90+26)
PATRICA: 4 DAYS = 48 (40+4)    DIREXNE: 6 NIGHT = 72 (90+46)
CRUZ = 3 DAY = 36  NONE    SANTANA: 2 NIGHT 24 (13)
DOMINGO = 1 DAY = 12  (12)

## IVY:

EDISON: 4 DAY = 44 (40)    LORENZA: 5 NIGHT 60 (40+7)
2. PENA: 4 DAY = 48 (31+13)    TEODIS: 6 NIGHT = 8 (40+8)
MERCEDES: 2 DAY = 24 (24 + 40 other)    LUNA = 3 NIGHT = 38
CARLOS: 2 DAY = 24 (20+7)    (25+ /)

## CASTLE

ROBERTO: 5 DAY = 60 (40+11)    WELLINGTON: 5 NIGHT 60 (40+8)
PEDRO = 3 DAY = 36 . (33)    FELIX = 2 NIGHT = 24 (22)
RAMON = 5 DAY = 60 . (40+5)    LUNA = 2 NIGHT = 24 (15+7) (20+7)
COSME GUEVARA = 1 DAY = 12 (11)    SANTANA = 3 NIGHT = 36 (20+7)
RAT  (10)    CARLOS = 2 NIGHT = 24

BRONX.

SAMMY = 7 DAYS = 84 (40+44)    PREMI = 6 NIGHT = 72 (40) ...

RAS (40)    SANTANA = 1 NIGHT = 12 (7+4)

Domingo (10)

S.B.

BLASER = 6 DAYS = 72 (40+16)    D. ROCHE = 6 NIGHT = 72 (40+26)

PUTRI = 5 DAYS = 60 (40+15)    SANTANA = 5 NIGHT = 60 (33+22)

GARCIA = 1 DAY = 12 (8+7)?    RAMON SANTOS = 3 NIGHT = 36 (24+9)

CHINA = 1 DAY = 12 (NONE)    Domingo (8)

2 months = 1 DAY = 12 (1+)

CASTLE.

ROVERTO = 5 DAYS = 60 (40+15)    WELLINGTON = 5 NIGHT = 60 (40+15)

PEDRO = 5 DAYS = 56 (40+16)    CARLOS PENA = 5 NIGHT = 60 (40+15)

CARLOS = 4 DAYS = 48 (40+4)    LUNA = 2 NIGHT = 36 (17+5)

RAMON SANTOS = 2 NIGHT = 24 (16+6)

JMY

S. DIEGO = 5 DAY = 60 (40)    CARENZA = 5 NIGHT = 60 (40+16)

P. PENA = 6 DAY = 72 (40+24)    TELCIA DUVERGE = 6 NIGHT = 58 (40+12)

BRUTO = 1 DAY = 10 (7+3)    LUNA = 3 NIGHT = 34 (13+12)

Check his hours

9 x 45.

WELLINGTON = 1 NIGHT

1-26-04
To 04  RAJ-OR
2-1-04

## BIEN

SAMMY = 6 DAY = 72 (40+N6)     PERSIO = 4 NIGHT = 48     (40
RAMON = 1 DAY = 12 (8+3)     SANTANA = 3 NIGHTS 36 (24+
RMS (30)                      Domingo (12)

## SAGE

SICK B          SUASO = 5 DAY = 60 (40+15)   DROCHE = 6 NIGHT = 72   (40+46)
+ OTHER →   PATRICO = 4 DAY = 48 (40+41)   RAMON
ANGELO                        SANTOS = 5 NIGHT = 60   (40+
PENA = 3 DAY = 36 (30+3)     SANTANA = 2 NIGHT = 24   (16+75)
CHRIS = 1 DAY = 12 (NONB)    LUNA = 1 NIGHT = 12 (8+12)
DOMINGO = 1 DAY = 12 (14)

## CASTLE

ROBERTO = 5 DAY = 60 (40+15)   WELLINGTON = 5 NIGHT = (40+
PEDRO = 5 DAY = 53 (40+8)      FELIX = 5 NIGHT = 60   (40+
RAMON = 4 DAY = 48 (24+14)     PENA
                                CARLOS = 4 NIGHT = 48   (40+

