[illegible] (40+17) [illegible]

[illegible] 4 day = 48

[illegible] 3 day = 36 (24+19)

(30)

Santana 4 nights = 48 (40+11)

Hansen 3 nights = 36 [illegible]

[illegible]

[illegible] 6 day = 72 (40+26)

[illegible] 4 day = 48 (40+14)

[illegible] 2 day = 24 (16+6)

[illegible] 1 day = 12 (8+7)

[illegible] 1 day = 12 (12)

[illegible] 6 nights = 72 [illegible]

[illegible] 6 nights = 72 [illegible]

Nestor 2 nights = 24 [illegible]

Castle

[illegible] 5 days 60 (40+15)

[illegible] 5 day = 54 (40+11)

[illegible] 4 day = 48 (24+19)

[illegible] 6 nights = 72 [illegible]

Jesus 5 nights = 60 [illegible]

Nestor 3 nights = 36 (24+9)

(40+15) [illegible]

[illegible] 5 day = 60

[illegible] 5 day = 58 (40)

[illegible] 2 day = 24 (16+6)

(10)

[illegible] 5 nights = 52 [illegible]

[illegible] 5 nights = 54 [illegible]

[illegible] 4 nights = 48 [illegible]

[illegible]

[illegible] 4 nights 48 (40+36)

[illegible]

[illegible]

[illegible]

[illegible]

6-28-04
TO
7-4-04

(40 other) Brew.

WEEK VAN-PERDO = 6 days = 72 (40+26) MANSELL = 5 Nights = 60 (40+)
A PENA = 1 days = 12 (8+3) DIROCHE = 1 Night = 12 (8+
RAY (70) LUNA = 1 Night = 12 (8+

8 other Sage

OTHER = SURSO = 5 days = 60 (40+15) A. Rojas = 6 Nights = 72 (40+26
PATRICO = 5 days = 60 (40+15) DIROCHE = 4 Nights = 48 (32+
EDGAR CARDANO = 1 days = 12 (8+3) NESTOR = 2 Nights = 24 (16+
A PENA = 1 days = 12 (8+3) LUNA = 1 Night = 12 (8+3)
RAMON = 1 days = 12 (8+3) PEDRO BRENTON = 1 Night = 12
DOMINGO = 1 days = 12 (12)

Entry

EDISON = 6 days = 70 (40) LORENZO = 5 Nights = 6 (40+15)
R. PENA = 5 days = 60 (40+15) JOSE ORTEGA = 6 Nights = 6 (40+16)
A. PENA = 3 days = 28 (18+7) LUNA = 3 Nights = 36 (24+9)

Castle

EXTRA 20 → ROBERTO = 5 days = 60 (40+15) LARA = 6 Nights = 72 (40+2
PEDRO = 4 days = 48 (40+4) JESUS = 5 Night = 60 (40+1
RAMON = 4 days = 48 (32+12) NESTOR = 3 Nights = 36 (24+9)
32+12

155 S.T.

WELLINGTON = 4 Nights = 48 (40+26)
ALEXO PENA = 1 days = 8 (8)(6+1)

9495 S.T.

WELLINGTON - 1 Night = 12 - NONE

Woostery S.T.

WELLINGTON = 1 Night = 12 - NONE

[illegible] of
to
7-14-07

BLEU

A. PERSIO = 6 DAYS = 72 (40+26) C. NESTOR = 6 NIGHTS = 72 (40+26)
A. PENA = 1 DAYS = 12 (8+3) D. JESUS = 1 NIGHTS = 12 (8+3)
RAJ (30)

SAGE

J. SUAREZ = 5 DAYS = 60 (40+15) M. ROSARIO = 6 NIGHTS = 72 (40+26)
G. PATRICIO = 5 DAYS = 60 (40+15) J. DIRASANE = 6 NIGHTS = 72 (40+26)
A. PENA = 3 DAYS = 36 (24+9) D. JESUS = 2 NIGHTS = 24 (16+6)
DOMINGO = 1 DAYS = 12 (12)

CASSIS

F. ROBERTO = 5 DAYS = 60 (40+15) E. CAMACHO = 6 NIGHTS = 72 (40+26)
H. PEDRO = 3 DAYS = 36 (40+9) C. FELIX = 6 NIGHTS = 72 (40+26)
C. RAMON = 4 DAYS = 48 (40+4) D. JESUS = 2 NIGHTS = 24 (16+6)

ZOCY

A. EDISON = 5 DAYS = 58 (40+17) J. LORENZO = 4 NIGHTS = 48 (40+N?) [illegible]
R. PENA = 5 DAYS = 60 (40+15) J. ORTEGA = 5 NIGHTS = 58 (40+13)
A. PENA = 1 DAYS = 12 (8+3) C. [illegible] = 5 NIGHTS = 52 (40+7)
J. LORENZO = 1 DAY = 12 NONE
RAJ (10)

155

WELLINGTON = 3 NIGHTS = 36 (40+26)

MONSTER

WELLINGTON = 1 NIGHTS = 12

454

WELLINGTON = 2 NIGHTS = 24

7-19-04
7-25-04. 7 day

Beer

SAMMY = 5 day = 60 (40+15) NESTOR = 4 NIGHT = 48 (40+
PERALTO = 2 DAY = 24 (22) DURASNE = 2 NIGHT = 24
JESUS = 1 NIGHT = 12 (8+7)

SAGE.

SUARRO = 5 DAY = 60 (40+15) M. ROJAS 6 NIGHT = 72 (40+46)
PATRICIO = 5 DAY = 60 (40+15) DURASNE = 4 NIGHT = 48 (28+27)
EGAR
LORENZO = 2 DAY = 24 (16+6) JONNY = 2 NIGHT = 24 (22)
RAMOND = 1 DAY = 12 (8+7) JESUS = 2 NIGHT = 24 (16+6)
DURASNE = 1 DAY = 12 (NONE)

CALEB.

