Page 62

DAVID SAPERSTEIN

keeps in the normal course of business or was it created for the lawsuit or something else?
A  This particular record was created for the lawsuit.
Q  Is it a summary of amounts that are on the actual paystubs?
A  More information appears on the paystubs than does in this report.
Q  But it does itemize the gross and net?
A  That's correct.
Q  Then if we look at Exhibit 6. (Handing.)
 Is that a paystub for Mr. Pena or a copy?
A  It's a reproduction of a paystub generated by PC Payroll for Windows.
Q  This says it's for pay date August 3rd, 2007, period ending July 29th, '07. Do you see that?
A  Yes.
Q  Do you know if at that time Mr. Pena was being paid exclusively by check?
A  Yes.
Q  He was?

Page 63

DAVID SAPERSTEIN

A  Yes.
Q  When you were a supervisor, did you personally hand out the pay to the workers?
A  Rare occasions, but yes.
Q  When you were a supervisor, who normally did that?
A  Raj.
Q  On what types of occasions did you do that? What were the rare occasions, circumstances?
A  If Raj was sick, if Raj was on vacation or if I just happened to be going there for another reason.
Q  While you were supervisor, did the workers -- did any of the workers give a written receipt for the cash?
A  Not that I'm aware of, no.
Q  Do you know if Raj ever gotten written receipts for cash?
A  Not that I'm aware of.
Q  And how about after you took over the payroll, did workers ever provide written receipts for cash that they got?
A  Not that I'm aware of.

Page 64

DAVID SAPERSTEIN

Q  Do you know if any of the workers were ever asked to give a receipt for the cash?
A  Let me actually back up on that one. Edison Alvarez actually gave Sam some form of acknowledgment that he received cash.
Q  Aside from that, are you aware of any kind of cash or acknowledgment that workers gave or were asked to give?
A  No.
Q  When you were supervisor, did employees who worked the same number of hours in a week get the same amount of cash? For example, if there were two employees that worked, say, 72 hours, they both worked 72 hours in a given week, did they get the same amount of cash?
A  I don't know. I wasn't doing payroll at that time.
Q  What about when you started doing payroll?
A  It depended. Since their pays were based on net, it depended on how many deductions. If their nets were the same, their pay was the same.

Page 65

DAVID SAPERSTEIN

Q  As part of your job, do you look at or go through time cards, the time cards themselves?
 MS. MEYERS: Objection. When?
 MR. BERNSTEIN: At any time.
A  It doesn't really matter, no. Let me back up. I occasionally glance at them. If I'm at a location, I might just glance just to make sure they're being used.
Q  When you say to make sure they're being used, you mean that the employees --
A  Are punching in and out.
Q  Have you found times when employees are not punching in and out every time they're supposed to?
A  Occasionally. They also refused to punch in and out for lunch when we attempted to get them to do that.
Q  Okay. We'll get to that.
A  Okay.
Q  Occasionally, if I understand you correctly, there are missing punch-ins or punch-outs that you've seen?
A  Yes.

Page 66

DAVID SAPERSTEIN

Q  I should say time cards that you've seen with a missing punch-in or punch-out time?
A  Yes.
Q  When the punch-in or punch out-time is missing, how, if at all, are the employees' hours figured for that day?
A  It was up to Raj. Raj was the one that knew when they were coming and going. He was the one that determined what time they got there and what time they left.
Q  Now, you said that employees refused to punch in and out for a lunch break; am I correct?
A  Refused might have been a wrong word.
Q  Okay. They didn't do it?
A  Unable to do it might be a better choice of words.
Q  Tell me what you remember about that.
A  At some point, I had requested Raj to get the employees to punch in and out whenever they left the garage.
Q  Not just for lunch but whatever?
A  My choice of words was "whatever," but it meant lunch, and Raj understood that. And we

Page 67

DAVID SAPERSTEIN

just couldn't -- could not get them to do it. They either forgot, they didn't want to do it; for whatever reason, they did not do it.
Q  Do you recall when you --
MR. BERNSTEIN: Can you repeat the last answer and question.
(Whereupon, the requested portion was read back by the court reporter: Q, tell me what you remember about that? A, at some point I had requested Raj to get the employees to punch in and out whenever they left the garage. Q, Not just for lunch but whatever? A, My choice of words was 'whatever,' but it meant lunch, and Raj understood that. And we just couldn't -- could not get them to do it. They either forgot, they didn't want to do it; for whatever reason, they did not do it.)
BY MR. BERNSTEIN:
Q  How were workers told to punch in and out for lunch?
A  Verbally.
Q  By you or Raj?
A  By Raj.

