DAVID SAPERSTEIN

Q    I should say time cards that you've
seen with a missing punch-in or punch-out time?

A    Yes.

Q    When the punch-in or punch out-time is
missing, how, if at all, are the employees'
hours figured for that day?

A    It was up to Raj.  Raj was the one
that knew when they were coming and going.  He
was the one that determined what time they got
there and what time they left.

Q    Now, you said that employees refused
to punch in and out for a lunch break; am I
correct?

A    Refused might have been a wrong word.

Q    Okay.  They didn't do it?

A    Unable to do it might be a better
choice of words.

Q    Tell me what you remember about that.

A    At some point, I had requested Raj to
get the employees to punch in and out whenever
they left the garage.

Q    Not just for lunch but whatever?

A    My choice of words was "whatever," but
it meant lunch, and Raj understood that.  And we

TSG Reporting - Worldwide    877-702-9580

1                    DAVID SAPERSTEIN

2    just couldn't -- could not get them to do it.

3    They either forgot, they didn't want to do it;

4    for whatever reason, they did not do it.

5         Q      Do you recall when you --

6              MR. BERNSTEIN:  Can you repeat the

7    last answer and question.

8              (Whereupon, the requested portion was

9    read back by the court reporter:  Q, tell me

10   what you remember about that?  A, at some

11   point I had requested Raj to get the

12   employees to punch in and out whenever they

13   left the garage.  Q, Not just for lunch but

14   whatever?  A, My choice of words was

15   'whatever,' but it meant lunch, and Raj

16   understood that.  And we just couldn't --

17   could not get them to do it.  They either

18   forgot, they didn't want to do it; for

19   whatever reason, they did not do it.)

20   BY MR. BERNSTEIN:

21        Q      How were workers told to punch in and

22   out for lunch?

23        A      Verbally.

24        Q      By you or Raj?

25        A      By Raj.

1                        DAVID SAPERSTEIN

2         Q      Was that something you asked Raj to

3    do?

4         A      Yes.

5         Q      When did that happen?

6         A      It was more than one request, and they

7    were made sometime in the early part -- early

8    and mid part of 2004.

9         Q      And what caused you to ask Raj to do

10   that?

11        A      The time cards were not reflecting

12   that they were going out, so I needed -- I

13   needed that to happen.

14        Q      And how do you know that the time

15   cards were not reflecting that?

16        A      Raj told me.

17        Q      What did he tell you about that?

18        A      That after the first time I had asked

19   him to get them to punch in and out for when

20   they left the garage, I asked him if they were

21   doing it, he said no.  After the second time I

22   asked him to do it, I asked him again, the same

23   question, he said no.

24        Q      Do you know if Raj did anything

25   besides asking the workers to punch in and out