Page 14

```
1           Kissoon
2   you were responsible for six different
3   facilities?
4       A.  Yes.
5       Q.  What I am asking is, are there or
6   have there been other facilities that you
7   became responsible for besides those six; was
8   there a time when you were no longer
9   responsible for one of the six?
10      A.  It is not changing.
11      Q.  So today you are responsible for
12  the same six facilities?
13      A.  Yes.
14      Q.  Has there ever been a time when
15  you were responsible for some other facility
16  besides the ones, the six that you have
17  mentioned?
18      A.  No.
19      Q.  Since you began working for SP
20  Payroll have you worked for any other
21  companies as well?
22      A.  No.
23      Q.  In your job currently do you still
24  spend half an hour to 45 minutes at each of
25  these six facilities?
```
TSG Reporting - Worldwide    877-702-9580

Page 15

```
1           Kissoon
2       A.  Same.
3       Q.  Has that been the same for the
4   whole time that you have worked for SP
5   Payroll?
6       A.  Yes.
7       Q.  When you are not spending time at
8   a garage or in transit what are your job
9   activities, for example do you work in the
10  office?
11      A.  No, I don't work in the office, I
12  work in the garages and I have a private
13  office on the side and I do inventory.
14      Q.  Where is that office located?
15      A.  It is -- all six garages have a
16  section that you sit down and I go over the
17  monthly list.
18      Q.  What type of lists are those?
19      A.  Monthly cards, parking.
20      Q.  It is a list of monthly parkers?
21      A.  Yes, I keep a past due list, make
22  sure everything is okay.
23      Q.  What do you do to make sure that
24  the workers are on time?
25      A.  I have them punch in, time card.
```
TSG Reporting - Worldwide    877-702-9580

Page 16

```
1           Kissoon
2       Q.  Has that been the same process
3   since you started working for SP Payroll?
4       A.  Same process.
5       Q.  Is there a time clock at each
6   garage that the men punch in and out?
7       A.  Yes.
8       Q.  What do you do to make sure that
9   they are doing that?
10      A.  I have a view of it every day when
11  I go there, I look at the time card.
12      Q.  You look at the time cards for the
13  workers who are there when you are at the
14  garage?
15      A.  Yes.
16      Q.  Where are the time cards kept in
17  different garages?
18      A.  In different places.
19      Q.  Is there an office?
20      A.  Yes, it is in the office.
21      Q.  Each garage has an office?
22      A.  Each garage has an office.
23      Q.  Is that the same office where you
24  go over the monthly lists?
25      A.  Yes.
```
TSG Reporting - Worldwide    877-702-9580

Page 17

```
1           Kissoon
2       Q.  What kind of work do you do in
3   terms of scheduling, I think you mentioned
4   scheduling is one of your responsibilities?
5       A.  Yes, from when I hire the guys, I
6   put them on the schedule, what time to come to
7   work.
8       Q.  Does each garage have a written
9   schedule?
10      A.  Yes.
11      Q.  Are the facilities that you
12  mentioned open 24 hours a day or something
13  else?
14      A.  24 hours a day.
15      Q.  Each of them is?
16      A.  Yes.
17      Q.  What type of shifts are there?
18      A.  Eight hour shifts and ten hour
19  shifts.
20      Q.  Eight and ten?
21      A.  Yes.
22      Q.  Can you tell me which facilities
23  have which type of shifts?
24      A.  Bienvenido has a 6 to 2. 2 to 10,
25  10 to 6.
```
TSG Reporting - Worldwide    877-702-9580

Page 18

Kissoon

Q. So that is three eight-hour shifts?
A. Yes.
Q. How about castle?
A. Castle has 6 to 4, 4 to 12, and 12 to 10.
Q. So is there an overlap in the shifts or -- so 6 a.m. to 4 p.m.?
A. Yes. 4 p.m. to midnight and midnight to 10 a.m.
Q. So there is an overlap with the 6 a.m. and the midnight?
A. Yes.
Q. How about Sage?
A. Sage, same thing like Castle. 6 to 4, 4 to midnight, and midnight to 10.
Q. What about Ivy?
A. The same.
Q. And 145th Street?
A. Same.
Q. 155th?
A. The same.
Q. So Bienvenido is the only one that is different?

