1                    Kissoon

2      Q.    When you started most all of them
3  got cash along with their paychecks?
4      A.    Yes.
5      Q.    Now today some workers get cash
6  and some don't?
7      A.    Mostly all of them get cash along
8  with the check.
9      Q.    Has that been true for all of the
10 time that you worked for SP Payroll, that some
11 workers get cash along with their paychecks?
12     A.    Yes.
13     Q.    Again correct me if I am wrong,
14 you are not involved in deciding -- if I
15 understand you correctly, you are not involved
16 in deciding what amount of cash any particular
17 worker is supposed to get?
18     A.    I am not involved.
19     Q.    Do you know who makes that
20 decision?
21     A.    David.
22     Q.    Did David ever tell you how he
23 makes that decision?
24     A.    No.  I don't remember.
25     Q.    He didn't?

1                          Kissoon
2        A.    Maybe he did tell me, but I don't
3   remember.
4        Q.    He might have you?
5        A.    Yes, but I don't remember what he
6   said.  I don't know.
7        Q.    You don't remember?
8        A.    No.
9        Q.    Do you recall if you have
10  discussed that with David on one occasion or
11  more than one occasion?
12       A.    He might have told me, but I don't
13  remember discussing it.
14       Q.    How about discussing it with Sam
15  Podolak?
16       A.    I didn't discuss it with Sam
17  Podolak.
18       Q.    Do you know Miguel Alcantara?
19       A.    Yes.
20       Q.    Does he or did he work at one of
21  the garages that you handle?
22       A.    He did.
23       Q.    Which one was that?
24       A.    Two location, 145th and 155th.
25       Q.    Does he still work there?

```
                                                              Page 65
 1                      DAVID SAPERSTEIN
 2         Q     As part of your job, do you look at or
 3   go through time cards, the time cards
 4   themselves?
 5               MS. MEYERS:  Objection.  When?
 6               MR. BERNSTEIN:  At any time.
 7         A     It doesn't really matter, no.  Let me
 8   back up.  I occasionally glance at them.  If I'm
 9   at a location, I might just glance just to make
10   sure they're being used.
11         Q     When you say to make sure they're
12   being used, you mean that the employees --
13         A     Are punching in and out.
14         Q     Have you found times when employees
15   are not punching in and out every time they're
16   supposed to?
17         A     Occasionally.  They also refused to
18   punch in and out for lunch when we attempted to
19   get them to do that.
20         Q     Okay.  We'll get to that.
21         A     Okay.
22         Q     Occasionally, if I understand you
23   correctly, there are missing punch-ins or
24   punch-outs that you've seen?
25         A     Yes.
```

Page 66

1           DAVID SAPERSTEIN
2     Q    I should say time cards that you've
3  seen with a missing punch-in or punch-out time?
4     A    Yes.
5     Q    When the punch-in or punch out-time is
6  missing, how, if at all, are the employees'
7  hours figured for that day?
8     A    It was up to Raj.  Raj was the one
9  that knew when they were coming and going.  He
10 was the one that determined what time they got
11 there and what time they left.
12    Q    Now, you said that employees refused
13 to punch in and out for a lunch break; am I
14 correct?
15    A    Refused might have been a wrong word.
16    Q    Okay.  They didn't do it?
17    A    Unable to do it might be a better
18 choice of words.
19    Q    Tell me what you remember about that.
20    A    At some point, I had requested Raj to
21 get the employees to punch in and out whenever
22 they left the garage.
23    Q    Not just for lunch but whatever?
24    A    My choice of words was "whatever," but
25 it meant lunch, and Raj understood that.  And we