```
10-4-04                              BWAY.                           (40+26)
to                Sammy = 6 day = 72 (40+26)  Wellington = 4 night = 48
10-10-04          Persico = 1 day = 12 (11)   Santana = 2 night = 24 (16+8)
9am               RAJ            (20)          Luna = 1 night = 12  (7+4)


                                    SAGE                            (40+26)
                  Persico = 3 day = 36         Feliz = 6 night = 72
                  Patricio = 4 day = 48 (40+4) Santana = 3 night = 36 (24+12)
size day          Suaso = 2 day = 64 (33+16 other) Luna = 4 night = 48 (40+12)
+2 other          P. Peña = 4 day = 48          Suaso = 1 night = 12 (None)
Suaso             Domingo = 1 day = 12 (12)
(Gross 52 Hours)


                                   CASTLE
                  Roberto = 5 day = 60 (40+15)  Lara = 6 night = 72 (40+26)
                  Pedro = 5 day = 54 (40+9)     Nestor = 5 night = 60 (40+15)
                  Ramon = 4 day = 48 (40+4)     Johnny = 3 night = 36
                                                         (21+12)


                                    I.V.
                                       Roy's
                  Edison = 6 day = 64 (40)   Miguel = 6 night = 72 (40+26)
                  R. Peña = 4 day = 54 (33+17) Jesus = 3 night = 36 (33)
                  Lorenzo = 2 day = 24 (40+15) Lorenzo = 3 night = 36 (None)
                  RAJ              (20)       Johnny = 1 night = 12 (7+4)
                                              Luna = 1 night = 12 (7+4)

                                  155 ST.
                  R. Peña = 1 day = 12 (7+4)  Johnny = 2 nights = 18
                                                                  (12+4)

                                 9495 + Wooster
                  Wellington = 1 night = 12  +12
```

10-11-04
TO
10-17-04

### BIEN

SAMMY = 6 DAY = 72 (40+26)   WELLINGTON = 4 NIGHT = 48 (40+26)
PERSIO = 1 DAY = 12 (10+1)   SANTANA = 2 NIGHT = 24 (16+6)
R.K. (20)                    LUNA = 1 NIGHT = 12 (7+4)

### SAGE

PERSIO = 3 DAY = 36 (30+3)   FELIX = 5 NIGHT = 60 (40+15)
PATRICIO = 4 DAY = 48 (40+4) SANTANA = 3 NIGHT = 36 (24+9)
ANGELO = 4 DAY = 48 (40+4)   JOHNNY = 3 NIGHT = 36 (20+13)
SUACO = 2 DAY = 24 (40+15)   SUACO = 3 NIGHT = 36  NONE
DOMINGO = 1 DAY = 12 (10)

### CASTLE

ROBERTO = 5 DAY = 60         LARA = 6 NIGHT = 72 (40+26)
PEDRO = 4 DAY = 48           NESTOR = 5 NIGHT = 60 (40+15)
RAMON = 5 DAY = 60           JOHNNY = 3 NIGHT = 36 (24+9)
                                                   (20+13)

### IVY

EDISON = 6 DAY = 70 (40)     MIGUEL = 6 NIGHT = 72 (40+26)
LORENZO = 2 DAY = 24 (40+15) LUNA = 5 NIGHT = (53+20)
R.PENA = 4 DAY = 48 (32+14)  LORENZO = 3 NIGHT = 36  NONE
NAT (20)

                        155. 5-7
R.PENA = 1 DAY = 12 (8+3)

                        9+96.
WELLINGTON = 1 NIGHT = 12

                        WANTED.
WELLINGTON = 1 NIGHT = 12

01-18-04
01-20-04
01-24-04

Brief

Sammy = 6 Day = 72 (40+46) Cunya = 5 Nights = 60 (33+26)
Pensio = 1 Day = 12. (8+3) Tommy = 2 Nights = 24 (bills)
(Al)                                                      (16+6)

Save

Pancho = 4 Day = 48 (40+4) Felix = 5 Nights = 60 (40+15)
Pesico = 3 Day = 36 (32+1) Sandman = 5 Nights = 60 (40+15)
Susko = 3 Day = 36 (33)   Melendez = (40+15 plus Bother) 1 Sick Day
Aniello = 3 Day = 36 (33) Pesico = 3 Nights = 36
Peter = 4 Day = 48 (40+4) Tommy = 3 Nights = 36 (24+9)
Domingo = 1 Day = 12 (12)  Cunya = 1 Night = 12 (none)

Castle

Robinso = 5 Day = 60 (40+15) Lalo = 6 Nights = 72.
Patricy = 5 Day = 60 (40+14) Yestor = 4 Nights = 48 (40+9)
Joseph = 5 Day = 58 (40)    Tommy = 3 Nights = 36 (24+9)
                            Cunya Laporte = 12. (7+4)

E.V.G.

