AJ - 000095 T00600    0000003268    1

SP PAYROLL INC.

**Earnings Statement**    ADP

Period Ending:    09/26/2004
Pay Date:    10/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 1

ANGELO PENA
4 W 108 ST APT21
NY, NY 10025

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 7,313.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 3,808.68 |
| Gross Pay | | | $321.88 | 11,121.68 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -24.92 | 836.84 |
| | Social Security Tax | -19.95 | 689.54 |
| | Medicare Tax | -4.66 | 161.26 |
| | NY State Income Tax | -6.81 | 229.11 |
| | New York Cit Income Tax | -4.50 | 151.07 |
| | NY SUI/SDI Tax | -0.60 | 21.57 |
| | Net Pay | $260.44 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

◁ TEAR HERE

P 00506

AJ- 000095 100600    0000003305  1

**Earnings Statement**

*SP PAYROLL INC.*

| | |
|---|---|
| Period Ending: | 10/03/2004 |
| Pay Date: | 10/09/2004 |

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 State:   1
 Local:   1

**ANGELO PENA**
**4 W 108 ST APT21**
**NY, NY 10025**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,519.00 |
| Overtime | 7.7250 | 4.00 | 30.90 | 3,839.58 |
| Gross Pay | | | $236.90 | 11,358.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -12.63 | 849.47 |
| | Social Security Tax | -14.69 | 704.23 |
| | Medicare Tax | -3.44 | 164.70 |
| | NY State Income Tax | -3.34 | 232.45 |
| | New York Cit Income Tax | -2.31 | 153.38 |
| | NY SUI/SDI Tax | -0.60 | 22.17 |
| | Net Pay | $199.89 | |

Your federal taxable wages this period are $236.90

©2001 Automatic Data Processing, Inc.

© 1991 ADP, Inc.

◁ TEAR HERE

AJ -  000095 100600         0000003343   1

SP PAYROLL INC.

## Earnings Statement

**ADP**

Period Ending:     10/10/2004
Pay Date:          10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   State:   1
   Local:   1

Social Security Number: 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

ANGELO PENA
4 W 108 ST APT21
NY, NY 10025

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,725.00 |
| Overtime | 7.7250 | 4.00 | 30.90 | 3,870.48 |
| Gross Pay | | | $236.90 | 11,595.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -12.63 | 862.10 |
| | Social Security Tax | -14.69 | 718.92 |
| | Medicare Tax | -3.43 | 168.13 |
| | NY State Income Tax | -3.34 | 235.79 |
| | New York Cit Income Tax | -2.31 | 155.69 |
| | NY SUI/SDI Tax | -0.60 | 22.77 |
| | Net Pay | $199.90 | |

Your federal taxable wages this period are $236.90



©2003 Automatic Data Processing, Inc.

▽ TEAR HERE

AJ- 000095 100600   0000003378  1

SP PAYROLL INC.

## Earnings Statement

ADP®

Period Ending:   10/17/2004
Pay Date:        10/23/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

Social Security Number: 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

ANGELO PENA
4 W 108 ST APT21
NY, NY 10025

*48 cash.*
*+ 8*
*56. Total.*

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 7,931.00 |
| Overtime | 7.7250 | 4.00 | 30.90 | 3,901.38 |
| Gross Pay | | | $236.90 | 11,832.38 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -12.63 | 874.73 |
| | Social Security Tax | -14.69 | 733.61 |
| | Medicare Tax | -3.44 | 171.57 |
| | NY State Income Tax | -3.34 | 239.13 |
| | New York Cit Income Tax | -2.31 | 158.00 |
| | NY SUI/SDI Tax | -0.60 | 23.37 |
| | Net Pay | $199.89 | |

Your federal taxable wages this period are $236.90

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

© 1974 ADP, Inc. _____

AJ-  000054 100200      0000003245   1

SP PAYROLL INC.

**Earnings Statement**

ADP ®

| | |
|---|---|
| Period Ending: | 09/26/2004 |
| Pay Date: | 10/02/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  2
  State:   2
  Local:   2

Social Security Number: 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

MIGUEL FRANCISCO GARCIA
176 E 176 STREET
BRONX, NY 10457

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,622.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 4,032.62 |
| Gross Pay | | | $321.88 | 11,943.02 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.68 | 162.04 |
| | Social Security Tax | -19.96 | 740.47 |
| | Medicare Tax | -4.66 | 173.17 |
| | NY State Income Tax | -5.59 | 194.34 |
| | New York Cit Income Tax | -3.61 | 126.60 |
| | NY SUI/SDI Tax | -0.60 | 21.60 |
| | Other | | |
| | Child Support | -25.00 | 225.00 |
| | Net Pay | $257.58 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

**Earnings Statement**

ADP

SP PAYROLL INC.

