## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing Defendants' Reply Memorandum of Law in Further Support of Their Motion for Partial Summary Judgment; Defendants' Counter-Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1(b); and the Reply Affidavit of Peter A. Walker, together with Exhibits A through C, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Michael A. Faillace (MF-8436)
>Michael Faillace & Associates, P.C.
>110 East 59th Street, 32nd Floor
>New York, New York  10022
>(212) 317-1200
>
>Attorney for Plaintiffs

> s/ Peter A. Walker
>Peter A. Walker