## (40)     I.V.Y.

EDISON = 6 DAY = 70            LORENZO = 5 NIGHT = 60   (40+14)
R. PENA = 5 DAY = 60 (40+15)   TEDUIS = 5 NIGHT = 50   (40
PENA
ANGELO = 1 DAY = 12 (10+1)     LUNA = 4 NIGHT = 50
RMS (10)                                              (32+8
                                                      11

## 9495.

WELLINGTON = 1 NIGHT = NONE

FEB 2-2-04
7-8-04
2-8-04

## BIEN

SAMMY = 6 DAY = 72 (40+6)        PERSIA = 5 NIGHT = 60    (40)
PENA
ANGELO = 1 DAY = 12 (8+3)        SANTANA = 2 NIGHT = 24 (16+6)
AAT        (30)                  Domingo        (8)

## SAGE

SUASO = 5 DAY = 60 (40+15)        DIROCHE = 6 NIGHT = 72    (40+15)
PATRICO = 5 DAYS = 60 (40+15)     RAMON
                                  SANTOS = 5 NIGHT = 60 (40+
PENA
ANGELO = 2 DAY = 24 (16+6)        SANTANA = 3 NIGHT = 36
CHRIS = 1 DAY = 12    NUNB        (24+9)
DOMINGO = 1 DAY = 12    (12)

## I.V.H

PAID ok EDISON = 3 DAY = 30 (NONE)   LORENZO = 5 NIGHT = 60 (40+15)
B. PENA = 5 DAY = 60. (40+15)        LUNA = 5 NIGHT = 5 (33+19) (60)
PENA                                 PENA
ANGELO = 1 DAY = 12    (8+3)         CARLOS = 2 NIGHT = 22
TENOIS = 3 DAY = 36 (40+11)          F. TENOS = 2 NIGHT = 20

## (40+19) CASTLE.

ROBERTO = 5 DAY = 60        FELIK = 6 NIGHT = 72    (40+16)
PEDRO = 5 DAY = 54 (40+9)   WELLINGTON = 4 NIGHT = 48 (40)
RAMON = 4 DAY = 48 (40+4)   CARLOS PENA = 3 NIGHT = 36 (19)
                            LUNA = 1 NIGHT = 12    (7+4)

## 9495.

WELLINGTON = 3 NIGHTS        1 @ M5 = (18)

2-16-04
1°
2-22-04. Trag. o.f.

### BIEN.

SANTIAGO = 6 DAYS = 72 (40+70)   SANTANA = 6 NIGHTS = 72 Sfink
M. ROJAS = 1 DAY = 12 (774)   PERSIO = 1 NIGHT = 12 (11)
Domingo        (10)

-8        [40/44th Bother] SAGE.

SILE DAY ELIASO = 4 DAY = 48.   DERSON = 7 NIGHT = 84 (40+72)
ANGELO
PATRICIA = 4 DAYS = 48 (40+4)   PERSIO = 4 NIGHT = 48 (40)(29)
HANSEN
PENA = 3 DAYS = 36. (33)   ZORRIANO = 3 NIGHT = 36 (33) NEU MAU
CHAIS = 2 DAY = 24. (NONE)
DAMINGO = 1 DAYS = 12 (01)

### CASTLE.

ROBERTO = 5 DAY = 60 (40+70)   FELIX = 6 NIGHT = 72. (40+16)
PEDRO = 5 DAY = 56 (40+14)   WELLINGTON = 5 NIGHT = 60. (40+20)
RAMON = 4 DAY = 48 (40+14)   CARLOS
PENA = 3 NIGHT = 36. (24+4)

### TILY.

R. PENA = 7 DAYS = 77 (40+70)   LORENZO = 5 NIGHTS = 60 (40+20)
M. ROJAS = 5 DAYS = 60 (33+21)   LUNA = 7 NIGHTS = 7/ (40+24)
ANGELO   CARLOS
PENA = 1 DAYS = 6 (0)(54)   PENA = 2 NIGHT = 24 (16+6)

### 1455. S.T.

PENA
ANGELO = 1 DAYS = 12. (817)

### 9495. S.T.

WELLINGTON = 1 NIGHTS   NONE.