ROBERTO = 5 DAY = 60 (40+15) FELIX = 6 NIGHT = 72 (40+26)
PEDRO = 4 DAY = 48 (40+4) LUCIO = 6 NIGHT = 72 (40+26)
RAMON = 4 DAY = 48 (32+14) JESUS = 2 NIGHT = 24 (16+6)

E.Y.

BOLLON = 6 DAYS 70 (40) LUNA = 7 NIGHT = 78 (40+31)
LORENZO = 5 DAYS 60 (40+15) ORTEGO = 7 NIGHT = 78 (40+31)
JONNY = 1 DAY = 12 (11)

7-26-04 7-10-04 8-1-04

Pay. 04

BIEN

G SAMMY = 6 DAYS = 72 (40+16) C. NESTOR = 6 NIGHT = 72 (40+26)
F. SANTANA = 1 DAY = 12 (11) DE. JESUS = 1 NIGHT = 12 (8+3)
RAS (30)

SAGE

J. SUAZO = 5 DAYS = 60 (40+15) M. ROJAS = 6 NIGHT = 72 (40+26)
G. PATRICIO = 4 DAY = 48 (40+4) J. DIMASCHE = 6 NIGHT = 72 (40+26)
G. GUILLERMO = 3 DAY = 36 (20+13) DE. JESUS = 2 NIGHT = 24 (16+6)
C. RAMON = 1 DAY = 12 (8+3)
DOMINGO = 1 DAY = 12 (12)

Ivey

A. EDISON = 6 DAY = 70 (40) L. LUNA = 6 NIGHT = 72 (40+26)
J. LORENZO = 5 DAY = 60 (40+15) J. ORTEGA = 6 NIGHT = 72 (40+26)
C. JOHNNY = 1 DAY = 12 (8+3) F. SANTANA = 2 NIGHT = 28 (16)
RAS (10)

CASTRO

G. ROBERTO = 5 DAY = 60 (40+15) E. LARA = 6 NIGHT = 72 (40+26)
H. PEDRO = 5 DAY = 57 (40+11) C. FELIX = 6 NIGHT = 72 (40+26)
C. RAMON = 4 DAY = 48 (32+12) DE. JESUS = 2 NIGHT = 24 (16)

G. Guillermo is also (20+13) in Manhattan
G. John is (32+12) in Manhattan
where is my credit for Payroll bill with ADP

BIEN.

SAMMY: 6 DAY: 72 (40+26) SANTANA: 5 NIGHT: 60 (33+22) ([illegible])

PEDRO: 1 DAY: 12 (20+4) NESTOR: 1 NIGHT: 12 (8+3)

RAJ (6.25 per hour) (30) PEDRO: 1 NIGHT: 12 (NONE)

[illegible]

SUNA[illegible]: 6 DAY: 72 (40+26) [illegible]: 6 NIGHT: 72 (40+26)

PATRICIO: 5 DAYS 60 (40+15) [illegible]: 4 NIGHT: 48 ([illegible])

[illegible]: 1 DAY: 12 (8+3) NESTOR: 1 NIGHT: 12 (8+3)

[illegible]: 1 DAY: 12 (8+3) SANTANA: 1 NIGHT: 12 (7+4)

[illegible]: 1 DAY: 12 (12) PEDRO: 2 NIGHT: 24 (20+2)

CASTLE

[illegible] ROBERTO: 5 DAY: 60 (40+15) FELIX: 6 NIGHT: 72 (40+26)

PEDRO: 4 DAY: 48 (40+4) LAZAR: 6 NIGHT: 72 (40+26)

RAMON: 4 DAY: 48 (32+12) JESUS: 1 NIGHT: 12 (8+3)

NESTOR: 1 NIGHT: 12 (8+3)

[illegible]

ERASMO: 6 DAY: 70 (40) LUNA: 6 NIGHT: 72 (40+26)

LORENZO: 5 DAY: 60 (40+15) ORTEGA: 6 NIGHT: 72 (40+2[illegible])

JOHNNY: 1 DAY: 12 (8+3) NESTOR: 2 NIGHT: 24 (16[illegible])

RAJ (6.25 per hour) (10)

9-6-07
to
9-12-07
ROT OF

BIRCH

SAMMY = 6 DAY = 72 (40+26) WELLINGTON = 4 NIGHT = 48 (40+
PERSIA = 1 DAY = 12 (8+3) SANTANA = 3 NIGHT = 36 (24+
RAT (20)

SAGE

PEARSO = 4 DAY = 48 (32+12) DIROCHE = 5 NIGHT = 60 (40+15)
A. PENA = 3 DAY = 36 (24+9) FELIX
PATRICIA = 4 DAY = 48 (40+4) AMPARO = 4 NIGHT = 48 (40+4)
SHAKA = 2 DAY = 24 (40+15) SHAKA = 3 NIGHT = 36 (NONE)
DOMINGO = 1 DAY = 12 (12) SANTANA = 2 NIGHT = 24 (16+6)

CASTLE

ROBERTO = 5 DAY = 60 (40+15) LARA = 6 NIGHT = 72 (80+26)
PEDRO = 5 DAY = 55 (40+13) NESTOR = 5 NIGHT = 60 (40+15)
RAMON = 4 DAY = 48 (40+4) LUNA = 3 NIGHT = 36 (30+3)

IVY

EDISON = 6 DAY = 70 (40) M. ROJAS = 5 NIGHT = 60 (40+15)
LORENZO = 5 DAY = 60 (40+15) JOHNNY = 5 NIGHT = 60 (40+15)
LUNA = 1 DAY = 12 (10+1) ORTEGA = 4 NIGHT = 48 (40+4)
RAT (20)

155 3rd

A. PENA = 2 DAY = 24 (16+6)

949 - 55

WELLINGTON = 1 NIGHT

WEBSTER

WELLINGTON = 1 NIGHT

8-9-04
8-15-04
RAT

BACA

SAMMY = 6 DAYS = 72 (40+16) SANTANA = 6 NIGHTS = 72 (40+16)
PEDRO = 1 DAY = 12 (9+14) JESUS = 1 NIGHT = 12 (8+3)
RAT (30)

SALE

PEDRO = 5 DAYS = 60 (33+22) DANNY = 6 NIGHTS = 72 (40+16)
PATRICK = 4 DAYS = 48 (40+4) JESUS = 4 NIGHTS = 48 (32+12)
SYKES = 2 DAYS = 24 (33) SYKES = 1 NIGHT = 12 (NONE)
RAMON = 1 DAY = 12 (8+3) PEDRO PAZ = 2 NIGHTS = 24 (NONE)
DOMINGO = 1 DAY = 12 (18) HECTOR = 1 NIGHT = 12 (8+3)
KEY MAN PEDRO PAREDES = 1 DAY = 12 (20+13)

CASTRO.