Page 68

DAVID SAPERSTEIN

Q  Was that something you asked Raj to do?
A  Yes.
Q  When did that happen?
A  It was more than one request, and they were made sometime in the early part -- early and mid part of 2004.
Q  And what caused you to ask Raj to do that?
A  The time cards were not reflecting that they were going out, so I needed -- I needed that to happen.
Q  And how do you know that the time cards were not reflecting that?
A  Raj told me.
Q  What did he tell you about that?
A  That after the first time I had asked him to get them to punch in and out for when they left the garage, I asked him if they were doing it, he said no. After the second time I asked him to do it, I asked him again, the same question, he said no.
Q  Do you know if Raj did anything besides asking the workers to punch in and out

Page 69

DAVID SAPERSTEIN

for lunch? Did he take any other steps to see to it that they did that?
A  I don't know.
Q  Did you ask him to take any other steps besides telling the workers to punch in and out for lunch?
A  I did tell him that if they don't do it, they're going to receive reprimands for it. I don't know whether he told them that or not.
Q  Do you know if anyone was ever reprimanded for not punching in and out for lunch?
A  No official letter was written.
Q  How about unofficially?
A  It wouldn't have come from me, it would've come from Raj.
Q  So you don't know one way or the other?
A  No.
Q  Do you know if there are any time cards that show a worker punching in or out for a lunch hour?
A  I don't know.
Q  Let's look at Exhibit 9. (Handing.)

Page 98

DAVID SAPERSTEIN

1  A  I don't know.
2  Q  I think you said starting in '07, they
3  were paid through their checks for lunch hour?
4  A  Correct.
5  Q  Do you know if any of the workers were
6  told at that point that there was some amount in
7  their checks for lunch hour?
8  A  I don't know.
9  Q  Let's look at Exhibit 10. (Handing.)
10    Do you recognize those pages?
11  A  Yes.
12  Q  What are they?
13  A  They're notification -- they're
14  notification and clarifications so the employees
15  understood that they had to -- that they were
16  going to take a break at their own discretion
17  and that it would be deducted from their -- from
18  their time card.
19  Q  Is this a notice that you prepared?
20  A  Yes.
21  Q  And did you have someone translate it
22  into Spanish for the second paragraph?
23  A  Yes.
24  Q  Who made the translations for you?

Page 99

DAVID SAPERSTEIN

1  A  I think it was my ex-fiance at the
2  time. I don't remember.
3  Q  When did you prepare this?
4  A  Sometime in 2004. Late portion of
5  2004.
6  Q  What caused you to do that?
7  A  We attempted to have the employees
8  punch in and out on the time cards. But as I
9  said before, they, for whatever reason, they did
10  not do it. So this was the next best thing that
11  they understood what was going on.
12  Q  This was a substitute for their
13  punching in and out?
14  A  Yes.
15  Q  Were you present when any of these
16  were given to the employees to sign?
17  A  No.
18  Q  Do you know who did give them to the
19  employees to sign?
20  A  I gave them to Raj with the assistance
21  of Christian Cherrez, C-H-E-R-R-E-Z, who speaks
22  fluent English and Spanish, with the
23  instructions to explain the policy to those
24  signing it.

Page 100

DAVID SAPERSTEIN

1  Q  Who made the decision to give the
2  employees this type of notice?
3  A  It was my idea to give the employees
4  the notice and Sam okayed it.
5  Q  Had you been told at any time up to
6  when you prepared this notice that employees
7  were not taking meal breaks?
8  A  No.
9  Q  Did anyone ever complain to you or did
10  you learn of any complaints after this point
11  that employees were not taking meal breaks?
12  A  No.
13  Q  Did it ever come to your attention
14  that employees, for whatever reason, were
15  starting to work and working for a period of
16  time before they punched in?
17  A  I'm sorry?
18  Q  Did you ever learn that it was
19  happening, did anyone ever tell you that
20  employees were not punching in right when they
21  started working? That they were asked to wait
22  and punch in after working for some time?
23  A  That they were asked to wait?
24  Q  Or that they did wait?

Page 101

DAVID SAPERSTEIN

1  A  No.
2  Q  Neither of those?
3  A  No.
4  Q  Okay. Did anyone ever complain to you
5  that they had been sent to work at a different
6  garage from the one they were usually assigned
7  to and they were not being paid for the time at
8  the other garage?
9  A  There were isolated incidents where
10  either Raj forgot to put their hours on the
11  sheet or I did not pick it up. But for whatever
12  reason, the hours were missed. Raj would
13  receive the complaint and the hours would be
14  added in the following week.
15  Q  Do you recall any specific instances?
16  A  I don't recall specific instances, but
17  I know it happened once -- more than once with
18  Angelo Pena; and it happened, I believe, once
19  with Franklin Santana. It happened once with
20  one other employee. I just don't remember his
21  name.
22  Q  What records, if any, would show the
23  missed hours being added in at a later time?
24  A  On the following week's paystub, there