TSG Reporting - Worldwide    877-702-9580

Page 19

Kissoon

A. Yes. It is a one -- 6 to 2, 2 to 10 and 10 to 6.
Q. The schedules that you are describing are the current schedules?
A. Yes.
Q. Have the schedules changed since you started working for SP Payroll?
A. No, it has not changed.
Q. Always been the same since you started?
A. Maybe adjustment a little bit.
Q. Can you tell me more specifically how it changed?
A. It changed like if the garage is busy, I need an extra man, I would take a man from one garage and put him in the next garage.
Q. How would you find out if you needed to do that, with a garage needed extra help?
A. If I am at the location at the morning and I see by the tickets, they have a special event in the neighborhood.
Q. Okay. When you sent one or

TSG Reporting - Worldwide    877-702-9580

Page 20

Kissoon

another worker from a garage to a different garage for an adjustment like you mentioned, did the person punch in and out at the place that they were sent to?
A. No.
Q. What are your responsibilities in terms of picking up reports; I think that is one of the things that you mentioned, so tell me what that involves?
A. Picking up the reports, like the shift reports in the day. The day report.
Q. What information is in the shift reports?
A. The total tickets in the day and the cash and the checks.
Q. You pick up checks and cash also?
A. Yes.
Q. You bring them back to --
A. To the office, 1832 Second Avenue.
Q. Has that process changed since you started working at SP Payroll?
A. No.
Q. Always been the same?
A. Always been the same.

TSG Reporting - Worldwide    877-702-9580

Page 21

Kissoon

Q. While you have worked for SP Payroll has anyone else been involved in hiring and firing employees?
A. Can you repeat the question.
Q. Since you started working for SP Payroll are there other supervisors for that company besides yourself?
A. Yes, David Saperstein.
Q. How about supervisors with the same type of responsibilities that you have, people going to the garages and so forth?
A. We had assistants.
Q. You had an assistant?
A. Yes.
Q. When was that?
A. About two years ago.
Q. What was his name?
A. Pablo Oleas.
Q. Pablo was your assistant for a period of time?
A. Yes.
Q. What kind of work did he do?
A. Typically the same thing that I do.

TSG Reporting - Worldwide    877-702-9580

Page 22

```
 1                  Kissoon
 2       Q.  Do you know when Pablo stopped
 3   working for SP Payroll?
 4       A.  He didn't stop, he is still there.
 5       Q.  Still there?
 6       A.  Still working.
 7       Q.  Is Pablo the only supervisor --
 8   sorry, assistant that you had since you
 9   started working for SP Payroll?
10       A.  The same.
11       Q.  Has there been any other
12   supervisors besides yourself?
13       A.  No.
14       Q.  Do you know if there is a written
15   description for the job that you have?
16       A.  Can you explain that?
17       Q.  Is there a document, something in
18   writing that describes what your
19   responsibilities are supposed to be?
20       A.  Yes.
21       Q.  When did you first see that?
22       A.  I can't remember, but it is a long
23   time.
24       Q.  Do you have access to a copy of
25   that today, now?
```
TSG Reporting - Worldwide    877-702-9580

Page 23

```
 1                  Kissoon
 2       A.  Yes.
 3       Q.  Where is it kept?
 4       A.  It is kept in the office.
 5       Q.  At 1832?
 6       A.  1832.
 7       Q.  The time cards that you mentioned,
 8   are they always kept at the garages, are they
 9   ever brought to the office for example?
10       A.  No, they are kept at the garages.
11       Q.  Are there any reports that you
12   prepare -- let me back up a minute.
13           Who perhaps the reports that you
14   told me about a few minutes ago that list the
15   cash and checks and so forth?
16       A.  Who kept it?
17       Q.  Who prepared those reports?
18       A.  I prepare it.
19       Q.  Do you do that at each garage?
20       A.  No, I go to the 1832 Second
21   Avenue.
22       Q.  How do you do that?
23       A.  I randomly -- I do it by garages.
24   On a chart I write it down, the total payments
25   come in and I give it to Sam.
```
TSG Reporting - Worldwide    877-702-9580

Page 24

```
 1                  Kissoon
 2       Q.  Are there papers that you have to
 3   take with you from the garage in order to do
 4   that in the office?
 5       A.  No.
 6       Q.  How do you know what to write
 7   down?
 8       A.  How do I know what to write down.
 9       Q.  Yes. How do you know what the
10   amount is that you need to write?
11       A.  Because it is on the report, on a
12   print out from the computer.
13       Q.  Does that print out get created in
14   the garage?
15       A.  Yes.
16       Q.  Who does that?
17       A.  The man on duty. The manager.
18       Q.  Besides that report that you
19   create in the office with the receipts, are
20   there other types of reports that you prepare?
21       A.  No.
22       Q.  When you started -- well, let me
23   back up a minute. Do you know if the garages
24   that you have mentioned are licensed by New
25   York City?
```
TSG Reporting - Worldwide    877-702-9580