M. Rojas = 6 Nights = 72 (40+26)
Lorenzo = 3 Day = 36 (40+16) Dimedo Tavas = 5 Nights = 60 (40+17)
R.Pena = 4 Day = 48 (32+17) Lorenzo = 3 Nights = 36 (no)
RAT                           (AO)
                            Iss, 55

FROM :
10-25-04
to
10-31-04
Roj.02
Case 1:07-cv-07013-RJH   Document 47-49   Filed 08/14/2008   Page 4 of 15
FAX NO. :                                 Nov. 01 2004 05:57AM P1

### Baez

Sammy = 6 day = 72 (40+26)   Luna = 5 night = 60 (40+1.
Persio = 1 day = 12 NONE    Persio = 2 night = 24 (20+3
RAJ                          (30)

### Sage

Suaso = 5 day = 60           Felix = 5 night = 60 (40+15)
Patricio = 4 day = 48 (40+4) Santana = 5 night = 60 (40+15)
Angelo = 3 day = 36 (30+3)   Wellington = 4 night = 48
Persio = 1 day = 12 (10+1)                   (40+26)
Domingo = 1 day = 12 (10)

### Castle

Roberto = 5 day = 60 (40+15) Lara = 6 night = 72 (40+26)
Pedro = 5 day = 54 (40+9)    Mestoi = 5 night = 60 (40+15)
Ramon = 4 day = 48 (40+4)    Johnny = 3 night = 36 (26+7)

### Ivy

Edison = 6 day = 70 (40)     M. Rojas = 6 night = 72 (40+26
F. Pena = 4 day = 48 (40+4)  Feudis = 5 night = 60 (40+1.
Lorenzo = 2 day = 24 (40+15) Lorenzo = 3 night = 36 NONE
RAJ           (10)

### 155 ST

Angelo = 1 day = 12 (10+1)   Johnny = 2 day = 20 (14+4

### 94-95 ST.

Wellington = 1 night = 12

### Wooster S-T

Wellington = 1 night = 12

**Earnings Statement** ADP

SP PAYROLL INC.

Period Ending: 10/03/2004
Pay Date: 10/09/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

EDISON ALVAREZ
47-10 LAUREL HILL RD
4L
WOODSIDE, NY 11377

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.4000 | 40.00 | 216.00 | 7,257.60 |
| Other | | | | 16.20 |
| Previous Reg | | | | 216.00 |
| **Gross Pay** | | | **$216.00** | 7,619.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.54 | 353.90 |
| | Social Security Tax | -13.39 | 472.40 |
| | Medicare Tax | -3.13 | 110.48 |
| | NY State Income Tax | -2.51 | 83.24 |
| | New York Cit Income Tax | -1.91 | 63.88 |
| | NY SUI/SDI Tax | -0.60 | 20.99 |
| **Net Pay** | | **$183.92** | |

Your federal taxable wages this period are $216.00

©2001 Automatic Data Processing, Inc.
▽ TEAR HERE
© 1999 ADP, Inc.

Earnings Statement ADP

SP PAYROLL INC.

**Earnings Statement** ADP

Period Ending: 10/10/2004
Pay Date: 10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   State: 1
   Local: 1

Social Security Number: 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

EDISON ALVAREZ
47-10 LAUREL HILL RD
4L
WOODSIDE, NY 11377

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.4000 | 40.00 | 216.00 | 7,473.60 |
| Other | | | | 16.20 |
| Previous Reg | | | | 216.00 |
| **Gross Pay** | | | **$216.00** | 7,835.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.54 | 364.44 |
| | Social Security Tax | -13.39 | 485.79 |
| | Medicare Tax | -3.13 | 113.61 |
| | NY State Income Tax | -2.51 | 85.75 |
| | New York Cit Income Tax | -1.91 | 65.79 |
| | NY SUI/SDI Tax | -0.60 | 21.59 |
| **Net Pay** | | **$183.92** | |

Your federal taxable wages this period are $216.00

©2001 Automatic Data Processing, Inc.