Period Ending: 10/03/2004
Pay Date: 10/09/2004

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL FRANCISCO GARCIA
176 E 176 STREET
BRONX, NY 10457

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 7,828.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 4,148.50 |
| Gross Pay | | | $321.88 | 12,264.90 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -4.88 | 166.92 |
| | Social Security Tax | -19.95 | 760.42 |
| | Medicare Tax | -4.67 | 177.84 |
| | NY State Income Tax | -5.59 | 199.93 |
| | New York Cit Income Tax | -3.61 | 130.21 |
| | NY SUI/SDI Tax | -0.60 | 22.20 |
| | Other | | |
| | Child Support | | 225.00 |
| | Net Pay | $282.58 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

© 1999 ADP, INC.

◁ TEAR HERE

AJ-  000054 100200        0000003319   1

SP PAYROLL INC.

**Earnings Statement**

Period Ending:        10/10/2004
Pay Date:             10/16/2004

ADP
®

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:  2
   State:    2
   Local:    2

MIGUEL FRANCISCO GARCIA
176 E 176 STREET
BRONX, NY 10457

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.1500 | 40.00 | 206.00 | 8,034.00 |
| Overtime | 7.7250 | 4.00 | 30.90 | 4,179.40 |
| Gross Pay | | | $236.90 | 12,501.80 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -14.69 | 775.11 |
| | Medicare Tax | -3.44 | 181.28 |
| | NY State Income Tax | -2.19 | 202.12 |
| | New York Cit Income Tax | -1.76 | 131.97 |
| | NY SUI/SDI Tax | -0.60 | 22.80 |
| | Federal Income Tax | | 166.92 |
| | Other | | |
| | Child Support | | 225.00 |
| | Net Pay | $214.22 | |

Your federal taxable wages this period are $236.90

©2001 Automatic Data Processing, Inc.

◁ TEAR HERE

AJ - 000054 100200    0000003356   1

SP PAYROLL INC.

**Earnings Statement**

ADP

Period Ending: 10/17/2004
Pay Date: 10/23/2004

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State: 2
  Local: 2

MIGUEL FRANCISCO GARCIA
176 E 176 STREET
BRONX, NY 10457

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 8,240.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 4,295.28 |
| Gross Pay | | | $321.88 | 12,823.68 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -4.88 | 171.80 |
| | Social Security Tax | -19.96 | 795.07 |
| | Medicare Tax | -4.66 | 185.94 |
| | NY State Income Tax | -5.59 | 207.71 |
| | New York Cit Income Tax | -3.61 | 135.58 |
| | NY SUI/SDI Tax | -0.60 | 23.40 |
| | Other | | |
| | Child Support | | 225.00 |
| | Net Pay | $282.58 | |

Your federal taxable wages this period are $321.88

© 2001 Automatic Data Processing, Inc.

© 1993 ADP, Inc.

TEAR HERE

AJ- 000054 100200    0000003391  1

SP PAYROLL INC.

**Earnings Statement**

ADP

| | |
|---|---|
| Period Ending: | 10/24/2004 |
| Pay Date: | 10/30/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State:   2
  Local:   2

MIGUEL FRANCISCO GARCIA
176 E 176 STREET
BRONX, NY 10457

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,446.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 4,411.16 |
| Gross Pay | | | $321.88 | 13,145.56 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.88 | 176.68 |
| | Social Security Tax | -19.95 | 815.02 |
| | Medicare Tax | -4.67 | 190.61 |
| | NY State Income Tax | -5.59 | 213.30 |
| | New York Cit Income Tax | -3.61 | 139.19 |
| | NY SUI/SDI Tax | -0.60 | 24.00 |
| | Other | | |
| | Child Support | | 225.00 |
| | Net Pay | $282.58 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 1991 ADP, Inc.

AJ-  000054 100200          0000003427  1

**Earnings Statement**

ADP®

SP PAYROLL INC.