2-23-04
x-29-04 'my of.

(2 weeks)[?] Add-to-date BLESS @
SAMMY: 6 days 72 (40+76)        SANTANA: 6 nights: 72 (40+76)
A.PENA: 1 day: 12 (8+3)          DENNIS: 1 night: 12 (10)?
RAY: (30)                        homtnga          (10)

(?)  SAGE:
SUNSO = 6 days 60, (40+8)       Pedro cruz: 5 nights 60 (40+15)
papa cruz: 5 days 60 (40+15)    DENNIS = 4 night: 48 (30)
A.PENA: 2 days 34 (14+8)        Dragome = 3 nights: 36 (33)
CHRISS 1 day: 12 (NONE)         M.Rojas = 2 nights: 24 (14+8)
DOMINGO: 1 day: 12 (1?)

(40+15) CASTLE –
Roberto = 5 days: 60.          Felix: 6 nights: 72 (40+76)
PEDRO = 5 days 53 (40+8)       Wellington = 5 nights: 6 6 (40+170)
Ramon = 4 day: 48 (40+8)       Carlos Pena: 3 nights: 3 0 (14+14)
                (35+9)

ISLY:
R.PENA = 7 days 80 (40+73)     LORENZO: 5 nights: 60 (40+15)
M.Rojas = 4 days: 48 (36+10)   LUNA: 6 nights: 60 (40+18)
A.PENA = 2 day: 18 (10+6)      Carlos Pena: 2 nights: 34 (16+6)
RAY (10)                       → RAMON: 1 night: 8 (5?)

9425.
Wellington: 1 night: (NONE)

3: TALOT
SAS
A.PENA: 1 day: 12 (8+3)

3-1-04
1-2-04
3-9-04

BIEN

SAMMYS = 6 DAY = 72 (40+26)  SANTANA = 6 NIGHT = 72 (40+16)
PEASIO = 1 DAY = 12 (10+1)  PEASIO = 1 NIGHT = 12  NONE

SAGE

SUASO = 6 DAY = 72.        REGAS = 6 NIGHT = 72. (40+26)
DAMICO = 5 DAY = 60.       HANSEN = 5 NIGHT = 60. (10+5)
PEASIO = 1 DAY = 12.       LLUNA = 2 NIGHTS = 24. (17+5)
CHRIS = 1 DAY = 12.        PERDIO = 1 NIGHT = 12 (10+1)
DOMINICO = 1 DAY = 12

CASILE.

PEONO = 5 DAY = 60 (40+15)  FELIX = 6 NIGHT = 72. (40+26)
RAMON = 5 DAY = 60 (40+15)  WELLINGTON = 5 NIGHT = 60 (40+20)
OTHER→ ROBERTO = 4 DAY = 48. T. MARTIN-MONEL = 3 NIGHTS 36. N N
        (40+4 NO LATTER)                              (33)

INDY

R. PENA = 7 DAY = 82 (40+17)  LORENZO = 5 NIGHT = 60. (40+15
A. PENA = 6 DAY = 66 (40+20)  LLUNA = 3 NIGHT = 34. (23+3)
                              C PENA = 1 NIGHT = 12  NONE
                              JESUS - DE. = 5 NIGHT = 46. (40+1)
                                    ARCE

145-21

PERDIO = 1 DAY = 12 (11+1)

3·6·07
7·13·07
2·14·07

## BIEN.

SAMMY = 6 DAYS = 72 (40+32)    SANTANA = 6 NIGHT = 72    (40+32)
PERSIO = 1 DAY = 12 (12)       PERSIO = 1 NIGHT = 12    (12+12)
R A J        (30)                  Domingo        (10)

## SAGE.

SUANO = 5 DAYS = 60 (40+15)    ROJAS = 6 NIGHT = 72 (40+32)
PATRICO = 5 DAY = 60 (40+15)   HANSEN = 5 NIGHT = 60  (40+15)
PERSIO = 2 DAY = 24 (24)       EDGAR = 2 NIGHTS = 24    (16+8)
CHRIS = 1 DAY = 12  NONE  PERSIO = 1 NIGHT = 12  (NONE)
DOMINGO = 1 DAY = 12    (12)