20 EXTRA ROBERTO = 5 DAYS = 60 (40+15) CARA = 6 NIGHTS = 72 (40+16)
PEDRO = 4 DAYS = 48 (40+4) FELIX = 6 NIGHTS = 72 (40+16)
RAMON = 4 DAYS = 48 (52+12) HECTOR = 2 NIGHTS = 24 (16+6)

IVY.

EDISON = 6 DAYS = 70 (40) LUNAR = 6 NIGHTS = 72 (40+16)
LORENZO = 6 DAYS = 72 (40+16) OSCAR = 6 NIGHTS = 72 (40+16)
RAT (10) HECTOR = 2 NIGHTS = 24 (6+6)

Pedro P. Key 3 Days 155 St (20+13)

6/16/04
10
8-22-04

Bucky

SAMMY = 6 DAY = 72 (40+26) SANTANA = 6 NIGHTS = 72 (10+26)
PERSIO = 1 DAY = 12 (7+4) JESUS = 1 NIGHT = 12 (8+3)
RAT (20)

SAGE

PERSIO = 5 DAY = 60 (33+22) DIAZ = 6 NIGHT = 72 (10+26)
PATRICIO = 4 DAY = 48 (40+4) SUAREZ = 3 NIGHT = 36 MORN
SUAREZ = 2 DAY = 24 (40+15) AMPARO = 3 NIGHT = 36 MORN
JESUS MAY AMPARO = 1 DAY = 12 (40+4) JESUS = 2 NIGHT = 24 (16+16)
RAMON = 1 DAY = 12 (8+3)
DOMINGO = 1 DAY = 12 (14)

CASTRO

ROBERTO = 5 DAY = 60 (40+15) LARA = 6 NIGHT = 72 (40+26)
PEDRO = 5 DAY = 54 (40+9) NESTOR = 6 NIGHT = 72 (40+26)
RAMON = 4 DAY = 48 (32+12) JONATHAN 2 NIGHT = 24 (16+6)

Tony

EDISON = 6 DAY = 70 (40) LUNA = 6 NIGHT = 72 (40+26)
LORENZO = 5 DAY = 60 (40+18) ORTEGA = 6 NIGHT = 72 (40+18)
JOHNNY = 1 DAY = 12 (8+3) JESUS = 2 NIGHT = 24 (16+6)
RAT (20)

Johnny 2 Days 14.5 57 = (16 + 6)

SAMMY = 6 DAYS = 72 (40+16) SANTANA = 4 NIGHTS = 48 (40+14)
PERALTA = 1 DAY = 12 (7+14) [illegible] = 1 NIGHT = 12 (7+14)
KAT (20) NESTOR = 2 NIGHTS = 24 (16+6)

SAGE - Pay $63 per night (12 hours)

PERALTA = 5 DAY = 60 (33+24) [illegible] = 5 NIGHTS = 60 (33+24)
[illegible] = 4 DAYS = 48 (40+14) FELIX [illegible] = 5 NIGHTS = 60 (40+20)
PENA ANGELO = 2 DAYS = 24 (16+6) NESTOR = 1 NIGHT = 12 (8+3)
SURIEL = 2 DAY = 24 (40+15) SURIEL = 3 NIGHTS = 36 (NONE)
DOMINGO = 1 DAY = 12 (12)

CASTLE

ROBERTO = 5 DAYS = 60 (40+15) FELIX = 6 NIGHTS = 72 (40+16)
PEREZ = 5 DAYS = 60 (40+18) [illegible] = 6 NIGHTS = 72 (40+26)
RAMON = 4 DAYS = 48 (40+14) NESTOR = 2 NIGHTS = 24 (16+6)

TIVOLI

EDISON = 6 DAYS = 72 (40) LUNA = 5 NIGHTS = 60 (40+17)
LORENZO = 5 DAY = 60 (40+15) ORTEGA = 6 NIGHTS = 72 (40+26)
R. PENA = 1 DAY = 12 (8+3) JESUS = 3 NIGHTS = 36 (33)
KAT (20)

44 95.

SANTANA = 1 NIGHT = (NONE)

245.

R. PENA = 4 DAYS = 48 (32+4)

155.

A. PENA = 3 DAYS = 36 (24+9)

BIEN

Pay for 72 = (40 + 26)

SANTANA = 6 DAY = 72 (40+26) SANTANA = 4 NIGHT = 48

PERSIO = 1 DAY = 12 (8+3) NESTOR = 3 NIGHT = 36 (24+9)

RAFS (20)

3-30-04 To 9-5-04 payed

SAGE

PATRICIO = 5 DAY = 60 (40+15) DIROCHE = 6 NIGHT = 72 (40+26)

PERSIO = 4 DAY = 48 (32+12) AMPARO = 5 NIGHT = 60 (40+...)

SUASO = 2 DAY = 24 (40+15) SUASO = 3 NIGHT = 36 (NONE)

A. PENA = 2 DAY = 24 (8+3)

DOMINGO = 1 DAY = 12 (12)

CASTLE

ROBERTO = 5 DAY = 60 (40+15) FELIX = 6 NIGHT = 72 (40+26)

PEDRO = 5 DAY = 54 (40+19) LORA = 6 NIGHT = 72 (40+26)

RAMON 4 DAY = 48 (40+14) NESTOR = 2 NIGHT = 24 (16+6)

I.S.G.