Page 25

```
 1                  Kissoon
 2       A.  Yes.
 3       Q.  How do you know that?
 4       A.  We have the license posted up in
 5   the garages, each garage.
 6       Q.  Are there any records that would
 7   show how many cars are in the garage at any
 8   particular time?
 9       A.  Yes.
10       Q.  How would I find that out or how
11   would you find that out?
12       A.  We have a monthly list that show
13   each cars in the garages.
14       Q.  Would that show me how many cars
15   are in the garage let's say at 2 p.m. on a
16   particular day?
17       A.  Yes.
18       Q.  How does that list get created?
19       A.  By the man on the shift.
20       Q.  What is that list called, does
21   that have a name?
22       A.  It is a monthly inventory list.
23       Q.  It goes by day or time?
24       A.  By day.
25       Q.  Not by time of day?
```
TSG Reporting - Worldwide    877-702-9580

Page 26

```
1           Kissoon
2      A.  The day and time.
3      Q.  Where are those lists kept?
4      A.  In the garage.
5      Q.  Do you know what the manager does
6   in order to create that list, do you know how
7   he does that?
8      A.  Yes, he walks around the garage,
9   it is not only the manager, the other workers
10  do it.
11     Q.  Is there a list for each day or
12  shift or something else?
13     A.  It is a list.
14     Q.  It goes by day?
15     A.  By day.
16     Q.  Do you have any responsibilities
17  in regards to paying the workers?
18     A.  No.
19     Q.  No?
20     A.  Excuse me.
21     Q.  Are you involved in paying the
22  workers their pay, are you involved in that?
23     A.  Yes, I handle the checks.
24     Q.  And is that on a weekly basis?
25     A.  Weekly.
```

Page 27

```
1           Kissoon
2      Q.  Is that on a set day of the week
3   that you do that for each garage, does it
4   vary, something else?
5      A.  It could be like on a Wednesday or
6   Thursday.
7      Q.  Where do you get the checks from?
8      A.  From David.
9      Q.  When you get the checks are they
10  in envelopes?
11     A.  Yes.
12     Q.  Is there cash in the envelopes
13  also?
14         MS. MEYERS:  Objection.  When?
15     Q.  I am talking now, currently,
16  today?
17     A.  Some of them.
18     Q.  Which ones have cash in them?
19     A.  Some of the employees have cash
20  inside.
21     Q.  Who decides whether there is going
22  to be cash for one employee or another?
23     A.  David.
24     Q.  Are you involved in that process
25  at all?
```

Page 28

```
1           Kissoon
2      A.  No.
3      Q.  When you started working for SP
4   Payroll were you involved in giving the
5   workers their paychecks?
6      A.  Repeat that again.
7      Q.  Yes.  When you started working for
8   SP Payroll was it part of your job to give the
9   workers their paychecks?
10     A.  It was not part of my job.  It was
11  given to me to give out to the employees.
12     Q.  That was something that you did as
13  part of your work?
14     A.  Yes.
15     Q.  At that time were any of the
16  workers also given cash along with their
17  paychecks; I am talking about when you
18  started?
19     A.  I can't remember.
20     Q.  Was David there when you started,
21  did he also work for SP Payroll?
22     A.  Yes.
23     Q.  When you started working for SP
24  Payroll did you have any discussion with David
25  about whether any workers were supposed to be
```

Page 29

```
1           Kissoon
2   getting cash?
3      A.  No.
4      Q.  Did you ever discuss that with Sam
5   Podolak?
6      A.  No.
7      Q.  Do you remember -- let me make
8   sure I understand.
9          As of today some workers get cash
10  along with their paychecks; is that right,
11  that is the system now, do I understand that
12  correctly, tell me if I am wrong; do you
13  understand my question?
14     A.  No, I don't understand.
15     Q.  Currently the system is that some
16  workers get cash along with their paychecks;
17  is that correct?
18     A.  Yes.
19     Q.  Again correct me if I am wrong,
20  you don't remember if any workers were getting
21  cash when you started working at SP Payroll?
22     A.  I do remember that they took cash.
23     Q.  Some employees got cash when I
24  started?
25     A.  Most all of them.
```

TSG Reporting - Worldwide    877-702-9580