◁ TEAR HERE

P 00318

AJ- 000085 100600   0000003375 1

**Earnings Statement**  ADP

SP PAYROLL INC.

Period Ending: 10/17/2004
Pay Date: 10/23/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  State: 1
  Local: 1

EDISON ALVAREZ
47-10 LAUREL HILL RD
4L
WOODSIDE, NY 11377

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.4000 | 40.00 | 216.00 | 7,689.60 |
| Other | | | | 16.20 |
| Previous Reg | | | | 216.00 |
| **Gross Pay** | | | **$216.00** | 8,051.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.54 | 374.98 |
| | Social Security Tax | -13.40 | 499.19 |
| | Medicare Tax | -3.14 | 116.75 |
| | NY State Income Tax | -2.51 | 88.26 |
| | New York Cit Income Tax | -1.91 | 67.70 |
| | NY SUI/SDI Tax | -0.60 | 22.19 |
| **Net Pay** | | | **$183.90** |

Your federal taxable wages this period are $216.00

Total 265 CASH

P 00319

**SP PAYROLL INC.**

**Earnings Statement** ADP

Period Ending: 10/24/2004
Pay Date: 10/30/2004

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 State: 1
 Local: 1

EDISON ALVAREZ
47-10 LAUREL HILL RD
4L
WOODSIDE, NY 11377

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.4000 | 40.00 | 216.00 | 7,905.60 |
| Other | | | | 16.20 |
| Previous Reg | | | | 216.00 |
| Gross Pay | | | $216.00 | 8,267.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.54 | 385.52 |
| | Social Security Tax | -13.39 | 512.58 |
| | Medicare Tax | -3.13 | 119.88 |
| | NY State Income Tax | -2.51 | 90.77 |
| | New York Cit Income Tax | -1.91 | 69.61 |
| | NY SUI/SDI Tax | -0.60 | 22.79 |
| Net Pay | | $183.92 | |

Your federal taxable wages this period are $216.00

P 00320

SP PAYROLL INC.

**Earnings Statement** ADP

Period Ending: 10/31/2004
Pay Date: 11/06/2004

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 State: 1
 Local: 1

Social Security Number: 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

EDISON ALVAREZ
47-10 LAUREL HILL RD
4L
WOODSIDE, NY 11377

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.4000 | 40.00 | 216.00 | 8,121.60 |
| Other | | | | 16.20 |
| Previous Reg | | | | 216.00 |
| **Gross Pay** | | | **$216.00** | 8,483.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.54 | 396.06 |
| | Social Security Tax | -13.39 | 525.97 |
| | Medicare Tax | -3.13 | 123.01 |
| | NY State Income Tax | -2.51 | 93.28 |
| | New York Cit Income Tax | -1.91 | 71.52 |
| | NY SUI/SDI Tax | -0.60 | 23.39 |
| **Net Pay** | | **$183.92** | |

Your federal taxable wages this period are $216.00

©2001 Automatic Data Processing, Inc.

▽ TEAR HERE

P 00321

SP PAYROLL INC.

**Earnings Statement**

Period Ending: 10/03/2004
Pay Date: 10/09/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

Social Security Number: 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

LUIS R. LUNA
1832 2ND AVE
NEW YORK NY 10128

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| V | 5.1500 | 40.00 | 206.00 | |
| Regular | | | | 8,409.95 |
| Overtime | | | | 4,890.11 |
| Other | | | | 51.50 |
| **Gross Pay** | | | **$206.00** | 13,557.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -12.77 | 840.57 |
| | Medicare Tax | -2.98 | 196.58 |
| | Federal Income Tax | | 708.61 |
| | NY State Income Tax | | 258.43 |
| | New York Cit Income Tax | | 170.16 |
| | NY SUI/SDI Tax | | 24.60 |
| **Net Pay** | | | **$190.25** |

Your federal taxable wages this period are $206.00

P 00452

**SP PAYROLL INC.**

**Earnings Statement** ADP

Period Ending: 10/03/2004
Pay Date: 10/09/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