Period Ending:      10/31/2004
Pay Date:           11/06/2004

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   State:    2
   Local:    2

Social Security Number: 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

MIGUEL FRANCISCO GARCIA
176 E 176 STREET
BRONX, NY 10457

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,652.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 4,527.04 |
| Gross Pay | | | $321.88 | 13,467.44 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.88 | 181.56 |
| | Social Security Tax | -19.96 | 834.98 |
| | Medicare Tax | -4.67 | 195.28 |
| | NY State Income Tax | -5.59 | 218.89 |
| | New York Cit Income Tax | -3.61 | 142.80 |
| | NY SUI/SDI Tax | -0.60 | 24.60 |
| | Other | | |
| | Child Support | -25.00 | 250.00 |
| | Net Pay | $257.57 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

◁ TEAR HERE

P 00677

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000105    100400    0000003255    1

SP PAYROLL INC.

**Earnings Statement**



Period Ending:    09/26/2004
Pay Date:    10/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    2
    State:    2
    Local:    2

JESUS DE ARCE REYE
283 AUDUBON AVE #3
NY, NY 10033

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 6,143.95 |
| Overtime | 7.7250 | 4.00 | 30.90 | 2,935.60 |
| Gross Pay | | | $236.90 | 9,079.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -6.67 | 422.88 |
| | Social Security Tax | -14.69 | 562.93 |
| | Medicare Tax | -3.43 | 131.65 |
| | NY State Income Tax | -2.57 | 157.33 |
| | New York Cit Income Tax | -1.94 | 105.30 |
| | NY SUI/SDI Tax | -0.60 | 18.00 |
| | Net Pay | | $207.00 |

Your federal taxable wages this period are $236.90

©2004 Automatic Data Processing, Inc.

▲ TEAR HERE

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000083   100300           0000003252   1

SP PAYROLL INC.

**Earnings Statement** 

Period Ending:      09/26/2004
Pay Date:           10/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    1
  State:      1
  Local:      1

FRANKLIN SANTANA
1860 BILLINGSLY AVE
3A
BRONX, NY 10453

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,400.55 |
| Overtime | 7.7250 | 15.00 | 115.88 | 5,832.45 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 13,495.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.92 | 1,156.01 |
| | Social Security Tax | -19.96 | 836.73 |
| | Medicare Tax | -4.67 | 195.69 |
| | NY State Income Tax | -6.81 | 330.99 |
| | New York Cit Income Tax | -4.51 | 217.06 |
| | NY SUI/SDI Tax | -0.60 | 21.60 |
| | Net Pay | $260.41 | |

Your federal taxable wages this period are $321.88



©2001 Automatic Data Processing, Inc.

▽ TEAR HERE

CO.    FILE    DEPT.   CLOCK  NUMBER    020
AJ-   000083  100300          0000003286   1

SP PAYROLL INC.

**Earnings Statement**



Period Ending:     10/03/2004
Pay Date:          10/09/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

FRANKLIN SANTANA
1860 BILLINGSLY AVE
3A
BRONX, NY 10453

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,606.55 |
| Overtime | 7.7250 | 15.00 | 115.88 | 5,948.33 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 13,817.53 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.92 | 1,180.93 |
| | Social Security Tax | -19.96 | 856.69 |
| | Medicare Tax | -4.66 | 200.35 |
| | NY State Income Tax | -6.81 | 337.80 |
| | New York Cit Income Tax | -4.50 | 221.56 |
| | NY SUI/SDI Tax | -0.60 | 22.20 |
| | Net Pay | $260.43 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

CO.    FILE    DEPT.    CLOCK  NUMBER    020
AJ -   000083  100300          0000003325   1

SP PAYROLL INC.

**Earnings Statement**

Period Ending:    10/10/2004
Pay Date:    10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:    1
   State:    1
   Local:    1

FRANKLIN SANTANA
1860 BILLINGSLY AVE
3A
BRONX, NY 10453

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,812.55 |
| Overtime | 7.7250 | 15.00 | 115.88 | 6,064.21 |
| Previous Reg | | | | 56.65 |
| **Gross Pay** | | | **$321.88** | 14,139.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.92 | 1,205.85 |
| | Social Security Tax | -19.95 | 876.64 |
| | Medicare Tax | -4.67 | 205.02 |
| | NY State Income Tax | -6.81 | 344.61 |
| | New York Cit Income Tax | -4.50 | 226.06 |
| | NY SUI/SDI Tax | -0.60 | 22.80 |
| | **Net Pay** | **$260.43** | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

CO.    FILE    DEPT.    CLOCK  NUMBER    020
AJ -  000083  100300           0000003362  1

SP PAYROLL INC.