## CASTLE.

ROBERTO = 5 DAY = 60 (40+15)  FELIX = 6 NIGHT = 72   (40+32)
PEDRO = 5 DAY = 60 (40+15)    JOSE = 6 NIGHT = 72    (40+32)
RAMONE = 4 DAY = 48 (40+4)    LUNA = 2 NIGHT = 24 (17+5)

## J. Bay

EDISON = 5 DAY = 56 (40)      ROBERTO = 5 NIGHT = 60 (40+15)
OTHER → R. PENA = 4 DAY = 48  (40+4 + Bonus)
                             JESUS REYES = 6 NIGHT = 60 (40+15)
(30+10) A. PELLA = 4 DAY = 48    LUNA = 3 NIGHT = 36 (28+8)
R A J        (10)                     (23+8)

## 145. St.

A. PELLA = 1 DAY = 12   (8+7)
EDGAR = 2 DAY = 24 (16+8)

## 155. 3·7.

WELLINGTON = 5 NIGHT = 60   (40+20)
                    (12+12)

**BREW**

SAMMY = 6 DAY = 72 (40+0)    SANTANA = 6 NIGHT = 72 (40+75)
PERSIO = 1 DAY = 12 (16+6)   PERSIO = 1 NIGHT = 12 (DAYS)
RAS (10) (72)               DOMINGO (10)

**SAGE**

SYMASO = 5 DAY = 60 (40+0)   ROJAS = 6 NIGHT = 72 (40+26)
PATRICIA = 4 DAY = 48 (40+4) HANSEN = 5 NIGHT = 60 (40+11)
PERSIO = 2 DAY = 24 (24+9)   EDGAR = 2 NIGHT = 24 (60+?)
A PENA = 1 DAY = 12 (9+?)    PERSIO = 1 NIGHT 12, MINE
CHRIS = 1 DAY = 12   NONE    DOMINGO     (12)
DOMINGO = 1 DAY = 12 (12)

**CASTLE**                          (40+26)

ROBERTO = 5 DAY = 60 (40+9)   FELIX = 6 NIGHT = 72
PEDRO = 5 DAY = 54 (40+9)     PEDRO = 5 NIGHT = 60 (40+16)
RAMON = 4 DAY = 48 (40+4)     LUNA = 2 NIGHT = 24 (16+4)
                             A PENA = 1 NIGHT = 12 (9/2)

**IVY**

EDISON = 6 DAY = 70 (40+?)    LORENZO = 5 NIGHT = 60 (40+15)
R. PENA = 5 DAY = 60 (10+15)  JESUS = 6 NIGHT = 58 (40+12)
A PENA = 2 DAY = 18 (12+?)    LUNA = 3 NIGHT = 32 (24+?)
RAS (20)

**LILY**                    S-7

EDGAR = 1 DAY = 12    (12)(10+1)
A PENA = 1 DAY = 12   (10+?)     Wellington 1 9454
                     (9+2)

**155**  S-7

WELLINGTON = 5 NIGHT = 60.
EDGAR = 1 DAY = 12.   (12)(0+1)

### BIEN.

SAMMY = 6 DAY = 72 (40+16)   SANTANA = 6 NIGHT = ? 2 (40+15)

PEASIO = 1 DAY = 12 (20)   PEASIO = 1 NIGHT = 12. (NONE)

RAJ   (10)                 Domingo  (10)

### SAGE

SUNDO = 5 DAY = 60 (40+15)   Rojas = 6 NIGHT = 72. (40+15)

DARKNA = 4 DAY = 48 (40+4)   HOUSEY = 4 NIGHT = 48 (40+4)

PEASIO = 2 DAY = 24 (20)   PEASIO = 1 NIGHT = 12. NONE

RAMAN = 1 DAY = 12 (10+1)   EDGAR = 1 NIGHT = 12. (8+3)