EDISON = 5 DAY = 61 (40) LUNA = 3 NIGHT = 36 (33)

LORENZO = 5 DAY = 60 (40+20) ORTEGA = 3 NIGHT = 36 (33)

A. PENA = 1 DAY = 12 (8+3) JESUS = 4 NIGHT = 48 (40+4)

R. PENA = 1 DAY = 12 (8+3) MIGUEL = 2 NIGHT = 24 (22)

RAFS (20) JOHNNY = 2 NIGHT = 26 (16+7)

155 E-T

R. PENA = 4 DAY = 44 (32+8) JOHNNY = 3 NIGHT = 36 (24+10)

A. PENA = 2 DAY = 24 (16+6)

9495 ST

EDISON = 1 DAY = 8 (NONE) SANTANA = 1 NIGHT = 12

Bueni

G. SAMMY: 6 DAY: 72 (40+[illegible]) P. WELLINGTON: 4 NIGHT: 48 (40+26)
A. PERSIO = 1 DAY: 12 (8+3) F. SANTANA: 3 NIGHT: 36 (24+9)
RAT (20)

SAGE

A. PERSIO = 4 DAYS 48 (32+10) J. DERASCHE: 5 NIGHT: 60 (40+10)
G. PATRICK = 4 DAYS 48 (40+14) A. FELIZ = 4 NIGHT: 48 (40+14)
J. SUAREZ 2 DAYS 24 (40+15) J. SUAZA: 3 NIGHT: 36 (40)
A. PENA = 3 DAY: 36 (27+16) F. SANTANA: 2 NIGHT: 24
Y. DOMINGO = 1 DAY: 12 (12) (16+6)

COSTEE

G. ROBERTO = 5 DAY: 60 (40+10) E. LARA: 6 NIGHT: 72 (40+86)
H. PEDRO 5 DAY: 53 (40+18) C. [illegible] 5 NIGHT: 60 (40+1[illegible])
C. RAMON: 4 DAY: 48 (40+14) L. LUNA: 3 NIGHT: 36 (17+16)

STOCKING OTHER (11+16 other) [illegible]

A. EDISON 1 DAY: 12 (40+36) M. ROJAS: 5 NIGHT: 60 (40+15)
J. LORENZO: 6 DAYS 72 J. ORTEGA: 5 NIGHT: 60 (40+2[illegible])
P. PENA: 5 DAY: 60 (37+19) L. LUNA: 4 NIGHT: 48 (38+28)
A. PENA: 1 DAY: 6 (5+1) RAT (20)

[illegible] 155 S.T.

A. PENA 1 DAY: 12 (8+3)
R. PENA: 1 DAY: 6 (3+2)

week + 9495 S.T.

WELLINGTON 2 NIGHT: 24

Brey

G SAMMY = 6 DAYS = 72 (40+16) D. WELLINGTON = 4 NIGHTS = 48 (40+8)
A. PENA = 1 DAYS = 12 (8+3) F. SANTANA = 3 NIGHTS = 36 (24+9)
RAT (20)

Sage.

G PATRICIO = 4 DAYS = 48 (40+9) F. ANDRES = 5 NIGHTS = 60 (40+15)
A. PENA = 4 DAYS = 48 (32+12) F. SANTANA = 2 NIGHTS = 24 (16+6)
T. SUASO = 2 DAYS = 24 (40+15) T. SUASO = 3 NIGHTS = 36 (40+...)
A. BEASIA = 2 DAYS = 24 (22) DANAGIRE = 2 NIGHTS = 24 (20)
JUAN JEEZ ... DAYS = 8 (9) L LUNAS = 2 NIGHTS = 24 (16+6)
DOMINGO = 1 DAYS = 12 (12)

Castle.

G. ROBERTO = 5 DAYS = 60 (40+15) E. LUNAS = 6 NIGHTS = 72 (40+26)
M. PEDRO = 3 DAYS = 36 (40+9) C. NESTOR = 6 NIGHTS = 72 (40+26)
C. RAMON = 4 DAYS = 48 (40+4) L. LUNAS = 2 NIGHTS = 24 (16+6)

Italy

A. ... = 6 DAYS = 70 (40) M. ... = 6 NIGHTS = 72 (40+26)
A. PENA = 4 DAYS = 48 (32+12) D. JESUS = 4 NIGHTS = 48 (40+14)
T. LORENZO = 2 DAYS = 24 (40+15) F. LORENZO = 3 NIGHTS = 36 (40+...)
RAT (20) L. LUNAS = 1 NIGHTS = 12 (8+3)

... = 9 ... 3.7

WELLINGTON = 2 NIGHTS = 24
A. PENA (8+3) 155 51

11-27-04
10
12-3-04
Pat of
I

BIG

SAMMY = 6 DAY = 72 (40+26) LEXINGTON = 4 NIGHT = 48 (40+26)
PERSIO = 1 DAY = 12 (10+1) SANTANA = 2 NIGHT = 24 (16+6)
RAJ (20) LUNA = 1 NIGHT = 12 (10+1)

SAGE

PATRICIO = 4 DAY = 48 (40+4) A. FELIX = 5 NIGHT = 60 (40+15)
PERSIO = 3 DAY = 36 (30+7) SANTANA = 3 NIGHT = 36 (24+9)
R. PENA = 4 DAY = 48 (32+12) SUAZO = 3 NIGHT = 36 (NONE)
SUAZO = 2 DAY = 24 (40+15) LUNA = 3 NIGHT = 36 (30+3)
DOMINGO = 1 DAY = 12 (12) 2 WEEK VAC

2 separate checks
5 exemptions

#30 offer
40 offer
+ 40 offer

CASTLE

ROBERTO = 5 DAY = 60 (40+15) LARA = 6 NIGHT = 72 (40+26)
PEDRO = 5 DAY = 54 (40+9) NESTOR = 4 NIGHT = 48 (40+4)
RAMON = 4 DAY = 48 (40+4) TEJADA = 4 NIGHT = 48 (40+4)