Social Security Number: 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

LUIS R. LUNA
1832 2ND AVE
NEW YORK NY 10128

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| V Regular | 5.1500 | 40.00 | 206.00 | 8,409.95 |
| Overtime | | | | 4,890.11 |
| Other | | | | 51.50 |
| Gross Pay | | | $206.00 | 13,763.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -12.77 | 853.34 |
| | Medicare Tax | -2.99 | 199.57 |
| | Federal Income Tax | | 708.61 |
| | NY State Income Tax | | 258.43 |
| | New York Cit Income Tax | | 170.16 |
| | NY SUI/SDI Tax | | 24.60 |
| Net Pay | | $190.24 | |

Your federal taxable wages this period are $206.00

P 00453

AJ- 000092 100600    0000003342  1

SP PAYROLL INC.

**Earnings Statement** ADP

Period Ending: 10/10/2004
Pay Date: 10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 2
　State: 2
　Local: 2

LUIS R. LUNA
1832 2ND AVE
NEW YORK NY 10128

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,615.95 |
| Overtime | 7.7250 | 26.00 | 200.85 | 5,090.96 |
| Other | | | | 51.50 |
| Gross Pay | | | $406.85 | 14,170.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.72 | 737.33 |
| | Social Security Tax | -25.23 | 878.57 |
| | Medicare Tax | -5.90 | 205.47 |
| | NY State Income Tax | -9.94 | 268.37 |
| | New York Cit Income Tax | -6.54 | 176.70 |
| | NY SUI/SDI Tax | -0.60 | 25.20 |
| Net Pay | | $329.92 | |

Your federal taxable wages this period are $406.85

©2001 Automatic Data Processing, Inc.

◁ TEAR HERE

P 00454

SP PAYROLL INC.

# Earnings Statement

Period Ending: 10/17/2004
Pay Date: 10/23/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

LUIS R. LUNA
1832 2ND AVE
NEW YORK NY 10128

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,821.95 |
| Overtime | 7.7250 | 26.00 | 200.85 | 5,291.81 |
| Other | | | | 51.50 |
| **Gross Pay** | | | **$406.85** | 14,577.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.72 | 766.05 |
| | Social Security Tax | -25.22 | 903.79 |
| | Medicare Tax | -5.90 | 211.37 |
| | NY State Income Tax | -9.95 | 278.32 |
| | New York Cit Income Tax | -6.55 | 183.25 |
| | NY SUI/SDI Tax | -0.60 | 25.80 |
| **Net Pay** | | **$329.91** | |

Your federal taxable wages this period are $406.85

P 00455

```
AJ-   000092 100300        0000003396  1
```

SP PAYROLL INC.

**Earnings Statement** ADP

Period Ending: 10/24/2004
Pay Date: 10/30/2004

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 State: 2
 Local: 2

LUIS R. LUNA
1832 2ND AVE
NEW YORK NY 10128

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 9,027.95 |
| Overtime | 7.7250 | 26.00 | 200.85 | 5,492.66 |
| Other | | | | 51.50 |
| **Gross Pay** | | | **$406.85** | 14,984.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.72 | 794.77 |
| | Social Security Tax | -25.22 | 929.01 |
| | Medicare Tax | -5.90 | 217.27 |
| | NY State Income Tax | -9.95 | 288.27 |
| | New York Cit Income Tax | -6.55 | 189.80 |
| | NY SUI/SDI Tax | -0.60 | 26.40 |
| **Net Pay** | | **$329.91** | |

Your federal taxable wages this period are $406.85

P 00456

AJ- 000092 100300   0000003432  1

**Earnings Statement** ADP

SP PAYROLL INC.

Period Ending: 10/31/2004
Pay Date: 11/06/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

LUIS R. LUNA
1832 2ND AVE
NEW YORK NY 10128

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 9,233.95 |
| Overtime | 7.7250 | 15.00 | 115.88 | 5,608.54 |
| Other | | | | 51.50 |
| **Gross Pay** | | | **$321.88** | 15,305.99 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.98 | 810.75 |
| | Social Security Tax | -19.96 | 948.97 |
| | Medicare Tax | -4.67 | 221.94 |
| | NY State Income Tax | -5.97 | 294.24 |
| | New York Cit Income Tax | -3.91 | 193.71 |
| | NY SUI/SDI Tax | -0.60 | 27.00 |
| **Net Pay** | | **$270.79** | |

Your federal taxable wages this period are $321.88

P 00457