**Earnings Statement**

Period  Ending:    10/17/2004
Pay  Date:    10/23/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

Social Security Number: 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

FRANKLIN SANTANA
1860 BILLINGSLY AVE
3A
BRONX, NY 10453

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 8,018.55 |
| Overtime | 7.7250 | 15.00 | 115.88 | 6,180.09 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 14,461.29 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -24.92 | 1,230.77 |
| | Social Security Tax | -19.96 | 896.60 |
| | Medicare Tax | -4.67 | 209.69 |
| | NY State Income Tax | -6.81 | 351.42 |
| | New York Cit Income Tax | -4.50 | 230.56 |
| | NY SUI/SDI Tax | -0.60 | 23.40 |
| | Net Pay | $260.42 | |

Your  federal  taxable  wages  this  period  are  $321.88



©2001 Automatic Data Processing, Inc.

© 2001 ADP, Inc.

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000083  100500            0000003444  1

SP PAYROLL INC.

**Earnings Statement**

Period Ending:    10/31/2004
Pay Date:         11/06/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

FRANKLIN SANTANA
1860 BILLINGSLY AVE
3A
BRONX, NY 10453

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,430.55 |
| Overtime | 7.7250 | 15.00 | 115.88 | 6,411.85 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 15,105.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.92 | 1,280.61 |
| | Social Security Tax | -19.95 | 936.51 |
| | Medicare Tax | -4.66 | 219.02 |
| | NY State Income Tax | -6.81 | 365.04 |
| | New York Cit Income Tax | -4.50 | 239.56 |
| | NY SUI/SDI Tax | -0.60 | 24.60 |
| | Net Pay | $260.44 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

COPY COPY

```
CO.    FILE   DEPT.  CLOCK  NUMBER   020
AJ-  000051  100100        0000003234  1
```

*SP PAYROLL INC.*

## Earnings Statement



Period Ending:      09/26/2004
Pay Date:           10/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  2
   State:    2
   Local:    2

**MIGUEL ALCANTARA**
**164 LORMAN AVE**
**APT 7**
**NEW YORK, NY 10025**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,240.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 4,967.37 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 13,511.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.98 | 708.50 |
| | Social Security Tax | -19.96 | 837.70 |
| | Medicare Tax | -4.66 | 195.91 |
| | NY State Income Tax | -5.97 | 259.80 |
| | New York Cit Income Tax | -3.91 | 170.45 |
| | NY SUI/SDI Tax | -0.60 | 24.00 |
| | Net Pay | $270.80 | |

Your federal taxable wages this period are $321.88

COPY    COPY    COPY

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

CO.    FILE    DEPT.   CLOCK  NUMBER    020
AJ -   000051  100100         0000003270  1

SP PAYROLL INC.

**Earnings Statement**



Period Ending:     10/03/2004
Pay Date:          10/09/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  2
  State:    2
  Local:    2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 8,446.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 5,083.25 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 13,833.10 |

| Deductions | Statutory | | |
|------------|-----------|------|------|
| | Federal Income Tax | -15.98 | 724.48 |
| | Social Security Tax | -19.95 | 857.65 |
| | Medicare Tax | -4.67 | 200.58 |
| | NY State Income Tax | -5.97 | 265.77 |
| | New York Cit Income Tax | -3.91 | 174.36 |
| | NY SUI/SDI Tax | -0.60 | 24.60 |
| | Net Pay | $270.80 | |

Your federal taxable wages this period are $321.88

COPY   COPY   COPY

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

© 1999 ADP, Inc.

CO.   FILE   DEPT.   CLOCK   NUMBER   020
AJ -  000051 100100        0000003308  1

SP PAYROLL INC.

**Earnings Statement**



Period Ending:      10/10/2004
Pay Date:           10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  2
   State:    2
   Local:    2

Social Security Number: 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

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 8,652.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 5,199.13 |
| Previous Reg |  |  |  | 56.65 |
|  |  | Gross Pay | $321.88 | 14,154.98 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -15.98 | 740.46 |
|  | Social Security Tax | -19.96 | 877.61 |
|  | Medicare Tax | -4.67 | 205.25 |
|  | NY State Income Tax | -5.97 | 271.74 |
|  | New York Cit. Income Tax | -3.91 | 178.27 |
|  | NY SUI/SDI Tax | -0.60 | 25.20 |
|  | Net Pay | $270.79 |  |

Your federal taxable wages this period are $321.88

```
CO.    FILE    DEPT.  CLOCK  NUMBER    020
AJ-   000051  100100        0000003417  1
```

SP PAYROLL INC.