CHRIS = 1 DAY = 12 (NONE)   P. BRENTON = 1 NIGHT = 12 (7+4)

DOMINGO = 1 DAY = 12 (10)   LUNA = 1 NIGHT = 12 (8+2)
                                                    (7+4)

### CASTLE

ROBERTO = 6 DAY = 72      JESUS = 5 NIGHT = 60   (33+12) (15+7+8)

PEDRO = 5 DAY = 54      LARA = 4 NIGHT = 48   (40+4) CASTLE
                                                      = SAGE
RAMEL = 3 DAY = 36 (30+3)   LUNA = 2 NIGHT = 24 (17 + 7)

                           P. BRENTON = 2 NIGHT = 24 (12+0) (8+4+12)

                           FELIX = 1 NIGHT = 12 + 3 OTHER

### I.Y.

EDISON = 6 DAY = 70 (40)   LAZENDO = 5 NIGHT = 60   (40+15) +10
                                                              EDM
2. PENA = 5 DAY = 60 (40+15)   LUNA = 3 NIGHT = 32 (20+16)th

A. PENA = 2 DAY = 18 (13+3)   JESUS = 1 NIGHT = 12 (7+4)

RAJ (10)        JOSE. ORTEGA = 2 4 NIGHT = 38   NEW
                                          (34)   ATAN

### 145. 5.7

EDGAR = 4 DAY = 48. (32+12)        9495. 5.7

P. BRENTON = 3 NIGHT = 36 (DONE DAY (20+13)   WELLINGTON = 1 NIGHT = 116

### 155. 47.

WELLINGTON = 3 NIGHT = 36 (36)



4-17-04
4-18-04 Rayol

BIEN

SAMMY = 6 DAY = 72 (40+16)    SANTANA = 5 NIGHTS 60 (40+26)

PEDRO = 1 DAYS / 2 (16+16)    A. PENA = 1 NIGHT = 12 (8+3)

Domingo    (10)
RAD        (30)                LUNB = 1 NIGHT = 12 (9+2)

SAFE

SURCO = 5 DAY = 60 (40+15)    ROJAS = 5 NIGHT = 72 (4+26)
VALANA (NEW 40 DOLLARY)
PATRICO = 5 DAY = 60 (40+15)  HANSEN = 5 NIGHT = 60 (40+15)

PEESIO = 2 DAY = 24 (24+9)    PEESIO = 1 NIGHT = 12    NONE

CHRIS = 1 DAY = 12 (NONE)     LUNA = 1 NIGHT / 12 (9+2)

DOMINGO = 1 DAY = 12 (14)     JOSE = 1 NIGHT = 12 (8+4)

CASTLE

ROBERTO = 5 DAY = 60 (40+15)  FELIX = 5 NIGHT = 60 (40+15)

PEDRO = 4 DAY = 48 (40+4)     LARA = 5 NIGHT = 60 (40+15)

RAMON = 5 DAY = 60 (40+15)    JESUS = 4 NIGHT = 48 (20+4)

Inly

E. MSON = 5 DAY = 60 (40)     LORENZO = 5 NIGHT = 60 (40+15)

R. PENA = 5 DAY = 60 (40+15)  JOSE = 5 NIGHT = 50 (32+17)

A. PENA = 3 DAY = 30 (B+9)    LUNA = 3 NIGHT = 32 (60+2)
R+9    (10)                                              (22+7)

ISS  S-T.

A. PENA = 2 NIGHT = 24 (14+8)

9495  ST.

DEESIO = 1 NIGHT = 11 pm to 6 am  (NONE)

Caltrana = 1 NIGHT = 12  (NONE)

4-7/10-04
4-7-04

**BIGW**

SAMMY = 6 DAY = 72 (40+26)    SANTANA = 5 NIGHT = 60 (40+26)

DESSIE = 1 DAY = 12 (34+8)    PEREIO = 2 NIGHT = 24 (NONB)

RMS        (30)        DOMINGO        (10)

**SAGE**

SHREO = 5 DAY = 60 (40+15)    M. ROJAS = 6 NIGHT = 72 (40+26)