IVY

EDISON = 6 DAY = 70 (40) JESUS = 5 NIGHT = 62 (40+17)
A. PENA = 4 DAY = 48 (40+4) ROJAS = 6 NIGHT = 72 (40+26)
LORENZO = 2 DAY = 24 (40+15) LORENZO = 3 NIGHT = 36 (NONE)
RAJ (20)

9495

LEXINGTON = 1 NIGHT = 12 (NONE)

155 St. (57 T)
R. Rosa (8+3)

BIZY

SAMMY = 6 DAY = 72 (40+26) LUNA = 5 NIGHT = 60 (40+15)
PERSIO = 1 DAY = 12 (24+9) PERSIO = 2 NIGHT = 24
RNT (20)

SAGE

SUASOR = 5 DAY = 60 (40+15) FELIX = 5 NIGHT = 60 (40+15)
PATRICO = 4 DAY = 48 (40+6) SANTANA = 5 NIGHT = 60 (40+15)
ANGELO = 3 DAY = 36 (30+3) WELLINGTON = 4 NIGHT = 48 (40+26)
PERSIO = 2 DAY = 24 (16+6)

CASTLE

ROBERTO = 5 DAY = 60 (40+15) LARA = 5 NIGHT = 60 (40+15)
PEDRO = 5 DAY = 54 (40+9) NESTOR = 6 NIGHT = 72 (40+26)
RAMON = 4 DAY = 48 (40+4) TOMMY = 3 NIGHT = 36 (26+7)

IV. Y.

EDISON = 6 DAY = 72 (40) M. ROJAS = 6 NIGHT = 72 (40+26)
R. PENA = 5 DAY = 60 (40+15) TELLERIS = 5 NIGHT 60 (40+15)
LORENZO = 1 DAY = 12 NINE LORENZO = 3 NIGHT = 36 40+4
RNT (20)

155ST

ANGELO = 1 DAY = 12 (0+1) TOMMY = 2 NIGHT = 20 (14+4)

94-95ST

WELLINGTON = 1 NIGHT = 12

WOOSTER

WELLINGTON = 1 NIGHT = 12

BIEN.

SAMMY = 5 DAYS = 60. (40+10) JOHNNY = 4 NIGHTS = 48 (23+21)
PERSIO = 2 DAYS = 24 (32+12) PERSIO = 2 NIGHTS = 24 (NONE)
RAS (30) WELLINGTON = 1 NIGHTS = 12 (7+4)

SAGE.

SURZO = 5 DAYS 60 (40+15) FELIX = 5 NIGHTS 60 (40+15)
PATRICIO = 4 DAYS 48 (40+4) SANTANA = 5 NIGHTS 60 (40+15)
A. PENA = 3 DAYS 36 (30+3) WELLINGTON = 3 NIGHTS 36. (35+20)
PERSIO = 1 DAY = 12 (15+3) JOSE. BEJARAN = 1 NIGHTS = 12 (7+4)
DOMINGO = 1 DAYS = 12. (12)

BASTE.

ROBERTO = 5 DAYS 60 (40+15) LARA = 6 NIGHTS = 72. (40+26)
PEDRO = 5 DAYS = 54 (40+9) NESTOR = 6 NIGHTS = 72. (40+26)
RAMON = 4 DAYS = 48. (40+4) JOHNNY = 2 NIGHTS = 24 (11+11)

Fiesta

EDISON = 6 DAYS = 70 (40) M. ROJAS = 6 NIGHTS = 72 (40+26)
RIDERA = 5 DAYS = 60 (40+15) TEUDIS = 6 NIGHTS = 72 (40+26)
LORENZO = 1 DAY = 12 (22) LORENZO = 1 NIGHT = 12 (ZOA)
MARISOL = 2 DAYS = 14 (14) JOHNNY = 1 NIGHT = 12 (6+5)
[illegible] 8.03 (10)

155 S.T.

A. PENA = 1 DAYS = 12 (0+1) JOSE. BEJARAN = 5 NIGHTS = 5 (37+10)

9495 S.T.

WELLINGTON = 1 NIGHTS 12.

WOOSTER S.T.

WELLINGTON = 1 NIGHTS = 12.

BIEN

PERSIO = 7 DAY: 84 (40+37) RAJ (30)
SANTANA: 6 NIGHT: 72 (40+36) WELLINGTON: 1 NIGHT: 12 (8+3)

SNEZ

PATRICIO: 5 DAY: 60 (40+15) A. FELIX: 6 NIGHT: 72 (40+36)
SURGO: 4 DAYS: 48 (40+4) C. FELIX: 5 NIGHT: 60
A. PENA: 4 DAYS 48 (32+16) WELLINGTON: 2 NIGHT: 24 (32+16)
DOMINGO: 1 DAY: 12 (10) JOHNNY: 1 NIGHT

CASTLE

ROBERTO: 5 DAY: 60 (40+15) CARA: 6 NIGHT: 72 (40+36)
PEDRO: 5 DAY: 58 (40+9) NESTOR: 5 NIGHT: 60 (40+15)
RAMON: 4 DAY: 48 (40+4) JOHNNY: 3 NIGHT: 36 (24+9)

IVY

EDISON: 5 DAY: 58 (40) M. ZOPAS: 6 NIGHT: 72 (40+36)
R. PENAS: 5 DAY: 60 (40+15) THELIO: 5 NIGHT: 60 (40+15)
LORENZO: 2 DAY: 24 (40+15) LORENZO: 3 NIGHT: 36 (NONE)
MANUEL
DELCAN: 3 DAY: 36 (23+7) RAJ (10)