**Earnings Statement**

ADP ®

Period Ending:     10/31/2004
Pay Date:          11/06/2004

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  2
  State:    2
  Local:    2

MIGUEL ALCANTARA
164 LORMAN AVE
APT 7
NEW YORK, NY 10025

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 9,270.00 |
| Overtime | 7.7250 | 15.00 | 115.88 | 5,546.77 |
| Previous Reg | | | | 56.65 |
| Gross Pay | | | $321.88 | 15,120.62 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -15.98 | 788.40 |
| | Social Security Tax | -19.96 | 937.48 |
| | Medicare Tax | -4.67 | 219.25 |
| | NY State Income Tax | -5.97 | 289.65 |
| | New York Cit Income Tax | -3.91 | 190.00 |
| | NY SUI/SDI Tax | -0.60 | 27.00 |
| Net Pay | | $270.79 | |

Your federal taxable wages this period are $321.88

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
| AJ- | 000064 | 100100 | | 0000003242 | 1 |

**Earnings Statement** 

SP PAYROLL INC.

Period Ending: 09/26/2004
Pay Date: 10/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   State: 2
   Local: 2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.2500 | 40.00 | 210.00 | 7,350.00 |
| Overtime | 7.8750 | 15.00 | 118.13 | 4,095.16 |
| Gross Pay | | | $328.13 | 11,739.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.91 | 631.63 |
| | Social Security Tax | -20.35 | 727.83 |
| | Medicare Tax | -4.76 | 170.22 |
| | NY State Income Tax | -6.23 | 231.91 |
| | New York Cit Income Tax | -4.10 | 152.19 |
| | NY SUI/SDI Tax | -0.60 | 21.00 |
| | Net Pay | $275.18 | |

Your federal taxable wages this period are $328.13

©2001 Automatic Data Processing, Inc.

COPY    COPY

```
CO.    FILE    DEPT.   CLOCK  NUMBER    020
AJ-   000064  100100         0000003277  1
```

*SP PAYROLL INC.*

**Earnings Statement**  

| Period Ending: | 10/03/2004 |
| Pay Date: | 10/09/2004 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State:   2
    Local:   2

Social Security Number: 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

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.2500 | 40.00 | 210.00 | 7,560.00 |
| Overtime | 7.8750 | 15.00 | 118.13 | 4,213.29 |
| Gross Pay | | | $328.13 | 12,067.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.91 | 648.54 |
| | Social Security Tax | -20.34 | 748.17 |
| | Medicare Tax | -4.76 | 174.98 |
| | NY State Income Tax | -6.23 | 238.14 |
| | New York Cit Income Tax | -4.10 | 156.29 |
| | NY SUI/SDI Tax | -0.60 | 21.60 |
| | Net Pay | $275.19 | |

Your federal taxable wages this period are $328.13

CO.    FILE    DEPT.    CLOCK  NUMBER    020
AJ-    000064  100100            0000003316   1

SP PAYROLL INC.

**Earnings Statement**



Period Ending:      10/10/2004
Pay Date:           10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State:   2
    Local:   2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.2500 | 40.00 | 210.00 | 7,770.00 |
| Overtime | 7.8750 | 15.00 | 118.13 | 4,331.42 |
| Gross Pay |      |       | $328.13 | 12,395.42 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -16.91 | 665.45 |
| | Social Security Tax | -20.35 | 768.52 |
| | Medicare Tax | -4.75 | 179.73 |
| | NY State Income Tax | -6.22 | 244.36 |
| | New York Cit Income Tax | -4.10 | 160.39 |
| | NY SUI/SDI Tax | -0.60 | 22.20 |
| | Net Pay | $275.20 | |

Your federal taxable wages this period are $328.13



©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

CO.   FILE   DEPT.   CLOCK   NUMBER   020
AJ -  000064 100100          0000003353   1

*SP PAYROLL INC.*

Earnings Statement 

Period Ending:     10/17/2004
Pay Date:          10/23/2004

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  2
  State:    2
  Local:    2