ANDREA = 4 DAY = 48 (40+4)    HANSEN = 5 NIGHT = 60 (40+15)

PEREIO = 2 DAY = 24 (16+6)    LUNA = 2 NIGHT = 24 (18+4)

A. PENA = 2 DAY = 24 (10+4)    JESUS = 1 NIGHT = 12 (8+3)

DOMINGA = 1 DAY = 12 (10)

**CASTLE**

XTRA = $20    ROBERTO = 5 DAY = 60 (40+15)    FELIX = 5 NIGHT = 60 (40+15)

PEDRO = 5 DAY = 55 (40+10)    LARA = 5 NIGHT = 60 (40+15)

RAMON = 3 DAY = 36 (35+80 other)    JESUS = 4 NIGHT = 48 (32+16)

**JIMMY**

EDISON = 6 DAY = 70 (40)    LORENZO = 5 NIGHT = 60 (40+15)

R. PENA = 5 DAY = 60 (40+15)    J. ORTEGA = 5 NIGHT = 50 (40+5)

B. PENA = 1 DAY = 12 (9+2)    A. PENA = 1 NIGHT = 8 (5+2)

RMS        (10)        LUNA = 3 NIGHT = 32 (22+7)

155 S.T

A. PENA = 1 DAY = 12 (8+3)

WELLINGTON = 4 NIGHT = 48 (40+26)

9495 S.T

WELLINGTON 1 NIGHT = (NONE)

**ROOSTER**

WELLINGTON = 1 NIGHT = 12 (NONB)

BLEM

2 WEEK VAC — Sammy = 6 day = 72 (40+16) Santana + 5 Night = 60 (40+15)

Pearsa = 1 day = 12 (8+49) Peasia = 2 Night 24 NONE

RAJ (30)          Domingo (10)

SAGE

1 WEEK VAC — Suaso = 5 day = 60     Rojas = 5 night = 60. (40+15)

Patricio = 4 day = 48 (40+9) Hansen = 5 night 60 (40+15)

Petrea = 2 day = 24 (16+6) Luna = 2 Night = 24 (18+9)

(1) A. pena = 1 day = 12 (16+6) A pena = 1 Night = 12 NONE

Domingo = 1 day = 12 (8) Jesus = 1 Night = 12 (8+3)

Cosava = 1 day = 12 Don't know 4.5 total hours

CASTLE

Roberto = 5 day = 60 (40+15) Felix = 5 Night = 60 (40+15)

Pedro = 5 day = 54 (40+9) Lalo = 5 Night = 60 (40+15)

A. Roman = 4 day = 48 (32+16) Jesus = 4 Night = 48 (32+12)

(32+12)

IVY

Edison = 6 day = 70 (40) Jose Ortega = 6 Night = 58 (40+18)

2 pena = 5 day = 60 (40+15) Lorenza = 5 Night 60. (40+15)

(3) A. pena = 1 day = 12 (8+3) Luna = 5 Night = 82 (62+7)

RAJ (10)

I.A.E. S-T

R. Roman = 1 day = 12 (8+3)

(3) A. pena = 1 day = 12 (8+3) Wellington Total

I.S.S. S-T.

(4) A. pena = 1 day = 12. (8+3)

guys S-T    WEBSTER.

Wellington = 1 Night = None.    Wellington = 1 day =

E... Y roy?

### BREN

Enrroy = 5 anys 60 (40+15)    Santiago = 5 nights 60 (40+14)
peasio = 2- days 24 (8+69) (27+17)   peasio = 2 Nights 24 MMR
RAJ        (30)            Domingo    (10)

### SAGE

Euaso = 7 anys 84 (40+17) Teyas Miguel = 6 nights 72 (40+26)
peasio = 2 anys 24 (18+9)  Hansen = 5 nights 60 (40+15)
A pena = 2 anys 24 (18+6)  Luna = 2 night 24 (18+4)
Cagar Caamano = 1 any = 12 (8+3)  Jesus = 1 nights 12 (8+3)
Rueion = 1 any = 12 (8+3)
Domingo = 1 any = 12 (12)