155

A. PERIAN: 1 DAY: 12 (9+3)
JOHNNY: 2 NIGHT: 20 (16+6)
MANUEL
DELCAN: 4 NIGHT: 32 (27+1)

995

WELLINGTON: 6 NIGHT: 72 (NONE)
EDISON: 1 DAY: 7 Paid in advance

Pay Wellington for 6 hours total

WOOSTER

WELLINGTON: 3 NIGHT: 18 NONE

BEAN

SAMMY = 3 DAY = 36 (37) SANTANA = 5 NIGHT = 60 (40+15)
PERRIO = 4 DAY = 48 (40+4) WELLINGTON = 2 NIGHT = 24 (6+6)
RAT (30)

CASTLE

ROBERTO = 5 DAY = 60 (40+15) LORAN = 6 NIGHT = 72 (40+26)
PEDRO = 5 DAY = 54 (40+19) NESTOR = 4 NIGHT = 48 (40+4)
RAMON = 4 DAY = 48 (40+4) JOHNNY = 4 NIGHT = 48 (27+17)

SAGE

SUAREZ = 4 ½ DAY = 54 (40+10) FELIX = 6 NIGHT = 72 (40+26)
PATRICO 5 DAY = 57 (40+12) CARLOS FELIX = 5 NIGHT = 60 (40+15)
ANGELO = 3 ½ DAY = 42 (33+7) JOHNNY = 2 NIGHT = 24 (13+9)
DOMINGO = 1 DAY = 12 (12) WELLINGTON 1 NIGHT = 12 (24+18)

ESSEX

EDISON = 5 DAY = 58 M. RAMON 6 NIGHT = 72 (40+26)
RAFAEL = 5 DAY = 54 (40+9) TEODORO 6 NIGHT = 78 (40+28)
LORENZO = 3 DAY = 36 (40+15) LORENZO = 2 NIGHT = 24 (NONE)
DEGAN HANVER 1 DAY = 12 Don't know check w/ RAT RAT (20)

9425

WELLINGTON 1 NIGHT = 12 NONE

WOOSTER

WELLINGTON 2 NIGHT = 18 NONE

Pay Wellington For 20 hours

CASE

ADELIO = 1 DAY = 12 (13) HANVER DEGAN = 4 NIGHT = 36

11-29-04
12-5-04

BIEN

SAMMY = 5 DAY = 72 (40+16) SANTANA = 5 NIGHT = 60 (40+15)
PERSIO = 1 DAY = 12 (22) WELLINGTON = 1 NIGHT = 12 (9+3)
RHJ (38) PERSIO = 1 NIGHT = 12 NONE

CASTLE

ROBERTO = 5 DAY = 60 (40+15) LARA = 6 NIGHT = 72 (40+16)
PEDRO = 5 DAY = 54 (40+9) NESTOR = 5 NIGHT = 60 (40+15)
WEEK VAC. ZAMANI = 4 DAY = 48 (40+4) JOHNNY = 3 NIGHT = 36 (24+9)

SAGE

SUASO = 5 DAY = 60 (40+15) F. AMPARO = 5 NIGHT = 60 (40+15)
PATRICIO = 5 DAY = 60 (40+15) F. COLLADO = 4 NIGHT = 48 (40+4 plus other) 1st sic 7 other
ANGELO = 2 DAY = 24 (20+2) WELLINGTON = 1 NIGHT = 12 (3+9)
PERSIO = 1 DAY = 12 (11) (8+4) JOHNNY = 2 NIGHT = 24 (16+6)
DOMINGO = 1 DAY = 12 (8) DELOON HANSEL = 2 NIGHT = 24 (16+6)

IVY

R. PENA = 5 DAY = 58 (40+13) M. ROJAS = 6 NIGHT = 72 (40+16)
EDISON = 5 DAY = 54 (40) TEUDIS = 5 NIGHT = 60 (40+15)
LORENZO = 2 DAY = 24 (40+15) LORENZO = 3 NIGHT = 36 NONE
ANGELO = 1 DAY = 12 (10+1) NONE
HANSEL = 1 DAY = 6 (5) RHJ (10)

155 S.T.

ANGELO = 1 DAY = 12 (10+1) ANGELO = 1 NIGHT = 8
DELOON HANSEL = 3 NIGHT = 28 (18+7)

9495 S.T

WELLINGTON = 2 NIGHT = 16 (12+2) NONE

WOOSTER ST.

WELLINGTON = 2 NIGHT = 19 (NONE)

3-6-04 TO 12-19-04 RAT

BIRCH

G. SANTOS = 6 DAYS = 72 (40+26) F. SANTANA = 5 NIGHTS = 60 (40+15)
A. DEESIO = 1 DAYS = 12. (22) A. DEESIO = 1 NIGHTS = 12 (NONE)
RAS (20) P. WELLINGTON = 1 NIGHTS = 12 (8+)

CASTLE

G. ROBERTO = 5 DAYS = 60 (40+15) E. LAREDO 6 NIGHTS = 72 (40+26)
C. RAMON = 5 DAYS = 60 (40+15) C. NESTOR = 5 NIGHTS = 60 (40+15)
H. PEDRO = 4 DAYS = 48 (40+4) E. JOHNNY = 3 NIGHTS = 36 (24+1)

SAGE

J. SUAZO = 5 DAYS = 60 (40+15) F. ALVAREZ = 5 NIGHTS = 60 (40+15)
G. PATRICIO = 5 DAYS = 60 (40+15) F. COLLADO = 5 NIGHTS = 60 (40+15)
A. PENA = 2 DAYS = 24 (9+3) P. WELLINGTON = 2 NIGHTS = 24 (32+17)
A. DEESIO = 1 DAYS = 12 (11) H. DELEON = 2 NIGHTS = 24 (20+0)
H. DOMINGO = 1 DAYS = 12 (12)

I.V.Y

A. EDISON = 6 DAYS = 70 (40) H. ROJAS = 6 NIGHTS = 72 (40+26)
R. PENA = 5 DAYS = 58 (40+13) A. TEODORE = 3 NIGHTS = 36 (33)
J. LORENZO = 2 DAYS = 24 (40+15) J. LORENZO = 3 NIGHTS = 36 (NONE)
RAS (20) C. JOHNNY = 2 NIGHTS = 24 (6+6)

155 ST

A. PENA = 1 DAY = 12 (21+4) A. PENA = 2 NIGHTS = 16 NONE
H. DELEON = 3 NIGHTS = 24 (20+)

7495

WELLINGTON = 1 NIGHT = NONE

WOOSTER ST

WELLINGTON = 2 NIGHTS = 19 NONE

12-19-04 [illegible]

BIGGY

SAMMY = 6 DAY = 72 (40+26) SANTANA = 5 NIGHT = 60 (40+1[illegible]
PERSIO = 1 DAY = 12 (22) PERDOMO = 1 NIGHT = 12 (NONE)
WELLINGTON = 1 NIGHT = 12 (8+3)

CASTRO.