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.2500 | 40.00 | 210.00 | 7,980.00 |
| Overtime | 7.8750 | 15.00 | 118.13 | 4,449.55 |
| Gross Pay |      |       | $328.13 | 12,723.55 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -16.91 | 682.36 |
| | Social Security Tax | -20.34 | 788.86 |
| | Medicare Tax | -4.76 | 184.49 |
| | NY State Income Tax | -6.22 | 250.58 |
| | New York Cit Income Tax | -4.10 | 164.49 |
| | NY SUI/SDI Tax | -0.60 | 22.80 |
| | Net Pay | $275.20 | |

Your federal taxable wages this period are $328.13





CO.   FILE   DEPT.   CLOCK  NUMBER   020
AJ-  000064 100100        0000003387  1

*SP PAYROLL INC.*

**Earnings Statement** 

Period Ending:       10/24/2004
Pay Date:            10/30/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  2
    State:    2
    Local:    2

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.2500 | 40.00 | 210.00 | 8,190.00 |
| Overtime | 7.8750 | 15.00 | 118.13 | 4,567.68 |
| Gross Pay | | | $328.13 | 13,051.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -16.91 | 699.27 |
| | Social Security Tax | -20.34 | 809.20 |
| | Medicare Tax | -4.76 | 189.25 |
| | NY State Income Tax | -6.22 | 256.80 |
| | New York Cit Income Tax | -4.10 | 168.59 |
| | NY SUI/SDI Tax | -0.60 | 23.40 |
| | Net Pay | $275.20 | |

Your federal taxable wages this period are $328.13



CO.    FILE   DEPT.  CLOCK  NUMBER   020
AJ-   000064 100100         0000003423  1

SP PAYROLL INC.

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  2
  State:    2
  Local:    2

Social Security Number: 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

**Earnings Statement**

ADP

Period Ending:    10/31/2004
Pay  Date:        11/06/2004

ROLANDO ROJAS
613 W 138 ST
8F
NEW YORK, NY 10026

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.2500 | 40.00 | 210.00 | 8,400.00 |
| Overtime | 7.8750 | 15.00 | 118.13 | 4,685.81 |
| Gross Pay | | | $328.13 | 13,379.81 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -16.91 | 716.18 |
| | Social Security Tax | -20.35 | 829.55 |
| | Medicare Tax | -4.76 | 194.01 |
| | NY State Income Tax | -6.22 | 263.02 |
| | New York Cit Income Tax | -4.10 | 172.69 |
| | NY SUI/SDI Tax | -0.60 | 24.00 |
| | Net Pay | $275.19 | |

Your federal taxable wages this period are $328.13

COPY        COPY

©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000080  100500            0000003263  1

SP PAYROLL INC.

**Earnings Statement** 

Period Ending:    09/26/2004
Pay Date:         10/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

MIGUEL ROJAS
629 W 138 ST
42
NEW YORK, NY 10039

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.1500 | 40.00 | 206.00 | 6,499.30 |
| Overtime | 7.7250 | 26.00 | 200.85 | 5,844.00 |
| Gross Pay | | | $406.85 | 12,549.30 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -37.66 | 1,141.78 |
| | Social Security Tax | -25.23 | 778.06 |
| | Medicare Tax | -5.89 | 181.96 |
| | NY State Income Tax | -10.98 | 334.88 |
| | New York Cit Income Tax | -7.15 | 218.07 |
| | NY SUI/SDI Tax | -0.60 | 19.17 |
| | Net Pay | $319.34 | |

Your federal taxable wages this period are $406.85

©2001 Automatic Data Processing, Inc.

TEAR HERE

CO.    FILE    DEPT.    CLOCK  NUMBER    020
AJ-    000080  100600           0000003306  1

SP PAYROLL INC.

**Earnings Statement**

Period Ending:    10/03/2004
Pay Date:         10/09/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   1
    State:     1
    Local:     1

Social Security Number: 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

MIGUEL ROJAS
629 W 138 ST
42
NEW YORK, NY 10039

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.1500 | 40.00 | 206.00 | 6,705.30 |
| Overtime | 7.7250 | 26.00 | 200.85 | 6,044.85 |
| Gross Pay | | | $406.85 | 12,956.15 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -37.66 | 1,179.44 |
| | Social Security Tax | -25.22 | 803.28 |
| | Medicare Tax | -5.90 | 187.86 |
| | NY State Income Tax | -10.98 | 345.86 |
| | New York Cit Income Tax | -7.15 | 225.22 |
| | NY SUI/SDI Tax | -0.60 | 19.77 |
| | Net Pay | | $319.34 |

Your federal taxable wages this period are $406.85



©2001 Automatic Data Processing, Inc.
▲ TEAR HERE

CO.    FILE    DEPT.    CLOCK  NUMBER    020
AJ -  000080  100600            0000003344   1

SP PAYROLL INC.