### CREECE

Roberto = 5 anys 60 (40+15) Félix = 5 nights 60 (void)
Pedro = 5 anys 54 (40+9) Lara = 5 nights 60 (40+15)
Ramon = 4 anys 48 (32+12) 88A   Jesus = 4 nights 48 (32+12)

### I.V.Y.

Edison = 6 anys 70 (40) Lorenzo = 5 nights 60 (40+15)
R penn 5 anys 60 (40+15) J. Ortega = 6 nights 58 (40+14)
A peda = 1 any 12 (8+3)  Luna = 3 nights 32 (20+7)
RAJ         (10)

### ISS

A penn 2 anys 24 (16+6)
Wellington = 4 nights 48 (40+26)

### 94.95

Wellington 1 night + None   (None)

### WOOSTER

Wellington = 1 night = None   (None)

FRE NO: 12-...    PAGE 1

5-A
5-28-0_  _

### BWH

PERLA = 6 DAY = 72  (40+26)        SANTIAGO 6 NIGHT = 72  (40+26)

A. PEÑA = 1 DAY = 12 —  (8+3)        HANSON = 1 NIGHT = 12.  (8+3)

RMS)        (30)        DOMINGO        (10)

### SAFE

SUASO = 5 DAYS 60  (40+15)        M. ROJAS 6 NIGHTS  72  (40+26)

PATRON = 5 DAYS 60  (40+15)        HANSEN = 4 NIGHTS 48  (24+6)db)(32+12)
EDIAR
LORENZO = 1 DAY = 12  (8+3)        LUNA 2 NIGHTS = 24   (18+4)

A. PEÑA = 1 DAY = 12  (16+6)        A. PEÑA = 1 NIGHT = 12.   (0)

RAMIY = 1 DAY = 12  (8+3)        JESUS = 1 NIGHT = 12.  (8+3)

DOMINGO = 1 DAY = 12  (12)

### CASTLE

ROBERTO = 5 DAY = 60  (40+15)   FELIX = 5 NIGHT = 60   (40+15)

PEDRO = 5 DAY = 56  (40+11)   LARA = 5 NIGHTS 60   (40+15)

RAMON = 4 DAY = 48  (40+9TE)   JESUS = 4 NIGHT = 48   (32+12)
                    (32+12)

### ELY

EDISON = 6 DAY = 72  (40)        LORENZO = 5 NIGHTS 60  (40+15)

Z-PEÑAS 6 DAY = 72  (40+26)        J. ORTEGA = 6 NIGHT = 58  (40+12)

RMS   (10)        LUNA = 3 NIGHT = 32.  (22+7)

### 155 ST

A. PEÑA = 2-DAY = 24.  (16+6)

WELLINGTON = 4 NIGHT = 48  (40+26)

### 9495 ST

WELLINGTON = 1 NIGHT = NONE.        (10+5+6)  NONE

### WEBSTER

WELLINGTON = 1 NIGHT = NONE.  (0)

BIEN

Pedro = 6 days 72 (60+15)    Santana = 5 nights 60 (40+15)
A. Pena = 1 day = 12 (6+6)    A. Pena = 1 nights 12    none
RAJ (30)    Jesus = 1 nights 12    (7+4)
Domingo (10)

SAGE

Susie = 6 days 72 (40+16)    M. Rojas = 6 nights 72 (40+30)
Patrice = 6 days 72 (6+26)    Hansen = 3 nights 60 (40+15)
Domingo = 1 day = 12 (6)    Luna = 2 nights 24 (14+5)
Ramon = 1 day (11) (12)    Jesus = 1 nights 12 (7+4)

H 00    CASTLE

Roberta = 5 days 60 (40+15)    Felix = 5 nights 60 (40+15)
Ramiro 3 days 31 (28)  other    Carla 5 nights 60 (40+15)
Jesus = 5 day 55 (40+10)    Jesus 4 nights 48 (24+15)

I v y

Edwin 6 days 69 (40)    Lorenzo 4 nights 48 (40+4)
Rupert 5 days 60 (40+15)    Jose Ortega 6 nights 62 (40+11)
A. Pena 1 days 12 (6+7)    Luna 4 nights 44 (26+11)
RAJ (10)