ROBERTO = 5 DAY = 60 (40+15) LARA = 6 NIGHT = 72 (40+26)
PEDRO = 5 DAY = 54 (40+9) NESTOR = 5 NIGHT = 60 (40+15)
RAMON = 3 DAY = 36 (+13) JOHNNY = 3 NIGHT = 36 (20+13)
R. PENA = 1 DAY = 12 (7+4)

SAGE.

SUAREZ = 5 DAY = 60 (40+15) FELIX = 5 NIGHT = 60 (40+15)
PATRICIO = 5 DAY = 60 (40+11) F. COLLADO = 5 NIGHT = 60 (40+11)
ANGELO = 2 DAY = 24 (10+1) WELLINGTON = 2 NIGHT = 24 (12+(7))
PERSIO = 1 DAY = 12 (11) H. DELEON = 2 NIGHT = 24 (19+3)
DOMINGO = 1 DAY = 12 (7)

TIVOLI

EDISON = 5 DAY = 56 (40) M. ROJAS = 6 NIGHT = 72 (40+25)
R. PENA = 5 DAY = 59 (40+14) JOHNNY = 3 NIGHT = 36 (20+13)
LORENZO = 2 DAY = 24 (40+[illegible]) LORENZO = 4 NIGHT = 48 [illegible]
ANGELO = 1 DAY = 12 (20+2) ANGELO = 1 NIGHT = 12 (NONE)

9495 S-T.

WELLINGTON = 1 NIGHT = (NINE)

WOOSTER S-T NINE

WELLINGTON = 2 NIGHT = 19 (NINE)

155 S-T

ANGELO = 1 DAY = 12 (10+1) (21+7)
H. DELEON = 4 NIGHT = 32

SAMMY: 6 DAYS = 72 (40+26) SANTANA: 5 NIGHTS = 60 (40+15)
PEDRO: 1 DAY = 12 (20+2) PEDRO: 1 NIGHT = 12 (NONE)
AHS HQ (20) WELLINGTON: 1 NIGHT = 12 (7+4)

CASTLE

ROBERTO: 5 DAYS = 60 (40+15) CARAS: 6 NIGHTS = 72 (40+26)
PEDRO: 5 DAYS = 60 (40+15) NESTOR: 4 NIGHTS = 48 (40+4)
A. PENA: 4 DAYS = 48 (40+8) JOHNNY: 4 NIGHTS = 48 (27+11)
(32+12)

SAGE

SUAREZ: 5 DAYS = 60 (40+15) F. AMPARO = 5 NIGHTS = 60 (40+15)
PATANA = 5 DAYS = 60 (40+15) F. GALLARDO = 4 NIGHTS = 48 (40+4)
A. PENA: 1 DAY = 12 (6+7) WELLINGTON = 2 NIGHTS = 24 (33+22)
PEDRO = 1 DAY = 12 (20+2) ANGEL DELEON = 2 NIGHTS = 24 (24)
R. PENA = 1 DAY = 12 (7+4) PEDRO = 1 NIGHT = 12 NONE
DOMINGO = 1 DAY = 12 (12)

IVY

EDISON = 6 DAYS 72 (40) M. ROJAS = 6 NIGHTS = 72 (40+26½)
R. DENNA = 4 DAYS = 48 (32+12) J. LORENZO = 3 NIGHTS = 36 (NONE)
J. LORENZO = 2 DAYS = 24 (40+15) BENTON PEDRO = 2 NIGHTS = 24 (13+9)
AHS (20) JOHNNY = 2 NIGHTS = 24 (13+9)
DELEON ANGEL = 1 NIGHT = 12 (11)

WELLINGTON = 1 NIGHT 94.75 (NONE)
BENTON PEDRO = 4 NIGHTS = 48 (27+17)
WELLINGTON = 2 NIGHTS = 18 (NONE)
R. PENA = 1 NIGHT = 12 (7+4)

period ending 12/26 paydate 12/31/04

| | titan | | pay | total net pay | total hrs worked | net check | c | titan | |
|---|---|---|---|---|---|---|---|---|---|
| persio | amparo | 60 RAT | 1 | $126.00 | 24 | 108.79 | $17.21 | $17.00 | amparo |
| johnny | cutomral | | | $0.00 | | | $0.00 | $0.00 | cutomral |
| jesus | de arce | 10 PAD | | $0.00 | | | $0.00 | $0.00 | de arce |
| luis | luna | | 1 | $0.00 | | | $0.00 | $0.00 | luna |
| samuel | gerardo | | 1 | $419.78 | 72 | 323.25 | $51.81 | $52.00 | gerardo |
| raj | lisson | -80 RAT | 1 | $0.00 | | 116.44 | $0.00 | | lisson |
| wellington | perez | | | $58.04 | 12 | 46.38 | $21.00 | $22.00 | perez |
| angelo | pena | 136 | 1 | $0.00 | | | $0.00 | $0.00 | pena |
| franklin | santana | | -1 | $216.00 | 60 | 260.44 | $54.56 | $55.00 | santana |
| | | | | | | $854.27 | | $146.00 | |

| | castle | | pay | total net pay | total hrs worked | net check | c | castle | |
|---|---|---|---|---|---|---|---|---|---|
| ramon | celanco | 458 90 RAT | 1 | $0.00 | | | $0.00 | $0.00 | celanco |
| nestor | cedeno | | 1 | $252.00 | 48 | 199.91 | $52.09 | $52.00 | cedeno |
| johnny | cutomral | +60 RAT | | $247.68 | 48 | 232.60 | $15.06 | $15.00 | cutomral |
| roberto faustino | garcia | | 1 | $385.40 | 80 | 294.86 | $70.40 | $70.00 | garcia |
| pedro | hernandez | 10 PAD | 1 | $330.60 | 80 | 302.27 | $37.33 | $37.00 | hernandez |
| enrique | lara | | 1 | $390.24 | 72 | 319.33 | $70.91 | $71.00 | lara |
| angelo | pena | | 1 | $247.56 | 48 | 215.06 | $32.62 | $33.00 | pena |
| | | | | | | $1,564.11 | | $278.00 | |