**Earnings Statement** 

Period Ending:        10/10/2004
Pay Date:             10/16/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

MIGUEL ROJAS
629 W 138 ST
42
NEW YORK, NY 10039

Social Security Number: 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



| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.1500 | 40.00 | 206.00 | 5,911.30 |
| Overtime | 7.7250 | 26.00 | 200.85 | 6,245.70 |
| Gross Pay |      |       | $406.85 | 13,363.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| Federal Income Tax | -37.66 | 1,217.10 |
| Social Security Tax | -25.23 | 828.51 |
| Medicare Tax | -5.90 | 193.76 |
| NY State Income Tax | -10.98 | 356.84 |
| New York Cit Income Tax | -7.15 | 232.37 |
| NY SUI/SDI Tax | -0.60 | 20.37 |
| Net Pay | $319.33 | |

Your federal taxable wages this period are $406.85




©2001 Automatic Data Processing, Inc.

◄ TEAR HERE

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000080  100600            0000003379  1

SP PAYROLL INC.

**Earnings Statement**    ADP

Period Ending:    10/17/2004
Pay Date:    10/23/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

MIGUEL ROJAS
629 W 138 ST
42
NEW YORK, NY 10039

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.1500 | 40.00 | 206.00 | 7,117.30 |
| Overtime | 7.7250 | 26.00 | 200.85 | 6,446.55 |
| Gross Pay | | | $406.85 | 13,769.85 |

| Deductions | Statutory | | |
|------------|-----------|--------|--------|
| | Federal Income Tax | -37.66 | 1,254.76 |
| | Social Security Tax | -25.22 | 853.73 |
| | Medicare Tax | -5.90 | 199.66 |
| | NY State Income Tax | -10.98 | 367.82 |
| | New York Cit Income Tax | -7.15 | 239.52 |
| | NY SUI/SDI Tax | -0.60 | 20.97 |
| | Net Pay | $319.34 | |

Your federal taxable wages this period are $406.85



COPY          COPY

© 1901 ADP, Inc.

CO.     FILE     DEPT.     CLOCK   NUMBER     020
AJ-   000080   100600            0000003415   1

SP PAYROLL INC.

**Earnings Statement**

Period Ending:     10/24/2004
Pay Date:          10/30/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

MIGUEL ROJAS
629 W 138 ST
42
NEW YORK, NY 10039

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,323.30 |
| Overtime | 7.7250 | 26.00 | 200.85 | 6,647.40 |
| Gross Pay | | | $406.85 | 14,176.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.66 | 1,292.42 |
| | Social Security Tax | -25.23 | 878.96 |
| | Medicare Tax | -5.90 | 205.56 |
| | NY State Income Tax | -10.98 | 378.80 |
| | New York Cit Income Tax | -7.15 | 246.67 |
| | NY SUI/SDI Tax | -0.60 | 21.57 |
| Net Pay | | $319.33 | |

Your federal taxable wages this period are $406.85



©2001 Automatic Data Processing, Inc.

▲ TEAR HERE

CO.    FILE    DEPT.    CLOCK    NUMBER    020
AJ-    000080  100600            0000003451    1

SP PAYROLL INC.

## Earnings Statement



Period Ending:    10/31/2004
Pay Date:         11/06/2004

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    1
    State:      1
    Local:      1

MIGUEL ROJAS
629 W 138 ST
42
NEW YORK, NY 10039

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.1500 | 40.00 | 206.00 | 7,529.30 |
| Overtime | 7.7250 | 26.00 | 200.85 | 6,848.25 |
| Gross Pay | | | $406.85 | 14,583.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.66 | 1,330.08 |
| | Social Security Tax | -25.22 | 904.18 |
| | Medicare Tax | -5.90 | 211.46 |
| | NY State Income Tax | -10.98 | 389.78 |
| | New York Cit Income Tax | -7.15 | 253.82 |
| | NY SUI/SDI Tax | -0.60 | 22.17 |
| Net Pay | | $319.34 | |

Your federal taxable wages this period are $406.85

©2001 Automatic Data Processing, Inc.