155

A. Pena 2 days 24 (16+4)
Wellington 4 nights 48 (40+26)

9495

Wellington 1 nights 12 (AM NB)

Wellington 1 nights 12 (NONE)

5-31-04
6-6-04   pag. 02

### BLEY

PERSIO = 6 DAY × 72  (40+26)      SANTANA = 6 NIGHT = 72
A. PEÑA = 1 DAY = 12  (16+6)      A. PEÑA = 1 NIGHT = 12  /WM/
RMT QR        (70)                DOMINGO        (12)

### SAGE

SUNSO = 6 DAY = 72  (40+26)      M. ROJAS = 7 NIGHT = 84  (40+77)
PATRICO = 5 DAY = 60  (40+5)     DIROGNEE = 4 NIGHT = 48  (40+   JOSE
EDGAR = 1 DAY = 12  (8+7)        NELSON = 2 NIGHT = 24  (16+
RAMEY = 1 DAY = 12  (10+1)       HANSEN = 1 NIGHT = 12  (8+7)
DOMIJEO = 1 DAY = 12  (12)

### CASNE

EXTRA = $20   ROBERTO = 5 DAY = 60  (40+15)      LARA = 6 NIGHT = 72  (40+26)
OTHER         PEDRO = 4 DAY = 48  (40+          JESUS = 5 NIGHT = 60  (40+15)
SICK = 6      RAMON = 3 DAY = 36  (40+ Bother   VERSAN = 3 NIGHT = 36  (24+
              A. PEÑA = 1 DAY = 12  (8+7)

### IVY

EDISAN = 6 DAY = 70  (40        JOSE ORTEGA = 5 NIGHT = 54  (40+7
R. PEÑA = 6 DAY = 72  (40+26)   LUNA = 5 NIGHT = 54  (40+
RMT        (70)                 LORENZO = 4 NIGHT = 48  (40+

### ISE ST

WELLINGTON = 4 NIGHT = 48  (40+26)
A. PEÑA = 2 DAY = 24  (16+6)

### QUAS

WELLINGTON = 1 NIGHT = NONE

### LA/ASCOR

WELLINGTON = 1 NIGHT = NONE

BLEN.                          1 w/ wee vac ( 40 other )

PEERIO = 6 DAY = 72 (40+15)   SANTANA = 6 NIGHTS 72 (40+26)

A.PEÑA = 1 DAY = 12 (16+16)   A.PEÑA = 1 NIGHTS 12   NONE

RMS            (30)           Domingo        (10)

SAGE

SUNSA = 5 DAY = 60 (40+15)    M. ROJAS = 6 NIGHTS 72 (40+26)

PATRICO = 5 DAY = 60 (40+15)  DIROCHE = 6 NIGHT = 72 40+26

A.PEÑA = 1 DAY = 12 (8+3)
EDGAR = 1 DAY = 12 (8+3)      NESTOR = 2 NIGHT = 24 (15+1)

RAMON = 1 DAY = 12 (8+3)

DOMINGO = 1 DAY = 12 (1)

CASTLE

ROBERTO = 5 DAY = 60 (40+15)  LARA = 6 NIGHTS 72 (40+26)

PEDRO = 5 DAY = 54 (40+9)     JESUS = 5 NIGHT = 60 (40+15)

RAMON = 4 DAY = 48 (32+16)    NESTER = 3 NIGHTS 36 (24+9)

I.V.Y

EDISON = 2 DAY = 22 (22)      LLANA = 7 NIGHTS 74 (40+37)

R.PEÑA = 7 DAY = 84 (40+37)   LORENZO = 4 NIGHTS 48

ORETEA = 3 DAY = 32 (40+72)   ORETEA = 3 NIGHTS 36

RMS          (10)                           NONE

155 ST.

WELLINGTON = 4 NIGHTS 48 (40+26)

A.PEÑA = 2 DAY = 24 (16+6)

94 ST.

WELLINGTON = 1 NIGHT = NONE   NONE

W/ESTER

WELLINGTON 1 NIGHTS 12        NONE