-160 WEEK

| | [illegible] | | pay | total net pay | total hrs worked | net check | c | [illegible] | |
|---|---|---|---|---|---|---|---|---|---|
| persio | amparo | 100 RAT | | $126.00 | 24 | 101.96 | $24.04 | $24.00 | amparo |
| felix | amparo | 80 RAT | 1 | $309.60 | 60 | 260.43 | $49.17 | $49.00 | amparo |
| felix | collado | | | $279.84 | 48 | 228.14 | $51.70 | $52.00 | collado |
| johnny | cutomral | 10 PAD | | $0.00 | | | $0.00 | $0.00 | cutomral |
| hansel | deleon | | 1 | $123.60 | 24 | 101.69 | $21.91 | $22.00 | deleon |
| patricio | gonzalez | | 1 | $324.60 | 60 | 301.65 | $22.95 | $23.00 | gonzalez |
| domingo | nunez | 349 | 1 | $0.00 | | 71.88 | $0.00 | | nunez |
| angelo | pena | | 1 | $91.82 | 12 | 45.38 | $16.68 | $17.00 | pena |
| raphael | pena | | | $75.00 | 12 | 48.62 | $26.48 | $26.00 | pena |
| wellington | perez | | | $306.18 | 54 | 272.88 | $33.19 | $33.00 | perez |
| jose | suazo | | 1 | $375.00 | 60 | 304.06 | $70.94 | $71.00 | suazo |
| | | | | | | $1,734.48 | | $318.00 | |

| | tw | | pay | total net pay | total hrs worked | net check | c | tw | |
|---|---|---|---|---|---|---|---|---|---|
| adriano | alvarez | -80 RAT | 1 | $504.00 | 72 | 216 | $308.00 | $308.00 | alvarez |
| pedro | brenton | 100 RAT | | $123.60 | 24 | 97.34 | $26.26 | $26.00 | de arce |
| johnny | cutomral | 10 PAD | | $123.84 | 24 | 97.34 | $26.50 | $27.00 | cutomral |
| hansel | deleon | | 1 | $61.80 | 12 | 61.5 | $0.30 | $0.00 | deleon |
| teudis | duverge | | | $0.00 | | | $0.00 | $0.00 | duverge |
| raj | lisson | 619 | | | | 207.52 | | | lisson |
| juan | lorenzo | | 1 | $376.00 | 60 | 283.18 | $91.85 | $92.00 | lorenzo |
| angelo | pena | | | $0.00 | | | $0.00 | $0.00 | pena |
| raphael | pena | | | $200.00 | 48 | 234.64 | $65.49 | $65.00 | pena |
| miguel | rojas | | 1 | $392.95 | 72.5 | 321.95 | $71.00 | $71.00 | rojas |
| | | | | | | $1,519.84 | | $589.00 | |

PLAINTIFF'S
EXHIBIT
14

12-20-04 TO 12-26-04. [illegible]

BIEN.

SAMMY: 6 DAY: 72 (40+26) SANTANA: 5 NIGHT: 60 (40+15)
PERSIO: 1 DAY: 12. (20+7) PERSIO: 1 NIGHT: 12. (NONE)
R+S 20 (20) WELLINGTON: 1 NIGHT: 12. (7+4)

CASTLE.

ROBERTO: 5 DAY: 60. (40+15) LEO: 6 NIGHT: 72 (40+26)
PEDRO: 5 DAY: 60. (40+15) NESTOR: 4 NIGHT: 48. (40+4)
A. PENA: 4 DAY: 48 [illegible] (32+12) JOHNNY: 4 NIGHT: 48 (27+17)

SAGE.

SURED: 5 DAY: 60. (40+15) F. AMPARO: 5 NIGHT: 60 (40+15)
PATRICIO: 5 DAY: 60 (40+15) F. COLLADO: 4 NIGHT: 48 (40+4)
A. PENA: 1 DAY: 12 (8+3) WELLINGTON: 2 NIGHT: 24 (33+22)
PERSIO: 1 DAY: 12 (20+2) ANSEL. DELEON: 2 NIGHT: 24 (22)
R. PENA: 1 DAY: 12 (7+4) PEDRO: 1 NIGHT: 12. NONE
DOMINGO: 1 DAY: 12. (12)

IVY.

EDISON: 6 DAY: 72 (40) M. ROJAS: 6 NIGHT: 72½ (40+26½)
(26+18) R. PENA: 4 DAY: 48 [illegible] J. LORENZO: 3 NIGHT: 36 (NONE)
J. LORENZO: 2 DAYS 24 (40+15) BRENTON PEDRO: 2 NIGHT: 24 (13+9)
RAS (20) JOHNNY: 2 NIGHT: 24 (13+9)
DELEON ANSEL: 1 NIGHT: 12. (11)

94.95 S.T. (NONE)
WELLINGTON: 1 NIGHT

145 S.T.
BRENTON PEDRO: 4 NIGHT: 48. (27+17)

WOOSTER.
WELLINGTON: 2 NIGHT: 18. (NONE)

155.37
R. PENA: 1 NIGHT: 12. ([illegible]) (7+4)